SB/#
506622

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**RECEIVED-D.C.C.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

- 0 6 - 7 7 8 -

DEC 1 3 2006

SUPPORT SERVICES MANAGER Plaintiff

V.

Defendant(s)

**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ J i m m i E   L E W I S _____ declare that I am the (check appropriate box)

⊙ • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.  " C O R R E C T . "

**FILED**

DEC 20 2006

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    •✓ Yes    • • No    (If "No" go to Question 2)  ᵬ scanned

If "YES" state the place of your incarceration ___ D . C C , SMYRNA , DE  19977 ___

**Inmate Identification Number (Required):** S 6 1 # 5 0 6 6 2 2

Are you employed at the institution? N O  Do you receive any payment from the institution? N O

*Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months'*
*transactions*

2.    Are you currently employed?    • • Yes    •✓ No

a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a
and give the name and address of your employer.    D / A

b.    If the answer is "NO" state the date of your last employment, the amount of your take-home
salary or wages and pay period and the name and address of your last employer.
11/14/02 , DOWNTOWN SANITATION , NWK , NJ 07102  $ 250.00 WK

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | • • Yes | •✓ No |
| b. | Rent payments, interest or dividends | • • Yes | •✓ No |
| c. | Pensions, annuities or life insurance payments | • • Yes | •✓ No |
| d. | Disability or workers compensation payments | • • Yes | •✓ No |
| e. | Gifts or inheritances | • • Yes | •✓ No |
| f. | Any other sources | •✓ Yes | • • No |

If the answer to any of the above is "YES" describe each source of money and state the amount
received *AND* what you expect you will continue to receive.

MONEY ORDER FROM PARENTS ,
THEIR UNABLE TO SEND MONEY DUE TO MEDICAL BILLS.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?          • • Yes      ✓No

If "Yes" state the total amount $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
valuable property?
                                                                    • • Yes      ✓No

If "Yes" describe the property and state its value.

$$D/A$$

6.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute to their support, *OR* state *NONE* if applicable.

$$NONE$$

I declare under penalty of perjury that the above information is true and correct.

12/07/06
DATE

                    immie Lewis
                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accouuts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _45_ on account his/her credit at (name

of institution) _Delaware Correctional Center_ .

I further certify that the applicant has the following securities to his/her credit: ( -371.06 )

I further certify that during the past six months the applicant's average monthly balance was $ _2.33_

and the average monthly deposits were $ _45_

_12/11/06_
Date

_Stacy Shane_
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

## Certificate of Service

I, _Jimmie Lewis_, hereby certify that I have served a true

and correct cop(ies) of the attached: _CIVIL COMPLAINT_

_Jimmie Lewis V, Thomas L. Carrol ETAL,_ upon the following

parties/person (s):

TO: _CLERK OF THE COURT_       TO: _____

_U.S DISTRICT COURT_           _____

_844 N. KING ST, LOCKBOX 18_   _____

_WILMINGTON DE 19801_          _____

_____            _____

TO: _____        TO: _____

_____            _____

_____            _____

_____            _____

_____            _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _17TH_ day of _Dec_ _____, 2006

Jimmie Lewis

# *DELAWARE CORRECTIONAL CENTER*
# *SUPPORT SERVICES OFFICE*
# *MEMORANDUM*

*TO:*      Jimmie Lewis _____ *SBI#:* 506622

*FROM:*   *Stacy Shane, Support Services Secretary*

*RE:*      **6 Months Account Statement**

*DATE:*   December 14, 2006

FILED

DEC 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

so scanned

*Attached are copies of your inmate account statement for the months of*
June 1, 2006 _____ *to*  November 30, 2006

*The following indicates the average daily balances.*

| *MONTH* | *AVERAGE DAILY BALANCE* |
|---|---|
| June | 13.95 |
| July | .05 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |

***Average daily balances/6 months:*** 2.33

*Attachments*
*CC: File*
Stacy Shane
12/14/06

Paul Bruce
12/15/06

# Individual Statement

Date Printed: 12/13/2006

Page 1 of 1

## For Month of June 2006

| SBI 00506622 | Last Name LEWIS | First Name JIMMY | MI | Suffix | Beg Mth Balance: $50.16 |
|---|---|---|---|---|---|

Current Location: 23    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | $50.16 | 273657 | | 5/16/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.63) | $50.16 | 273658 | | 5/16/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($1.11) | $50.16 | 273759 | | 5/24/06 | |
| Supplies-MailP | 6/5/2006 | ($0.63) | $0.00 | $0.00 | $49.53 | 274940 | | 5/16/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $49.14 | 274939 | | 5/16/06 | |
| Supplies-MailP | 6/5/2006 | ($1.11) | $0.00 | $0.00 | $48.03 | 274989 | | 5/24/06 | |
| Canteen | 6/6/2006 | ($19.41) | $0.00 | $0.00 | $28.62 | 275429 | | | |
| Legal | 6/7/2006 | $0.00 | $0.00 | ($8.00) | $28.62 | 276471 | | | |
| Legal | 6/9/2006 | ($8.00) | $0.00 | $0.00 | $20.62 | 277559 | | | |
| Canteen | 6/13/2006 | ($20.54) | $0.00 | $0.00 | $0.08 | 278659 | | | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.55) | $0.08 | 285617 | | 6/28/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.55) | $0.08 | 285618 | | 6/28/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.79) | $0.08 | 285619 | | 6/28/06 | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($2.55) | $0.08 | 285625 | | 6/28/06 | |

Ending Mth Balance: $0.08

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($359.06)

**Individual Statement**

Date Printed: 12/13/2006

Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.08 | |
|---|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | | | | |
| Current Location: | 23 | | Comments: QOL1 | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.31) | $0.08 | 289017 | | 6/21/06 | |
| Supplies-MailP | 7/13/2006 | $0.00 | $0.00 | ($3.57) | $0.08 | 291451 | | INDIGENT 7/6/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292170 | | 7/13/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292182 | | 7/13/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($4.05) | $0.08 | 292383 | | 7/16/06 | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($3.78) | $0.08 | 292445 | | 6/27/06 | |
| Supplies-MailP | 7/19/2006 | ($0.08) | $0.00 | ($2.47) | $0.00 | 294246 | | 6/28/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 295455 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 295456 | | 7/7/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($49.57) | $0.00 | 295659 | | 7/20/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295749 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295750 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295751 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295753 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 295768 | | 7/12/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295840 | | 7/20/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($359.06)

**Individual Statement**

Date Printed: 12/13/2006

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00506622 | LEWIS | JIMMY | | | | |

**Current Location:** 23      **Comments:** QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($3.41) | $0.00 | 303841 | | INDIGENT 8/2/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303866 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303867 | | 8/7/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 303891 | | 8/7/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($110.50) | $0.00 | 306990 | | 8/11/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 307933 | | 8/15/06 | |
| Medical | 8/25/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | 310975 | | 8/23/06 | |

**Ending Mth Balance:** $0.00

**Total Amount Currently on Medical Hold:** ($12.00)

**Total Amount Currently on Non-Medical Hold:** ($359.06)

**Individual Statement**

Date Printed: 12/13/2006

Page 1 of 1

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00506622 | LEWIS | JIMMY | | | | |

**Current Location:** 23    **Comments:** QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|-------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | 315317 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 315320 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315585 | | 8/22/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 315685 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 315691 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315693 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.80) | $0.00 | 315695 | | 8/25/06 | |

**Ending Mth Balance:** $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($359.06)

# Individual Statement

## For Month of October 2006

Date Printed: 12/13/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | $0.00 |

Current Location: 23    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329685 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329792 | | 10/1/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329833 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329834 | | 9/27/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329835 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329836 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329933 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | 332023 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 333851 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 333871 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333877 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333880 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333881 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 333948 | | 10/3/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 333971 | | 10/5/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 334221 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334224 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334227 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 334275 | | 10/6/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337391 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337393 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337394 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 337472 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 337474 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 337476 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 337502 | | 10/12/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338675 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338676 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338677 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338697 | | 10/23/06 | |

**Individual Statement**

Date Printed: 12/13/2006

## For Month of October 2006

| | | | | | |
|---|---|---|---|---|---|
| Supplies-MailP | 10/26/2006 | $0.00 | ($1.35) | 338699 | 10/23/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | ($1.35) | 338700 | 10/23/06 |

**Ending Mth Balance:** **$0.00**

**Total Amount Currently on Medical Hold:** ($12.00)

**Total Amount Currently on Non-Medical Hold:** ($359.06)

# Individual Statement

Date Printed: 12/13/2006

Page 1 of 1

## For Month of November 2006

| SBI | Last Name | | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 |
|-----|-----------|--|------------|-----|--------|------------------|--|-------|
| 00506622 | LEWIS | | JIMMY | | | | | |

**Current Location:** 23    **Comments:** QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 340555 | | 10/24/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.26) | $0.00 | 340598 | | LAW LIBRARY 8/28/0 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342720 | | 11/1/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342721 | | 11/1/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 342725 | | 11/1/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.74) | $0.00 | 346788 | | INDIGENT 11/2/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 347965 | | 11/14/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348054 | | 11/09/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348121 | | 11/4/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348122 | | 11/4/06 | |

**Ending Mth Balance:** $0.00

Total Amount Currently on Medical Hold: ($12.00)

Total Amount Currently on Non-Medical Hold: ($359.06)