IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                ) Civil Action No. 06-778 GMS
                                       )
THOMAS L. CARROLL,                     )
MAJOR DAVID K. HOLMAN,                 )
D. PIERCE,                             )
DR. CANNOLLY,                          )
DR. BOLANDA,                           )
DR. ROGERS,                            )
DR. DURST,                             )
LT. LARRY SAVAGE,                      )
LT. RALPH HEVERIN,                     )
SGT. GWENDOLYN EVERETTE,               )
C/O JELLIFFE,                          )
SGT. CAIN,            ◄                 )        NOTE: JELLIFFE
MARY SNIDER,                           )        NOT TELLIFFE
CHARLES BENTON,                        )
C/O ROSALIE VARGAS,                    )
IMAD JARWAN,                           )
C/O BUCKLE,                            )
OLUFEMI ADESEMOLU,                     )
                                       )
          Defendants.                  )

**AUTHORIZATION**

FILED

JAN - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

     I, Jimmie Lewis, SBI #506622 request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court all payments pursuant to 28 U.S.C. § 1915(b) and required

by the Court's order dated January 4 , 2007.

     This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _JAN  5TH_____, 2006.

_Jimmie Lewis_
Signature of Plaintiff

I/M _Jimmie Lewis_
SBI# 506622 UNIT D-U-2 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.390
02 1A
0004608975    JAN 06 2007
MAILED FROM ZIP CODE 19977

CLERK OF THE COURT (GMS)

UNITED STATES DISTRICT COURT

844 N. KING ST, LOCK BOX 18

WILMINGTON, DELAWARE
19801

U.S.M.S.
X-RAY