AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

06-778

RECEIVED-D.C.C.

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

MAR 2 2 2007

V.

SUPPORT SERVICES MANAGER

Defendant(s)

CASE NUMBER:

I, __Jimmie Lewis__ declare that I am the (check appropriate box)
☐ **Petitioner/Plaintiff/Movant**   ☐ **Other** in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
APR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration __DELAWARE CORRECTIONAL CENTER__

   Are you employed at the institution?   ☐ Yes ☑ No

   Do you receive any payment from the institution?   ☐ Yes ☑ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions.  Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   __D/A__

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __11/2002, $250.00 WK, DOWNTOWN DISTRICT SANITATION, RAYMOND BLVD, NWK, NJ 07102__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes ☑ No |
   | e. | Gifts or inheritances | ☐ Yes ☑ No |
   | f. | Any other sources | ☐ Yes ☑ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes  ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                                              ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

   I declare under penalty of perjury that the above information is true and correct.

   Date: 3/20/07                    Signature of Applicant  Jimmie Lewis

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ ____0____ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: (-496.03)
_____

I further certify that during the past six months the applicant's average monthly balance was $ __0__

and the average monthly deposits were $ __0__

__3/20/07__                __Stacy Shane__
Date                          Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

MAR 2 2 2007

SUPPORT SERVICES MANAGER

## Certificate of Service

I, **Jimmie Lewis**, hereby certify that I have served a true and correct cop(ies) of the attached: **INFORMA PAUPERIS** _____ upon the following parties/person (s):

TO: **CLERK OF THE COURT (GMS)**
**U.S. DISTRICT COURT**
**844 N. KING ST, LOCKBOX 18**
**WILMINGTON, DELAWARE 19801**

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **1ST** day of **APRIL**, 2006

*Jimmie Lewis*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06778

TO: Jimmie Lewis          SBI#: 500600

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 20, 2007

---

Attached are copies of your inmate account statement for the months of September 1, 2006 to February 28, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Sept  | 0 |
| Oct   | 0 |
| Nov   | 0 |
| Dec   | 0 |
| Jan   | 0 |
| Feb   | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

Stacy Shane
3/20/07

Janette Dukes

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ ____0____ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit:  (-496.03)

_____

I further certify that during the past six months the applicant's average monthly balance was $ __0__

and the average monthly deposits were $ __0__

__3/22/07__                    __Stacy Shane__
Date                           Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

MAR 2 2 2007

SUPPORT SERVICES MANAGER

Date Printed: 3/22/2007

**Individual Statement**
**From September 2006 to December 2006**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beginning Month Balance: | $0.00 |
| Current Location: | 23 | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | 315317 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 315320 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315585 | | 8/22/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 315685 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 315691 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($6.40) | $0.00 | 315693 | | 8/25/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.80) | $0.00 | 315695 | | 8/25/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329685 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329792 | | 10/1/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329833 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329834 | | 9/27/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329835 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329836 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329933 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | 332023 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 333851 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 333871 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333877 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333880 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333881 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 333948 | | 10/3/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 333971 | | 10/5/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 334221 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334224 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334227 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 334275 | | 10/6/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337391 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337393 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337394 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 337472 | | 10/17/06 | |

**Individual Statement**
**From September 2006 to December 2006**

Page 2 of 2

Date Printed: 3/22/2007

| | Date | | | | Ref # | | Note |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.79) | 337474 | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.05) | 337476 | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.63) | 337502 | 10/12/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | 338675 | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | 338676 | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | 338677 | 10/23/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | 338697 | 10/23/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | 338699 | 10/23/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | 338700 | 10/24/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.26) | 340555 | LAW LIBRARY 8/28/0 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($4.20) | 340598 | 11/1/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | 342720 | 11/1/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.05) | 342721 | 11/1/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($3.74) | 342725 | INDIGENT 11/2/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($0.39) | 346788 | 11/14/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | 347965 | 11/09/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | 348054 | 11/4/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | 348121 | 11/4/06 | |
| Medical | 12/1/2006 | ($8.00) | $0.00 | $0.00 | 348122 | 11/14/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | 353199 | 11/21/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | 354593 | 11/21/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | 354594 | 11/16/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | 356272 | 11/16/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | 356273 | 12/11/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | 356274 | 12/11/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | 359059 | 12/11/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | 359085 | 11/29/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | 359086 | 11/29/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | 359123 | 11/29/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.86) | 359124 | INDIGENT 12/8/06 | |
| | | | | | 359125 | | |
| | | | | | 363002 | | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($14.00)
Total Amount Currently on Non-Medical Hold: ($482.03)

Date Printed: 3/22/2007

**Individual Statement**
**From January 2007 to February 2007**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beginning Month Balance: | | $0.00 |
| Current Location: | 23 | Comments: | | | Ending Month Balance: | | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 368955 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 368992 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 369013 | | 12/27/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 369016 | | 12/27/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 370382 | | 1/6/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370410 | | 1/5/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 370419 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 370420 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($2.31) | $0.00 | 370421 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($6.40) | $0.00 | 370466 | | 1/3/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370469 | | 1/4/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370470 | | 1/4/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370502 | | 1/2/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370503 | | 1/2/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($1.59) | $0.00 | 370553 | | 1/1/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 371300 | | 12/19/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 371306 | | 12/19/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 371320 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 371323 | | 12/20/06 | |
| Supplies-MailP | 1/11/2007 | $0.00 | $0.00 | ($5.60) | $0.00 | 371415 | | 12/17/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373670 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373671 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373672 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373680 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373690 | | 1/5/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373691 | | 1/5/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($4.18) | $0.00 | 374886 | | INDIGENT 1/5/07 | |
| Supplies-MailP | 2/1/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 381789 | | 1/22/07 | |
| Supplies-MailP | 2/6/2007 | $0.00 | $0.00 | ($8.45) | $0.00 | 383330 | | 1/24/07 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 383486 | | 1/28/07 | |

Date Printed: 3/22/2007

**Individual Statement**
**From January 2007 to February 2007**

Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| Supplies-MailP | 2/9/2007 | $0.00 | ($2.79) | $0.00 | 384769 | 1/16/07 |
| Supplies-MailP | 2/9/2007 | $0.00 | ($3.27) | $0.00 | 384770 | 1/16/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | ($3.27) | $0.00 | 385628 | 1/22/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | ($4.05) | $0.00 | 385632 | 2/10/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | ($6.40) | $0.00 | 385639 | 2/10/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | ($3.86) | $0.00 | 386612 | INDIGENT 2/7/07 |
| Supplies-MailP | 2/15/2007 | $0.00 | ($7.45) | $0.00 | 387831 | 2/3/07 |
| Supplies-MailP | 2/15/2007 | $0.00 | ($6.15) | $0.00 | 388054 | 2/12/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | ($0.78) | $0.00 | 392344 | 2/21/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | ($9.78) | $0.00 | 392349 | 2/21/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | $9.00 | $0.00 | 392408 | 2/21/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | ($0.39) | $0.00 | 393500 | 2/23/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | ($3.27) | $0.00 | 393518 | 2/23/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | ($3.27) | $0.00 | 393520 | 2/23/07 |

**Ending Month Balance: $0.00**

Total Amount Currently on Medical Hold: ($14.00)
Total Amount Currently on Non-Medical Hold: ($482.03)