IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

                                                    CA. NO. 06-778 (GMS)

V.

THOMAS L. CARROL, ET AL


MOTION FOR ORDER
TO COMPEL DEFENDANT
THOMAS L. CARROL TO PLACE
PLAINTIFF JIMMIE LEWIS INTO
PROTECTIVE CUSTODY



FILED
APR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

DATE: 4/5/07

1.) The plaintiff hereby asserts that his life and safety is in jeopardy, due to his seeking judicial relief from the U.S District Court, i.e., CA No's 04-1350 (GMS), 05-013 (GMS) and 06-778 (GMS). (1st U.S.CA right violation.)

2.) The plaintiff's food has been adulterated, for which has caused him to be sick to the stomach and have severe headaches after eating meals. (8th U.S.CA right violation)

3) The defendants Thomas L. Carrol's employees are well aware of the plaintiff's civil complaints due to the magnitute of the civil complaints, CA No's 04-1350 (GMS) 05-013 (GMS) and 06-778 (GMS), for which gives reason to why the aforementioned are conspiring to intrap the plaintiff with a fabricated criminal allegation of some sort. (1st + 14th U.S.C.A right violation)

4.) A) The plaintiff hereby request for an immediate order to compel the defendant Thomas L. Carrol warden of the Delaware Correctional Center to place the plaintiff into protective custody

B.) For the plaintiff to be allowed to obtain his legal papers, his radio, and/or a television to be provided to plaintiff by defendant like inmate Thomas Capano and or like other inmates on level 2, 3 or 4 who are housed in the S.H.U P.C unit.

5.) For the plaintiff to receive his meals double wraped in culiphane, dirrectly from the kitchen, and for his snack ordered by psychiatrist Dr. Cannolli to be delivered daily at dinner time as prescribed.

6.) The plaintiff's classification in building 23, M.H.U. special needs unit, S.N.U, was and or is a level 4 status, for which he is allowed his radio, legal papers and a television provided by the Delaware Correctional Center

NOTE: Protective custody is in building 18, S.H.U., security housing unit, where inmates are subjected to level 1, 2, 3. or 4.
As of 4/5/07 the plaintiff's classification in building 23, S.N.U. a level 4 status.

The plaintiff here request for an immediate order to compel defendant Thomas L. Carrol warden D.CC to place plaintiff Jimmie Lewis into protective custody due to defendants employee's failure to adhere to the plaintiff's request to be placed into protective custody.

# CERTIFICATE OF SERVICE

I, JIMMIE LEWIS THE UNDERSIGNED PLAINTIFF DUE HEREBY CERTIFY ON THIS 5TH, DAY OF APRIL, 2007 THAT I DID MAIL ONE TRUE AND CORRECT COPY OF MOTION FOR ORDER TO COMPEL DEFENDANT THOMAS L. CARROL TO PLACE PLAINTIFF JIMMIE LEWIS INTO PROTECTIVE CUSTODY, BY U.S POSTAL TO THE FOLLOWING:

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801

DATE: 4/5/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

Jimmie Lewis
SBI #506622  Nu72
Del. Corr. Center
1181 Paddock Rd
Smyrna, Del 19977

Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware 19977