IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                CA. NO. 06-778 (GMS)

THOMAS L. CARROL, ET AL

INFORMA PAUPERIS REQUEST
FOR DOCKET SHEET

06cv778GMS

FILED
APR 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: 4/12/07                     Jimmie Lewis
                                  SBI # 506622
                                  DEL. CORR. CENTER
                                  1181 PADDOCK RD
                                  SMYRNA, DEL 19977

IM Jimmie Lewis
SBI# 506622  UNIT INF #190
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 APR 2007 PM 1 T

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE
19801