OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 17, 2007

TO:  Jimmie Lewis
     SBI#506622
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     **RE:  Request for Copy of Docket,
          Civ. No. 06-778 GMS**

Dear Mr. Lewis:

     A letter has been received by the Clerk's office from you
requesting a copy of the docket from the above noted civil action.

     Please be advised that in accordance with the directive from
the Judicial Conference of the United States the fee for copies
(including docket sheets) is fifty ($.50) cents per page. **Should
you require copies (including docket sheets) in the future**, please
be aware of this fee requirement. For future requests, prepayment
should be sent with your request, check or money order payable to
Clerk, U.S. District Court. Enclosed, please find your **one free
copy** of the docket report for Civ. No. 06-778 GMS.

     Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                    Sincerely,

/rpg                PETER T. DALLEO
                    CLERK

cc: the Honorable Gregory M. Sleet
enc: docket sheet