IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V. CA. NO. 06-778 (GMS)

THOMAS L. CARROL, ET AL

FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

INFORMA PAUPERIS REQUEST
FOR DOCKET SHEET

BD
Scanned

NOTE: PLAINTIFF HAS BEEN SENDING OUT LEGAL MAIL, AND HAS NOT BEEN ABLE TO OBTAIN CONFORMATION THAT THE MATERIAL SENT IS REACHING THIS HONORABLE COURT

DATE: 4/18/07

Jimmie Lewis

SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

AO 240 (DELAWARE REV 7/00)

RECEIVED-D.C.C.
APR 1 9 2007
SUPPORT SERVICES MANAGER

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 06-778

I, Jimmie Lewis declare that I am the (check appropriate box) ☐ **Petitioner/Plaintiff/Movant** ☐ **Other** in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration Delaware Correctional Center

   Are you employed at the institution? ☐ Yes ☑ No

   Do you receive any payment from the institution? ☐ Yes ☑ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

FILED
APR 20 2007
DISTRICT OF DELAWARE

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. D/A

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   11/2002 / $ 250.00 wk, Downtown District Sanitation, Raymond Blvd, NWK, NJ 07102

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts? • • Yes ✓ • • No

If "Yes" state the total amount $__________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? • • Yes ✓ • • No

If "Yes" describe the property and state its value.

NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

NONE

I declare under penalty of perjury that the above information is true and correct.

4/1/07 [signature]

DATE SIGNATURE OF APPLICANT

**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

# CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ Ø on account his/her credit at (name of institution) Delaware Correctional Center.

I further certify that the applicant has the following securities to his/her credit: (-527.07).

I further certify that during the past six months the applicant's average monthly balance was $ Ø

and the average monthly deposits were $ Ø

| 4/10/07 | Stacy Shane |
|---|---|
| Date | Signature of Authorized Officer |

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC* §2254)

RECEIVED-D.C.C.
APR 10 2007
SUPPORT SERVICES MANAGER

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*TO:* Jimmie Lewis *SBI#:* 506622

*FROM:* *Stacy Shane, Support Services Secretary*

*RE:* ***6 Months Account Statement***

*DATE:* April 10, 2007

---

*Attached are copies of your inmate account statement for the months of* October 1, 2006 *to* March 31, 2007.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |

***Average daily balances/6 months:*** 0

*Attachments*
*CC: File*

Stacy Shane
4/10/07

Jeanette L. Hazel

# Individual Statement
## From October 2006 to December 2006

Date Printed: 4/10/2007



| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beginning Month Balance: | $0.00 |
| Current Location: INF | | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329685 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329792 | | 10/1/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329833 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329834 | | 9/27/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329835 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 329836 | | 9/26/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 329933 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | 332023 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 333851 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 333871 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333877 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333880 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 333881 | | 10/14/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 333948 | | 10/3/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 333971 | | 10/5/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($1.59) | $0.00 | 334221 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334224 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | 334227 | | 10/10/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 334275 | | 10/6/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337391 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337393 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 337394 | | 10/19/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | 337472 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 337474 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 337476 | | 10/17/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 337502 | | 10/12/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338675 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338676 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 338677 | | 10/20/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338697 | | 10/23/06 | |

# Individual Statement
## From October 2006 to December 2006

Date Printed: 4/10/2007



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338699 | 10/23/06 |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 338700 | 10/23/06 |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 340555 | 10/24/06 |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.26) | $0.00 | 340598 | LAW LIBRARY 8/28/0 |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342720 | 11/1/06 |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342721 | 11/1/06 |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 342725 | 11/1/06 |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.74) | $0.00 | 346788 | INDIGENT 11/2/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 347965 | 11/14/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348054 | 11/09/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348121 | 11/4/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 348122 | 11/4/06 |
| Medical | 12/1/2006 | $0.00 | ($8.00) | $0.00 | $0.00 | 353199 | 11/14/06 |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 354593 | 11/21/06 |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 354594 | 11/21/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 356272 | 11/16/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 356273 | 11/16/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 356274 | 11/16/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359059 | 12/11/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359085 | 12/11/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359086 | 12/11/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 359123 | 11/29/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 359124 | 11/29/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.55) | $0.00 | 359125 | 11/29/06 |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.86) | $0.00 | 363002 | INDIGENT 12/8/06 |
| | | | | **Ending Month Balance:** | **$0.00** | | |

**Total Amount Currently on Medical Hold:** ($22.00)

**Total Amount Currently on Non-Medical Hold:** ($505.07)

# Individual Statement
## From January 2007 to March 2007

Date Printed: 4/10/2007



| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00506622 | LEWIS | JIMMY | | | Beginning Month Balance: | $0.00 |
| Current Location: INF | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 368955 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 368992 | | 12/26/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 369013 | | 12/27/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 369016 | | 12/27/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 370382 | | 1/6/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370410 | | 1/5/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 370419 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 370420 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($2.31) | $0.00 | 370421 | | 1/8/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($6.40) | $0.00 | 370466 | | 1/3/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370469 | | 1/4/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370470 | | 1/4/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370502 | | 1/2/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 370503 | | 1/2/07 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($1.59) | $0.00 | 370553 | | 1/1/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 371300 | | 12/19/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.83) | $0.00 | 371306 | | 12/19/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 371320 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 371323 | | 12/20/06 | |
| Supplies-MailP | 1/11/2007 | $0.00 | $0.00 | ($5.60) | $0.00 | 371415 | | 12/17/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373670 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373671 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($2.07) | $0.00 | 373672 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373680 | | 1/11/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373690 | | 1/5/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 373691 | | 1/5/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($4.18) | $0.00 | 374886 | | INDIGENT 1/5/07 | |
| Supplies-MailP | 2/1/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 381789 | | 1/22/07 | |
| Supplies-MailP | 2/6/2007 | $0.00 | $0.00 | ($8.45) | $0.00 | 383330 | | 1/24/07 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 383486 | | 1/28/07 | |

# Individual Statement
# From January 2007 to March 2007

Date Printed: 4/10/2007



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($2.79) | $0.00 | 384769 | 1/16/07 |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 384770 | 1/16/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 385628 | 1/22/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($4.05) | $0.00 | 385632 | 2/10/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($6.40) | $0.00 | 385639 | 2/10/07 |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.86) | $0.00 | 386612 | INDIGENT 2/7/07 |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($7.45) | $0.00 | 387831 | 2/3/07 |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($6.15) | $0.00 | 388054 | 2/12/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.78) | $0.00 | 392344 | 2/21/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($9.78) | $0.00 | 392349 | 2/21/07 |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | $9.00 | $0.00 | 392408 | 2/21/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 393500 | 2/23/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 393518 | 2/23/07 |
| Supplies-MailP | 2/27/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 393520 | 2/23/07 |
| Supplies-MailP | 3/9/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 398468 | 3/2/07 |
| Supplies-MailP | 3/9/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | 398469 | 3/2/07 |
| Supplies-MailP | 3/9/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 398487 | 3/6/07 |
| Medical | 3/14/2007 | $0.00 | ($2.00) | $0.00 | $0.00 | 400450 | 2/22/07 |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 401970 | 3/14/07 |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 401976 | 3/14/07 |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 401994 | 3/13/07 |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | 402001 | 3/13/07 |
| Supplies-MailP | 3/19/2007 | $0.00 | $0.00 | ($1.35) | $0.00 | 402003 | 3/13/07 |
| Supplies-MailP | 3/22/2007 | $9.00 | $0.00 | $0.00 | $9.00 | 404480 | 2/21/07 |
| Supplies-MailP | 3/22/2007 | ($2.79) | $0.00 | $0.00 | $6.21 | 404489 | 1/16/07 |
| Supplies-MailP | 3/22/2007 | ($3.27) | $0.00 | $0.00 | $2.94 | 404490 | 1/16/07 |
| Supplies-MailP | 3/22/2007 | ($0.39) | $0.00 | $0.00 | $2.55 | 404514 | 2/23/07 |
| Supplies-MailP | 3/22/2007 | ($2.55) | $0.00 | ($0.72) | $0.00 | 404519 | 2/23/07 |
| Supplies-MailP | 3/22/2007 | $0.00 | $0.00 | ($3.03) | $0.00 | 404977 | 2/29/07 |
| Supplies-MailP | 3/22/2007 | $0.00 | $0.00 | ($3.03) | $0.00 | 404978 | 2/29/07 |
| Medical | 3/22/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | 405016 | 3/13/07 |
| Supplies-MailP | 3/22/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 405057 | 2/28/07 |
| Supplies-MailP | 3/22/2007 | $0.00 | $0.00 | ($3.27) | $0.00 | 405074 | 2/28/07 |
| Supplies-MailP | 3/22/2007 | $0.00 | $0.00 | ($1.11) | $0.00 | 405075 | 2/28/07 |
| Supplies-MailP | 3/22/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 405251 | 3/11/07 |
| Supplies-MailP | 3/22/2007 | $0.00 | $0.00 | ($4.20) | $0.00 | 405252 | 3/11/07 |

# Individual Statement
## From January 2007 to March 2007

Date Printed: 4/10/2007



| Ending Month Balance: | $0.00 |
|---|---|

Total Amount Currently on Medical Hold: ($22.00)

Total Amount Currently on Non-Medical Hold: ($505.07)