IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-778-GMS |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Jimmie Lewis ("Lewis"), a prisoner housed at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on April 5, 2007, Lewis filed a petition for writ of mandamus for preliminary injunction in accordance to Fed. R. Civ. P. 65, dated April 1, 2007, and which the court construed as a motion for injunctive relief (D.I. 9);

WHEREAS, on April 20, 2007, Lewis filed a second petition for writ of mandamus for preliminary injunction in accordance to Fed. R. Civ. P. 65, identical to D.I. 9, but dated April 18, 2007 (D.I. 14);

THEREFORE, at Wilmington this 24th day of Apr., 2007, IT IS HEREBY ORDERED as follows:

1. The second petition for writ of mandamus for preliminary injunction in accordance to Fed. R. Civ. P. 65 (D.I. 14) is STRICKEN as duplicative.

2. Lewis is placed on notice that repetitive requests for relief that the court has already determined are without merit will not be accepted for docketing.

UNITED STATES DISTRICT JUDGE

FILED
APR 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE