IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-778-GMS |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 18, 2007, the court ordered the plaintiff, Jimmie Lewis, ("Lewis") to provide copies of his complaint and statement of facts for service upon the remaining defendants. (D.I. 11.) On May 1, 2007, the court received a portion of the required copies of the complaint and statement of facts. Lewis, however, submitted a complaint somewhat different from his original complaint and it was signed subsequent to the date of the original complaint. Also, the document is not entitled as an amended complaint, but is represented as a copy of the original complaint.

Lewis is a frequent litigant and the court notes that he has a history of making subtle changes to documents when ordered to submit copies for service. Accordingly, so there is no confusion on which complaint this case proceeds, the court will provide Lewis with one copy of the original complaint signed on December 17, 2006, and filed on December 20, 2006. *See* D.I. 2.

IT IS THEREFORE ORDERED that Lewis shall provide the court with the required number of copies of **the complaint provided** (D.I. 2) to him no later than **June 15, 2007**. *See* D.I. 11. Lewis is placed on notice that he must submit copies of the complaint found at D.I. 2, and no other, for service upon the remaining defendants. Upon receipt, the court will remove the

incorrect copies of the complaint from the service packets submitted by Lewis, and attach the correct complaint (D.I. 2) to the statement of facts provided by Lewis so that service may commence.

    Lewis is placed on notice that failure to comply with the order may result in dismissal of the case pursuant to Fed. R. Civ. P. 4.

                                                    _____
                                                   UNITED STATES DISTRICT JUDGE

May \_1\_, 2007
Wilmington, Delaware



FILED

MAY - 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE