IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                         CA. NO. 06-778 (GMS)

THOMAS L. CARROL, ET AL.

REGARDING THE APRIL 18TH 07 ORDER.

RE: THE ENCLOSED CIVIL COMPLAINTS ARE IN ACCORDANCE TO THIS HONORABLE COURTS APRIL 18TH 07 MEMORANDUM + ORDER. THE DEL CORR CENTER LAW LIBRARIAN HAS NOTIFIED ME THAT HE WILL BE PROVIDING ME WITH 15 PHOTO COPIES, AND 13 U.S 285 MARSHAL FORMS. 5 PHOTO COPIES WED APRIL 25, 07, 5 PHOTO COPIES THUR APRIL 26, 07, AND 5 PHOTO COPIES FRIDAY APRIL 27, 07. I WILL BE MAILING THE US 285 MARSHAL FORMS WHEN I RECEIVE THEM.

DATE: 4/25/07



FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Jimmie Lewis
SBI # 506622
DEL CORR CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977

