IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-778-GMS |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, the plaintiff, Jimmie Lewis ("Lewis"), a prisoner housed at the Delaware

Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on April 13, 2007, Lewis filed a motion for order to compel the defendant

Thomas L. Carroll to place Lewis into protective custody which the court construes as a motion

for a preliminary injunction (D.I. 10) ;

THEREFORE, at Wilmington this 4th day of May , 2007, IT IS ORDERED

that:

1. The defendant Warden Thomas L. Carroll shall file a response to Lewis' motion (D.I.

10) on or before May 11, 2007 .

2. The clerk of the court shall serve a copy of this order and Lewis' motion to the

defendant Warden Thomas L. Carroll and the Delaware Attorney General by certified mail,

return receipt.

**FILED**

MAY - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE