**D.I. #** _____

# CIVIL ACTION
# NUMBER: _____06cv778_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage              $   .63
Certified Fee            2.40          Postmark
Return Receipt Fee       1.85           Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $  4.88       06-778
                                         GMS
Sent To  WARDEN TOM CARROLL
         DELAWARE CORRECTIONAL CENTER
Street, Apt. No.  1181 PADDOCK RD.
or PO Box No.
City, State, ZIP+4  SMYRNA, DE 19977

PS Form 3800, June 2002         See Reverse for Instructions
```

7005 1820 0004 3169 5940