D.I. # _____

# CIVIL ACTION
# NUMBER: _____06cv778_____

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

                OFFICIAL USE

Postage              $   .63
Certified Fee           2.40
Return Receipt Fee      1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 4.88

Sent To    LOREN MEYERS               06-778
           DEPUTY ATTORNEY GENERAL    GMS
           DEPARTMENT OF JUSTICE
Street, Apt. No.; 820 N. FRENCH STREET
or PO Box No.
City, State, ZIP+4  WILMINGTON, DE  19801

PS Form 3800, June 2002        See Reverse for Instructions
```

Tracking: 7005 1820 0004 3169 5945