IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                           CA. NO. 06-778 (GMS)

THOMAS L. CARROL, DR. CANNULI, DR. ROGERS,
DR. DURST, LT LARRY SAVAGE, LT RALPH HEVERIN,
SGT. GWENDOLYN EVERETTE, C/O JELLIFFE JR, SGT CAIN,
MARY SNIDER, CHARLES BENTON, C/O BUCKLE.

MOTION FOR ORDER FOR DEFENDANTS
THOMAS L. CARROL, ET AL TO SHOW CAUSE
REGARDING PLAINTIFF JIMMIE LEWIS
PRELIMINARY INJUNCTION IN ACCORDANCE
TO FED R. CIV P # 65

FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

DATE: 4/29/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977