**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE 19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19904**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE 19947**
**(302) 856-5353**
**Fax: (302) 856-5369**
**TTY: (302) 856-2500**

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

May 11, 2007

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

       Re:   ***Lewis v. Carroll, et al.,***
                  **<u>D. Del., C.A. No. 06-778-GMS</u>**

Dear Judge Sleet:

       Please allow this letter to reflect State Defendant Thomas Carroll's response in opposition to Plaintiff's Motion for Order to Compel Defendant Thomas L. Carrol [sic] to Place Jimmie Lewis into Protective Custody (the "Motion for Preliminary Injunction") (D.I. 10).

       On April 20, 2007, Inmate Jimmie Lewis, SBI #506622, asked the officers at the Delaware Correctional Center to place him in protective custody. (Exhibit A at ¶ 2). Mr. Lewis's request for protective custody was based on his belief that two inmates were threatening him while he was housed on the Special Needs Unit. (Exhibit A at ¶ 2; Exhibit B). Mr. Lewis was placed in protective custody the same day as his request and he remained there until May 4, 2007, when he was transferred to the Infirmary. (Exhibit A at ¶ 3; Exhibit C). Mr. Lewis is, at present, still housed in the Infirmary but he will be transferred back to protective custody after the medical staff in the Infirmary discharges him. (Exhibit A at ¶ 3).

The Honorable Gregory M. Sleet
May 11, 2007
Page 2

        Mr. Lewis's classification in protective custody is reviewed on a weekly basis.  (Exhibit A at ¶ 4).  However, Mr. Lewis will remain in protective custody until he no longer believes it necessary and signs off on a statement to that effect.  (*Id.*).

        Because Mr. Lewis is housed in protective custody and will remain there until he no longer believes the inmates are threatening his life, State Defendant Carroll asks that Lewis's Motion for Preliminary Injunction be denied as moot.

        If the Court has any questions or concerns, or believes that a more formal response from State Defendant Carroll is required, please contact the undersigned counsel at (302) 577-8400.  Thank you.

        Sincerely,

        */s/ Erika Y. Tross*

        Erika Y. Tross
        Deputy Attorney General
        Attorney for State Defendant
        Thomas Carroll

cc:    Jimmie Lewis, Plaintiff
Enclosures

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 06-778-GMS |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| THOMAS L. CARROLL, et al. | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF THOMAS SEACORD

I, Thomas Seacord, having been duly sworn by law, do hereby depose and state as follows:

1.     I am employed by the State of Delaware Department of Correction ("DOC") as a Lieutenant in the Classification Office at the Delaware Correctional Center ("DCC"), Smyrna, Delaware. I have been employed by DCC since May 30, 1989 and have worked in the Classification Office since August 1, 2005.

2.     On April 20, 2007, Inmate Jimmie Lewis, SBI #506622, requested that he be moved to protective custody. Inmate Lewis stated that the reason he was requesting protective custody was because two inmates were threatening him while he was housed on the Special Needs Unit. Inmate Lewis was transferred to protective custody – Building 18, Tier C, Cell 12 – that same day.

3.     Approximately two weeks later, on May 4, 2007, Inmate Lewis was transferred to the Infirmary at DCC for treatment. Inmate Lewis is, at present, still

1

housed in the Infirmary.  He will be transferred back to protective custody when he is

discharged from the Infirmary.

        4.     When Lewis returns to protective custody I, along with another

counselor, will review his classification on a weekly basis.  Inmate Lewis, however, will

remain in protective custody until he requests removal by signing off on a statement that

he no longer believes protective custody is necessary.

                                       Thomas Seacord

**SWORN AND SUBSCRIBED** before me this 10th day of  May,  2007.

                                       Notary

# EXHIBIT B

## Protective Custody



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | ▬▬▬ | ▬ ▬ | ▬▬ | | ▬▬▬▬▬▬▬▬ | | ▬ |
| 21 | ▬▬▬ | ▬ ▬ | ▬▬▬ | | ▬▬▬▬▬▬▬▬▬ | | ▬ |
| 22 | ▬▬▬ | ▬▬ | ▬ ▬ | ▬ | ▬▬▬▬▬▬▬▬▬ | | ▬ |
| 23 | ▬▬▬ | ▬▬ | ▬ ▬ | | ▬▬▬▬▬▬▬▬ | | ▬ |
| 24 | ▬▬ | ▬ ▬ | ▬▬ | | ▬▬▬▬▬▬▬▬▬ | | ▬ |
| 25 | ▬▬▬▬ | ▬ ▬ | ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬ | | ▬ |
| 26 | ▬▬▬ | ▬ ▬ | ▬ ▬ | ▬ | ▬▬▬▬▬▬▬▬ | | ▬▬ |
| 27 | ▬▬ | ▬▬▬ | ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | | ▬ |
| 28 | Lewis, Jimmy | 506622 | INF | 4/20/2007 | Carjacking 2nd, Theft over $1000 | 11/1/2008 | Signed on stating that 2 inmates in SNU were threatening to beat him up. Both inmates denie claim and Lewis admits to not taking meds | ? |
| 29 | ▬▬▬ | ▬ ▬ | ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | | ▬ |
| 30 | ▬▬▬ | ▬ ▬ | ▬ ▬ | ▬ | ▬▬▬▬▬▬ | | ▬ |

5/8/2007

# EXHIBIT C

Delaware Department of Correction - [Offender Housing Details and History - MOV_OHDH ] -
Offender Housing Details and History Report Created on Tuesday May 8, 2007 13:19

| Select Offender SBI Number | | Name | | | | R/S | SENTAC | Sec/Cust |
|---|---|---|---|---|---|---|---|---|
| PO | | | Location | | | Multi Status | Location | |
| PO | | | | | | | | |
| 00506622 | | LEWIS | JIMMY | | B | | V | |
| | | | DCC - 02 | M | N | | | |
| | | | | | | | | |

| Bed | Facility | Tier / Pod | Building | |
|---|---|---|---|---|
| Cell | Wing / Unit | Floor | Bed Type | Date Entered |
| Time Entered | Date Departed | Time Departed | Comments | |
| Single | DCC Delaware Correctional Center | Tier C | Bldg 18 | |
| Cell 2 | | Upper | | 09/13/2006 |
| 12:12 | 10/05/2006 | 12:17 | | |
| Single | DCC Delaware Correctional Center | Tier C | Bldg 17 | |
| Cell 1 | | Upper | | 10/05/2006 |
| 12:17 | 11/01/2006 | 02:29 | | |
| Single | DCC Delaware Correctional Center | Tier D | Bldg D/Infirmary | |
| Cell 190 | | | | 11/01/2006 |
| 02:29 | 11/01/2006 | 11:39 | | |
| Bottom | DCC Delaware Correctional Center | Tier D | Bldg 23 | |
| Cell 2 | | Upper | | 11/01/2006 |
| 11:39 | 04/05/2007 | 20:11 | | |
| Single | DCC Delaware Correctional Center | Tier D | Bldg D/Infirmary | |
| Cell 190 | | | | 04/05/2007 |
| 20:11 | 04/13/2007 | 12:26 | | |
| Bottom | DCC Delaware Correctional Center | Tier D | Bldg 23 | |

| Cell 2 | | Upper | | 04/13/2007 |
|--------|--|-------|--|------------|
| 12:26 | 04/20/2007 | 10:59 | | |
| Single | DCC Delaware Correctional Center | Tier C | Bldg 18 | |
| Cell 12 | | Upper | | 04/20/2007 |
| 10:59 | 05/04/2007 | 11:36 | | |
| Single | DCC Delaware Correctional Center | Tier D | Bldg D/Infirmary | |
| Cell 188 | | | | 05/04/2007 |
| 11:36 | | | | |