IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

v.                         CA NO. 06-778 (GMS)

THOMAS L. CARROL, ET AL


PLAINTIFF'S RESPONSE TO DEFENDANT
THOMAS L. CARROL'S RESPONSE TO COURT ORDER
DATED MAY 4TH 2007 REGARDING MOTION FOR
ORDER TO COMPEL DEFENDANT TO PLACE THE
PLAINTIFF INTO PROTECTIVE CUSTODY PURSUANT
TO FED R. CIV P # 65.


DATE: 5/9/07

Jimmie Lewis
SBI # 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD Scanned

1. ON 4/20/07 I SIGNED PETITION FOR PROTECTIVE CUSTODY AT THE D.C.C. PER LT M. WELCOME DUE TO THREATS FROM INMATES AND CORR. OFFICERS FOR FILING CA NO. 04-1350 GMS - 05-013 GMS AND 06-778 GMS, ALL REGARDING PERSONS WHO WORK UNDER COLOR OF STATE LAW FOR DELAWARE INST. 1ST U.SCA R.V.

2.) ON 4/20/07 I WAS TRANSFERED TO BUILD 18 C U12, THE UNIT SERVES AS, DISCIPLINARY DETENTION AS WELL AS EMERGENCY HOUSING FOR INMATES OF ALL VARIETY OF CLASSIFICATION STATUSES. 14TH U.S.CA R.V.

3.) ON 4/30/07 C/O SCOTT OPENED MY ASSIGNED CELL DOOR, I EXITED, "15" MINUTES LATER TO ENCOUNTER SGT SKI, C/O TINGLE, AND C/O STEVENSON WHOM ALL INFORMED ME THAT MISTAKES OF THIS NATURE OCCURE REGULARLY 8TH U.SCA R.V

4.) ON 5/4/07 UPON INFORMING SGT WILLIAMS, LT DEJUSUS AND MENTAL HEALTH COUNSELOR THAT MY SAFETY WAS IN JEOPARDY, I WAS TRANSFERED TO THE D.CC INFIRMARY ON "P.C" O LEVEL II STATUS, WERE I AM PRESENTLY HOUSED (NURSES + CAMERAS)

5.) IVE BEEN INFORMED BY SECURITY STAFF THAT THE WAIT TO ENTER THE PROTECTIVE CUSTODY UNIT, BUILD 18 B UNIT IS ONE YEAR, FOR WHICH IS MORE THAN MY SHORT TERM RELEASE DATE 12/9/07.

6.) DEFENDANT THOMAS L. CARROL CAN NOT PROVIDE PROTECTIVE CUSTODY AS IS NOTED IN MY MOTION OR AS IT IS PROVIDED FOR INMATES HOUSED ON THE PROTECTIVE CUSTODY UNIT WITH OTHER INMATES CLASSIFIED TO PROTECTIVE CUSTODY.

7. BECAUSE OF THE MAGNITUDE OF THE PLAINTIFF'S CIVIL COMPLAINTS, ALL INFERENCE DRAW, AND THE PROPER PROTECTIVE CUSTODY HOUSING THE PLAINTIFF SEEKS, HEREBY ASK THIS HONORABLE COURT TO ISSUE A ORDER FOR THE PLAINTIFF TO BE TRANSFERED TO NEW JERSEY NORTHERN STATE PRISON OR OTHERS, P.A. OR N.C, A.S.A.P. SEE CIVIL COMPLAINT + PRELIMINARY INJUNCTION 4/19/07

NOTE: THE PLAINTIFF IS CONSIDERED A HIGH PROFILE LITIGANT AGAINST THE STATE OF DELAWARE, AND THINKS HIS SAFETY IS IN IMMENANT DANGER PARTICULARLY BY INMATES WHO ARE ALLOWED AND OR PROVIDED WITH DANGEROUS CONTRABAND APON ENTERING THE EMERGENCY HOUSING UNIT C UNIT BUILD 18 ALSO, MY FOOD IS BEING ADULTERATED

Jimmie Lewis
SBI # 506622
Del. Corr. Center
1181 Paddock Rd
Smyrna, Del 19977



Clerk of the Court (GMS)
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware 19801