IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    CA. NO 06-778 GMS

THOMAS L. CARROL, ET AL



FILED
MAY 31 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: DISPOSITION REQUEST

1.) AS OF TO DATE I HAVE NOT RECEIVED ANY RESPONSE REGARDING MY PRELIMINARY INJUNCTION REQUEST PERTAINING TO PROTECTIVE CUSTODY, AND OR INTERSTATE TRANSFER OR BEING DETAINED AT THE DELAWARE FEDERAL DETENTION CENTER.

2.) WHAT IS A FEDERAL CIVIL PANEL REVIEW, AND HOW LONG IS IT SCHEDULED TO TAKE?

3.) I REQUEST TO RECEIVE CIVIL DOCKET SHEETS FOR CA. NO'S, 05-013 GMS, 04-1350 GMS AND 06-778 GMS

4.) PLEASE SEND ME A NOTICE OF CONFIRMATION THAT YOU HAVE INDEED RECEIVED THIS NOTATION.

DATE: 5/29/07

Jimmie Lewis
SBI #506622
DEL CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977



CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DEL 19801

JIMMIE LEWIS
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DEL 19977