IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 06-778 GMS |
| THOMAS CARROLL, et al. | ) |
|        Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned case. Counsel's representation will remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmie Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

SO ORDERED this 5th day of June 2007.

_____
UNITED STATES DISTRICT JUDGE

FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE