FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
(1) scanned

Jimmie Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 02.16⁰
JUN 07 2007
MAILED FROM ZIPCODE 19977

FILED
JUN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE