IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS                              :

      Plaintiff                         :

   v.                                   : Civil Action No. 06-778 GMS

THOMAS L. CARROLL, et al.         :

      Defendants                    :

## ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington, this ___ day of July 2007, the court having determined that the plaintiff

is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and

having further determined that it is appropriate to encourage legal representation for the plaintiff by

an attorney,

IT IS HEREBY ORDERED that:

1.  The Clerk of Court is directed to attempt to refer representation of the plaintiff to a

member of the Federal Civil Panel;

2.  The Court's Standing Order regarding the establishment of a Federal Civil Panel to

provide legal representation to indigent parties in certain civil litigation is incorporated herein by

reference; and

3. The case is STAYED pending the results of the Federal Civil Panel's review.  The parties

shall not file pleadings in this case during the pendency of the stay.

                                  _____
                                    UNITED STATES DISTRICT JUDGE

```
  F I L E D

  JUL 1 0 2007

  U.S. DISTRICT COURT
  DISTRICT OF DELAWARE
```