**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JIMMIE LEWIS | CA 06-778 GMS |
| DEFENDANT | TYPE OF PROCESS |
| CHARLES BENTON | O/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHARLES BENTON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
DCC 1181 PADDOCK RD, SMYRNA, DEL 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JIMMIE LEWIS, SBI #506622
DCC
1181 PADDOCK RD, SMYRNA, DEL 19977

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INFORMA PAUPERIS

WORKS 8 TO 4 AS MENTAL HEALTH COUNSELOR

Signature of Attorney or other Originator requesting service on behalf of:
*Jimmie Lewis* ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 4/27/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Signature of Authorized USMS Deputy or Clerk: BF
Date: 7-18-07

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Date of Service: 8/21/07
Signature of U.S. Marshal or Deputy: BF

FILED AUG 22 2007 DISTRICT OF DELAWARE

**REMARKS:**
Returned - Unknown
Ret. Unexecuted

PRIOR EDITIONS — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)