UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, ) | |
| ) | Case No. 06-778 (GMS) |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| THOMAS L. CARROLL, DR. CANNULLI,) | |
| DR. ROGERS, DR. DURST, LT. LARRY ) | |
| SAVAGE, LT. RALPH HEVERIN, SGT. ) | |
| GWENDOLYNN EVERETTE, C/O ) | |
| TELLIFFE, SGT. CAIN, MARY SNIDER, ) | |
| CHARLES BENSON, C/O BUCKLE ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Mary Snyder, R.N. This entry of appearance is not a waiver of any defense available to defendant Mary Snyder, R.N. all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Mary Snyder, R.N.,

Date: October 3, 2007

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 3rd day of October 2007, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

Mr. Jimmie Lewis
SBI#506622
Delaware Psych Center
Mitchell Building
1901 N. Dupont Hwy
New Castle, DE 19720

Erika Yvonne Tross, Esquire
Delaware Department of Justice
Civil Division
820 North French Street, 6th Floor
Wilmington, DE 19801

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)