UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS,               )<br>                                       )<br>           Plaintiff,            )<br>     v.                               )<br>                                       )<br>THOMAS L. CARROLL, DR. CANNULLI,)<br>DR. ROGERS, DR. DURST, LT. LARRY  )<br>SAVAGE, LT. RALPH HEVERIN, SGT.   )<br>GWENDOLYNN EVERETTE, C/O        )<br>TELLIFFE, SGT. CAIN, MARY SNIDER, )<br>CHARLES BENSON, C/O BUCKLE       )<br>                                       )<br>           Defendants.          ) | Case No. 06-778 (GMS)<br>JURY TRIAL DEMANDED |

---

### DEFENDANT MARY SNYDER, R.N.'S
### WITHDRAWAL OF CROSS CLAIMS

Defendant Mary Snyder, R.N.[1] hereby withdraws her crossclaims against co-defendants Carroll, Savage, Heverin, Everette, Tellife, Cain, Benson, and Buckle.

BALICK & BALICK, LLC


　　　　　/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Mary Snyder, R.N.

Date:  October 29, 2007

---

[1] Improperly identified in Plaintiff's pleadings as "Mary Snider".

# CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 29th day of October 2007, the foregoing Defendant Mary Snyder, R.N.'s Withdrawal of Crossclaims was filed via CM/ECF and served First Class Mail upon the following:

> Mr. Jimmie Lewis
> SBI#506622
> Delaware Psych Center
> Mitchell Building
> 1901 N. Dupont Hwy
> New Castle, DE 19720
>
> Erika Yvonne Tross, Esquire
> Delaware Department of Justice
> Civil Division
> 820 North French Street, 6th Floor
> Wilmington, DE 19801

                        /s/ James E. Drnec
                    James E. Drnec, Esquire (#3789)