UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JIMMIE LEWIS,                                    )
                                                 )        Case No. 06-778 (GMS)
                    Plaintiff,                   )        JURY TRIAL DEMANDED
          v.                                     )
                                                 )
THOMAS L. CARROLL, DR. CANNULLI,)
DR. ROGERS, DR. DURST, LT. LARRY   )
SAVAGE, LT. RALPH HEVERIN, SGT.    )
GWENDOLYNN EVERETTE, C/O           )
TELLIFFE, SGT. CAIN, MARY SNIDER,  )
CHARLES BENSON, C/O BUCKLE         )
                                                 )
                    Defendants.                  )
--------------------------------------------------------

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on

behalf of defendants John Durst, M.D., Anthony Cannulli, M.D., and Dale Rodgers, M.D.  This

entry of appearance and any responsive pleading filed by defendants do not constitute waiver of

any defense available to defendants, including but not limited to defects of service or process,

and all defenses to the above-captioned action are reserved.


                    BALICK & BALICK, LLC


                         /s/ James E. Drnec
                    James E. Drnec, Esquire (#3789)
                    711 King Street
                    Wilmington, Delaware 19801
                    302.658.4265
                    Attorneys for Defendant Mary Snyder, R.N.,


Date:   December 7, 2007

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 7th day of December 2007, the foregoing Entry

of Appearance was filed via CM/ECF and served via First Class Mail upon the following:

Jimmie Lewis
SBI#506622
Delaware Psych Center
Mitchell Building
1901 N. Dupont Hwy
New Castle, DE 19720

Erika Yvonne Tross, Esquire
Delaware Department of Justice
Civil Division
820 North French Street
6th Floor
Wilmington, DE 19801

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)