IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE STATE OF DELAWARE

THOMAS CARROLL

VS.                              CA NO. 06-778(GMS)

JIMMIE LEWIS


MOTION FOR PRELIMINARY INJUNCTION
PURSANT TO FED R. CIV P #65, #2


DATE: 3/7/08

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

FILED
MAR 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ON DEC 14, 07
WITHOUT AN COURT ORDER FROM JUDGE PEGGY L. ABLEMAN

1.) THE DEFENDANTS CAME TO THE DEL PSYCH CENTER, BY SENDING OFFICERS JELLIFFE AND MORRIS TO TRANSFER ME BACK TO THE DEL. CORR CENTER "WITHOUT ANY OFFICIAL COURT ORDER STATING THAT THE PLAINTIFF'S TREATMENT THEIR WAS COMPLETE," SPECIFICLY TO PLACE THE PLAINTIFF IN HARMS WAY BY NOT PLACING HIM ON THE PROTECTIVE CUSTODY UNIT SHU 18 B UNIT AND EMPLOYING INMATES TO KILL HIM., SEE S.CT CR DOC # 0305016966

2.) THE DEFENDANTS ON 2/26/08 PLACED THE PLAINTIFF ON D UNIT SHU 17 CONFERENCE ROOM SHACKLED AND HANDCUFFED BEHIND HIS BACK FOR TWELVE HOURS, DUE TO HIS STATING HIS SAFETY WAS IN JEAPORDY, PER CAPT BURTON.

3.) THE DEFENDANTS ON 2/27/08 PLACED THE PLAINTIFF IN THE WHOLE, THE REMOVED HIM LT WILLEY, LT SMITH AND LT PECK AND PLACED HIM IN THE BARBER SHOP HANDCUFFED AND SHACKLED WITH THE BLACK BOX FOR TWENTY FOUR HOURS BECAUSE THE PLAINTIFF REQUESTED TO BE PLACED ONTO THE PROTECTIVE CUSTODY UNIT. THE PLAINTIFF IS THE KEY AND PRINCIPAL WITNESS.

4.) AT PRESENT THE DEFENDANTS HAVE COMMISSIONED SAM "PIT BULL" HARRIS TO DO ME PHYSICAL HARM BY PLACING HIM INTO THE CELL NEXT TO MINE ON C UNIT BUILDING 18, PROVIDING HIM WITH A KNIFE VIA LT FORBES, FOR WHICH AN ACCIDENT IS TO OCCURE, 3/06/08.

5.) THE PLAINTIFF IS DENIED HIS MEDICAL AND MENTAL HEALTH TREATMENT, SEE CA NO'S, 04-1350 - 05-013 - 06-778

6.) SINCE BEING RETURNED TO THE D.C.C MEDICAL AND MENTAL HEALTH TOTALLY IGNORES THE PLAINTIFF'S SICK CALL REQUEST

7.) THE PLAINTIFF IS BEING DENIED PROPER FOOD AND SHELTER, AND IS BEING TORTURED

RELIEF SOUGHT:
TO BE PLACED ON THE P.C UNIT B UNIT SHU 18 TO BE TRANSFERED TO THE FEDERAL JAIL AND PLACED ON PROTECTIVE CUSTODY, DUE TO THE HIGH PROFILE NATURE OF THE PLAINTIFF'S CLAIMS, AND THE FACTUAL NATURE OF THE PLAINTIFF'S PLEADINGS FOR WHICH THE DEFENDANTS KNOW DEFINE MATERIAL FACT FOR TRIAL. THIS ALONG WITH THE FACT THAT THE PLAINTIFF IF FORCED TO REMAIN IN THE DEL CORR CENTER WILL SUFFER IRREPAIRABLE HARM DUE TO THE FACT OF HIS 1ST, 8TH AND 14TH U.S.CA RIGHTS BEING TOTALLY VIOLATED. PLACE ME IN THE WITNESS PROTECTION PROGRAM. FOR AN INTERSTATE TRANSFER.
NOTE: THE DEFENDANTS HOLD THE PLAINTIFF AT LEVEL 5 SINCE 12/9/07 WHEN HE IS SUPPOSE TO BE ON LEVEL 4 PLUMMER CENTER, TOLLING 2 FOR 1 THE PLAINTIFF SUPURVISED CUSTODY IS OVER 3/9/08

I/M Jimmie Lewis
SBI# 506622 UNIT 51418 CL5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801