IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                                CA NO. 06-778 (GMS)

THOMAS CARROLL, ET AL.


AMENDED MOTION FOR PRELIMINARY
INJUNCTION #2, PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE
#65


DATE: 3/7/08                        Jimmie Lewis
                                    SBI# 506622
                                    DEL. CORR. CENTER
F I L E D                           1181 PADDOCK RD
                                    SMYRNA, DE 19977
MAR 12 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) ON 5/17/07  DR. CAVANNAUH THE PSYCHIATRIST
AT THE DEL. CORR. CENTER PETITIONED TO THE
DELAWARE SUPERIOR COURT IN AND FOR NEW CASTLE Co.,
TO HAVE THE PLAINTIFF JIMMIE LEWIS TRANSFERED
TO THE DEL. PSYCH CENTER FOR TREATMENT, SAID
PETITION STATES THAT THE PLAINTIFF WAS TO
CONTINUE RECEIVING TREATMENT UNIT A HEARING
IS CONDUCTED, BY THE JUDGE WHOM ISSUED THE
ORDER, JUDGE PEGGY L. ABLEMAN, DETERMINING THAT
THE PLAINTIFF IS COMPETENT AND OR WILL ENOUGH
TO BE RETURNED TO THE DEL. CORR. CENTER!
SEE SUPERIOR COURT CRIMINAL DOCKET SHEET #122
ID NO. 0305016966; SEE ATTACHED

2.) ON DEC 14, 2008 WHILE RECEIVING TREATMENT
FOR HIS PSYCHOLOGICAL DILEMMA'S, THE PLAINTIFF
WAS ASSAULTED BY TWO OFFICERS THAT DEFENDANT
THOMAS CARROLL SENT to THE DEL. PSYCH CENTER.
IN ORDER TO TRANSFER THE PLAINTIFF BACK
TO THE DEL. CORR. CENTER, BECAUSE THE PLAINTIFF
HAS FILED CIVIL COMPLAINTS AGAINST NUMEROUS
D.O.C, I.E, DEPT OF CORR., OFFICERS, I.E.,
JIMMIE LEWIS VS. THOMAS CARROLL, ET AL,
06-778(GMS), AND THE DEFENDANT ARE AWARE
THAT THE PLAINTIFF COMPLETED HIS LEVEL 5
SENTENCE ON 12/9/07, BUT HAVE ACTED IN
THE AFOREMENTIONED MANNER ALONG WITH
MISINTERPRETING THAT THE PLAINTIFF I SHOULD HAVE
BEGUN HIS 6 MONTH LEVEL 4 ON OR ABOUT 12/10/07
FOLLOWED BY 6 MONTHS LEVEL 3, BECAUSE THEY,
THE DEFENDANTS INTEND TO DO ME IRREPARABLE HARM.

SAID TRANSFER WAS AGAINST MY WILL.

CONT # 2.)
1ST, 14TH AND
8TH U.S.CA RIGHT VIOLATION
ASSAULT AND BATTERY, KIDNAPPING

3.) BEFORE BEING TRANSFERED TO THE DEL. PSYCH CENTER
ON 6/6/07, THE BEFENDANTS REPORTED AN
AFFIDAVIT TO THE COURT STATING I WAS ON
THE WAITING LIST TO BE PLACED ON THE
PROTECTIVE CUSTODY UNIT, SHU 18 B UNIT,
BUT AS OF TO DATE THE PLAINTIFF HAS NOT
BEEN PLACED ON THE PROTECTIVE CUSTODY UNIT?
BUT INMATES SUCH AS EVIN? WHO SIGNED
ONTO PROTECTIVE CUSTODY FEB - MARCH 2008 HAS
BEEN PLACED ONTO SHU 18 B UNIT?

4.) SINCE MY RETURN TO DEL.CORR. CENTER
I HAVE BEEN DENIED MENTAL HEALTH INTERVENTION
WHEN ON 2/26/08 I REQUESTED TO BE
PLACED ON THE PROTECTIVE CUSTODY UNIT, DUE
TO HAVING AN ANXIETY RELATED PANIC ATTACK
BECAUSE MY SAFETY WAS AND OR IS IN JEOPARDY
ON THE REGULAR S. HU, SECURITY HOUSING UNITS.
APON REQUESTING MENTAL HEALTH INTERVENTION AND
PROTECTIVE CUSTODY AT 10:00 PM, THE
PLAINTIFF WAS SHACKLED AND HANDCUFFED FOR
TWELVE HOURS IN THE SHU D UNIT CONFERENCE
ROOM, PLACED ON LEVEL ONE PSYCH CLOSE OBSERVATION
BY CAPT BURTON. BUT THAT MOURNING OF 2/27/08
DR. A CANNOLLI AND CLINICIAN MR. GIBBS INSTRUCTED
SECURITY TO PLACE ME BACK INTO THE CELL, —

NOTE: DR. A. CANNOLLI DID THIS BECAUSE
OF CIVIL COMPLAINT THE PLANTIFF FILED AGAINST HIM.

CONT # 4.)

EVEN THOUGH IN THEY WERE INFORMED BY
SECURITY THAT THE PLANTIFF WAS DEEMED A
HARMFUL THREAT TO HIMSELF AND OTHERS.
1ST & 7TH U.S.C.A RIGHT VIOLATION.

5.) HOURS AFTER BEING PLACED BACK IN TO
SHU 17, A1 C ROOM, THE PLANTIFF WAS
ESCORTED TO BUILDING 20 SHU, WHERE
MR. GIBB D.C.C OR MENTAL HEALTH CLINICIAN
INSTRUCTED SECURITY TO TAKE ME TO
ISOLATION SHU 18 C UNIT LOWER 5 CELL
AND PLACED ME IN HANDCUFFS AND SHACKLES
WITH BLACKBOX FOR 24 HOURS.
THIS CAUSED ME ATYPICAL AND SIGNIFICANT
HARDSHIP, DUE TO THIS TREATMENT BEING
CRUEL, TO LONG, BEING ADMINISTERED ON ME
AND NOT OTHER INMATES IN THE FACILITY AT THE
D.C.C INFIRMARY OR ISOLATION UNIT.
INJURIES: MY WRIST SWOL' UP LIKE MITTENS,
MY WRIST, NECK, BACK, ANKLES WERE
SWOLEN AND IN PAIN

8TH U.S.C.A RIGHT VIOLATION
DELIBERATE INDIFFERENCE

6.) ON 3/6/08 SAM "PITBULL" HARRIS ENTERED THE SHU 18 C UNIT LOWER 6, THEREAFTER LT FORBES HANDED INMATE HARRIS WHAT APPEARED TO BE A KNIFE, AND OR A SHANK.

7.) ALSO; ON 3/6/08 A D.C.C CORRECTIONAL OFFICER WAS PLACED INTO SHU 18 C LOWER 9 CELL.

8.) THE PLAINTIFF BELIEVES HIS SAFETY IS IN JEOPARDY BECAUSE OF THESE PERSONS, SEE #'S 6 AND 7. THE PLAINTIFF IS THE KEY AND PRINCIPAL WITNESS IN ACTION NO. 04-1350 GMS, 05-013 GMS, AND 06-778 (GMS), AGAINST SEVERAL STATE EMPLOYEES AND IS A HIGH PROFILE INMATE. THE PLAINTIFF'S SAFETY IS ESSENTIAL WITH THE PROSECUTION OF SAID CIVIL ACTIONS "TOTALING MORE THAN "70" DEFENDANT DUE TO THE MAGNITUDE OF THE PLAINTIFF'S CIVIL ACTION AGAINST STATE EMPLOYEE'S, HIS SAFETY IS AT RISK. @8TH + 1ST U.S.C.A RIGHT VIOLATION.

9.) THE PLAINTIFF HAS PRESENTED PLEADINGS, DISCOVERY DOCUMENTS THAT VALIDATE MATERIAL FACT FOR TRIAL. AND THE DEFENDANTS KNOW THIS, AND THEIR ACTIONS PRESENTED HEREIN AS WELL AS WHATS STATED IN THE CIVIL ACTIONS PROVE THAT THE DEFENDANTS HAVE LITTLE OR NO REGARD FOR THE PLAINTIFF'S CONSTITUTIONAL RIGHTS, SEE # 8.

10.) THE PLAINTIFF TOLD LT. FORBS THAT HE BELIEVED SAID INMATES AND OR PERSONS POSED A THREAT TO HIS PHYSICAL SAFETY, SEE PARAGRAPHS #'S 6 AND 7

## : RELIEF SOUGHT:

FOR AN ORDER FOR THE DEFENDANT(S)
TO SHOW CAUSE

FOR A PRELIMINARY INJUNCTION OF :
BEING TRANSFERED BACK TO THE
DEL. PSYCH CENTER UNTIL JUDGE
PEGGY L. ABLEMAN CONDUCTS A HEARING AS
IS NOTED IN DR. CAVANNAUGHS 5/17/07
MOTION TO HAVE THE PLAINTIFF COMMITTED
FOR TREATMENT, IMMEDIATELY!

TO BE PLACED ON THE FEDERAL WITNESS
PROTECTION PROGRAM, IMMEDIATELY.

TO BE RELEASE TO HIS NEXT LEVEL OF
COMMITMENT LEVEL 3 PROBATION
TOLLING THE PLAINTIFFS TIME SINCE 12/9/07,
EVERY DAY AT LEVEL 5 IS TWO DAYS AT
LEVEL 4, IMMEDIATELY. TOLLING TO DATE RECEIVED.

INTERSTATE TRANSFER TO NEW JERSEY
OR NORTH CAROLINA, IMMEDIATELY.

A TEMPORARY RESTRAINING ORDER
AGAINST SAID PERSON NAMED HEREIN,
AS WELL AS THE DEL. CORR. CENTERS STAFF

FOR CLEARIFICATION THAT THE 1 YEAR LEVEL 5
AND 1 YEAR LEVEL 4 IS IN TURN SUSPENDED
FOR 6 MONTHS LEVEL 4 AND 6 MONTHS LEVEL 3.
AND AFTER 3/9/08 PLAINTIFFS INCARCERATION AT LEVEL 5 IS ILLEGAL.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS
DUE HEREBY CERTIFY ON THIS ___7TH___, DAY OF __MARCH__
2008, THAT I DID MAIL ONE TRUE AND CORRECT
COPY OF THE AMENDED MOTION FOR PRELIMINARY
INJUNCTION #2, BY U.S POSTAL, TO EARH
OF THE FOLLOWING:

CLERK OF THE COURT
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

DEPUTY ATTORNEY GENERAL
ANN TROSS ESQ
820 N. FRENCH ST, 7TH FL
WILMINGTON, DE 19801

DATE: 3/7/08          Jimmie Lewis
                      SBI # 506622
                      DEL. CORR. CENTER
                      1181 PADDOCK RD
                      SMYRNA, DE 19977

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/27/2008

$c \, L \, \zeta$

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | | **SBI#** : 00506622 | **Institution** : DCC | |
| **Grievance #** : 150943 | | **Grievance Date** : 02/02/2008 | **Category** : Individual | |
| **Status** : Non Grievable | | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Staff Issues | | **Incident Date** : 02/02/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | | **Housing Location :** Bldg 17 Lower Tier A Celi... | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: Upon being transferred back to the Dept of correction, Del Correctional center Correctional officers Morris and D: Jailliffe used excessive force upon me by placing me in a headlock that prevented me from breathing. Shackled and handcuffed me, then proceeded to yank the shackles and handcuffs causing my wrist and ankles to swell and bruise. There wasn't any disciplinary report to support said officers actions.

**Remedy Requested** : For this matter to be investigated for abuse, neglect, mistreatment in violation the grievant U.S.C.A right as well as DOC standard operational procedures established under the color of the law.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO

**Date Received by Medical Unit :**

**Investigation Sent :**

**Investigation Sent To** : Hawkins, Karen D

**Grievance Amount :**

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI#   : 00506622 | Institution   : DCC | |
| Grievance #   : 150943 | Grievance Date : 02/02/2008 | Category   : Individual | |
| Status   : Non Grievable | Resolution Status: | Inmate Status : | |
| Grievance Type: Staff Issues | Incident Date   : 02/02/2008 | Incident Time : | |
| IGC   : Dutton, Matthew | Housing Location :Bldg 17, Lower, Tier A, Cell H, Single | | |

| INFORMAL RESOLUTION |
|---|

Investigator Name   : Hawkins, Karen D     Date of Report 02/14/2008

Investigation Report :

Reason for Referring:

Investigator Name   : Satterfield, James P     Date of Report 02/14/2008

Investigation Report : I went to the medical station in building 20 and asked nurse Betty Bryant if she could pull inmate Jimmy Lewis #00506622 record and tell me if when he was returned from D.P.C. to D.C.C. and was he examined by medical, and if so was he injured in any way? I also told her I needed this information because of a grievance that inmate Lewis had submitted. Nurse Bryant checked inmate Lewis records and said that inmate Lewis returned to D.C.C. on December 17, 2007 from D.P.C. and that Dr. Okepkun, and nurse Sara Willis screened inmate Lewis according to the records. Nurse Bryant said that it is logged that the inmate Did not have any complaints, and that he was stable. The only thing listed about his hands is that their was an old scar. Inmate Lewis recorders do not show he was injured at all when he returned from D.P.C. to D.C.C.

I then asked for inmate Lewis to be brought to my office and I asked him about this grievance. The first thing I asked him was when did he receive the injuries he is claming to have received? Inmate Lewis said that when he came back to D.C.C from D.P.C. I said you have February 2, 2008 listed and you came back December 17, 2007. Inmate Lewis said that is when he remembered the best he could that it happened. I asked who were the officers, were they DCC staff or court and trans staff? Inmate Lewis said that he did not know. I then asked inmate Lewis where did the incident take place? Inmate Lewis said that it took place at D.P.C. he was sitting there when the officers put him in a choke hold so he could not breath and then cuffed him, and shackled him and then drugged him 30 or 40 feet, before the D.P.C. staff told them to stop. Inmate Lewis said that the officer did not bring his personal property, and did not have a court order to bring him back to D.C.C. The Judge order him to D.P.C. and no one can bring him back without a court order.

Reason for Referring: S/LT. Hawkins I believe that this is court and transfer staff that the grievant is talking about, and the date the inmate put on the grievance is not the right date of his transfer back to D.C.C from D. P. C. I checked with medical and inmate Lewis did not have any injuries when he returned from D.P.C. This grievance appears to be a false clam, because the staff involved did not bring his personal property from D.P.C. , and he did not see a court order for him to be returned to D.C.C.

Investigator Name   : Hawkins, Karen D     Date of Report 02/16/2008

Investigation Report :

Reason for Referring: S/LT. Hawkins I believe that this is court and transfer staff that the grievant is talking about, and the date the inmate put on the grievance is not the right date of his transfer back to D.C.C from D. P. C. I checked with medical and inmate Lewis did not have any injuries when he returned from D.P.C. This grievance appears to be a false clam, because the staff involved did not bring his personal property from D.P.C. , and he did not see a court order for him to be returned to D.C.C.

Investigator Name   : Satterfield, James P     Date of Report 02/19/2008

**DCC   Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/27/2008

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC | |
| Grievance # : 150943 | Grievance Date : 02/02/2008 | Category : Individual | |
| Status : Non Grievable | Resolution Status: | Inmate Status : | |
| Grievance Type: Staff Issues | Incident Date : 02/02/2008 | Incident Time : | |
| IGC : Dutton, Matthew | Housing Location :Bldg 17, Lower, Tier A, Cell H, Single | | |

Investigator Name   : Satterfield, James P   ·                                  02/19/2008

Investigation Report : continued from first part of the investigation dated 2/14/2008

    I then called Court and trans and spoke John Pennington who said that he would contact the officers he believed were working that day and he would send me an E-Mail once he had talked to the officers. The E-Mail reads Jim;
    I spoke with Cpl Ike Dorris and he advised me that no 404 was done because when Jimmy Lewis refused to leave DPC, he and Cpl. Jelliffe grabbed I/m Lewis arms, started him towards the exit and I/M Lewis then told them he would go under his own power. There was no resistance and since no force was used, no reports were written. John Pennington.
    The above statements and the before statements from medical shows that inmate Jimmy Lewis was not injured when being transported back to DCC from DPC.
    Inmate Lewis will not sign off on the grievance.

Reason for Referring:

Offender's Signature:_____

Date                    :_____

Witness (Officer)   :_____

DCC  Delaware Correctional Center                           Date: 02/27/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI#          : 00506622 | Institution    : DCC |
| Grievance #    : 150943 | Grievance Date   : 02/02/2008 | Category    : Individual |
| Status       : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date      : 02/02/2008 | Incident Time : |
| IGC            : Dutton, Matthew | Housing Location : Bldg 17, Lower, Tier A, Cell H, Single | |

### IGC

Medical Provider:                           Date Assigned

Comments:

This grievance returned because: Investigation does not support allegation.

[ ] Forward to MGC              [ ] Forward to Medical Provider      [ ] Warden Notified

[ ] Forward to RGC             Date Forwarded to MGC :

[ ] Offender Signature Captured     Date Offender Signed         :



SUPERIOR COURT CRIMINAL DOCKET          Page    14
( as of  02/21/2008 )

State of Delaware v.  JIMMY LEWIS                              DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.       AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.               EMMANUEL E ELDER

       Event
No.    Date          Event                                 Judge
------------------------------------------------------------------------------
       ORDER AND MOTION FOR PSYCHIATRIC/PSYCHOLOGICAL EVALUATION FILED.
       DEFENDANT SHALL UNDERGO A PSYCHIATRIC/PSYCHOLOGICAL EVALUATION BY
       STAFF AT:  DELAWARE PSYCHIATRIC CENTER
       REASON:TREATMENT PER DR.CAVANAUGH'S LETTER OF 05/17/07
       EVALUATION SHALL BE SUBMITTED TO COURT NO LATER THAN:  (DEADLINE DATE)
       EVALUATION SHALL BE SUBMITTED TO:  JUDGE ABLEMAN
       MASTER SHALL FORWARD EVALUATION TO COUNSEL; COUNSEL SHALL NOTIFY THE
       COURT WITHIN 10 DAYS WHETHER A COMPETENCY HEARING IS REQUIRED.  IF NO
       NOTIFICATION, COURT WILL ASSUME HEARING IS UNNECESSARY, AND CASE WILL
       BE SCHEDULED AS APPROPRIATE.  IF COUNSEL NOTIFIES COURT THAT A
       COMPETENCY HEARING IS REQUIRED, PROTHONOTARY SHALL CONSULT WITH
       COUNSEL AND SCHEDULE HEARING.  THE CRIMINAL ASSIGNMENT JUDGE SHALL
       ASSIGN THE HEARING TO ANY JUDGE AVAILABLE.
       05/24/2007
       RECORDS SENT TO SUPREME COURT.
       233, 2007
123    06/01/2007
       RECEIPT FROM SUPREME COURT ACKNOWLEDGING RECORD.
       233, 2007
124    06/27/2007
       LETTER FROM  JOHN EDINGER, ESQ   TO JUDGE JURDEN. ENCLOSED PLEASE
       FIND MY REQUESTED RESPONSE TO THE ABOVE-CAPTIONED CASE.
125    06/27/2007
       AFFIDAVIT RESPONDING TO ALLEGATION OF INEFFECTIVE ASSISTANCE OF
       COUNSEL FILED.
       FILED BY JOHN EDINGER, ESQ
       REFERRED TO JUDGE JURDEN
126    10/23/2007
       LETTER FROM: JOSEPH C. SCHOELL      TO: JUDGE ABLEMAN
       RE: LETTER WRITTEN ON BEHALF OF THE DELAWARE PSYCHIATRIC CENTER (DPC)
       CONCERNING JIMMIE LEWIS.
       5/17/07 THE COURT ORDERED MR.LEWIS TRANSFERRED TO DPC FOR EVALUATION
       AND TREATMENT. CLINICAL STAFF SUBSEQUENTLY EVALUATED MR. LEWIS AND
       DEEMED HIM INAPPROPRIATE FOR TREATMENT THERE, AS INDICATED IN THE
       ENCLOSED FORENSIC PSYCHIATRIC EVALUATION. PRIOR TO COMPLETEION OF THE
       EVALUATION, COMM. REYNOLDS DETERMINED THAT THERE WAS INSUFFICIENT
       PROBABLE CAUSE TO INVOLUNTARY TREAT MR. LEWIS UNDER 16DEL.C.CH.50.
       DPC. REQUESTS TIME FOR ARGUMENT ON A MOTION TO MODIFY THE COURT'S
       EARLIER ORDER AND DIRECT MR. LEWIS'S TRANSFER BACK TO DEPARTMENT OF
       CORRECTION, OR ALTERNATIVELY, IF IT IS THE COURT'S PREFERENCE,
       SCHEDULE A TIME FOR A HEARING AT WHICH DPC CAN PRESENT TESTIMONY FROM
       A PSYCHIATRIST WHO HAS EVALUATED MR. LEWIS.

SUPERIOR COURT CRIMINAL DOCKET                Page   15
( as of  02/21/2008 )

State of Delaware v.  JIMMY LEWIS                         DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.      AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.              EMMANUEL E ELDER

     Event
No.  Date          Event                              Judge
-------------------------------------------------------------------------
     *COMPLETE LETTER IN FILE
127  11/20/2007
     MOTION FOR SENTENCE CLEARIFICATION AND MODIFICATION OF SENTENCE FILED
     PRO-SE.
     REFERRED TO PRESENTENCE 12/03/07 FOR JUDGE ABLEMAN.
     FILE TRACKER INDICATES THAT THE JUDGE REQUESTED FILE 10/25/07.
128  12/05/2007
     MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
     SUPREME COURT CASE NO: 233, 2007
     SUBMITTED: SEPTEMBER 28, 2007
     DECIDE: NOVEMBER 15, 2007
     DEFORE BERGER, JACOBS AND RIDGELY, JUSTICES
129  12/05/2007                                    ABLEMAN PEGGY L.
     ORDER: MOTION FOR MODIFICATION OF SENTENCE AND FOR SENTENCE
     CLARIFICATION IS DENIED.
     THE MOTION WAS FILED MORE THAN 90 DAYS AFTER IMPOSITION OF THE
     SENTENCE AND IS, THEREFORE, TIME-BARRED.
     PURSUANT TO SUPERIOR COURT CRIMINAL RULE 35(B), THE COURT WILL NOT
     CONSIDER REPETITIVE REQUESTS FOR REDUCTION OR MODIFICATION OF SENTENCE
     THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
     SENTENCING.
     THE MOTION FOR CLARIFICATION IS ALSO DENIED.
130  12/18/2007
     PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
     REFERRED TO JUDGE ABLEMAN
     DATE REFERRED: 12/19/2007
     CIVIL CASE NO: 07M-12-053 PLA
131  12/20/2007                                    ABLEMAN PEGGY L.
     ORDER: WRIT OF HABEAS CORPUS PETITION 07M-12-053 PLA: DENIED
     IT IS SO ORDERED. PLA
132  02/14/2008
     MOTION TO COMPEL THE DOC. TO TRANSFER DEFENDANT TO NEXT LEVEL OF
     PROBATION.  REFERED TO JUDGE ABLEMAN.
133  02/20/2008                                    ABLEMAN PEGGY L.
     LETTER/ORDER ISSUED BY JUDGE: ABLEMAN. THE PETITION FOR ORDER TO
     COMPEL THE DEPT. OF CORR., I.E. DEL.CORR CENTER TO TRANSFER PETITIONER
     TO THE NEXT LEVEL OF HIS COMMITMENT, I.E., LEVEL (4) PLUMMER CENTER IS
     DENIED.
     THE COURT CAN NOT DIRECT THE DEPT OF CORRECTION TO MAKE A BED
     AVAILABLE IF ONE IS NOTL THAT IS PRECISELY WHY THE COURT ORDER
     SPECIFIES THAT THE DEFENDANT IS TO HOLD AT LEVEL V UNTIL SPACE IS
     AVAILABLE AT LEVEL IV. THERE ARE OTHER DEFENDANT'S IN THE SAME

```
                    SUPERIOR COURT CRIMINAL DOCKET          Page   16
                      ( as of  02/21/2008 )

State of Delaware v.  JIMMY LEWIS                          DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.      AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.              EMMANUEL E ELDER

      Event
No.   Date            Event                              Judge
---------------------------------------------------------------------------
      SITUATION AND THE COURT CANNOT SINGLE OUT SPECIAL TREATMENT FOR YOU
      SIMPLY BECAUSE YOU HAVE WRITTEN TO COMPLAIN.

         *** END OF DOCKET LISTING AS OF  02/21/2008 ***
             PRINTED BY: CSCKWAL
```

SUPERIOR COURT
OF THE
STATE OF DELAWARE

PEGGY L. ABLEMAN
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0660

February 20, 2008

Mr. Jimmie Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

  RE: State v. Lewis
     I.D. No. 0305016966

Dear Mr. Lewis:

  The "Petition for Order to Compel the Dept of Corr., i.e. Del. Corr. Center, to Transfer Petitioner to the Next Level of his Commitment, i.e., Level (4) Plummer Center" is denied. The Court cannot direct the Department of Corrections to make a bed available if one is not. That is precisely why the Court Order specifies that defendant is to "hold at Level V until space is available at Level IV." There are other defendants in the same situation and the Court cannot single out special treatment for you simply because you have written to complain.

         Yours very truly,

         *Peggy L. Ableman*

         Peggy L. Ableman

PLA:jmd
cc: Prothonotary

## Offender Status Sheet

**Date:** 02/28/2008

| | | | |
|---|---|---|---|
| SBI #: 00506622 | Name: JIMMY LEWIS | | Sex: M |
| Location(s): DCC | Level(s): 5.0 | Race: BLACK | DOB: 12/25/1966     Sex Offender: [] |
| AKA: EMMANUEL E ELDER | | | |
| Offender Type: Sentenced | | Officer(s): | |

**Level: 5**

**Start Date:** 05/26/2003     **MED:** 05/24/2009     **STRD:** 11/01/2008     **ADJ:** 11/01/2008     **PED:**     **Statutory Days Earned:** 204.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0305016966 | IN03060175 | CARJACKING 2ND | Current | 5 | 0 | 0 | 05/26/2003 | 05/25/2008 | 12/09/2007 | 12/09/2007 | | |
| U7 | Peggy L Ableman | STANDARD     02/11/2005 | 05/26/2003 | | | | | | | | | |
| 0305016966 | IN03060176 | THEFT $1000 OR> | Current | 1 | 0 | 0 | 05/28/2008 | 05/24/2009 | 11/01/2008 | 11/01/2008 | | |
| U7 | Peggy L Ableman | STANDARD     02/11/2005 | 05/26/2003 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN03060175 | 5 | CRT1 | Other Conditions: | TO SERVE 5 YEARS LEVEL 5. AC |
| IN03060176 | 5 | CRT1 | Other Conditions: | TO SERVE 2 YEARS LEVEL 5, SUSPENDED AFTER 1 YEAR FOR 1 YEAR LEVEL 4 PLUMMER CENTER, SUSPENDED AFTER 6 MONTHS FOR 6 MONTHS PROBATION LEVEL 3. AC |

*You are currently serving your 1yr at level 5 for theft which will max out on 11/1-2008.*

*This notation is from Cindy Wright of the records Dept D.C.C.*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

     VS.

JIMMY LEWIS

Alias: No Aliases

DOB: 12/25/1966
SBI: 00506622

| CASE NUMBER:<br>0305016966 | CRIMINAL ACTION NUMBER:<br>IN03-06-0175<br>CARJACKING 2ND(F)<br>IN03-06-0176<br>THEFT $1000 OR>(F)<br>IN03-06-0177<br>RESIST ARREST(M) |
|---|---|

### SENTENCE ORDER

NOW THIS 11TH DAY OF FEBRUARY, 2005, IT IS THE ORDER OF
THE COURT THAT:

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution and all
statutory surcharges.

AS TO IN03-06-0175- : TIS
CARJACKING 2ND

Effective May 26, 2003  the defendant is sentenced
as follows:

- The defendant is placed in the custody of the Department
of Correction for 5 year(s) at supervision level 5

 Probation is concurrent to any probation now serving.

AS TO IN03-06-0176- : TIS
THEFT $1000 OR>

- The defendant is placed in the custody of the Department
of Correction for 2 year(s) at supervision level 5

- Suspended after serving 1 year(s)  at supervision level 5

**STATE OF DELAWARE**
            **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

 - For 1 year(s)  supervision level 4 **PLUMMER CENTER**


 - Suspended after serving 6 month(s)  at supervision level
4 **PLUMMER CENTER**


 - For 6 month(s)  supervision level 3


 - Hold at supervision level 5

 - Until space is available at supervision level 4
**PLUMMER CENTER**

 Probation is concurrent to any probation now serving.


 **AS TO IN03-06-0177- : TIS**
 **RESIST ARREST**

 - The defendant is placed in the custody of the Department
of Correction for 1 year(s) at supervision level 5


 - Suspended for 1 year(s)  at supervision  level 2


 Probation is concurrent to any probation now serving.

## SPECIAL CONDITIONS BY ORDER

**STATE OF DELAWARE**
     **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

                                **CASE NUMBER:**
                                    **0305016966**

The defendant shall pay any monetary assessments ordered
during the period of probation pursuant to a schedule of
payments which the probation officer will establish.

Have no contact with Patrick Geer

Defendant shall successfully complete anger management,
counseling, treatment program.

The defendant shall undergo mental health evaluation and
follow recommendation for counseling and treatment.

### NOTES

Aggravating Circumstances - 2 or more violent felonies -
Lack of Remorse

                                    _____

                                    **JUDGE PEGGY L ABLEMAN**

## FINANCIAL SUMMARY

**STATE OF DELAWARE**
         **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**
                    **CASE NUMBER:**
                       **0305016966**


SENTENCE CONTINUED:

TOTAL DRUG DIVERSION FEE ORDERED

TOTAL CIVIL PENALTY ORDERED

TOTAL DRUG REHAB. TREAT. ED. ORDERED

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED

FORENSIC FINE ORDERED

RESTITUTION ORDERED

SHERIFF, NCCO ORDERED

SHERIFF, KENT ORDERED

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED                    50.00

PROSECUTION FEE ORDERED                   100.00

VICTIM'S COM ORDERED

VIDEOPHONE FEE ORDERED                      3.00

_____

TOTAL                                     153.00

## AGGRAVATING-MITIGATING

**STATE OF DELAWARE**
        **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

                        **CASE NUMBER:**
                           **0305016966**


<u>**AGGRAVATING**</u>
LACK OF REMORSE

FRM: Jimmie Lewis
SBI# 500622   UNIT SHU 18. OLS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (Gms)
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DELAWARE
19801