IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIMMIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-778-GMS |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff, Jimmie Lewis ("Lewis"), a prisoner housed at the Delaware Correctional Center, Smyrna, Delaware, filed a civil rights lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, this case is stayed pending an attempt to refer representation of Lewis to a member of the Federal Civil Panel (D.I. 23);

WHEREAS, on March 13, 2008, Lewis filed a motion for a preliminary injunction and an amended motion for preliminary injunction informing the court that: 1) inmates have threatened him with physical harm, his safety is in jeopardy, and the defendants have failed to ensure his safety; and 2) since his transfer from the Delaware Psychiatric Center he has not been provided mental health treatment (D.I. 60, 61);

THEREFORE, at Wilmington this 27th day of March, 2008, IT IS ORDERED that:

1. The defendants shall, on or before April 11, 2008, file a response to Lewis' motions.

2. The defendants shall also provide copies of Lewis' pertinent medical records with their responses.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAR 27 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE