IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                               CA NO. 06-778 (GMS)

THOMAS L. CARROLL, ET AL.


MOTION IN SUPPORT OF PRELIMINARY
INJUNCTION #2, FILED MARCH 13, 08
DI. 60-61, PURSUANT TO FED. R.
CIV P # 65.


DATE: 4/4/08

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977


FILED
APR - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) Defendants Thomas L. Carroll, et al., have known that the plaintiff was ordered by the Honorable Judge Alex J. Smalls on March 3, 2008, to receive a psychiatric and competency evaluation to determine competency; and to obtain treatment for his own well being at the Delaware Psychiatric Center, see attached exhibit, but as of to date, defendants due to their deliberate indifference have failed to transfer the plaintiff to the D.P.C due to his filing civil complaints against them 1st and 8th U.S.CA right violations

2.) For the aforementioned reasons, an order to transfer the plaintiff to D.P.C is judical supported

3.) THE PLAINTIFF STILL SEEKS AN INTERSTATE PRISON TRANSFER TO EITHER N.J, V.A OR P.A, AND OR TRANSFER TO THE FEDERAL JAIL

4.) THE PLAINTIFF HEREBY SEEKS AN ORDER FOR THE DEFENDANTS TO TRANSFER THE PLAINTIFF TO D.P.C IMMEDIATELY, AND FOR SAID ORDER TO STIPULATE THAT THE PLAINTIFF SHALL NOT BE FORCABLE REMOVED FOR RECEIVING TREATMENT AND THERAPY AT THE D.P.C BY THE D.C.C AND OR THE D.O.C WITHOUT AN OFFICAL COURT ORDER DOCKETED WITH THE COURT OF COMMON PLEA'S PROTHONOTARY'S OFFICE, CA NO. 0801012699

5.) FOR AN ORDER OF A DAILY MONETARY SANTION, IF SAID ORDER IS VIOLATED IN CONTEMPT THEREOF.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 4TH, DAY OF APRIL, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF MOTION IN SUPPORT OF PRELIMINARY INJUNCTION #2, FILED MARCH 13, 08, DI 60-61, BY US POSTAL, TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

ERIKA Y. TROSS
DEPUTY ATTORNEY GEN.
820 N. FRENCH ST
WILM, DE 19801

DATE: 4/4/08

Jimmie Lewis
SBI #506622
DEL. CORR. CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

File



# PUBLIC DEFENDER OF THE STATE OF DELAWARE
## 900 N. KING STREET, SECOND FLOOR
## WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN  
PUBLIC DEFENDER

BRIAN J. BARTLEY  
CHIEF DEPUTY

DAWN M. WILLIAMS  
ASSISTANT PUBLIC DEFENDER

TELEPHONE (302) 577-6025 x 3011

March 3, 2008

The Honorable Alex J. Smalls  
Chief Judge  
Court of Common Pleas  
New Castle County Courthouse  
500 N. King Street  
Wilmington, DE  19801

    Re:  **State of Delaware v. Jimmy Lewis**  
         Case No. 0801012699

Dear Chief Judge Smalls:

    Our office represents Mr. Lewis on the above case currently pending in the Court of Common Pleas. It was determined by Judge Welch, in agreement with myself and the State, that Mr. Lewis was in need of a psychiatric evaluation. He is presently being held at Delaware Correctional Center and the staff at DCC concur that he has mental health issues.

    I am requesting Your Honor sign the enclosed Order for a Competency Evaluation at the Delaware Psychiatric Center for Mr. Lewis.

    I am available if Your Honor has any questions or concerns regarding this request.

Respectfully submitted,

Michelle S. Nardozzi  
Assistant Public Defender

MSN/mcg

PUBLIC DEFENDER WILM                                01:00:17 p.m.   03-04-2008

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE            )
                             )
v.                           )
                             )   Case No. 0801012699
                             )
JIMMY LEWIS                  )
                             )
    Defendant                )

O R D E R

AND NOW, TO WIT, this _5th_ day of _March_ A.D., 2008, the foregoing having been heard and considered, it is hereby;

ORDERED that the defendant, Jimmy Lewis, be transferred from the Delaware Correctional Center to the Delaware Psychiatric Center for a psychiatric and competency evaluation to determine competency and obtain treatment for his own well-being.

_____
                  JUDGE

Date:   March 3, 2008




I/M: Jimmie Lewis
SBI# 506622   UNIT SHU 17, M1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the court (GMS)
U.S. District Court
844 N. King St Lockbox 18
Wilmington, Delaware
19801