IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

    VS                          CA NO. 06-778. GMS.

THOMAS L. CARROLL, ET AL.



DO scanned

STATEMENTS IN SUPPORT #2,
OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION, DI 60.61,
PURSUANT TO FEO R.CIV P #65.

DATE: 4/8/08

Jimmie Lewis
SBI# 506622
DEL. CORR. CENTER.
1181 PADDOCK RD
SMYRNA, DE 19977

1.) THE PLAINTIFF, FOR ALL THE REASONS STATED, AS WELL AS HEREIN, VIEWS HIS CONTINUED CONFINEMENT IN THE DELAWARE D.O.C, I.E, THE DELAWARE CORRECTIONAL CENTER AS A VICIOUS CYCLE OF HIS U.S CONSTITUTIONAL RIGHTS BEING VIOLATED; DUE TO HIS FILING CIVIL COMPLAINTS 04-1350 Gms. 05-013 Gms, AND 06-778 Gms; FOR WHICH DEFINE MATERIAL FACT

1 ST U.S.CA RIGHT VIOLATION(S).

2.) THE DEFENDANTS NAMED IN CA NO's — 04-1350 Gms, 05-013 Gms AND 06-778Gms ARE EXCEPTIONALLY NUMEROUS, SPANNING THE D.P.C, D.C.C AND HRYCI, ANYWHERE THE PLAINTIFF CAN POSSIBLE BE TRANSFERED TO HERE IN THE STATE OF DELAWARE, AND ARE THE VERY PERSONS UNDER COLOR OF STATE LAW THAT THE PLAINTIFF MUST RELY ON FOR MEDICAL TREATMENT, MENTAL HEALTH TREATMENT, AS WELL AS HIS ALL AROUND PHYSICAL SAFETY AND WELL BEING, DUE TO THE DEFENDANTS BEING THE CUSTODIANS WHOM CONTROL THE PLAINTIFF'S CONDITIONS OF CONFINEMENT.

3.) DR. CAVANNAUGH'S MOTION FOR THE PLAINTIFF
TO BE EVALUATED FOR COMPETENCY, AND TO RECEIVE
TREATMENT FOR HIS VERY OWN WELL BEING,
DATED 5/17/07, ID NO; 0305016966 AT THE D.P.C,
CREATED THE PLAINTIFFS LIBERTY INTREST FOR
HIM TO RECEIVE THERAPY AND OR TREATMENT
FOR ANY ALLEGED BEHAVIOR PROBLEM, PURSUANT
TO DELAWARE STATE STATUTES 11 DEL C 6531, 6536,
6535, 6525, 6524, 6502, 6517 ; FOR WHICH
THE DEFENDANTS VIOLATED WHEN THEY UTILIZED
EXCESSIVE FORCE TO TRANSFER HIM BACK TO
THE D.CC WITHOUT CONDUCTING A COMPETENCY
HEARING, AND OR WITHOUT AN OFFICIAL COURT ORDER
DOCKETED WITH THE N.CC SUPERIOR COURT
PROTHONOTARYS OFFICE, ID NO. 0305016966.
6TH, 8TH AND 14TH U.S CA RIGHT VIOLATION

4.) LT SATTERFIELD WONT LET THE PLAINTIFF
MAKE LEGAL PHONE CALLS TO THE PUBLIC
DEFENDERS OFFICE TO SPEAK WITH MICHELLE NAROOZZI,
AND OR JOHN S. EDIGER JR, HIS CRIMINAL CASE
ATTORNEYS.    1ST U.S CA RIGHT VIOLATION

5) DR. CANNOLLI IS NAMED AS A DEFENDANT
06-778 GMS, AS WELL AS IN THE PLAINTIFF
MOTION FOR PRELIMINARY INJUNCTION.

6) THE PLAINTIFF IS DENIED MEDICAL, AND MENTAL HEALTH TREATMENT, UNLIKE OTHER INMATES, DUE TO CIVIL COMPLAINTS HE HAS FILED AGAINST DEFENDANTS AT EITHER D.CC, OR, HRYCI OR D.P.C, AS WELL AS DUE TO INTIMIDATION OF SAID MEDICAL STAFF MEMBERS BY CORRECTIONAL OFFICERS    1ST + 8TH USCA VIOLATIONS

7.) THE DEFENDANTS, CA NO 06-778 GMS WONT TRANSFER THE PLAINTIFF TO HIS NEXT LEVEL OF COMMITMENT

6TH USCA RIGHT VIOLATION.

8.) CORRECTIONAL OFFICERS ARE STOCKPILING FABRICATED INCIDENT REPORTS AGAINST THE PLAINTIFF, IN ORDER TO OBTAIN AN UNFAIR TACTICAL ADVANTAGE OF JUDICIAL STRATEGY OF DEFENSE AGAINST THE PLAINTIFFS CIVIL COMPLAINTS, I.e, VIA DICOVERY, AND, HARASSING THE PLAINTIFF, AS WELL AS SEEKING TO PLACE CRIMINAL CHARGES AGAINST HIM WITHOUT PROVIDING HIM WITH FAIR DUE PROCESS.

1ST, 4 14TH USCA RIGHT VIOLATIONS

9.)   THE PLAINTIFF HAS FILED GRIEVANCES,
BUT TO NO AVAIL.


PRELIMINARY INJUNCTION


FOR AN ORDER TO POSTPONE THE RULING
ON THE MOTION FOR PRELIMINARY INJUNCTION
UNTIL THE DEFENDANTS HAVE PROVIDED,
1. THE PLAINTIFF'S HOUSING RECORDS,
2.) HIS MEDICAL RECORDS
3) HIS MENTAL HEALTH RECORDS
4) HIS INCIDENT REPORTS
5.) GRIEVANCES

ALL DATING FROM 12/14/07,
THE TIME SINCE HE HAS BEEN
TRANSFERED BACK TO THE D.CC FROM
THE D.P.C

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS
DUE HEREBY CERTIFY ON THIS __8TH__ DAY OF __APRIL__,
2008 THAT I DID MAIL ONE TRUE AND CORRECT
COPY OF STATEMENT IN SUPPORT #2.OF
PLAINTIFFS MOTION FOR PRELIMINARY
INJUNCTION BY US POSTAL, TO THE FOLLOWING :

CLERK OF THE COURT GMS
U.S DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILM, DE 19801

ERIKA Y TROSS
DEPT ATTORNEY GEN
820 N. FRENCH ST
WILM, DE 19801

DATE: 4/8/08

Jimmie Lewis
SBI #506622
D.CC
1181 PADDOCK RD
SMYRNA, DE 19977

I/M _Jimmie Lewis_

SBI# _506622_ UNIT _S1/417, A21_

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1A          APR 09 2008
0004608975
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

CLERK OF THE COURT (GMS)

U.S DISTRICT COURT

844 N. KING ST LOCKBOX 18

WILM, DE 19801