# SEALED EXHIBIT C