# SEALED EXHIBIT D