# SEALED EXHIBIT M