IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

    VS.                         CA NO. 06.-778 (GMS)

THOMAS L. CARROLL, ET AL.


REQUEST FOR A PHOTOCOPY
OF DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION #2
PURSUANT TO FED R. CIV P #65


DATE: 4/13/08

                                          *Jimmie Lewis*
                                          SBI # 506622
                                          D.C.C
                                          1181 PADDOCK RD
                                          SMYRNA, DE 19977



RECEIVED
APR 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) As of 4/13/08; Plaintiff did not receive a response from the Defendant, in regards to the Honorable Judge Gregory M. Sleets order for him to respond by April 11, 08.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 13TH DAY OF APRIL 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY. REQUEST FOR A PHOTO COPY OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION #2, BY U.S POSTAL, TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

ERIKA Y. TROSS
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST
WILM, DE 19801

DATE: 4/13/08

Jimmie Lewis
SBI# 506622
D.CC
1181 PADDOCK RD
SMYRNA, DE 19977

I/M Jimmie Lewis
SBI# 506622  UNIT SHU17, ALI
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING, LOCK BOX 18
WILMINGTON, DELAWARE
19801