OFFICE OF THE CLERK<br>
**UNITED STATES DISTRICT COURT**<br>
DISTRICT OF DELAWARE

| Peter T. Dalleo | LOCKBOX 18 |
|---|---|
| CLERK OF COURT | 844 KING STREET |
| | U.S. COURTHOUSE |
| | WILMINGTON, DELAWARE 19801 |
| | (302) 573-6170 |

April 15, 2008

TO:

**Jimmie Lewis**
SBI#506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Copy of Response to Motion (DI# 69)**
          **CA No.: 07-239 JJF**

Dear Mr. Lewis:

    The Clerk's office is in receipt of your letter requesting a copy of Defendant's Response to Motion for Preliminary Injunction(DI# 69).

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

    The document you requested is **46 pages** in length. The cost of this request is **$23.00**. Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rc                                      PETER T. DALLEO
                                            CLERK

cc:  The Honorable Gregory M. Sleet

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo | LOCKBOX 18 |
| CLERK OF COURT | 844 KING STREET |
| | U.S. COURTHOUSE |
| | WILMINGTON, DELAWARE 19801 |
| | (302) 573-6170 |

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

April 15, 2008

TO:

**Jimmie Lewis**
SBI#506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Copy of Response to Motion (DI# 69)**
         **CA No.: 07-239 JJF**

Dear Mr. Lewis:

    The Clerk's office is in receipt of your letter requesting a copy of Defendant's Response to Motion for Preliminary Injunction(DI# 69).

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page.  **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

    The document you requested is **46 pages** in length.  The cost of this request is **$23.00**.  Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                  Sincerely,

/rc                                     PETER T. DALLEO
                                       CLERK

cc:  The Honorable Gregory M. Sleet

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

2