IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                              CA NO. 06-778 Gms

THOMAS L. CARROLL, ET AL.

PLEADINGS AND EXHIBITS #2,
IN SUPPORT OF PLAINTIFFS
SECOND MOTION FOR PRELIMINARY
INJUNCTION DI 60 + 61,
PURSUANT TO FED R. CIV P # 65

DATE : 4/23/08          CC: Jimmie Lewis
                             SBI# 506622
                             D.C.C
                             1181 PADDOCK RD
                             SMYRNA, DE 19977

FILED

APR 25 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) AS STATED HEREIN, WHEN THE TERM DEFENDANT IS UTILIZED BY THE PLAINTIFF IN THESE PLEADINGS, HE IS REFERING TO THOMAS L. CARROL, DR. ANTHONY CANNULI, JOHN DURST MD, DALE ROGERS M.D, MARY SNIDER, LARRY SAVAGE, MAJOR DAVID K. HOLMAN, ~~MAM~~ SGT GWENDOLYN EVERETTE, C/O JELLIFFE, SGT CAIN; CA NO 06-778 (Gms)

2.) DEFENDANTS HAVE FAILED TO PRODUCE AND OR MENTION THE OFFICAL N.C.C SUPERIOR COURT (ID NO. 0305016966), ORDER THAT GRANTED THEM THE AUTHORITY TO TERMINATE THE PLAINTIFFS TREATMENT AT THE D.P.C, LIBERTY INTREST, AND TRANSFER HIM BACK TO THE D.C.C, FOR WHICH WAS DONE IN ORDER TO DO THE PLAINTIFF PHYSICAL HARM. VIOLATIONS OF 1ST, 6TH, 8TH, 14TH USCA RIGHTS

3 ~~BULL~~.) DEFENDANTS DO NOT UTILIZE
   A 3 PLY MEDICAL SICK CALL SLIP,
FOR WITCH GRANTS THE INMATE WITH
PROOF OF SUBMITTING A MEDICAL, AND
OR MENTAL HEALTH CARE REQUEST.
   THE PLAINTIFF HAS SUBMITTED SICK CALL
SLIPS FOR EVERY CONTENTION HE STATES
IN HIS CLAIMS.   14TH USCA VIOLATION

4 ~~BULL~~.) THE DEFENDANTS PLACING THE PLAINTIFF
 IN THE SHU AND NOT THE SNU, AFTER HE
RETURNED FROM D.P.C, VIOLATED D.CC S.O.P.
(STANDARD OPERATIONAL PROCEDURE), UNDER 11 DEL C
6525, 6517, 6536, 6502, 6504 AS WELL AS
THE PLAINTIFFS  8TH AND 14TH US CA RIGHTS
DUE ALSO, BECAUSE OF THE LIBERTY INTREST
THAT WAS INACTED BY HIS BEING SENT FOR
   TREATMENT AT THE D.P.C FOR HIS VERY OWN
WILL BEING BY DR. CAVANNAUGH'S 5/17/07 MOTION.
AS WELL AS BECAUSE PLAINTIFF WAS A SNU
INMATE FOR ONE YEAR PRIOR TO HIS D P C TRANSFER
ON 6/6/07.

5 (Illm.) THE DEFENDANTS HAVE CONSPIRED TO KEEP
THE PLAINTIFF AT LEVEL II, BY CAUSING PLAINTIFF
TO SERVE HIS LEVEL IV SUSPENDED SENTENCE AT
LEVEL II, FOR WHICH THE PLAINTIFF'S LEVEL IV
PLUMMER CENTER OF 6 MONTH WAS ACTIVATED
AFTER PLAINTIFF COMPLETED HIS LEVEL V SENTENCE
FOR CARJACKING 2ND, (ID NO. 03-06-0175),
EFFECTIVE 5/26/03 COMPLETE 12/09/07.
(SEE JUDGE PEGGY L. ABLEMANS FEB 20, 08 NOTATION
AS EXHIBIT ATTACHED HEREIN), FOR WHICH DEFINES
THAT JUDGE ABLEMAN INTENDED TO HAVE THE PLAINTIFF
SERVE LEVEL IV AFTER HE SERVED HIS LEVEL V
FOR CARJACKING 2ND. THE DEFENDANTS WERE SUPPOSE
TO PLACE THE PLAINTIFF ON A WAITING LIST ON 12/09/07,
TO BE TRANSFERED TO LEVEL IV PLUMMER, BUT HAVN'T,
BECAUSE THEY SEEK TO GAIN UNFAIR STRATEGIC ADVANTAGE
BY STOCKPILING FABRICATED ALLIGATIONS AGAINST THE PLAINTIFF
AT THE D.C.C, AS WELL AS TO HARASS HIM & SEEKING TO
CAUSE HIM IRREPABLE HARM. BECAUSE OF CIVIL COMPLAINTS
8TH, 6TH, 1ST AND 14TH USCA VIOLATIONS

6.) BEING TRANSFERED TO THE D.P.C , IS NOT THE ONLY PRELIMINARY INJUNCTION THE PLAINTIFF SEEKS AS RELIEF, I.e, INTERSTATE PRISON TRANSFER TO NJ, PA OR VA ETC, ETC.

7.) DR. DONAHUES , DR THOMPSON, AND DR. K. KOVACIC, DIAGNOSIS OF MALINGERING REGARDING THE PLAINTIFF IS DUE TO BIAS , PREJUDICIAL AND CONFLICTING INTREST DUE TO THE PLAINTIFFS CIVIL COMPLAINT 04 -1350 GMS, AGAINST THEIR PREVIOUS CO - WORKER SYLVIA FOSTER, FOR WHICH VIOLATES THE PLAINTIFFS 1ST , 6TH , 8TH AND 14TH USCA RICHTS AND 11 DEL C§ 6535, 6581, 6525, DUE TO THE FACT THAT THE PLAINTIFF DID NOT GET A HEARING PRIOR TO BEING UNJUSTIFIABLE TRANSFERED BACK TO D.CC

8.) THE DEFENDANTS ABRUPTLY TRANSFERING THE PLAINTIFF BACK TO THE D.C.C FROM THE D.P.C ON 12/14/07 WITHOUT AN OFFICIAL COURT ORDER AND OR WITHOUT FIRST CONDUCTING A COMPETENCY HEARING IN ACCORDANCE WITH DR CAVANNAUGH'S 5/17/07 MOTION THAT WAS GRANTED BY JUDGE ABLEMAN, (DI 122), SEE ATTACHED, (S.CT CRIM DOCK SHEET), VIOLATED THE PLAINTIFFS SUBSTANTIAL AND PROCEDURAL DUE PROCESS RIGHTS. THE AFOREMENTIONED DEFINES THAT PLAINTIFF WAS NEVER JUDICIAL DEEMED COMPETENT, AND GIVES REASON WHY THE DISCIPLINARY SANCTIONS PLAINTIFF HAS RECEIVED SHOULD BE RESCINDED IN ACCORDANCE DEFENSES UNDER 11 DEL C 401 THRU 404, DATING FROM 12/14/07 UP TO DATE. ALSO, VIOLATIONS OF PLAINTIFFS 6TH, 8TH, AND 14TH USCA RIGHTS. AS WELL AS VIOLATIONS OF 11 DEL C § 6525, 6531, 6524, 6517, 6504.

9.) DEFENDANTS FAILURE TO PLACE PLAINTIFF IN SNU AT DCC, WHERE HE COULD RECEIVE TREATMENT AS ORDERED BY DR A. DONAHUE, (SEE DEC 13, 07 PSYCH REPORT), DEFINES DELIBERATE INDIFFERENCE OF THE DEFENDANTS WHEN THEY PLACED PLAINTIFF IN THE SHU, KNOWING THE SHU ENVIORMENT CAUSED THE PLAINTIFF TO BE SUICIDAL. SEE PLAINTIFFS 8/29/06 MEDICAL AND CLASSIFICATION RECORDS REGARD SUICIDAL ATTEMPT. BECAUSE PLAINTIFF FILED CIVIL COMPLAINTS AGAINST DEFENDANTS. 1ST, 8TH AND 14TH USCA VIOLATION VIOLATION OF 11 DEL C 6525, 6535, 6531, 6536, 6517, 6502

10 ~~(10)~~.) DATING FROM 1/22/08 UP TO DATE,
DEFENDANTS HAVE FAILED AND OR REFUSED
TO PLACE PLAINTIFF ON THE PROTECTIVE CUSTODY
UNIT, FOR WHICH DIRECTLY CONTRIDICTS DEFENDANTS
APRIL 13, 2007 RESPONSE TO PLAINTIFF'S FIRST MOTION
FOR PRELIMINARY INJUNCTION. PLACING A PROTECTIVE
CUSTODY INMATE ON A REGULAR SHU HOUSING UNIT,
PLACES PRISONER'S SAFETY IN JEOPARDY, DUE TO
PROTECTIVE CUSTODY PRISONER CARRING THE ENTITLEMENT
OF "SNITCH", AND THEREFORE SUBJECTS SAID "P.C" PRISONER
TO BEING SUBJECTED TO VERBAL HARASSMENT BY HIS FELLOW
INMATE PRISONERS, HAVING BODILY WASTES, i.e, SALIVA-
URINE-FECES THROWN ON HIM THREW THE CRACK OF THE
CELL DOORS, AND OR BEING SUBJECTED TO CORRECTIONAL
OFFICERS OPENING SAID PROTECTIVE CUSTODY PRISONERS
CELL DOOR AND ALLOWING SOMEONE WHO HAS BEEN SUPPLIED
WITH A WEAPON SUCH AS A KNIFE OR SHANK TO ~~M~~ ENTER
HIS ASSIGNED CELL IN ORDER TO DO HIM IRREPARABLE HARM.

ALSO, LT PETER FORBES AND LT. JAME SATTERFIELD
ARE INTERNALLY KNOWN BY THE INMATE PRISONERS TO HARASS
THE INMATES, BY REPEATATIVE SHAKE DOWNS, (DAILY), FOR
WEEKS, AS THEY HAVE DONE TO THE PLAINTIFF, AND TOLD THE
INMATES THE PLAINTIFF IS "SNITCHING" THAT THERE IS
DANGEROUS CONTRABAND ON THE UNIT. THIS IS CRUEL AND UNUSUAL.
PUNISHMENT, TO BE SLANDERED BY YOUR PEERS BECAUSE YOU
FILED CIVIL COMPLAINTS AGAINST THE DEFENDANTS.

1ST, 8TH & 14TH USCA VIOLATIONS. HARASSMENT
VIOLATION OF ~~D~~ 11 DEL C § 6504, 6502, 6517

11 (III.) THE PLAINTIFF IS IN A VICIOUS CYCLE:

DUE TO THE DEFENDANTS NAMED IN HIS CIVIL COMPLAINTS, CA NO'S 04-1350(GMS) — 05-013(GMS) AND 06-778(GMS), ARE ALL DELAWARE STATE EMPLOYEE'S SPANNING EVERY JUDICIAL AREAS OF THE PLAINTIFF'S CONFINEMENT, I.E, H.R.Y.CI, D.P.C, AS WELL AS D.C.C. THE DEFENDANTS CONTROL THE COURSE OF THE PLAINTIFF'S MEDICAL AND MENTAL HEALTH TREATMENT IN THEIR AUTHORITY, AND HAVE CONSISTANTLY VIOLATED THAT AUTHORITY GRANTED TO THEM UNDER COLOR OF STATE LAW, IN SUCH AN MANNER THAT HAS MAGNIFIED IN IT'S SERIOUSNESS AT AN EVER INCREASING RATE OF SURETY FOR WHICH MAKES PREDICTING THAT ~~IRREPARABLE HARM~~ THE PLAINTIFF WILL BE SUBJECTED TO IRREPARABLE HARM INEVITABLE.

FOR ALL THE AFOREMENTIONED REASONS STATED HEREIN, AS WELL AS IN THE PLAINTIFF'S COMPLAINTS, CA NO'S 04-1350(GMS) — 05-013(GMS) — 06-778(GMS), PRELIMINARY INJUNCTION PRONGS HAVE BEEN MET IN LAW AND IN FACT, AND SHOULD BE GRANTED IN ACCORDANCE.

12 ~~M~~.) THE DEFENDANT FINDS IT HIGHLY UNUSUAL
FOR THE DEFENDANTS WHO ADMINISTERED
MENTAL HEALTH TREATMENT TO THE PLAINTIFF
FOR MORE THAN TWO YEARS PRIOR TO HIS BEING
TRANSFERED TO THE D.P.C ON 6/6/07, UTILIZING
DR. CHARLOTTE SELIG AND PSYCHIATRIC INTERN
QUEEN SCOTT-JONE'S 6/7/07 TP3 ASSESSMENT REPORT,
THAT WAS AUTHORED IN LESS THAN 24 HOURS AFTER
THE PLAINTIFF'S ARRIVAL AT THE D.P.C, AND DIAGNOSING
HIM AS MALINGERING PRIOR TO THEIR ACTUALLY MEETING
THE PLAINTIFF AND OR PRESONALLY ASSESSING HIM.

~~THEREBY~~ THE AFOREMENTIONED DRAWS AN INFERENCE, THAT
THE DEFENDANT DELIBERATELY POSIONED THE PLAINTIFF,
WITH A POSION THAT WOULD ONLY MAKE HIM NAUSEATED
ENOUGH TO INDUCE PSYCHOSIS, ALONG WITH COMMISSIONING
INMATES TO DO PLAINTIFF IRREPARABLE HARM, IN CONJUNCTION
WITH OPENING HIS ASSIGNED CELL DOOR IN THE (SHU), WHEN
NO OFFICER IS PRESENT ON THE UNIT., SHU 18 C UNIT —
UPPER 12 AT 12:00 A.M AN APRIL 23, 2007 AND AGAIN
ON APRIL 31, 2007. (SEE STAFF LT TAYLOR'S REPORT),
WOULD DRIVE HIM TO DO IRREPARABLE HARM TO HIMSELF, OR
EITHER LEAD HIM TO THE D.CC INFIRMARY AND THEREAFTER.
D.P.C, IN ORDER FABRICATE DOCUMENTATION ~~WH~~ TO GAIN AN
UNFAIR STRATEGIC ADVANTAGE OF DEFENSE REGARDING
DEFENDANTS ALLIE, DR SYLVIA FOSTER, CA NO - 04 - 1350 (GMS)
VIOLATIONS OF 8TH, 1ST, AND 14TH USCA, AND 11 DEL C 6525, 6517, 6582, 6504.

103.) DEFENDANTS MOTION FOR SUMMARY
JUDGEMENT IS PREMATURE AND SHOULD
NOT BE REVIEWED WITHOUT AN SCHEDULING
ORDER FOR DISCOVERY BEING ISSUED TO
PARTIES.

104.) THUS FAR, DEFENDANT DR. A CANNULI'S PLEADING
ARE AMBIGUOUS, FOR WHICH DEFINES THAT HIS
PROFESSIONAL OPINION SHOULD BE SERIOUSLY
SCRUTINIZED VIA DISCOVERY.
( SCHIZOPHRENIA / MALINGERING ); WHICH IS IT?

105.) PLAINTIFF WAS COMPELED BY DR. A CANNULLI TO
BE ADMITTED INTO THE D.C.C INFIRMARY PSYCH OBSERVATION
ROOM WITH NO TOILET - NO SINK, SO THE PLAINTIFF'S
URINATING ON THE FLOOR, ONLY AFTER YELLING THEMBER
AND AM KICKING THE DOOR, TO BE ALLOWED TO
UTILIZE THE TOILET TO URINATE AND DEFICATE LIKE
A CIVILIZED PERSON WAS DENIED BY NURSE SNYDER
AND C/O JELIFFE JR, ( ONE WEEK IN THIS ROOM),
WAS TO BE EXPECTED. SNYDER AND C/O JELIFFE PRESENTED
DISCIPLINARY BEHAVIOR AS PSYCHOTIC, PLAINTIFF WAS TO BE DISCHARGED.
8TH USCA VIOLATION
VIOLATION OF 11 DELC 6504, 6502, 6517, 6525

106.) FOR AN ORDER TO ALLOW THE
     CONCLUSIVE REPORT FROM THE 2006-2007
FEDERAL INQUIRY CONDUCTED ON THE DELAWARE
D.O.C I.E, THE D.C.C BE ALLOWED AND TO
BE ADMITTED AS DISCOVERY EVIDENCE IN
THIS CASE, DUE TO THE PLAINTIFF CONTENTION
MANIFESTING THROUGHOUT THE COURSE
OF THE FEDERAL INQUIRY INVESTIGATION FOR
WHICH REPORTED MORE THAN 80 VIOLATIONS
OF THE U.S.C A,

107.) AFTER BEING INJURED ON OR ABOUT AUG 21, 06
     PLAINTIFF DID NOT DENY THE VERY TREATMENT
HE SOUGHT, ITS JUST THAT HIS PINKY FINGER
WAS 70% HEALED BY THE TIME OF THE CONSULTATION
ON 9/14/06, AND MORE THAN 85% HEALED
WHEN HE WAS SENT TO KENT GENERAL ON 10/4/06.
AFTER (7) WEEKS, PLAINTIFF AFTER FINALLY RECEIVING
RELIEF FOR MOST OF THE PAIN, DECIDED AGAINST
SURGERY TO AVOID THAN GOING THROUGH THE SAME
TYPE OF PAIN AND SUFFERING.

ANY FAIR MINDED PERSON KNOWS, IT ONLY TAKES
ABOUT 6 TO 8 WEEK FOR A (FRACTURED BONE),
   TO MEND.

108.) WHILE THE PLAINTIFF WAS SECURED
   IN THE ASSIGNED CELL IN THE INFIRMARY,
HE DID NOT HARM ANYONE, COULD NOT HARM
ANYONE, DID NOT HARM HIMSELF, THAT'S WHY
PLAINTIFF WAS PLACED ON PSYCH OBS LEVEL 3
AND DISCHARGED; FOR WHICH GIVES REASON
WHY DEFENDANTS (THEREAFTER), WERE SEEKING
TO REMOVE PLAINTIFF CLOTHS.
NO LESS RESTRICTIVE MEASURE WAS CONSIDERED.
NOTE: DEFENDANT SNYDER PLACED PLAINTIFF
ON LEVEL II BEFORE HE WAS ASSESSED B/
DR. CANNULI, DUE TO HER DELIBERATE INDIFFERENCE..

109) C/O JELIFFE JR CONSULTED WITH NURSE MARY SNYDER
   AND DR. A. CANNULI ABOUT THE INCIDENT, ON 9/6/06,
   EXPLAINING TO C/O JELIFFE THAT PLAINTIFF'S ACTIONS
   WERE DISCIPLINARY IN NATURE, C/O JELIFFE WROTE
   THE PLAINTIFF UP FOR DISCIPLINARY CODE VIOLATION
   WHILE HE WAS PRESCRIBED TO BE ON PSYCH OBSERVATION
   LEVEL, IMMEDIATELY THEREAFTER, DUE TO
   THEIR DELIBERATE INDIFFERENCE, DR CANNULI
   AND NURSE SNYDER ASSAULTED PLAINTIFF AGAINST
   HIS WILL WITH ANTI-PSYCHOTIC DRUGS ABSENT
   MEDICAL APPROPRIATENESS; TO APEASE C/O JELIFFE.

# DISCOVERY REQUEST
## PURSUANT TO FED R. CIV P# 26.

1.) ALL D.C C INCIDENT REPORTS SINCE 12/14/07 UP TO DATE.

2.) ALL D.CC MEDICAL RECORDS SINCE 12/14/07 UP TO DATE

3.) ALL PROTECTIVE CUSTODY RECORDS SINCE 12/14/07 UP TO DATE.

4.) ALL VIDEO SURVEILANCE OF PLAINTIFF SINCE 12/14/07 UP TO DATE.

5.) THE N.C C SUPERIOR COURT ORDER GRANTING DEFENDANT THE DUE PROCESS AUTHORITY TO INTERUPT PLAINTIFFS TREATMENT AT THE D.P.C AND TRANSFER HIM BACK TO THE D.CC.

6.) FOR 2006 - 2007 CONCLUSIVE FEDERAL INQUIRY REPORT CONDUCTED ON THE DELAWARE D.O.C AND THE D.C C.

INTERROGATORY REQUEST
PURSUANT TO FED R. CIV P#
FOR DEFENDANT DR ANTHONY CANNULI

1.) WHAT WAS PLAINTIFF DIAGNOSIS
PRIOR TO HIS TRANSFERING TO D.P.C
ON 6/6/07.

2.) DO YOU THINK A PSYCHIATRIST CAN
DIAGNOSE A PERSON IN ONE DAY.

3.) WHAT ARE THE STANDARD OPERATIONAL
PROCEDURES FOR RAM (A) PSYCH OBSERVATION
LEVEL 1, (B) PSYCH OBSERVATION LEVEL 2,
(C) PSYCH OBSERVATION LEVEL 3,
(D) PSYCH OBSERVATION LEVEL 4.

WRITTEN DEPOSITION
QUESTION FOR D.C.C INMATES
PURSUANT TO FED R CIV P# 31

HAVE YOU BEEN PLACED IN
SHACKLES AND HANDCUFFS WITH
BLACKBOX FOR 24 HOURS AT THE
D.C.C DATING FROM 12/14/07
UP TO DATE, PLEASE DISCRIBE
WHEN, WHY, WHO DID IT, AND
INJURIES DID IT CAUSE.

MAIL YOUR RESPONSE TO:
CLERK OF THE COURT GMS, CA No 041350
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS
DUE HEREBY CERTIFY ON THIS __23RD__ DAY OF __APRIL__,
2008, THAT I DID MAIL ONE TRUE AND CORRECT
COPY OF PLAINTHT'S "PLEADINGS AND EXHIBITS #2
IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR
PRELIMINARY INJUNCTION, DI 60 & 61, PURSUANT
TO FED R. CIVP #65, BY U.S POSTAL,
TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

JAMES E. DRNEC, ESQ          ERIKA Y TRUSS
BALICK & BALICK, LLC         DEPUTY ATTORNEY GENERAL
711 KING ST                  820 N. FRENCH ST
WILM, DE 19801               WILM, DE 19801


DATE: 4/23/08                Jimmie Lewis
                             SBI # 506622
                             D.CC
                             1181 PADDOCK RD
                             SMYRNA, DE 19977

Correctional Medical Services
Inter Disciplinary Progress Nr

Patient Name: LEWIS JIMMIE          ID#: 506622     Institution: DCC

| ne | Notes | Signatu |
|---|---|---|
| 0645 | I/M has been very unpleasant to me during Am med pass 8/10, 8/11. When he is offer his Am meds, He stays on his bed and tell me to bring med to him in his room. I believe this is very inappropriate, Informed the Co in charge to day. Starting to feel uncomfortable E this Inmate, ———— Kharashakya | |
| 8/06/06 0115 | Inmate stated during meds that he woke up with a severe headache. B/P 168/62 In no apparent distress P62 Returned to Cell laughing with officer. Joann Boone pue | |
| 21/00 2000 | I/M c/o pain in R Pinky finger stating he injured it playing basketball. Finger Deformed at Distal joint E swelling + bruising. I/M unable to move finger. Order recieved for X-Ray of finger. K.Pitch | |
| 9.22.04 | X-ray. Lt. Little Finger 3 views. Shielded.   Mary Tharp-Biddes, R.T. | |
| 7/30/06 | S.I /on admitted to Infirmary for attempted | |
| 345 | Suicide. O: BP 157/102, 74, 20, 97.3, 98°. R.A. A+Ox3. No resp. distress. Poor eye contact; little verbal. States he's OK. Nurse in blue found I/M hanging in cell from a piece of sheet. A: Altered thought process r/t attempted suicide. P: Level I observation; V.S. Q shift. Hold all meds until seen by provider in a.m. Continue Level I monitoring. N. Jacuzere | |

Rev 03/04

1

Correc. .ial Medical Services
Inter Disciplinary Progress Notes

Patient
Name:                                   ID#:              Institution:

| Date | Time | Notes | Signatur |
|------|------|-------|----------|
| 7/3/06 | 0115 A | I/m noted yelling at C/O this morning. Remains on level II observation. Noted this morning that he threw medications on cell floor — security went into the cell to obtain meds. I/m had flushed Pills in toilet. NAD - CEPI | |
| 4/3/06 N, DOC | 0845 | up to window awake NO/O Quiet in room. alt coping Plan continue Rx chart prn CPaunon Vt | |
| 7/3/06 | 0900 | V.S.: 120/68 - 96 7-92-20 98 % Sat. CPaunon | |
| 9/ /96 | 1700 | I/m up at cell door, waves "hi" to this nurse. Good eye contact c appropriate verbal. Cont. Level II observation. N. Pauwela | |
| 9/4/06 N.Y | 0100 | I'm in room, aware most of night, Refused his vitals being taken. Refused to take his medicines. banged @ the beginning of the shift but was mostly quiet during shift, maintains an angry/aggressive look. Emmac Leyson | |
| 9/4/06 N, DOC | 0900 | Sleeping this A.M. Did state to nurses + CO's yesterday if sent back to Shu will hang self again "I can't live that way" he states alt coping plan continue Rx chart prn CPaunon | |

**5**

Correc. .ial Medical Services
Inter Disciplinary Progress Notes

Patient
Name. Lewis, Jimmy                    ID# 506622    Institution: DCC

| Date | Time | Notes | Signature |
|---|---|---|---|
| 9/1/06 | 10³⁰ Am | S— "Am I going to the SHU"? <br> O— I/m got up to speak with MH staff. <br> A— I/m denies SI/HI at this time. <br> P— Put Inmate on Level II Ψ observation <br> — Henry M. Telo, Jr. MSW — | |
| 9/4/06 | 08:45 | ⑤ Met w/ I/m Lewis in infirmary. "I don't know what's going on. They just brought me here." <br> ⑥ I/m attempted to "play" like this writer was unaware of the situation and made statements alluding to the proposition that he was not supposed to be here in the infirmary. When this writer reminded I/m Lewis of my presence the day he was admitted, he recanted his statement. <br> ⑦ Reports "if I go back to the SHU, it's gonna happen again, I know it." ∅ CFS. <br> ⑧ Cont. to monitor & level II, <br> Cheryl S. Seite MN ~ | |
| 7-5-06 | 0900 | ⑤ Met w/ I/m Lewis in infirmary. "Just send me back. I don't want to spend the rest of my time in here." <br> ⑥ Presents w/ ↑ mood and insight. Able to verbalize desire to live and hope for release. <br> ⑧ Denies SI/HI. s/p p.r. <br> ⑨ Change to ↓ level III <br> Cheryl S. Seite MN~ | |

Correctional Medical Services
Inter Disciplinary Progress Notes

Patient Name: Lewis, Jimmy    ID#: 206622    Institution: DCC

| Date | Time | Notes | Signatur |
|------|------|-------|----------|
| 9/5/06 | 0650 | I/m @ cell door yelling out @ c/o, very agitated c̄ c/o for no reason noted. Remains on level II observation. NO SI/HI noted. ———— CEPP | |
| 9-6-06 | | Pt c/o pedal conditium. Pt being seen careens alert bed | |
| | | Hand: Mild edem of 5th Fyn  Mild fungal infecty between tes | |
| | | A/P Renew antifungal for feet   2) Fifth toe Fx: Continue buddy taping   Rd V. Day, b | |
| 9/6/06 | DCC 1500 | I/m screaming, pounding on door, spitting on glass. Very agitated + unable to talk down. Placed on Level II per Dr. Cannd. Also I/m given Haldol 5mg IM & Cogentin 1mg IM now. I/m placed on Level II and I/m injection given per orders. Previously I/m was screaming threats of throwing feces @ staff, now quiet. Will continue to observe on Level II ———— Mary B Snyd RN | |
| 9/7/06 | 0830 | I/m refused all am medicines and treatment. ———— Emma Cley RN | |
| 9/11/06 | N/s DOC 0900 | Sitting quietly in room at this time. W/o c/o + doesn't want to talk. Refused Vital signs. alt. coping plan. Continue P.X Chart prn QDaun | |

Correctional Medical Services
Inter Disciplinary Progress Notes

Patient Name: Jinnie Lewis    ID#:    Institution:

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 4/6/06 | | 4MD | |
| | | Spoke w/ I/m at Length. He cannot clearly contract for safety as yet. Specifically of get back to hole/S4U. He states he does not totally over-whelmed their. Definite paranoia — rants about staff ignoring his requests for medical care of his 5th dig. + headache. "I felt they wanted me to commit suicide" takes no responsibility for his actions i.e. thought T.V. Impulsive unpredictable. Manipulative but also mentally ill. S/P hanging attempt. States he does not feel suicidal in the infirmary but can't say why. Only partially cooperative. A/p meds same. Continue to monitor in the infirmary. Prepare for commitment to DPC (if needed). Carmelli | [signature] |

Correctional Medical Services
Inter Disciplinary Progress Notes

Patient
Name: Jinnie Lewis    ID#:    Institution: DCC - INF

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 9/6/06 | 4 MD 240 pm | ASKED By C.O. To See I/m | |

Notes:

4 MD 240 pm
ASKED By C.O. To See I/m
Again Because he was Blocking the
Camera view W/ paper. I/m was Angry
+ ASKing why he wasn't Discharged. Told
him he did NOT CONTRACT for safety in
A.m & our consider Concern of his
recent Suicide ATTEMPT. I Told him
he was NOT rational This A.m. He
Became AgiTATED. I placed him on
Level II OBSERVATION + left in Firmary
C.O'S Called shortly later STATing he
had already urinated on his window
Said he was going To throw Feces next.
I spoke w/ nursing + gave a verbal
order for Haldol 5 mg IM + Cogentin
1 mg IM. His Threat of throwing Feces
when the CO'S were going in To Take
his clothes eTC is A VERY Serious threat of
harm To others Therefore the medication
is JustiFied For The protection of staff

[signature]

9

Correctional Medical Se___ic__
Inter Disciplinary Progress Notes

Patient Name: Lewis, Jimmie    ID#: 506622    Institution: DCC

| Date | Time | Notes |
|---|---|---|
| | | MD Note |
| 2/24/06 | | pt. had a displaced avulsion fx of 5th finger. pt. was approved to have surg. by ortho however pt refused appt for surg on 10/4/06. plse see specialist notes attached in consult section. — Dr. Dale Rodgers |
| 10/22/06 | N3 | Refused tetanus vaccinations. Refusal signed by correctional officer/this nurse. — CCllins LN |
| Nov 1, 2006 @ 00:40 | | This writer responded to a call to see I/m in bldg 17, he had voiced suicidal ideation. On questioning him he said he has been having suicidal ideation all day long and will not like what happened the other time to repeat itself. All attempts to question him further was unsuccessful. Call placed to the mental health On call person Imad Janvan, Inmate is to be placed in the infirmary level II pending Psych evaluation by a mental health specialist. Report given to infirmary charge nurse, shift commander and primary control notified — Balsionelpm |

113 Rev 03/04

19

**Disciplinary#**
**1038652**

**DCC** Delaware Correctional Center
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 02/27/2008

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit Bldg 17 | | IR#: 1050802 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00506622 | Lewis, Jimmy | DCC | Bldg.17 A Tier | | 02/27/2008 | 10:16 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.01/200.105 Abuse of Privileges, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order, Disorderly behavior

Witnesses:1.Travies, Keshaw          2. Turner, Gregory          3. Barnhart, Elizabeth

### Description of Alleged Violation(s)

On The Above Date & Time I/M Jimmy Lewis 506622 Was Placed Back In His Cell A H/C, After Spending The Night In D-Tier Observation Room After Threatening To Hurt Himself. Within Five (5) Minutes, Feces Was Seen Coming Out The Bottom Of His Door On The Floor. Also, The I/M Jimmy Lewis 506622 Is Rubbing The Feces On The Walls Of His Cell. Sergeant Keshaw Travies, C/Os Greg Turner & Elizabeth Barnhardt Witnessed The I/M Spreading The Feces Around His Cell.
Reporting Officer: Pierce, George M (Correctional Officer)

### Immediate Action Taken

Immediate action taken by: Pierce, George M -Correctional Officer

After The Feces Was Discovered, The Oic (Sgt. Travies) Notified The Area Lieutenant James Satterfield.

### Offender Disposition Details

Disposition: N/A          **Date:** N/A          **Time:** N/A          **Cell secured?** No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: [x]   Disapproved: [ ]   Approved By: Satterfield, James P (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received: 02/27/2008          Time: 12:24          Received From: Satterfield, James P

**Shift Supervisor Determination:**

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Satterfield, James P (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** 2-27-08 **TIME:** 14 45 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:**          **Offender:**

Satterfield, James P                    Lewis, Jimmy

admission staff and follow Delaware Psychiatric Center procedures.

Within 72 hours of admission, the forensic team of Mitchell will screen all forensic patients and prepare the initial treatment plan.

### Court Committed For Pre-Trial Or Pre-Sentence Evaluation

These patients may come directly from court or be transferred in from prison. These patients can not be housed in psychiatric units other than Mitchell Building unless they are on probation status or court ordered to a particular unit by the court. The day-to-day treatment for forensic patients assigned to areas other than Mitchell Building belongs to the Treatment Service where the patient is housed for their care and treatment.

### Court Committed After Being Found Not Guilty By Reason Of Insanity

This type of patient may be transferred by a court order to another Treatment Service on the grounds of Delaware Psychiatric Center if it is determined that they no longer need the security of the Mitchell Building. In such cases, the new Treatment Service assumes the responsibility for care and treatment.

### Court Committed After Being Found Guilty But Mentally Ill

This type of patient remains under the jurisdiction of the Department of Corrections and upon stabilization and with the court's approval would be sent to prison to complete his or her sentence.

### Court Committed After Being Found Unfit Or Incompetent To Stand Trial, Incompetent To Stand Sentencing, Etc.

Such patients are committed for treatment for their indicated incompetence and can be transferred by a court order to another treatment area if they do not require the security of the Mitchell Building. In such cases, the new Treatment Service assumes the responsibility of planning and treatment. If competency later ensues, the patient will go for trial and/or the disposition of his/her court case.



### Court Committed From Prison After The Prisoner Becomes Mentally Ill While Imprisoned And Found In Need Of Inpatient Psychiatric Treatment.

Such prisoners will be returned to the custody of the department of corrections upon stabilization in a manner indicated by a court order.

### Municipal And Family Court Committed Patients Who Have Been To Court And Needs  Continued Psychiatric Hospitalization On A Civil Or Voluntary Commitment Status

These patients may be approved by the Court to be transferred out of the Mitchell Building within five (5) days following the change of status.

### TREATMENT PLANNING

The central focus of the treatment for each patient is individualized treatment plan meeting held at specific intervals. The patient is actively involved in these meetings and is encouraged to participate in the development of the plan. Input is received from all

# Mitchell Recovery Mall (Week 3) – Mon. 10.1.07

| Time | Chapel | South Day Hall | OT | North Day Hall |
|---|---|---|---|---|
| 10:15-11:00 | **Group Therapy** *Dalle-Molle`* (NORTH & SOUTH) (10)<br>R.Blackburn – V. Jones<br>C. Carter – T. Kane<br>M. Celestine – D.Malandruccolo<br>J. DaCosta – K. McLaughlin<br>J. Howard – R. Stevens | **Sounds of Music** *Jackson* (NORTH & SOUTH) (16)<br>A. Brown – J.Joannides<br>J. Coley – C. Jackson<br>M. Davis – G. Jones<br>R. Diaz – N. Kenyatta<br>E.Fitzsimmons – J. Lewis<br>T. Gibson – M. Miller<br>M. Giles – C. Shetzler<br>S. Harrison – J. Shields | **Between Us Girls (R)** *Jolly/Chapman* (SOUTH) (6)<br>J. Bailey – T. Kunig<br>P. Dorsey – S. Parsons<br>P. Kee – C. Williams | **Typing** *CLASS ROOM * *Jefferson* (NORTH & SOUTH) (5)<br>R. Atzupius – S. Sisson<br>B. Harris – L. Ward<br>C. Minear |
| 11:00-1:00 | Lunch | Lunch | Lunch | Lunch |
| 1:00-1:45 | **Movies & Conversation** *Rogers* (NORTH) (8)<br>R. Atzupius – T. Kane<br>J. DaCosta – J. Lewis<br>B. Harris – K.McLaughlin<br>J. Howard – C. Minear | **Health & Fitness** *GYM * *Dalle-Molle`* (SOUTH) (8)<br>J. Coley – N. Kenyatta<br>P. Dorsey – T. Kunig<br>S. Harrison – R. Stevens<br>C. Jackson – C. Williams | ***Weight Room*** *Johnson* (SOUTH) (5)<br>J. Bailey – S. Parsons<br>G. Jones – L. Ward<br>V. Jones | **Game Room** *Jefferson & Staff* (NORTH & SOUTH) (16)<br>R. Blackburn – M. Giles<br>A. Brown – J.Joannides<br>C. Carter – P. Kee<br>M. Celestine – D.Malandruccolo<br>M. Davis – M. Miller<br>R. Diaz – C. Shetzler<br>E.Fitzsimmons – J. Shields<br>T. Gibson – S. Sisson |
| 1:45-2:00 | Break | Break | Break | Break |
| 2:00-2:45 | **Pilates (R)** *Jackson/Goldsborough* (SOUTH) (6)<br>J. Baily – T. Kunig<br>P. Dorsey – S. Parsons<br>P. Kee – C. Williams | **Story Telling** *Dr. Thompson* (NORTH & SOUTH) (13)<br>M. Celestine – J. Howard<br>J. DaCosta – J. Lewis<br>M. Davis – D.Malandruccolo<br>R. Diaz – C. Shetzler<br>E.Fitzsimmons – J. Shields<br>M. Giles – L. Ward<br>V. Jones | **Legal Eagles (R)** *Selig/Johnson* (NORTH & SOUTH) (13)<br>R. Blackburn – J. Joanniedes<br>A. Brown – G. Jones<br>C. Carter – T. Kane<br>J. Coley – N. Kenyatta<br>T. Gibson – M. Miller<br>S. Harrison – R. Stevens<br>C. Jackson | **Expressive Writing** *Dalle-Molle`* (NORTH) (5)<br>R. Atzupius – C. Minear<br>B. Harris – S. Sisson<br>K. McLughin |

# Mitchell Recovery Mall (Week 4) – Thurs. 10.11.07

| Time | Chapel | South Day Hall | OT | North Day Hall |
|---|---|---|---|---|
| **9:15-10:00** | **D-Team**<br>*Johnson*<br>(NORTH/SOUTH) (8)<br><br>R. Aizputis — B. Harris<br>J. Bailey — J. Joannides<br>R. Blackburn — P. Kee<br>R. Diaz — S. Parsons | **Positive Coping**<br>*Dalle-Molle*<br>(SOUTH) (8)<br><br>J. Coley — S. Harrison<br>M. Davis — C. Jackson<br>E. Fitzsimmons — R. Stevens<br>T. Gibson — L. Ward | **Music Therapy**<br>*Williams/Chapman*<br>(SOUTH) (9)<br><br>A. Brown — N. Kenyatta<br>P. Dorsey — T. Kunig<br>M. Giles — C. Shetzler<br>G. Jones — C. Williams<br>V. Jones | **Men's Issues**<br>*Benjamin*<br>(NORTH) (14)<br><br>A. Bretigain — D. Malandruccolo<br>C. Carter — K. McLaughlin<br>M. Celestine — M. Miller<br>J. DaCosta — C. Minear<br>J. Howard — S. Sisson<br>T. Kane — J. Shields<br>J. Lewis — D. Sweitzer |
| **10:00-10:15** | Break | Break | Break | Break |
| **10:15-11:00** | **Movies & Conversation**<br>*Rogers*<br>(NORTH) (8)<br><br>R. Aizputis — T. Kane<br>J. DaCosta — J. Lewis<br>B. Harris — K. McLaughlin<br>J. Howard — C. Minear | **Social Skills**<br>*Benjamin*<br>(SOUTH) (11)<br><br>A. Brown — C. Jackson<br>M. Davis — J. Joannides<br>R. Diaz — N. Kenyatta<br>E. Fitzsimmons — C. Shetzler<br>M. Giles — R. Stevens<br>S. Harrison | **Art for Art Sake**<br>*Morrett*<br>(SOUTH) (10)<br><br>J. Bailey — P. Kee<br>J. Coley — T. Kunig<br>P. Dorsey — S. Parsons<br>G. Jones — L. Ward<br>V. Jones — C. Williams | **Stress Management**<br>*May*<br>(NORTH) (10)<br><br>R. Blackburn — D. Malandruccolo<br>A. Bretigain — M. Miller<br>C. Carter — J. Shields<br>M. Celestine — S. Sisson<br>T. Gibson — D. Sweitzer |
| **11:00-1:00** | Lunch | Lunch | Lunch | Lunch |
| **1:00-1:45** | **Diversity Explorer**<br>*Brunton*<br>(SOUTH) (9)<br><br>J. Bailey — V. Jones<br>J. Coley — S. Parsons<br>R. Diaz — L. Ward<br>M. Giles — C. Williams<br>S. Harrison | **Sports Films**<br>*Jefferson*<br>(SOUTH) (8)<br><br>R. Aizputis — T. Kane<br>M. Celestine — J. Lewis<br>J. DaCosta — D. Malandruccolo<br>B. Harris — K. McLaughlin | **We're in this Together**<br>*Jolly/Chapman*<br>(SOUTH) (12)<br><br>A. Brown — G. Jones<br>M. Davis — P. Kee<br>P. Dorsey — N. Kenyatta<br>E. Fitzsimmons — T. Kunig<br>C. Jackson — C. Shetzler<br>J. Joannides — R. Stevens | **BINGO**<br>*May*<br>(NORTH) (10)<br><br>R. Blackburn — M. Miller<br>A. Bretigain — C. Minear<br>C. Carter — J. Shields<br>T. Gibson — S. Sisson<br>J. Howard — D. Sweitzer |
| **1:45-2:00** | Break | Break | Break | Break |
| **2:00-2:45** | **Movies & Conversation**<br>*Rogers*<br>(SOUTH) (8)<br><br>J. Bailey — P. Kee<br>J. Coley — T. Kunig<br>P. Dorsey — C. Shetzler<br>V. Jones — C. Williams | **Diversity Explorer**<br>*Brunton*<br>(NORTH) (13)<br><br>R. Aizputis — J. Lewis<br>R. Blackburn — D. Malandruccolo<br>A. Bretigain — M. Miller<br>M. Celestine — J. Shields<br>T. Gibson — S. Sisson<br>B. Harris — D. Sweitzer<br>J. Howard | **Expressive Writing**<br>*Dalle-Molle*<br>(SOUTH) (13)<br><br>A. Brown — J. Joannides<br>M. Davis — G. Jones<br>R. Diaz — N. Kenyatta<br>E. Fitzsimmons — S. Parsons<br>M. Giles — R. Stevens<br>S. Harrison — L. Ward<br>C. Jackson | **Smoking Cessation**<br>*May*<br>(NORTH) (5)<br><br>C. Carter — K. McLaughlin<br>J. DaCosta — C. Minear<br>T. Kane |

# Mitchell Recovery Mall (Week 6) – Mon. 10.22.07

| Time | Chapel | South Day Hall | OT | North Day Hall |
|---|---|---|---|---|
| 10:15-11:00 | **Group Therapy** *Dalle-Molle'* (NORTH & SOUTH) (10)<br>R.Blackburn \| V. Jones<br>C. Carter \| T. Kane<br>M. Celestine \| D.Malandraccolo<br>J.DaCosta \| K. McLaughlin<br>J. Howard \| R. Stevens | **Sounds of Music** *Jackson & STAFF* (NORTH & SOUTH) (17)<br>A. Breitgain \| C. Jackson<br>A. Brown \| G. Jones<br>J. Coley \| N. Kenyatta<br>R. Diaz \| J. Lewis<br>E.Fitzsimmons \| M. Miller<br>T. Gibson \| C. Shetzler<br>M. Giles \| J. Shields<br>S. Harrison \| D. Sweitzer<br>J. Joannides | **Between Us Girls (R)** *Jolly/Chapman* (SOUTH) (6)<br>J. Bailey \| T. Kunig<br>P. Dorsey \| S. Parsons<br>P. Kee \| C. Williams | **Typing** *CLASS ROOM* *Jefferson* (NORTH & SOUTH) (5)<br>R. Aizupitis \| S. Sisson<br>B. Harris \| L. Ward<br>C. Minear |
| 11:00-1:00 | *Lunch* | *Lunch* | *Lunch* | *Lunch* |
| 1:00-1:45 | **Movies & Conversation** *Rogers* (NORTH) (8)<br>R. Aizupitis \| T. Kane<br>J. DaCosta \| J. Lewis<br>B Harris \| K.McLaughlin<br>J. Howard \| C. Minear | **Health & Fitness** *gym* *Dalle-Molle'* (SOUTH) (6)<br>J. Coley \| N. Kenyatta<br>S. Harrison \| R. Stevens<br>C. Jackson \| C. Williams | **Weight Room** *Johnson* (SOUTH) (5)<br>J. Bailey \| S. Parsons<br>G. Jones \| L. Ward<br>V. Jones | **Game Room** *Jefferson & STAFF* (NORTH& SOUTH) (19)<br>R. Blackburn \| J. Joannides<br>A. Breitgain \| P. Kee<br>A. Brown \| T. Kunig<br>C. Carter \| D.Malandraccolo<br>M. Celestine \| M. Miller<br>R. Diaz \| C. Shetzler<br>P. Dorsey \| J. Shields<br>E.Fitzsimmons \| S. Sisson<br>T. Gibson \| D. Sweitzer<br>M. Giles |
| 1:45-2:00 | *Break* | *Break* | *Break* | *Break* |
| 2:00-2:45 | **Pilates (R)** *Jackson* (SOUTH) (6)<br>J. Baily \| T. Kunig<br>P. Dorsey \| S. Parsons<br>P. Kee \| C. Williams | **Story Telling** *Dr. Thompson* (NORTH & SOUTH) (14)<br>A. Breitgain \| T. Kane<br>M. Celestine \| J. Lewis<br>R. Diaz \| D.Malandraccolo<br>E.Fitzsimmons \| C. Shetzler<br>M. Giles \| J. Shields<br>J. Howard \| L. Ward<br>V. Jones \| D. Sweitzer | **Legal Eagles (R)** *Selig/Johnson* (NORTH & SOUTH) (12)<br>R. Blackburn \| C. Jackson<br>A. Brown \| J. Joannides<br>C. Carter \| G. Jones<br>J. Coley \| N. Kenyatta<br>T. Gibson \| M. Miller<br>S. Harrison \| R. Stevens | **Expressive Writing** *Dalle-Molle'* (NORTH) (6)<br>R. Aizupitis \| K. McLughli<br>J. DaCosta \| C. Minear<br>B. Harris \| S. Sisson |

Mitchell Recovery Mall (Week 6) – Tues. 10.23.07

| Time | Chapel | South Day Hall | OT | North Day Hall |
|---|---|---|---|---|
| 11:00-1:00 | Lunch | Lunch | Lunch | Lunch |
| 1:00-1:45 | **Poetry & Discussion** *Benjamin* *(NORTH)* *(11)* <br> R. Blackburn / J. Howard <br> A. Bretigan / D.Malandruccolo <br> C. Carter / M. Miller <br> M. Celestine / C. Minear <br> T. Gibson / D. Sweitzer <br> B. Harris <br> Millie | **Leisure Activities** *Johnson/May* *(SOUTH)* *(11)* <br> J. Bailey / M. Giles <br> J. Coley / P. Kee <br> P. Dorsey / T. Kunig <br> R. Diaz / C. Shetzler <br> E. Fitzsimmons / R. Stevens <br> S. Harrison <br> Rogers | **Express Yourself** *Art Therapy* *Morrett* *(NORTH)* *(8)* <br> R. Aizquitis / J. Lewis <br> J. DaCosta / K. McLaughlin <br> K. Goldsboro / J. Shields <br> T. Kane / S. Sisson <br> Marshall | **'What's Happening Now?'** *Current Events* *Jefferson* *(SOUTH)* *(9)* <br> A. Brown / N. Kenyatta <br> C. Jackson / S. Parsons <br> J. Joannides / L. Ward <br> G. Jones / C. Williams <br> V. Jones <br> Rose |
| 1:45-2:00 | **Break** | **Break** | **Break** | **Break** |
| 2:00-2:45 | **Keeping It Cool** *Dalle-Molle / Johnson* *(NORTH)* *(9)* <br> C. Carter / T. Kane <br> J. DaCosta / J. Lewis <br> K. Goldsboro / D.Malandruccolo <br> B. Harris / C. Minear <br> J. Howard <br> Kelison | Chen'se | **Keeping It Cool** *Jackson/Pearsall* *(SOUTH)* *(8)* <br> J. Coley / V. Jones <br> P. Dorsey / N. Kenyatta <br> T. Gibson / C. Shetzler <br> S. Harrison / R. Stevens <br> Kann | **Express Yourself** *Art Therapy* *Morrett* *(NORTH)* *(9)* <br> R. Aizquitis / K. McLaughlin <br> A. Bretigan / J. Shields <br> R. Blackburn / S. Sisson <br> M. Celestine / D. Sweitzer <br> M. Miller <br> millie <br> Simpson | **BINGO & Games** *May/Chapman* *(SOUTH)* *(13)* <br> J. Bailey / G. Jones <br> A. Brown / P. Kee <br> R. Diaz / T. Kunig <br> E. Fitsimmons / S. Parsons <br> M. Giles / L. Ward <br> C. Jackson / C. Williams <br> J. Joannides <br> Marshall Rogers |

## Mitchell Recovery Mall (Week 2) – *Mon. 9.24.07*

| Time | Chapel | South Day Hall | OT | North Day Hall |
|---|---|---|---|---|
| **10:15-11:00** | **Group Therapy**<br>*Dalle-Molle*<br>(NORTH & SOUTH)<br>(12)<br>R Blackburn / T Kane<br>C Carter / D Malandruccolo<br>M Celestine / K McLaughlin<br>J DaCosta / R Stevens<br>J Howard / R Walker<br>V Jones / L Ward | **Sounds of Music**<br>*Jackson*<br>(NORTH & SOUTH)<br>(15)<br>A Brown / J Joannides<br>J Coley / C Jackson<br>M Davis / G Jones<br>R Diaz / N Kenyatta<br>E Fitzsimmons / J Lewis<br>T Gibson / M Miller<br>M Giles / J Shields<br>S Harrison | **Between Us Girls (R)**<br>*Jolly Chapman*<br>(SOUTH)<br>(6)<br>J Bailey / T Kunig<br>P Dorsey / S Parsons<br>P Kee / C Williams | **Typing**<br>*CLASS ROOM *<br>*Jefferson*<br>(NORTH)<br>(5)<br>R Aizuptis / C Minear<br>B Harris / S Sisson<br>J Lawrence |
| **11:00-1:00** | Lunch | Lunch | Lunch | Lunch |
| **1:00-1:45** | **Movies & Conversation**<br>*Rogers*<br>(NORTH)<br>(9)<br>R Aizuptis / J Lawrence<br>J DaCosta / J Lewis<br>B Harris / K McLaughlin<br>J Howard / C Minear<br>T Kane | **Health & Fitness**<br>*GYM *<br>*Dalle-Molle*<br>(SOUTH)<br>(11)<br>J Coley / P Kee<br>M Davis / N Kenyatta<br>P Dorsey / T Kunig<br>S Harrison / R Stevens<br>C Jackson / C Williams<br>V Jones | ***Weight Room***<br>*Johnson*<br>(SOUTH)<br>(4)<br>J Bailey / S Parsons<br>G Jones / L Ward | **Game Room**<br>*Jefferson*<br>(NORTH & SOUTH)<br>(14)<br>R Blackburn / M Giles<br>A Brown / J Joannides<br>C Carter / D Malandruccolo<br>M Celestine / M Miller<br>R Diaz / J Shields<br>E Fitzsimmons / S Sisson<br>T Gibson / R Walker |
| **1:45-2:00** | Break | Break | Break | Break |
| **2:00-2:45** | **Pilates (R)**<br>*Jackson/Goldsborough*<br>(SOUTH)<br>(6)<br>J Baily / T Kunig<br>P Dorsey / S Parsons<br>P Kee / C Williams | **Story Telling**<br>*Dr. Thompson*<br>(NORTH & SOUTH)<br>(12)<br>M Celestine / J Howard<br>M Davis / J Lawrence<br>R Diaz / J Lewis<br>E Fitzsimmons / D Malandruccolo<br>M Giles / J Shields<br>V Jones / L Ward | **Legal Eagles (R)**<br>*Selig/Johnson*<br>(NORTH & SOUTH)<br>(14)<br>R Blackburn / J Joannides<br>A Brown / G Jones<br>C Carter / T Kane<br>J Coley / N Kenyatta<br>T Gibson / M Miller<br>S Harrison / R Stevens<br>C Jackson / R Walker | **Expressive Writing**<br>*Dalle-Molle*<br>(NORTH)<br>(6)<br>R Aizuptis / K McLughlin<br>J DaCosta / C Minear<br>B Harris / S Sisson |

| Disciplinary#<br>1040111 | | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | | | Date: 04/14/2008 | |
|---|---|---|---|---|---|---|

## DISCIPLINARY REPORT

| Disciplinary Type: Class2 | | Housing Unit Bldg 17 | | IR#: 1052577 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00506622 | Lewis, Jimmy | DCC | Bldg.17 A Tier | | 04/14/2008 | 16:00 |

Violations: 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

| Witnesses:1.N/A | 2. N/A | 3. N/A |
|---|---|---|

### Description of Alleged Violation(s)

On the above date and approximate time I C/O Kevin Brown was conducting a Headcount on 17-A wing. When I walked up to check cell A-Lower 1 which houses inmate Lewis Jimmy SBIi # 00506622. I Immediately noticed inmate Lewis had taped newspaper up to his cell door window. I asked inmate Lewis to remove the newspaper from his window. After giving him at least three direct orders, he refused to comply. Inmate advised of write up paperwork completed.

Reporting Officer: Brown, Kevin  (Correctional Officer)

### Immediate Action Taken

Immediate action taken by: Brown, Kevin -Correctional Officer

Inmate Advised Of Write Up, Area L.T Notified

### Offender Disposition Details

Disposition: N/A                    Date:N/A        Time: N/A        Cell secured?  No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: [x]       Disapproved: [ ]   Approved By:Forbes, Peter  (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received: 04/14/2008        Time: 17:54        Received From: Brown, Kevin

**Shift Supervisor Determination:**

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Forbes, Peter  (Staff Lt./Lt)

I have received a copy of this notice on **DATE:**_____  **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

| Preliminary Hearing<br>Officer: | | Offender: | |
|---|---|---|---|
| | Forbes, Peter | | Lewis, Jimmy |

| Disciplinary# |
|---|
| 1040090 |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/13/2008

## DISCIPLINARY REPORT

Disciplinary Type: Class1              Housing Unit Bldg 17                      IR#: 1052535

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00506622 | Lewis, Jimmy | DCC | Bldg.17 A Tier | 04/13/2008 | 12:40 |

Violations: 1.05/200.225 Demonstrations (Strike), 2.01/200.105 Abuse of Privileges, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order

Witnesses:1.Turner, Gregory          2. Pierce, George          3. N/A

| Description of Alleged Violation(s) |
|---|

On the above and time, I/M Jimmy Lewis 506622 refused to take down the newspaper that was on his cell window. He was ordered twice yesterday, to take this newspaper down due to the fact we(C/Os) couldn't see into his cell. I ordered him that if he didn't take down the newspaper, I was going to write him up. He(J. Lewis) told C/O Greg Turner and myself, he didn't care if he was written up. He wasn't going to take down the newspaper.
Reporting Officer: Pierce, George M (Correctional Officer)

| Immediate Action Taken |
|---|

Immediate action taken by: Pierce, George M -Correctional Officer

The Oic(Sergeant K. Travies) Notified.

| Offender Disposition Details |
|---|

Disposition: N/A                      Date:N/A          Time: N/A          Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

| Approval Information |
|---|

Approved: [x]     Disapproved: [ ]   Approved By:Satterfield, James P (Staff Lt./Lt)

Comments: N/A

| Shift Supervisor Details |
|---|

Date Received: 04/13/2008       Time: 13:24       Received From: Satterfield, James P

Shift Supervisor Determination:

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate
       revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary
       Hearing.

                                             Satterfield, James P (Staff Lt./Lt)

I have received a copy of this notice on DATE: 4-13-08       TIME: 1355   and have been informed of my rights to have
a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions
outlined in the Rules of conduct.

Preliminary Hearing
Officer:                                                     Offender:
                    Satterfield, James P                                   Lewis, Jimmy

**DCC  Delaware Correctional Center**                                   Date: 04/21/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : LEWIS, JIMMY | | **SBI#** | : 00506622 | **Institution** | : DCC |
| **Grievance #** : 156960 | | **Grievance Date** : 04/10/2008 | | **Category** | : Individual |
| **Status** : Unresolved | | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** Counselors | | **Incident Date** : 04/10/2008 | | **Incident Time :** | |
| **IGC** : Dutton, Matthew | | **Housing Location** : Bldg 17, Lower, Tier A, Cell 1, Single | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I've been seeking diligently to be informed by my counselor Linda Kemp and the DCC treatment administrator Ronald Hosterman about exactly what rehabilitated and or treatment courses pursuant to 11 Del 6531, 6525, 6502, 6504, 6517, 6524, 6535 that they recommend I take out to no avail. Since 1.¤5/08 I have not received any responses to my verbal or written request.

**Remedy Requested** : To receive a response in regards to what rehabilitative and or treatment courses that I should be participating in from my counselor and or the treatment administrator, or the Deputy Warden or the Warden.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO                          **Date Received by Medical Unit :**

**Investigation Sent :**                            **Investigation Sent To** : Hosterman, Ron

**Grievance Amount :**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/13/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC | |
| **Grievance #** : 152689 | **Grievance Date** : 03/08/2008 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 03/08/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 1, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims:  I have submitted medical slick call request slips for several cracked and dry skin, on my legs, back, and feet, as well as for pains in my chest that causes my left arm to feel heavy, and also for a diet that's high with Protein, Fiber, and Calcium; due to my being a vegetarian who doesn't eat red meat and doesn't eat white bread or drink milk.  Note: White bread and milk give me IBS.

**Remedy Requested** :  To be informed why my medical sick call slips are totally ignored.  To be provided with a diet that¿s high in Protein and Fiber that addresses my daily nutritional needs.  To check my blood pressure and or chest pains.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 03/13/2008

**Investigation Sent** : 03/13/2008

**Investigation Sent To** : Moore, Ronnie

**Grievance Amount :**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/17/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** | : 00506622 | **Institution** | : DCC |
| **Grievance #** : 153024 | **Grievance Date** | : 03/06/2008 | **Category** | : Individual |
| **Status** : Non Grievable | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** Classification | **Incident Date** | : 03/06/2008 | **Incident Time :** 15:00 | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 1, Single | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Since May of 2007, I have been on protective custody status. The dilemma is that I am constantly being subjected to housing units that place my safety in jeopardy by placing me on units that are not designed for protective custody inmates. Numerous inmates whom have been placed on protective custody status after I have, have been placed on the protective custody unit.

**Remedy Requested** : To be placed on the protective custody unit SHU 18 B unit. Where my status as a protective custody inmate won't place me any more of a safety risk housing environment.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO                    **Date Received by Medical Unit :**

**Investigation Sent :**                    **Investigation Sent To** :

**Grievance Amount :**

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/13/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | | **SBI#** : 00506622 | **Institution** : DCC | |
| **Grievance #** : 152688 | | **Grievance Date** : 03/04/2008 | **Category** : Individual | |
| **Status** : Unresolved | | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Mental Health) | | **Incident Date** : 02/26/2008 | **Incident Time :** 10:00 | |
| **IGC** : Dutton, Matthew | | **Housing Location :** Bldg 17, Lower, Tier A, Cell 1, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: On 2/26/08 at 10:00 pm I was handcuffed and shackled and taken from SHU 17 A H/C to the conference room, and placed on Psych close observation level one, due to my experiencing anxiety related panic attacks that caused me to be deemed a threat to self and or others. On 2/27/08 after explaining to the mental health staff, the aforementioned, I was taken back to my assigned quarters SHU 17 A H/C after being handcuffed and shackled for twelve hours, thereafter I was taken to SHU 18 CL 5 and handcuffed and shackled for twenty four hours with black box, per mental health staff. Mr. Gibbs and Dr. A. Cannulli.

**Remedy Requested** : Why was I handcuffed and shackled for twelve and twenty four hours via mental health staff, who is responsible for my receiving said treatment, and what is the SOP for my being a threat to my self or other needed in order to prevent this from occurring in the future if applicable.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 03/13/2008

**Investigation Sent :** 03/13/2008

**Investigation Sent To** : Moore, Ronnie

**Grievance Amount :**

DCC  Delaware Correctional Center                          Date: 04/16/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** | : 00506622 | **Institution** | : DCC |
| **Grievance #** : 156473 | **Grievance Date** | : 04/06/2008 | **Category** | : Individual |
| **Status** : Non Grievable | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** Miscellaneous | **Incident Date** | : 04/06/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 1, Single | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  This grievance returned because:  Subsequently, after I was transferred back to the DCC from the Del. Psych center.  Warden,Phelps was the new DCC's Warden.  I was there after classified to the SHU without receiving a inmate SHU hand book and or any memo's of the rules and or regulations, in order for me to receive fair notice of any violation in regards to be given an opportunity to make a statement in my own behalf, in accordance to my due process right, regarding my liberty interest rights that the DCC violated, regarding me receiving treatment for any alleged conduct, pursuant to 11 Del C S 6535, 6531, 6525, 6536, 6502, 6517.

**Remedy Requested**      :   To receive a SHU rules and regulation handbook, and or to receive fair notice of any alleged misconduct violation in accordance to my due process rights.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

```
                    SUPERIOR COURT CRIMINAL DOCKET            Page   14
                        ( as of  03/25/2008 )

State of Delaware v.  JIMMY LEWIS                            DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.      AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.              EMMANUEL E ELDER

     Event
No.  Date          Event                              Judge
---------------------------------------------------------------------------
     ORDER AND MOTION FOR PSYCHIATRIC/PSYCHOLOGICAL EVALUATION FILED.
     DEFENDANT SHALL UNDERGO A PSYCHIATRIC/PSYCHOLOGICAL EVALUATION BY
     STAFF AT:  DELAWARE PSYCHIATRIC CENTER
     REASON:TREATMENT PER DR.CAVANAUGH'S LETTER OF 05/17/07
     EVALUATION SHALL BE SUBMITTED TO COURT NO LATER THAN:  (DEADLINE DATE)
     EVALUATION SHALL BE SUBMITTED TO:  JUDGE ABLEMAN
     MASTER SHALL FORWARD EVALUATION TO COUNSEL; COUNSEL SHALL NOTIFY THE
     COURT WITHIN 10 DAYS WHETHER A COMPETENCY HEARING IS REQUIRED.  IF NO
     NOTIFICATION, COURT WILL ASSUME HEARING IS UNNECESSARY, AND CASE WILL
     BE SCHEDULED AS APPROPRIATE.  IF COUNSEL NOTIFIES COURT THAT A
     COMPETENCY HEARING IS REQUIRED, PROTHONOTARY SHALL CONSULT WITH
     COUNSEL AND SCHEDULE HEARING.  THE CRIMINAL ASSIGNMENT JUDGE SHALL
     ASSIGN THE HEARING TO ANY JUDGE AVAILABLE.
     05/24/2007
     RECORDS SENT TO SUPREME COURT.
     233, 2007
123  06/01/2007
     RECEIPT FROM SUPREME COURT ACKNOWLEDGING RECORD.
     233, 2007
124  06/27/2007
     LETTER FROM  JOHN EDINGER, ESQ   TO JUDGE JURDEN. ENCLOSED PLEASE
     FIND MY REQUESTED RESPONSE TO THE ABOVE-CAPTIONED CASE.
125  06/27/2007
     AFFIDAVIT RESPONDING TO ALLEGATION OF INEFFECTIVE ASSISTANCE OF
     COUNSEL FILED.
     FILED BY JOHN EDINGER, ESQ
     REFERRED TO JUDGE JURDEN
126  10/23/2007
     LETTER FROM: JOSEPH C. SCHOELL      TO: JUDGE ABLEMAN
     RE: LETTER WRITTEN ON BEHALF OF THE DELAWARE PSYCHIATRIC CENTER (DPC)
     CONCERNING JIMMIE LEWIS.
     5/17/07 THE COURT ORDERED MR.LEWIS TRANSFERRED TO DPC FOR EVALUATION
     AND TREATMENT. CLINICAL STAFF SUBSEQUENTLY EVALUATED MR. LEWIS AND
     DEEMED HIM INAPPROPRIATE FOR TREATMENT THERE, AS INDICATED IN THE
     ENCLOSED FORENSIC PSYCHIATRIC EVALUATION. PRIOR TO COMPLETEION OF THE
     EVALUATION, COMM. REYNOLDS DETERMINED THAT THERE WAS INSUFFICIENT
     PROBABLE CAUSE TO INVOLUNTARY TREAT MR. LEWIS UNDER 16DEL.C.CH.50.
     DPC. REQUESTS TIME FOR ARGUMENT ON A MOTION TO MODIFY THE COURT'S
     EARLIER ORDER AND DIRECT MR. LEWIS'S TRANSFER BACK TO DEPARTMENT OF
     CORRECTION, OR ALTERNATIVELY, IF IT IS THE COURT'S PREFERENCE,
     SCHEDULE A TIME FOR A HEARING AT WHICH DPC CAN PRESENT TESTIMONY FROM
     A PSYCHIATRIST WHO HAS EVALUATED MR. LEWIS.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page   15
                          ( as of  03/25/2008 )

State of Delaware v.  JIMMY LEWIS                           DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.      AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.              EMMANUEL E ELDER

      Event
No.   Date          Event                                Judge
-----------------------------------------------------------------------------
      *COMPLETE LETTER IN FILE
127   11/20/2007
      MOTION FOR SENTENCE CLEARIFICATION AND MODIFICATION OF SENTENCE FILED
      PRO-SE.
      REFERRED TO PRESENTENCE 12/03/07 FOR JUDGE ABLEMAN.
      FILE TRACKER INDICATES THAT THE JUDGE REQUESTED FILE 10/25/07.
128   12/05/2007
      MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
      SUPREME COURT CASE NO: 233, 2007
      SUBMITTED: SEPTEMBER 28, 2007
      DECIDE: NOVEMBER 15, 2007
      DEFORE BERGER, JACOBS AND RIDGELY, JUSTICES
129   12/05/2007                                    ABLEMAN PEGGY L.
      ORDER: MOTION FOR MODIFICATION OF SENTENCE AND FOR SENTENCE
      CLARIFICATION IS DENIED.
      THE MOTION WAS FILED MORE THAN 90 DAYS AFTER IMPOSITION OF THE
      SENTENCE AND IS, THEREFORE, TIME-BARRED.
      PURSUANT TO SUPERIOR COURT CRIMINAL RULE 35(B), THE COURT WILL NOT
      CONSIDER REPETITIVE REQUESTS FOR REDUCTION OR MODIFICATION OF SENTENCE
      THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
      SENTENCING.
      THE MOTION FOR CLARIFICATION IS ALSO DENIED.
130   12/18/2007
      PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
      REFERRED TO JUDGE ABLEMAN
      DATE REFERRED: 12/19/2007
      CIVIL CASE NO: 07M-12-053 PLA
131   12/20/2007                                    ABLEMAN PEGGY L.
      ORDER: WRIT OF HABEAS CORPUS PETITION 07M-12-053 PLA: DENIED
      IT IS SO ORDERED. PLA
132   02/14/2008
      MOTION TO COMPEL THE DOC. TO TRANSFER DEFENDANT TO NEXT LEVEL OF
      PROBATION.  REFERED TO JUDGE ABLEMAN.
133   02/20/2008                                    ABLEMAN PEGGY L.
      LETTER/ORDER ISSUED BY JUDGE: ABLEMAN. THE PETITION FOR ORDER TO
      COMPEL THE DEPT. OF CORR., I.E. DEL.CORR CENTER TO TRANSFER PETITIONER
      TO THE NEXT LEVEL OF HIS COMMITMENT, I.E., LEVEL (4) PLUMMER CENTER IS
      DENIED.
      THE COURT CAN NOT DIRECT THE DEPT OF CORRECTION TO MAKE A BED
      AVAILABLE IF ONE IS NOT. THAT IS PRECISELY WHY THE COURT ORDER
      SPECIFIES THAT THE DEFENDANT IS TO HOLD AT LEVEL V UNTIL SPACE IS
      AVAILABLE AT LEVEL IV. THERE ARE OTHER DEFENDANT'S IN THE SAME
```

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    16
                        ( as of  03/25/2008 )

State of Delaware v.  JIMMY LEWIS                              DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.     AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.              EMMANUEL E ELDER

      Event
No.   Date          Event                                  Judge
-------------------------------------------------------------------------------
      SITUATION AND THE COURT CANNOT SINGLE OUT SPECIAL TREATMENT FOR YOU
      SIMPLY BECAUSE YOU HAVE WRITTEN TO COMPLAIN.
134   02/21/2008                                     ABLEMAN PEGGY L.
      NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
      SENT TO DEFENDANT.
      YOU MUST USE THE ATTACHED FORM. SEE SUPER.CT.CRIM.R.61(B)(1)
      IT IS SO ORDERED
      JUDGE ABLEMAN.
135   03/04/2008
      MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE
      REFERRED TO JUDGE ABLEMAN
136   03/12/2008
      LETTER FROM A. HAIRSTON, PROTHONOTARY OFFICE TO BRIAN ROBERTSON, DAG
      RE: NOTICE OF FILING OF PRO SE MOTION FOR POSTCONVICTION RELIEF.
      ATTACHED: COPY OF MOTION
137   03/17/2008
      PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
      REFERRED TO JUDGE ABLEMAN
      DATE REFERRED: 03/18/2008
      CIVIL CASE NO: 08M-03-085 PLA
138   03/19/2008                                     ABLEMAN PEGGY L.
      ORDER: WRIT OF HABEAS CORPUS PETITION 08M-03-085 PLA: DENIED
      IT IS SO ORDERED. PLA
139   03/19/2008                                     ABLEMAN PEGGY L.
      ORDER: UPON CONSIDERATION OF DEFENDANT'S THIRD MOTION FOR POST-
      CONVICTION RELIEF- SUMMARILY DISMISSED.
      IT IS SO ORDERED.

              *** END OF DOCKET LISTING AS OF  03/25/2008 ***
                   PRINTED BY: CSCKWAL
```



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**DELAWARE CORRECTIONAL CENTER**
**1181 Paddock Road**
SMYRNA, DELAWARE 19977

## MEMORANDUM

**TO:**   **Lewis, Jimmie #00506622 / SHU 17 AL 1**

**FROM:**   **Capt. Michael J. McCreanor**
        **Office of Warden Phelps**

**DATE:**   **March 31, 2008**

**RE:**   **Letter dated February 21, 2007**

Your sentencing order states you are to be held at Level 5 until space becomes available at Level 4.

A check of the SHU Law Library reveals you have been receiving requested legal material and that there are outstanding request. As you were previously informed in grievance 151307 all request are filled in the order they are received.

**CAPT. MICHAEL J. MC CREANOR**

SUPERIOR COURT
OF THE
STATE OF DELAWARE

PEGGY L. ABLEMAN
  JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0660

February 20, 2008

Mr. Jimmie Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

> RE:  State v. Lewis
>        I.D. No. 0305016966

Dear Mr. Lewis:

The "Petition for Order to Compel the Dept of Corr., i.e. Del. Corr Center, to Transfer Petitioner to the Next Level of his Commitment, i.e., Level (4) Plummer Center" is denied.  The Court cannot direct the Department of Corrections to make a bed available if one is not.  That is precisely why the Court Order specifies that defendant is to "hold at Level V until space is available at Level IV."  There are other defendants in the same situation and the Court cannot single out special treatment for you simply because you have written to complain.

Yours very truly,

*Peggy L. Ableman*

Peggy L. Ableman

PLA:jmd
cc:    Prothonotary

# Offender Status Sheet

**Date:** 11/20/2007

| | | |
|---|---|---|
| **SBI #:** 00506622 | **Name:** JIMMY LEWIS | **Sex:** M |
| **Location(s):** DPC | **Level(s):** 5 | **Race:** BLACK | **DOB:** 12/25/1966 | **Sex Offender:** [ ] |
| **AKA:** EMMANUEL E ELDER | | |
| **Offender Type:** Sentenced | | **Officer(s):** |

## Level: 5

**Start Date:** 05/26/2003    **MED:** 05/24/2009    **STRD:** 11/01/2008    **ADJ:** 11/01/2008    **PED:**    **Statutory Days Earned:** 204 00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0305016966 | IN03060175 | CARJACKING 2ND | Current | | | | | | | | | |
| U7 | Peggy L Ableman | STANDARD    02/11/2005 | 05/26/2003 | 5 | 0 | 0 | 05/26/2003 | 05/25/2008 | 12/09/2007 | 12/09/2007 | | |
| 0305016966 | IN03060176 | THEFT $1000 OR> | Current | | | | | | | | | |
| U7 | Peggy L Ableman | STANDARD    02/11/2005 | 05/26/2003 | 1 | 0 | 0 | 05/25/2008 | 05/24/2009 | 11/01/2008 | 11/01/2008 | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN03060175 | 5 | CRT1 | Other Conditions. | TO SERVE 5 YEARS LEVEL 5. AC |
| IN03060176 | 5 | CRT1 | Other Conditions | TO SERVE 2 YEARS LEVEL 5, SUSPENDED AFTER 1 YEAR FOR 1 YEAR LEVEL 4 PLUMMER CENTER. SUSPENDED AFTER 6 MONTHS FOR 6 MONTHS PROBATION LEVEL 3 AC |

DELAWARE PSYCHIATRIC CENTER
Grievance Form

NAME: Jimmie Lewis                              DATE: 8/24/07
UNIT: NORTH 63, J.E M    ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

BECAUSE I HAVE FILED CIVIL COMPLAINT NO. 04-1350 GMS IN
THE U.S DISTRICT COURT AGAINST D.P.C EMPLOYEE'S DR SYLVIA FOSTER,
ROBERT GRAY, DAVID MOFFETT, LANCE SABERS AND BRIAN JOHNSON, ET AL,
I HAVE BEEN RETALIATED AGAINST BY MY S.I.R.S TEST BEING NOTED
IN PENCIL AND ERASED THEN REAUTHORED IN ORDER TO REFLECT INCORRECT
RESULTS, BY BEING UNJUSTATIBLY PLACED ON 60 DAY RESTRICTION THAT
DENIES ME VISITS, VENDING, FRESH AIR PICNICS, ETC LIKE OTHER RESIDENT
PATIENTS; BY BEING DENIED PSYCHOTHERAPY FOR MY SUICIDAL IDEATIONS
FOR THE PAST (7) WEEKS, BY BEING DENIED TREATMENT FOR MY NAIL
FUNGUS FOR THE PAST (10) WEEKS, BY BEING SLANDERED VIA LIBEL BY
THE TREATMENT TEAM AND STAFF REGARDING INAPPROPRIATE SEXUAL
BEHAVIOR, ETC; ALL WITHOUT ALLOWING ME TO CONFRONT MY ACCUSER, WITHOUT
ALLOWING ME TO PRESENT EVIDENCE IN MY VERY OWN BEHALF, WITHOUT ALLOWING
PROVIDING ME WITH WRITTEN NOTICE OF THE ALLEGED INCIDENTS OR
ALLOWING ME TO APPEAL.

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT, ABUSE AND NEGLECT.

Patient/Family Signature: Jimmie Lewis        Date: 8/24/07

Received By _____        Date: _____

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

8

Patient: Jimmie Lewis        Date of Grievance: 8-24-07

## Response to Patient or Patient's Representative

The name of the hospital contact person: _____Nancy D. Pearsall_____

The steps taken on behalf of the patient to investigate the grievance: Refused to meet with the treatmen team.

The results of the grievance process: You claim you have been retaliated against because of something that happened in 2004. You have put in place for yourself a civil suit to take care of your concerns in 2004 and you have an attorney. Please allow that process to work for you. I have looked at the test that was given to you and it was administered in pencil. In speaking with our Psychologist it is perfectly fine to administer the test in pencil. When you are asked questions and change your mind using a pencil enables the examiner to erase one response for another.

As far as restrictions we have a policy at Mitchell if you can put seven days together even if you are on restriction you can earn a perk. All of the items you are interested in having listed are obtainable when your behavior is appropriate for seven day blocks until your restriction is complete.

As far as Psycho therapy it is not ordered and has been explained on numerous occasion that there is no need due to your diagnosis.

You have also complain about your feet, I know you have ointment for your feet and there is a podiatry referral, I have followed up on your referral and a Podiatrist will be in the building on Sept 22nd to examine your feet and provide follow-up treatment.

As far as allegations and statements of slander you disagree with our process of documenting the shift through the notes from staff. This is how we know the daily activities on all shifts for all patients and it is imperative that we transfer information from shift to shift. You can always voice your opinion and at no time ever have you not been allowed to do so, you have refused to attend treatment meeting to voice your opinion.

The date the investigation was completed: _____

Unit Director/Designee's Signature: _____ Date: _____

I, _____                    ____ am    ___ am not    satisfied with this response:
    Patient/Representative's Signature

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
If the resolution is accepted, make a copy of this signed/dated Grievance Form for the patient or family   Forward the original Grievance Form to the Performance Improvement Department. If the resolution is not accepted, provide a copy of the form to the patient or patient's representative; fax a copy of the Grievance Form to the Performance Improvement Dept (255-4418) and forward the original Grievance Form to the Hospital Director/Designee

**HOSPITAL DIRECTOR/DESIGNEE'S RESPONSE:**

Hospital Director/Designee Signature/Title: _____     Date: _____

I, _____     _____ am _____ am not   satisfied with this response:
    Patient/Representative's Signature
                                    Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or patient's representative.  Forward the original form to the Performance Improvement Dept

DELAWARE PSYCHIATRIC CENTER
Grievance Form

Received 9/14/07

NAME: Jimmie Lewis                                    DATE: 9/8/07

UNIT: NORTH 63, J.E.M         ATTENDING PSYCHIATRIST: DR. DON Aitue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

FOR THE LAST PAST (8) WEEKS, I'VE BEEN MONITORED FOR SUICIDE VIA ONE TO ONE CLOSE OBSERVATION, BUT INSTEAD OF THE TREATMENT TEAM UTILIZING (THE PINK SLIP NOTING ~~sama~~ SUICIDAL IDEATIONS ~~via~~ VIA ONE TO ONE FLOW SHEET), (THE GOLD SLIP, NOTING SERIOUS HARM TO OTHER IS BEING UTILIZED AS THE ONE TO ONE FLOW SHEET.) THIS VALIDATES THAT THE TREATMENT TEAM IS NEGLECTING TO TREAT ME FOR MY SUICIDAL IDEATIONS; THIS IN CONJUNCTION WITH THE FACT THAT I HAVE NOT RECEIVED ANY COUNSELING FROM A BOARD CERTIFIED ~~PSYCHOLOGIST~~ PSYCHOLOGIST DEFINES MISTREATMENT – ABUSE AND NEGLECT.

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED FOR MISTREATMENT – ABUSE AND NEGLECT.

Patient/Family Signature: Jimmie Lewis          Date: 9/8/07
Received By: Hanett S. Harregan, LPN             Date: 9/8/07

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

8

Patient: Jimmie Lewis Date of Grievance: 9-8-07

## Response to Patient or Patient's Representative

The name of the hospital contact person: _____Nancy D. Pearsall_____

The steps taken on behalf of the patient to investigate the grievance: **Met with Mr Lewis**

The results of the grievance process: **We can use the gold or the blue since we have two concerns, however, we will change to blue to signify that we are paying attention to aggression and also monitoring for suicide. Also on 9-11-07 you will start receiving one on one counseling from your Psychiatric social worker Mr Benjamin.**

The date the investigation was completed: _____

Unit Director/Designee's Signature: _____ Date: _____

I, _____ _____am _____am not   satisfied with this response:
   Patient/Representative's Signature

                                          Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
If the resolution is accepted, make a copy of this signed/dated Grievance Form for the patient or family. Forward the original Grievance Form to the Performance Improvement Department. If the resolution is not accepted, provide a copy of the form to the patient or patient's representative, fax a copy of the Grievance Form to the Performance Improvement Dept (255-4418) and forward the original Grievance Form to the Hospital Director/Designee.

**HOSPITAL DIRECTOR/DESIGNEE'S RESPONSE:**




Hospital Director/Designee Signature/Title: _____ _____ _____ Date: _____

I, _____ _____am _____am not  satisfied with this response:
   Patient/Representative's Signature

                                          Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or patient's representative. Forward the original form to the Performance Improvement Dept



**DELAWARE PSYCHIATRIC CENTER**
Grievance Form

NAME: _Jimmie Lewis_  DATE: _10/24/07_

UNIT: _NORTH 63, J.E M_  ATTENDING PSYCHIATRIST: _DR. A. DONAHUE_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

iN REGARDS TO mY RAPIDLY APPROACHING DISCHARGE DATE 12/9/07, I HAVE REQUESTED THAT THE TREATMENT TEAM INFORM ME OF ALL NECESSARY TREATMENT – THERAPY AND OR COUNSELING THAT I SOULD BE SUBJECTED TO AND OR BE REFERRED TO·g BUT I HAVE NOT RECEIVED AN APPROPRIATE RESPONSE.

RESOLUTION SOUGHT. FOR THE TREATMENT TEAM TO INFORM ME OF ANY AND ALL NECESSARY TREATMENT – THERAPY AND OR COUNSELING THAT I SOULD BE SUBJECTED TO IN REGARDS TO THE PROCEEDING FIRST AND SECOND YEAR(S) FOLLOWING mY RAPIDLY APPROACHING DISCHARGE DATE OF 12/9/07, CONSIDERING THAT I AM NOT "FLATLINE" BY THAT TIME.

Patient/Family Signature: _Jimmie Lewis_  Date: _10/22/07_

Received By: _____  Date: _10/22/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance Improvement Dept. (255-4416) IMMEDIATELY, prior to the start of the investigation.

Grievance Form

Received 9/10/07 MDP

NAME: Jimmie Lewis                                    DATE: 9/8/07

UNIT: NORTH 63, J.E.m        ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

NANCY PEARSALL THE DIRECTOR OF THE D.R.C'S,
J.E.m BUILDING HAS FAILED TO PROPERLY PROVIDE
EXCEPTABLE RESOLUTIONS FOR GRIEVANCES I HAVE FILED
DUE TO HER FAILING TO PROPERLY INSTRUCT THE STAFF
HERE AT THE J.E.m BUILDING REGARDING SAID GRIEVANCES,
FOR WHICH UNDER COLOR OF STATE LAW 11 DEC 468
NANCY PEARSALL - DR DONAHUE - NM CURTIS CORNISH -
DR. SELIG ARE HELD LIABLE FOR DENING ME THE TREATMENT
I AM ENTITLED TO AS IS NOTED IN THE GRIEVANCES I'VE FILED

RESOLUTION SOUGHT: FOR THESE MATTERS TO BE INVESTIGATED
FOR MISTREATMENT - ABUSE - NEGLECT.

Patient/Family Signature: _____   Date: 9/8/07

Received By: _____   Date: 9/8/07

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

8

Patient: Jimmie Lewis Date of Grievance: 9-8-07

## Response to Patient or Patient's Representative

The name of the hospital contact person: _____ Nancy D. Pearsall _____

The steps taken on behalf of the patient to investigate the grievance: Met with Mr Lewis

The results of the grievance process: You are an active member of the Treatment Mall and also starting 9-11-07 you will receive one on one counseling twice a week with your Psychiatric Social Worker Mr. Benjamin. As far as your grievances, all of them have been answered and those you do not agree with have been forwarded to administration for review.

The date the investigation was completed: _____

Unit Director/Designee's Signature: _____ Date: _____

I, _____ am ___ am not satisfied with this response:
    Patient/Representative'sSignature

Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
If the resolution is accepted, make a copy of this signed/dated Grievance Form for the patient or family. Forward the original Grievance Form to the Performance Improvement Department. If the resolution is not accepted, provide a copy of the form to the patient or patient's representative; fax a copy of the Grievance Form to the Performance Improvement Dept (255-4418) and forward the original Grievance Form to the Hospital Director/Designee.

**HOSPITAL DIRECTOR/DESIGNEE'S RESPONSE:**

Hospital Director/Designee Signature/Title: _____ Date: _____

I, _____ _____ am _____ am not satisfied with this response:
    Patient/Representative'sSignature

Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or patient's representative. Forward the original form to the Performance Improvement Dept





**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: JIMMIE LEWIS                DATE: 9/23/07

UNIT: NORTH 63, J.EM    ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

BECAUSE OF MY AGONY – GRIEF AND DISPAIR I AM
SUICIDAL, i.e, A SERIOUS THREAT TO OTHERS AS
WELL AS MYSELF. SINCE 7/3/07 I HAVE BEEN ASSIGNED
A ONE TO ONE STAFF MEMBER TO MONITOR ME 24/7, (11 WEEKS)
BUT I HAVE NOT BEEN ASSIGNED TO A PSYCHOLOGIST
FOR ONE TO ONE PSYCHOTHERAPY IN ORDER TO HELP ME
STABILIZE ENOUGH TO CONTRACT FOR SAFETY?

RESOLUTION SOUGHT: TO BE ASSIGNED TO A PSYCHOLOGIST FOR
ONE TO ONE PSYCHOTHERAPY IN ORDER TO LEARN
MASLOW'S HIERARCHY OF NEEDS, i.e, PSYCHOLOGICAL NEEDS,
SAFETY NEEDS, NEEDS OF LOVE, AFFECTION AND BELONGINGNESS,
NEEDS FOR ESTEEM, NEEDS FOR SELF ACTUALIZATION.

Patient/Family Signature: _Jimmie Lewis_    Date: 9/23/07

Received By: _____    Date: 9-21-07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

Grievance Note          9 - 28 -'0 7    *psychiatric*
*social*
*med/hea*
*rec*
*10|11|07*

Met with client who reported to be suicidal due to his legal issues, hopelessness with poor
self- esteem, consequently, life has no meaning. Client also reports unarrested grief and
staff contaminating his food. Social worker (Bobby Benjamin) should address client's
resentments, grief, poor self-esteem and hopelessness. ~~Psychotherapist~~ should meet with
client due to his reported delusions.
Client reported to be satisfied with outcome and will actually participate in therapeutic
guidance in order to bring about mental/emotional wellness.

**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: JIMMIE LEWIS                    DATE: 12/3/07

UNIT: J.E.M NORTH 63     ATTENDING PSYCHIATRIST: DR. A. DONAITUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

IN REGARDS TO MY ONE TO ONE SUICIDAL STATUS
THAT I HAVE BEEN ON SINCE 7/3/07, (20 WEEKS),
I HAVE NOT HAD PSYCHOTHERAPY FROM A
PSYCHOLOGIST, NOR HAVE I RECEIVED ANY OTHER
BENEFICIAL FORM OF PSYCHOTHERAPY AND OR TREATMENT
THAT WOULD HELP ME STABILIZE ENOUGH TO
CONTRACT FOR SAFETY

RESOLUTION SOUGHT: FOR THIS MATTER TO BE
INVESTIGATED FOR ABUSE – NEGLECT AND MISTREATMENT.

Patient/Family Signature: _Jimmie Lewis_          Date: 12/3/07

Received By: _Maggie Epeem_          Date: 12/3/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4416) IMMEDIATELY, prior to the start of the investigation.

2

# MEMORANDUM OF LAW

STATE V. GUATNEY, 299 N.W 2d 538 (NEB 1980),
A.K.A , THE GUATNEY FUNCTIONS.

BALCANOFF E , MCGARRY A : AMICUS CURIAE :
THE ROLE OF THE PSYCHIATRIST IN PRETRIAL
EXAMINATION . AM J. PSYCHIATRY 126: 342-7, 1969.
AKA, THE MC GARRY CRITERIA .

11 DEL C § 401(A): MENTAL ILLNESS
OR PSYCHIATRIC DISORDER .

11 DEL C § 401(B) ; MENTAL ILLNESS
OR PSYCHIATRIC DISORDER.

11 DEL C § 402 (A) ; RULES TO PRESCRIBE
PROCEDURES FOR PSYCHIATRIC EXAMINATION:
TESTIMONY OF PSYCHIATRIST OR OTHER EXPERT.

11 DEL C § 402 (B ) ; RULES TO PRESCRIBE
PROCEDURES FOR PSYCHIATRIC EXAMINATION;
TESTIMONY OF PSYCHIATRIST OR OTHER EXPERT.

11 DEL C § 403 (B) ; (C), VERDICT OF
NOT GUILTY BY REASON OF INSANITY;
COMMITMENT OW TO DELAWARE PSYCHIATRIC
CENTER OF PERSONS NO LONGER ENDANGERING
THE PUBLIC SAFETY; PERIODIC REVIEW OF
COMMITMENTS TO DELAWARE PSYCHIATRIC
CENTER, PARTICIPATION OF PATIENT IN
TREATMENT PROGRAM.


11 DEL C § 404 (A), CONFINEMENT IN
DELAWARE PSYCHIATRIC CENTER OF PERSON
TOO MENTALLY ILL TO STAND TRIAL;
REQUIRING STATE TO PROVE PRIMA FACIE
CASE IN SUCH CIRCUMSTANCES; ADJUSTMENT
OF SENTENCE.

11 DEL C § 401 (A):

IN ANY PROSECUTION FOR AN OFFENSE, IT IS AN
AFFIRMATIVE DEFENSE THAT, AT THE TIME OF THE
CONDUCT CHARGED, AS A RESULT OF MENTAL ILLNESS OR
MENTAL DEFECT, THE ACCUSED LACKED SUBSTANTIAL
CAPACITY TO APPRECIATE THE WRONGFULNESS OF THE
ACCUSED CONDUCT. IF THE DEFENDANT PREVAILS IN
ESTABLISHING THE AFFIRMATIVE DEFENSE PROVIDED IN
THIS SECTION, THE TRIER OF FACT SHALL RETURN A
VERDICT OF NOT GUILTY BY REASON OF INSANITY.


11 DEL C § 401 (B); WHERE THE TRIER OF FACT
DETERMINES THAT, AT THE TIME OF THE CONDUCT
CHARGED, A DEFENDANT SUFFERED FROM A
PSYCHIATRIC DISORDER WHICH SUBSTANTIALLY
DISTURBED SUCH PERSON'S THINKING, FEELING OR
BEHAVIOR AND OR THAT SUCH PSYCHIATRIC DISORDER
LEFT SUCH PERSON WITH INSUFFICIENT WILLPOWER
TO CHOOSE WHETHER THE PERSON WOULD DO THE
ACT OR REFRAIN FROM DO IT, ALTHOUGH PHYSICALLY
CAPABLE, THE TRIER OF FACT SHALL RETURN A VERDICT
OF "GUILTY BUT MENTALLY ILL."

11 DEL C § 402 (A);

THE PROCEDURES FOR EXAMINATION OF THE ACCUSED BY THE ACCUSED'S OWN PSYCHIATRIST OR BY A PSYCHIATRIST EMPLOYED BY THE STATE AND THE CIRCUMSTANCES UNDER WHICH SUCH AN EXAMINATION WILL BE PERMITTED MAY BE PRESCRIBED BY RULES OF THE COURT HAVING JURISDICTION OVER THE OFFENSES

11 DEL C § 402 (B); A PSYCHIATRIST OR EXPERT TESTIFYING AT TRIAL CONCERNING THE MENTAL CONDITION OF THE ACCUSED SHALL BE PERMITTED TO MAKE A STATEMENT AS TO THE NATURE OF THE EXAMINATION, THE PSYCHIATRIST'S OR EXPERT'S DIAGNOSIS OF THE MENTAL CONDITION OF THE ACCUSED AT THE TIME OF THE COMMISSION OF THE OFFENSES CHARGED AND THE PSYCHIATRIST OR EXPERT'S OPINION AS TO THE EXTENT, IF ANY, TO WHICH THE CAPACITY OF THE ACCUSED TO APPRECIATE THE WRONGFULLNESS OF THE ACCUSED CONDUCT OR TO CHOOSE WHETHER THE ACCUSED WOULD DO THE ACT OR REFRAIN FROM DOING IT OR TO HAVE A PARTICULAR STATE OF MIND WHICH IS AN ELEMENT OF THE OFFENSE CHARGED WAS IMPAIRED AS A RESULT OF MENTAL ILLNESS OR MENTAL DEFECT AT THAT TIME. THE PSYCHIATRIST OR EXPERT SHALL BE PERMITTED TO MAKE ANY EXPLAINATION REASONABLE SERVING TO CLEARIFY THE DIAGNOSIS AND OPINION AND MAY BE CROSS EXAMINED AS TO ANY MATTER BEARING ON THE PSYCHIATRIST'S OR EXPERT'S COMPETENCE OR CREDIBILITY OR THE VALIDITY OF THE DIAGNOSIS OR OPINION.

11 DEL C 403(A) ; UPON THE RENDITION OF A VERDICT OF NOT GUILTY BY REASON OF INSANITY, THE COURT, UPON MOTION OF THE ATTORNEY GENERAL, ORDER THAT THE PERSON SO ACQUITTED SHALL FORTHWITH BE COMMITTED TO THE DELAWARE PSYCHIATRIC CENTER

11 DEL C 403 (B) ; EXCEPT AS PROVIDED IN SUBSECTION (C) A PERSON COMMITTED, CONFINED OR TRANSFERRED TO THE DELAWARE PSYCHIATRIC CENTER IN ACCORDANCE WITH (A) OF THIS SECTION, § 404, § 405, § 406 OR § 408 OF THIS TITLE (REFERRED TO HEREIN AS THE PATIENT), SHALL BE KEPT THERE AT ALL TIMES IN A SECURE BUILDING UNTIL THE SUPERIOR COURT OF THE COUNTY WHERE IN THE CASE WOULD BE TRIED OR WAS TRIED IS SATISFIED THAT THE PUBLIC SAFETY WILL NOT BE ENDANGERED BY THE PATIENT'S RELEASE. THE SUPERIOR COURT SHALL WITHOUT SPECIAL MOTION RECONSIDER THE NECESSITY OF CONTINUED DETENTION OF THE PATIENT THUS COMMITTED AFTER THE PATIENT HAS BEEN DETAINED FOR 1 YEAR THE COURT SHALL THEREAFTER RECONSIDER THE PATIENTS DETENTION UPON PETITION ON THE PATIENTS BEHALF OR WHENEVER ADVISED BY THE PSYCHIATRIC CENTER THAT THE PUBLIC SAFETY WILL NOT BE ENDANGERED BY THE PATIENTS RELEASE.

11 DEL C § 403 (c) (1), UPON PETITION BY A
PATIENT CONFINED PURSUANT TO THIS SECTION,
§ 404, § 405, §406, § 408 OF THIS TITLE, OR UPON
PETITION BY THE CENTER DIRECTOR OF THE DELAWARE
PSYCHIATRIC CENTER, THE COURT MAY PERMIT HOUSING
IN AN UNSECURED BUILDING OR PARTICIPATION BY THE
PATIENT IN ANY TREATMENT PROGRAM THAT IS OFFERED
BY THE CENTER, WHICH REQUIRES OR PROVIDES THAT
THE PATIENT BE PLACED OUTSIDE A SECURED BUILDING.
SUCH PARTICIPATION SHALL INCLUDE, BUT NOT LIMIT TO,
EMPLOYMENT OFF HOSPITAL GROUNDS, JOB INTERVIEWS,
FAMILY VISITS AND OTHER ACTIVITIES INSIDE AND OUTSIDE
THE CENTER, AS MAY BE PRESCRIBED BY THE MEDICAL
DIRECTOR IN THE INTREST OF REHABILITATION.

DELAWARE PSYCHIATRIC CENTER
Grievance Form

NAME: Jimmie Lewis                    DATE: 7/20/07
UNIT: South 18          ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you.  Give the completed form to unit staff or a
member of your Treatment Team.

REGARDING S.I R.S TEST BEING
CONDUCTED BY A DISINTRESTED
DAN INDEPENDENT PSYCHIATRIST
NOT EMPLOYED BY THE D.P.C

SEE ATTACHED STATEMENT;
AS WELL AS #3 OF NOTIFICATION
OF PATIENT RIGHTS D.P.C ATTACHED
AS EXHIBIT.

Patient/Family Signature                      Date: 7/20/07
Received By:                                   Date: 7/20/07

DIRECTIONS FOR UNIT.DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

On June 20, 2007 Dr Donahue stated that he relied on a S.IRS test conducted by psych intern Queen Scott Jones that defined me as exagerating my psychiatric dilemma's, i.e malingering. The dilemma with this is that I believe said results defines a conflict of intrest that is bias and prejudicial (because of 1.) civil action complaint number 04-1350 GMS, 2.) because Queen Scott Jones is a Del psych Center employee, — 3.) because the test was conducted in pencil not pen (see said S.IRS test), 4.) because said test was not conducted by a independent psychiatrist not employed by the Del psych Center.

Resolution Sought: Because the Quality of the mental health treatment I receive here at the Del psych Center and or in the future may be effected by the said S.IRS test, I seek to be examined for S.IRS by a independent psychiatrist in accordance to title 16 Del C 50



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: Jimmie Lewis                    DATE: 10/14/07

UNIT: NORTH 63, JEM   ATTENDING PSYCHIATRIST: DR. A. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

ON OR ABOUT OCT 9, 2007 AT OR ABOUT 11:00 AM
DR. A DONAHUE SUBJECTED ME TO PSYCHOTROPIC MEDICATION
VIA INVOLUNTARY INJECTION THAT WAS ADMINISTERED
IN MY LEFT ARM ; CAUSING MY ARM TO BLEED , PAIN
IN MY SKIN AND MUSCLE AND MY TONGUE TO SWELL
FOR 16 HOURS , FOR WHICH HINDERED ME FROM SPEAKING
PROPERLY . THIS WAS DONE AFTER I WAS PLACED IN
WALKING RESTRAINTS , FOR WHICH DEFINES THAT THE INJURIES
I RECEIVED WERE CRUEL AND UNUSAUL BECAUSE DR. A DONAHUE
DOES NOT HAVE ME DIAGNOSED WITH A DIAGNOSIS THAT SUPPORTS
HIS PRESCRIBING FOR ME TO BE INJECTED WITH PSYCHOTROPIC
MEDICATIONS .
RESOLUTION SOUGHT : TO BE INFORMED WHAT THE PSYCHOTROPIC DRUG
WAS EXACTLY, AND FOR THIS MATTER TO BE INVESTIGATED FOR
MISTREATMENT, ABUSE AND MALPRACTICE .

Patient/Family Signature: Jimmie Lewis   Date: 10/14/07

Received By: [signature]   Date: 10/14/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4416) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_    DATE: _12/03/07_

UNIT: _JEM NORTH 63_    ATTENDING PSYCHIATRIST: _DR. A DONAHUE_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

ON NOV 30, 07 AT OR ABOUT
11:30 PM, I WAS ASSAULTED
BY NUMEROUS STAFF MEMBERS, IN HALLWAY,
RESULTING IN INJURIES TO MY NECK, HEAD
FACE, LEGS AND BACK.

RESOLUTION SOUGHT:
FOR THIS MATTER TO BE INVESTIGATED.
FOR ABUSE, NEGLECT AND MISTREATMENT

Patient/Family Signature: _Jimmie Lewis_    Date: _12/03/07_

Received By: _Jemima Huffmer_    Date: _12/03/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4416) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie  Lewis_ _____  DATE: _Oct 14, 2007_

UNIT: _North 63, J E m_  ATTENDING PSYCHIATRIST: _Dr. Andrew Donahue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

ON OR ABOUT ~~MMMM~~ OCT 9, 2007 AT OR ABOUT

11:00 AM I WAS SUBDUED BY FORCE TO SUCH A

DEGREE THAT NURSE ABDUL (ROCK) WAS APPLING PRESSURE

TO MY BACK WITH ALL OF HIS BODY'S WEIGHT FOR

WHICH ~~SOTURANT~~ BRUSED MY BACK. I AM CONTINUEOUSLY

FEELING PAIN IN MY BACK, BUT I HAVE NOT BEEN

SEEN BY A PHYSICIAN EVEN THOUGH I INFORMED

THE MEDICAL STAFF HERE OF MY INJURIES.


RESOLUTION SOUGHT: TO BE EXAMINED BY A PHYSICIAN

FOR BACK PAIN AND OR BACK TREATMENT.


Patient/Family Signature: _Jimmie Lewis_  Date: _Oct 14, 2007_

Received By: _____ LN  Date: _10/14/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2

NAME: Jimmie Lewis          DATE: 8/15/07

UNIT: South 18 Jem   ATTENDING PSYCHIATRIST: Dr. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

I HAVE PENDING CIVIL CASE
04-1350, 05-013, 06-238 IN THE
FEDERAL COURT. THE DILEMMA IS THAT
I AM SENDING OUT COURT DOCUMENTS, BUT
MY LEGAL MAIL IS BEING INTERCEPTED AND
SUBSEQUENTLY MY LEGAL MAIL IS NOT REACHING
ITS DESTINATION, (THE FEDERAL COURT BUILDING).


RESOLUTION SOUGHT: FOR THIS MATTER
   TO BE INVESTIGATED REGARD VIOLATIONS OF
   MY 1ST UNITED STATES CONSTITUTIONAL RIGHT.

Patient/Family Signature: Jimmie Lewis          Date: 8/15/07
Received By: _____          Date: 8-17-07

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

8

| Patient: Jimmie Lewis | Date of Grievance: 8-15-07 |
| --- | --- |

## Response to Patient or Patient's Representative

The name of the hospital contact person: _____Nancy D. Pearsall_____ _____

The steps taken on behalf of the patient to investigate the grievance: Refused to meet with the treatment team.

The results of the grievance process: On 8-24-07 Ms Young came to the Mitchell building to explain the mail process. In addition we have posted in the Library as of today information on postage for mail and also the codes for mail are in the Law Library. I hope this resolves your concerns about mail delivery.

The date the investigation was completed: _____

Unit Director/Designee's Signature: _____ Date: _____

I, _____ am , ✓ am not  satisfied with this response:
    Patient/Representative's Signature

Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
If the resolution is accepted, make a copy of this signed/dated Grievance Form for the patient or family.  Forward the original Grievance Form to the Performance Improvement Department. If the resolution is not accepted, provide a copy of the form to the patient or patient's representative; fax a copy of the Grievance Form to the Performance Improvement Dept (255-4418) and forward the original Grievance Form to the Hospital Director/Designee.

**HOSPITAL DIRECTOR/DESIGNEE'S RESPONSE:**



Hospital Director/Designee Signature/Title: _____ Date: _____

I, _____ _____am _____am not  satisfied with this response:
    Patient/Representative'sSignature

Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or patient's representative.  Forward the original form to the Performance Improvement Dept



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_     DATE: _8/23/07_

UNIT: _NORTH 63, J.E.M_   ATTENDING PSYCHIATRIST: _Dr. Donahue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

DR. CHARLOTTE SELIG AS OF TO DATE IS THE ONLY
TREATMENT TEAM PSYCHOLOGIST HERE AT
THE J.E.M BUILDING, IN REGARDS TO PSYCHOTHERAPY
DR. SELIG ONLY PROVIDES PSYCHOTHERAPY FOR THE
CAUCASIAN AMERICAN RESIDENT / PATIENTS HERE AT
THE J.E.M BUILDING, FOR WHICH DEFINES NEGLECT
AND MISTREATMENT FOR THE AFRICAN AMERICAN
RESIDENT / PATIENTS WHO ARE NOT ~~THEM~~ RECEIVING ANY
SORT OF PSYCHOTHERAPY FOR THEIR PSYCHOLOGICAL AND BEHAVIOR DILEMMA'S.

RESOLUTION SOUGHT : FOR THIS MATTER TO BE INVESTIGATED
FOR NEGLECT AND MISTREATMENT.

Patient/Family Signature: _Jimmie Lewis_     Date: _8/23/07_

Received By: _Jeanett T. Hanigan, LPN_     Date: _8/24/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2

Patient:  Jimmie Lewis          Date of Grievance: 8-23-07

## Response to Patient or Patient's Representative

The name of the hospital contact person: _____ Nancy D. Pearsall_____ _____

The steps taken on behalf of the patient to investigate the grievance: Met with Treatment team.

The results of the grievance process:  Referrals for individual psycho-therapy are based on clinical diagnosis and need.  Referrals occur through assessment, psychology and psychiatry, and are discussed and approved by the Treatment team.
The date the investigation was completed: _____

Unit Director/Designee's Signature: _____ Date:_____

I, _____ _____am  ✓_____am not   satisfied with this response:
    Patient/Representative'sSignature
                                            Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
If the resolution is accepted, make a copy of this signed/dated Grievance Form for the patient or family.  Forward the original Grievance Form to the Performance Improvement Department. If the resolution is not accepted, provide a copy of the form to the patient or patient's representative; fax a copy of the Grievance Form to the Performance Improvement Dept (255-4418) and forward the original Grievance Form to the Hospital Director/Designee.

**HOSPITAL DIRECTOR/DESIGNEE'S RESPONSE:**



Hospital Director/Designee Signature/Title: _____ Date: _____

I, _____ _____am  _____am not   satisfied with this response:
    Patient/Representative'sSignature
                                            Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or patient's representative.  Forward the original form to the Performance Improvement Dept



JIMMIE LEWIS, SHUIT, ALI
No. 506622
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DE 19977

CLERK OF THE COURT (GMS)
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 19801