IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

Jimmie Lewis

vs.                          CA NO. 06-778 (GMS)

Thomas. L. Carroll, ET AL

FILED
APR 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pleadings and Exhibits #3 in support
of Plaintiff's Second Amended Motion
for Preliminary Injunction, Pursuant
to Fed R. Civ P# 65.

DATE: 4/25/08

Jimmie Lewis
SBI #506622
D.C.C
1181 Paddock Rd
Smyrna, DE 19977

#110.) THE PLAINTIFF, AFTER YELLING AT THE TOP OF HIS VOCAL CORDS, AND EVEN THEN ONLY BECAUSE HE WAS IN THE IMMEDIATE PRESENCE OF DR. O, IN THE D.CC INFIRMARY PRESCRIBED TO BE ON LEVEL 1 PSYCH OBSERVATION, DATING FROM 12/14/07 THRU 1/22/08, AND DR. DEROSE, WHILE IN THE SHU 18 BARBER SHOP 10 FEET AWAY FROM THE MEDICAL STATION, DATING 2/27/08 TO 2/28/08 5:00 PM TO 5:00 PM, DID RECEIVE MEDICAL TREATMENT. BUT IT MUST BE TAKEN INTO CONSIDERATION WITH THE FACT, THAT PLAINTIFF WAS DOCUMENTED AS RECEIVING MEDICAL TREATMENT AT THOSE TIME, BUT DEFENDANTS CAN'T NOT PRODUCE "MEDICAL SICK CALL SLIPS" TO COINCIDE AS EVIDENCE. FURTHERMORE, NONE OF THE DEFENDANTS ARE RESPONSIBLE FOR PROVIDING THE MEDICAL TREATMENT THE PLAINTIFF RECEIVED.

#112.) FOR AN ORDER FOR DEFENDANTS TO INVESTIGATE EXACTLY HOW MANY INMATES WERE RETURNED FROM THE D.P.C BACK TO THE D.CC WITHOUT AN OFFICIAL COURT ORDER AND OR COMPETENCY HEARING.

#113.) THE DEFENDANTS SUPPLY "HOT WATER" TO THE PLAINTIFF THAT IS CONTAMINATED WITH CARCINOGENS AND OTHER HARMFUL POLLUTANTS, EXTRACTED FROM THE POND IN BACK OF THE SHU, (THAT CAUSED THE PLAINTIFF TO BECOME INTERNALLY ILL FOR WHICH THE DRUG BACTRIM WAS PRESCRIBED ON 2/28/08). IN AN ATTEMPT TO HELP MINIMIZE THE TOXIC LOAD, ~~THE INDIVIDUALS~~ THE DEFENDANTS SHUT THE "HOT WATER" OFF, IN ORDER TO ALLOW JUST THE CONSUMPTION OF COLD WATER EVERY TUESDAY. GIVEN REASON FOR SO MANY MYSTERIOUS ILLNESSES HERE AT THE D.C.C., CAUSING PLAINTIFF BACTERIA INFECTION, DRY AND CRACKED SKIN. (SEE GRIEVANCE DCC).
   8TH U.S.C.A VIOLATION
   VIOLATION OF 11 DEL C § 6502, 6504, 6517
   THE SHU IS BUILT ON SWAMP LANDFILL, SAID "HOT WATER", IS SWAMP WATER.

#114.) IN THE S.H.U., THE SHIFT 8AM TO 4PM HOUSING LT., HAS THE AUTHORITY TO DENY MY LEGAL TELEPHONE CALLS PER 883 FORM. AND BECAUSE OF THIS THE OUTGOING AND INCOMING LEGAL MAIL SHOULD BE, ON A DAILY BASIS, DELIVERED AND PICKED UP BY AN INDEPENDANT MAIL CORRIER SERVICE. D.CC HAS PREJUDICED THE PLAINTIFF BY ALLOWING THE DEFENDANTS TO HOLD MY LEGAL MAIL, CAUSING MY POSTCONVICTION TO BE DENIED. (SEE GRIEVANCE D.CC.). FOR WHICH CAUSED IRREPARABLE HARM.

1ST U.S.C.A VIOLATION

#115.) DEFENDANTS HAVE VIOLATED THE PLAINTIFF IN SUCH A MANNER THE HIS FIRST MOTION FOR PRELIMINARY INJUNCTION SHOULD BE TAKEN INTO CONSIDERATION IN CONJUNCTION WITH THE PLEADINGS AND EXHIBITS SUBMITTED HEREIN.
SEE DR# 1040090 AND DR# 1040111

#116.) For the pleadings and exhibits #1, #2 and #3 to be viewed as motions to amend, as well as to support the Plaintiff's second amended motion for Preliminary Injunction, pursuant to Fed R. Civ P #65.

Defendants motion for ~~the~~ summary judgement is premature absent an response to Plaintiff's complaint, and an court order for scheduling order for discovery. Said summary ~~xxx~~ motion should not be considered without first allowing Plaintiff an ~~xxxxxxxx~~ opportunity to marshall the facts via discovery, affidavit, deposit by written order, interrogatories, admissions.

#117.) UNDER THE EXCEPTIONAL CIRCUMSTANCES CA NO. 04-1350 GMS, 06-778 GMS AND 05-013 GMS SHOULD BE TAKEN INTO CONSIDERATION, DUE TO THE DEFENDANTS ALL BEING STATE EMPLOYEES WHO NETWORK UTILIZING THE SAME CLASSIFICATION RECORDS, SAME MEDICAL RECORDS, SAME MENTAL HEALTH RECORDS, THE SAME D.O.C DAX COMPUTER SYSTEM, THE SAME TRANSPORTATION SYSTEM, THE SAME POLICY'S FOR DISCIPLINARY - PSYCH OBSERVATION, SAME HOUSING RULES.

NOTE 50% OF THE DEFENDANTS FROM H.R.Y.C.I CA NO-05-013 (GMS) NOW WORK AT THE D.CC, CA NO 06-778 (GMS).

THE HRYCI, THE D.CC AND THE D.P.C ARE INTRICATELY WOVEN TOGETHER.

THIS NOT A MOTION TO CONSOLIDATE CA NO. 04-1350 (GMS).

#118.) ON TUESDAY, APRIL 19, 08 THE PLAINTIFF WAS SERVED WITH A TRAY OF TURKEY SALAD, POTATO SALAD, ZESTY BEAN SOUP, APPLESAUCE, AND WHEAT BREAD SERVED BY 8AM TO 4PM OFFICER WILLIAMS, THAT CAME OUT OF THE AN SHU 17 A UNITS HANDICAP CELL BECAUSE HE INFORMED THE 9o HE DIDNT WANT IT. THE DILEMMA IS THAT PLAINTIFF NOW PRESENTS WITH SLIGHT FEVER, SEVERE HEADACHE, YELLOWISH GREEN PHLEGM, RUNNY NOSE, BLURRY VISION, FROM 4/18/08 UP TO DATE:
THE DILEMMA IS THAT IT HAS SINCE BECOME COMMON KNOWLEDGE THAT SAID INMATE "~~~~~~~"
_____, WAS SERIOUSLY INFECTED WITH "MERCA" BACTERIA. THE PLAINTIFF HAS SOUGHT TO BE CULTURED FOR INTERNAL MERCA, TO HAVE SAID CULTURE SUBMITTED TO BIOREFERENCE LABORATORIES TO CHECK IT FOR MERCA GROWTH, BUT TO NO AVAIL. PLAINTIFF HAS FILED SICK CALL AND GRIEVANCE. DEFENDANTS DID NOT QUIRINTINE SHU 17 A UNIT EVEN THOUGH SAID INMATE UTILIZED PHONES AND SHOWERS LIKE PLAINTIFF. 8TH U.S CA VIOLATION
VIOLATION OF 11 DEL C § 6523, 6531, 6536, 6502, 6504, 6517 NOTE: "POSSIBLY A NONE CLAIM"

#119.) C/O JELIFFE 30 SOMETHING YEARS OLD, 250 lbs BLOND HAIR BLUE EYES, DISCRIBED IN THE SEPT 6, 06 INCIDENT WITH PLAINTIFF IN THE D.CC INFIRMARY, CA NO-06-778(GMS), AND C/O JELIFFE 60 SOMETHING YEARS OLD 6-1", 275 lbs SILVER HAIR SILVER BEARD DISCRIBED IN THE 12/14/07 INCIDENT WITH PLAINTIFF, PRELIMINARY INJUNCTION, ARE FATHER AND SON. THE 60 YR OLD JELIFFE UTILIZED EXCESSIVE FORCE ON PLAINTIFF, BECAUSE OF THE CIVIL COMPLAINT FILED ON THE 30 YR OLD JELIFFE (SEE 2/2/08 GRIEVANCE

CIVIL ASSAULT AND BATTERY, 1ST AND 8TH USC/A VIOLATION. VIOLATION OF 11 DEL C § 6535, 6525, 6504, 6502, 6517.

#120.) For this honorable court to issue a writ of habeas corpus to the warden of the D.C.C., to test the validity of the plaintiff's continued incarceration at Level V. Plaintiff should have been placed in the supervised custody Level IV Plummer Center on 12/9/07, as Judge Ablemans Feb 20, 08 notation points out to plaintiff, is what she intended after plaintiff completed his Level V commitment for Carjacking 2nd. Furthermore, plaintiff is six months prior to his max date and defendants refuse to provide pre-release treatment, like it is provided for other D.C.C inmates because of defendants deliberate indifference to plaintiff due to civil complaints he filed against them.
1st, 6th, 8th and 14th USCA violations
Violations of 11 Del C § 6502, 6504, 6577, 6533, 6531

#121.) FOR THIS HONORABLE COURT TO ISSUE AN ORDER A WRIT OF MANDAMUS ORDER TO COMPEL THE PLAINTIFF'S CUSTODIANS, THE DEFENDANTS TO TRANSFER HIM TO HIS NEXT LEVEL OF COMMITMENT LEVEL IV PLUMMER CENTER.

#122.) DEFENDANTS DELIBERATELY ARE HOLDING PLAINTIFF AT LEVEL V UNTIL 11/1/08, WHEN PLAINTIFF DID NOT VIOLATE HIS SUSPENDED SENTENCE. (SEE SENTENCING ORDER AND JUDGE ABLEMAN'S FEB 20, 08 NOTATION TO PLAINTIFF.) AS OF 12/9/07 PLAINTIFF BEGAN HIS COMMITMENT FOR CR# IN 03-06-0176, (6 MONTHS PLUMMER CENTER LEVEL IV, 6 MONTHS LEVEL III PROBATION).

SEE DEFOE V. STATE OF DEL, I.E, WRIT OF MANDAMUS PETITIONER. AFTER 90 DAYS HOLD AT LEVEL V, WAITING FOR LEVEL IV, CUSTODIANS ARE TO TRANSFER PETITIONER TO LEVEL III AND FILE THE APPROPRIATE MODIFICATION WITH THE SENTENCING JUDGE, AS OF TO DATE TO NO AVAIL.

#123.) C/O BOROMEE, LT PETER FORBES AS WELL AS OTHER D.CC OFFICERS ARE SEEKING TO UTILIZE "SUICIDE", ~~[struck out]~~ AS A TACTIC, TO COME INTO THE PLAINTIFF'S ASSIGNED CELL, (SHU 17, A L 1), TO DO HIM PHYSICAL HARM., (SEE LT PETER FORBES APRIL 11, 08 AFFIDAVIT), DUE TO PLAINTIFF FILING CIVIL COMPLAINT AGAINST THE DEFENDANTS.

1ST, 8TH USCA VIOLATIONS

NOTE: C/O BOROMEE IS THE OFFICER WHO ASSAULTED DWAYNE PORTER, CHRIS DOUGHERTY, AND AKBAR HASSENEL ON (SHU A UNIT), PER LT PETER FORBES. (SEE THE D.CC REPORTS FOR MARCH 2008 AND APRIL 2008.). THE AMOUNT OF FORCE UTILIZED AT THOSE TIMES WERE MORE THAN EXCESSIVE, IT WAS STRAIGHT OUT CRIMINAL 2ND DEGREE ASSAULT. OR MORE SO 1ST DEGREE ASSAULT.

SAID PERSONS WERE ALREADY HANDCUFFED AND SHACKLED.

I/M Jimmie Lewis
SBI# 506622  UNIT SHU 17, ALI
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the Court (GMS)
U.S. District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

Vs.                                        CA NO. 04-1350(GMS)

DR. SYLVIA FOSTER, ET AL.


FILED
APR 29 2008
U.S. DISTRICT COURT
DELAWARE

RE: PRELIMINARY INJUNCTION FOR
FEDERAL INQUIRY OF DEFENDANT
DR. SYLVIA FOSTER IS NOT A
MOTION TO AMEND.

DATE: 4/26/08

Jimmie Lewis
SBI# 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF JIMMIE LEWIS DUE HEREBY CERTIFY ON THIS 25TH, DAY OF APRIL, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE PLEADINGS AND EXHIBITS #3, IN SUPPORT OF PLAINTIFF'S SECOND AMENDED MOTION FOR PRELIMINARY INJUNCTION, PURSUANT TO FED. R. CIV P# 65; BY U.S POSTAL, TO EACH OF THE FOLLOWING:

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILM, DE 19801

ERIKA Y. TROSS
DEPUTY ATTORNEY GEN
820. N FRENCH ST
WILM, DE 19801

JAMES DRNEC ESQ
711 KING ST
WILM, DE 19801

DATE: 4/25/08

Jimmie Lewis
SBI# 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977