IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.                             CA. NO. 06-778 (GMS)

THOMAS L. CARROLL, ET AL.


FILED
APR 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: REQUEST FOR LETTER OF CONFIRMATION

REQUEST LETTER OF CONFIRMATION OF RECEIVING PLAINTIFF'S PLEADINGS AND EXHIBITS # 1, 4/22/08 AND # 2, 4/23/08, IN SUPPORT OF PLAINTIFF'S SECOND AMENDED MOTION FOR PRELIMINARY INJUNCTION, PURSUANT TO FED R. CIV P# 65;
 AS WELL AS THE AMOUNT IT WOULD ~~occur~~ COST FOR A COPY OF THE DOCKET SHEET?

DATE: 4/27/08

Jimmie Lewis
SBI # 506622, D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977