OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 29, 2008

TO:

**Jimmie Lewis**
SBI#506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Copy of Docket Sheet**
         **CA No.:  06-778 GMS**

Dear Mr. Lewis:

    The Clerk's office is in receipt of your letter requesting a copy of the docket sheet in the above-listed case.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page.  **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

    The document you requested is **13 pages** in length.  The cost of this request is **$6.50**.  Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/rc                                            PETER T. DALLEO
                                                CLERK

cc:  The Honorable Gregory M. Sleet