IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

VS.        CA NO. 06-778 (GMS)

THOMAS L. CARROLL, ET AL

FILED
MAY - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Rescanned

RE: REQUEST FOR CONFIRMATION.

1.) HAS THIS HONORABLE COURT RECEIVED PLAINTIFF'S PLEADINGS AND EXHIBITS #'S 1, 2 AND 3? IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, DI 60 AND 61.

2.) HAS AN ORDER BE ISSUED TO THE PARTIES? IF YES, I WOULD LIKE TO RECEIVE A COPY.

DATE: 4/30/08

Jimmie Lewis
SBI# 506622, D.CC
SMYRNA, DE 19977



I/M Jimmie Lewis
SBI# 506622 UNIT S/H(17) A W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF THE COURT (GMS)
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX-18
WILMINGTON, DELAWARE
19801