IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-13 GMS |
| | ) | LEAD |
| RAPHAEL WILLIAMS, ET.AL., | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-51 GMS |
| | ) | |
| STANLEY TAYLOR, ET.AL., | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| JIMMIS LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-52 GMS |
| | ) | |
| GEORGIA SUTTON, ET.AL., | ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-778 GMS |
| | ) | |
| THOMAS L. CARROLL, ET.AL. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that J. Cory Falgowski, Esquire, and Katharine V. Jackson, Esquire, have agreed to represent the plaintiff Jimmie Lewis as counsel of record in the above captioned cases. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

The plaintiff, Jimmis Lewis, is hereby placed on notice that no further pro se filings will be accepted from him by the court.

SO ORDERED this ____16th____ day of May 2008

_____
United States District Judge

FILED
MAY 1 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE