IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                          CA NO. 06-778 (Gms)

THOMAS L. CARROLL, ET AL

MOTION FOR PRELIMINARY INJUNCTION
#3; PURSUANT TO FED R. CIV P#65



FILED

JUL - 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE : 6/25/08

JIMMIE LEWIS
Jimmie Lewis
SBI # 506622
D. CC
1181 PADDOCK RD
SMYRNA, DE 19977

P.I)
P.1)

at on about 12:00 pm at the D.C.C
on April 30,08 Warden Phelps, Staff LT Karen Hawkins
and several D.O.C officials toured SHU 18, for
what appeared to be a tour of execution, so
everyone thought, due to SHU 18 housing
death row inmates. But to everyone's
surprise, the tour was extended to SHU 17
(A) unit from about 1:00 pm, until 1:30 pm.

P.II.)     The same day on April 30, at about
7:00 pm while I was in SHU 17 (A) L 1, C/o Tilgman
gave me legal mail, for which omitted toxic
fumes, that in minutes thereafter caused me
to feel symptoms of lightheadedness, nauseated,
drowsy, throbbing headache, blurry vision,
and blood shot red eyes.

P.III)     On April 30,08 at about 8:30 Pm
Lt. Peter Forbes had numerous (10) officers
respond to SHU 17 (A) unit only; even though
there were no alarms sounding off; no electrical
outages. or any other specific reason for said
staff-members to wear gas masks as the
entered SHU 17 (A) unit.

P.2)

PIV) as the responding staff members
entered SHU 17 (A) unit, they payed
particular close attention to my assigned cell,
SHU 17 (A) L1, (To see if I had been
overwhelmed by the pharmecutecal drugs
Sodium thiopenthal (the anesthetic),
Pancusoneum Bromide (the paralyzing agent);
and Potassium Chloride. ( the drug that
actually caused death by heart attack.).
At this time I request from LT. Peter Forbes
that I be allowed to ~~amamam~~ be checked by
a nurse; but LT Peter Forbes refused to
adhere to my verbal request, even after I
explained the aforementioned symptoms
to him!

   PV) at or about 5:00 Am May 1, 08
the Nurse did medication pass on SHU 17 (A) unit,
and at that time I informed Sgt Jack Evans
of my aforementioned symptoms, but Sgt
Jack Evans did not allow the nurse to stop
at my assigned cell SHU 17 (A) L1, to check
my vitals.

P.VI less than one hour Sgt Jack Evans    (P3)
and C/o Tilgman came onto the SHU 17 (A) unit
to serve breakfast; minutes after I ate the
breakfast that Sgt Jack Evans served me
personally; my heart began to hurt in a very
painfull manner; in conjunction with the
aforementioned symptoms; I was in a dire
state of near death!

VII.)        As soon as possible the next shift;
because after breakfast, the 12 to 8 shift did
not re-enter the unit; I informed C/o Turner and
Sgt K. Travis of my dilemma. I was thereafter
informed that nurse Betty Bryant was notified
but didn't respond. At or about 11:45 Am
May 1, 08 I informed CPL K. ~~CANNULLI~~ Burley; C/o Turner
and Sgt K. Travis that I was in serious need of
a nurse, and that I wanted to speak with Staff
LT. K. Hawkins and a mental health clinician.
VIII) CPL K. Burley; Sgt K. Travis and C/o Turner
shackled & Handcuffed me, and placed me into SHU 17
(A) unit's interview room. After a brief comprehensive
interview, clinician Queeny contacted Dr Cannulli
and I was classified for a higher level of
observation.

PX) less than Ten minutes thereafter, I collapsed due to the aforementioned symptoms. of light headedness, ~~difficulty of breath~~ not being able to breath, blurry vision, blood shot red eye's, neausea, ~~and severe heart~~ and severe heart pain. ~~xxxxxxxxxxxxxxxxxxxxx~~ the officers could not locate ~~a~~ pulse and or any heart activity. Moments later, I revived and both C/o Turner and Nurse Betty Bryant whom had finally arrived after numerous ~~xxx~~ calls, observed that my heart rate was extremely elevated, and ~~xxxxxxxxxxxxx~~ the oxygen in my blood was extremely low. I was there after transfered to the D.C.C infermary.

PX) I was admitted into the D.C.C infermary with a blood presure reading 210/110 enough to cause stroke, and blood oxygen level of 96% for which indicates that my oxygen in my blood was flowing propersly. My blood presure has never been as high as 210/110, nor has my blood oxygen level ever been 96%. During the course of my stay in the D.C.C infermary May 1, 08 thru May 22, 08 Dr Kimberly Watson psychologist documented my claims, as well as the nursing staff and other medical staff members.

PXI) an ~~another day one~~ (P.5)

I requested that Dr Dale Rogers have me submit blood for a toxicology examination ~~XXX~~ to determine if the pharmaceutical drugs, i.e, Sodium Thiopenthal, (the anesthetic), Pancuronium Bromide, (the paralyzing agent); and Potassium Chloride, (the drug that actually causes death by way of inducing heart attack); was indeed in my system; but Dr Rogers refused to adhere; even though the symptoms supported my request. ( medical grievances were submitted in regards to this matter).

Subsequently; Dr Rogers did order a CMP for cholestorol, enzymes, etc.

PXII.) Due to being in a state of duress due to being distraught by the Sgt Jack Evans and C/o Tilgman giving me the ingredients of an ~~XXXXX~~ lethal injection, for which is intended for a "I.S.D.P." inmate sentence to death penalth, for which I am not; I remained in the D.CC infirmary; ~~XXXXXXXXXXXXXXXXX~~ ~~XXXXXXXXXXXXXXXXXXXXXXXXX~~ ~~XXXXXXXXXXXXXXXXXXXXXXXX~~ ~~XXXXXXXX~~ under 24 hour illumination, no outside recreation; and unable to respond to legal notices, or use the telephone unlike other infirmary inmates.

(XIII.) On May 22, 08 at about 2:30 Pm                (P. 6.)

LT. Godwin, % Jolliffe % Gillis and at least
five D.CC correctional officers came to my assigned
cell, INF D 191. I was under the impression
that, they were intending to take me to execute
me! LT. Godwin sprayed me with capstun
and I exited cell D.191 in a security anti-
suicide gown, and there after I was taken
to SHU 17 and placed in handcuffs and
shackles with blackbox, and put into the SHU 17
barbershop for 24 hours, for which Nurse Cellina
helped security put me in restraints, i.e., the tube;
patient No. 5.551.086 made in USA, for which
caused me tremendous pain and suffering due
to said shackles and handcuffs on cutting into
my tissue, muscles, nerves; bones and causing
me edema. The effects of the capstun, not being
able to breath - burning skin and eyes persisted
for at least three days, and the effects of
the shackles and handcuffs with blackbox persisted
for at least two-weeks. This was also done
to inmate Thomas Gordon, who was transfered
from the D.CC infirmary, to SHU 19, barbershop.
("This occurred from 5:00 Pm May 22, 08 thru
     5:00 Pm may 23, 08; i.e The barbershop incident".).

P XIV) Furthermore, on May 23, 08 at 5:00 pm I was placed into SHU 17 CU11, and on

May 29, 08 at or about 9:00 Am my assigned cell door was opened in order to allow another inmate into my assigned cell to do me physical harm. I was given a disciplinary code violation, for exiting my assigned cell and requesting to speak with the housing units LT. due to my protective custody status being in Jeopardy. I was not provided with the disciplinary report, for which I made LT. Larry Savage fully aware of but he still gave me sanction; nor was I allowed to appeal.

P XV) On June 18, 08 ~~xxxxxxxxxxxxxxxxxxxxxxx~~ Numerous D.O.C officials conducted another tour of SHU 17, Thereafter ~~xxxx~~ during the early mourning of June 19, 08 at or about 5:30 Am Sgt Jack Evans and C/O Tilgman came onto SHU 17 (C) unit to serve breakfast; Sgt Jack Evans again served me breakfast that minutes later caused my heart to hurt in a very painfull manner; light headedness, neauseated, throbing headache, blurry vision, blood shot red eyes; etc. I am treated as a I.S.D.P; inmate sentence to death penalty

(P. 8)

P(44) Subsequently, on June 19, 08 while I was in the shower on SHU 17 (C) unit, the shower door was opened by C/O Tilgman at or about 6:00 pm, along with SHU 17 CL3 & CL4. I exited the shower and immediate requested Sgt L. David to contact the housing LT. LT. Burmann and LT Sessons responded to SHU 17 (C) unit along with "Q.R.T" Quick Response Team. I was excorted to my assigned cell SHU 17 CU11, where I gave Lt Sessons a notation regarding my dilemma with Sgt Jack Evans and C/O Tilgman that where also forwarded to Dcc Warden Phelps.

See notation to D. CC warden Phelps. Grievance #'s 158374, 158378, 158379, 158376, 160192, 160630, 160287, 160628; 157145, 160547; 160190 as well as all other grievance I filed since May 1, 08 up to date.

See also, disciplinary report # 1041130, 1041302. and 1041107. This is being done to me because I filed civil action complaint No's 04-1350 GMS, 05-013 GMS, and 06-778 GMS. Violation of my rights under 11 DEC c; 6502, 6504, 6517, 6524, 6525, 6531, 6536 Violation of my rights under the 1ST, 8TH AND 14TH U.S.C.A Rights.

P. 9. )

PXVII )

Furthemore, I realize that I am represented by counsel; i.e., J. Cory Fatgowski — and Katherine V. Jackson; but the defendants refuse to allow them to enter the D. CC for our initial interview and conference, after waiting three weeks to do so, dating June 3, 08 thru June 24, 08.

PXVIII ) I aforementioned gives reason why I filed this 3rd motion for preliminary injunction Pro-Se. It seems to me that the defendants need more time to try and successfully administer the lethal drugs to me; before my appointed counselor can legally interveen. See attached memo as exhibit.

Violation of my 1ST USCA Right.

p. 10)

(XIX.)

Being distraught about being given the pharmaceutical drugs, I have wrote notations and filed grievances, while continuously seeking more tangible answers on 6/25/08 nurse Betty Bryant stopped at my assigned cell S.HU 17, CULL during her med pass and passed me what I first thought to be a sick call request slip, for which it was, but it contained a message that stated, Quote. At first I thought you were lieing, but I ones heard a few officers say that the lethal injection mixture doesn't work the same in food; if we give him to much, I know it will be detected; Fuck him he's a snitch ass homosexual pedightee anyway! Who? ~~Jimmie Lewis~~, ~~████████~~. So for your information here are the names of the drugs that to the I. S. D. P, inmates sentenced to death penalty. ~~Sodium thiopenthal~~, (the anesthetic), Pancuronium Bromide, (The paralyzing agent) and potassium Chloride, (the drug that actually causes death, unquote.

∴ RELief sought ∴

1.) a Toxicology examination of
my blood, to check for the
presence of Sodium thiopenthal
(the anesthetic); Pancuronium
Bromide (the paralyzing agent),
Potassium Chloride (the drug that
causes death); and or any other toxic
chemical or pharmaceutical drug.

2) To be transferred to a facility
outside the reach and or influence
of the defendants.

3) For this Honorable court to enact
whatever condition it deems necessary
and or that is applicable.

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF Jimmie Lewis DUE HEREBY CERTIFY ON THIS ___25TH___ DAY OF __JUNE__, 2008, THAT I DID MAIL ONE TRUE AND CORRECT COPY OF THE MOTION FOR PRELIMINARY INJUNCTION #3, PURSUANT TO FED R. CIV P# 65, TO EACH OF THE FOLLOWING :

THE CLERK OF THE COURT (GMS)
U.S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

ERIKA Y. TROSS
DEPT OF JUSTICE
CIVIL DIVISION
820 N. FRENCH ST
6TH FL
WILM, DE 19801

DATE : 6/25/08

JIMMIE LEWIS
Jimmie Lewis
SBI # 506622
D. C C
1181 PADDOCK RD
SMYRNA, DE 19977

**DCC  Delaware Correctional Center**                    **Date:** 06/10/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC | |
| **Grievance #** : 160630 | **Grievance Date** : 05/30/2008 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Hygiene/Sanitation | **Incident Date** : 05/29/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Upper, Tier C, Cell 11, Single | | |

| OFFENDER GRIEVANCE DETAILS | | | |
|---|---|---|---|

**Description of Complaint:** The soap that is know being utilized by DCC does not have any manufactured distribution label identification stamped on it, contains chemicals that are toxic and does a immediate danger to my circulatory, nervous, respiratory and reproductive systems due to said toxins in conjunction slowly deteriorating my aforementioned systems. Inmates housed on SHU 17 C unit all agree, that the soap smells like chemicals.

**Remedy Requested** : For this matter to be investigated, to be provided with the manufacture of the soap who is responsible for purchasing the soap, and for the soap to be changed to a different brand that is not toxic.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI #** | **Name** |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|

**Medical Grievance :** NO                    **Date Received by Medical Unit :**

**Investigation Sent :**                    **Investigation Sent To** :

**Grievance Amount :**

DCC Delaware C...     ...enter     **Date:** 06/12/2008

# GRIEVANCE REPORT

**OFFENDER GRIEVANCE INFORMATION**

| | | |
|---|---|---|
| **Offender Name :** LEWIS, JIMMY | SBI# : 006622 | **Institution** : DCC |
| **Grievance #** : 160287 | Grievance Date : 05/21/2008 | **Category** : Individual |
| **Status** : Withdrawn | | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | 21/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | 17, Upper, Tier C, Cell 11, Single | |

**OFFENDER DETAILS**

**Description of Complaint:** Inmate claims: Being ... ... hrs illumination, no outside recreation and not being provided apon r... ...ce or denied the opportunity to send legal correspondeces while be... ...firmary violates my 1st USCA right.

**Remedy Requested** : For this matter to be inve... ...I for abuse ... ...ct and mistreatment of my rights under 11 Dec C 6502, 6504, 6536, 652 ... ...nd ... . and 14th USCA rights.

**INDIVIDUALS INVOL**

| **Type** | **SBI #** |
|---|---|
| | |

**ADDITIONAL INFORMATION**

**Medical Grievance :** YES    Medical Unit : 06/04/2008

**Investigation Sent :** 06/04/2008    : Moore, Ronnie

**Grievance Amount :**

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/10/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI# :** 00506622 | **Institution** : DCC |
| **Grievance #** : 160628 | **Grievance Date** : 05/30/2008 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Disciplinary | **Incident Date** : 05/21/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | Housing Location : Bldg 17, Upper, Tier C, Cell 11, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** During my admission in the infirmary while prescribed to be on psych close observation level 2, for which prohibits any shape items such as pens, sporks, razors etc, I was wrote up by C/O Clinton Gillis Dr #1041107, for ripping half of the outer lining out of a safety suicide gown, for which is designed to prevent ripping in ordêr to protect from suicide attempts, that is, if the suicide gowns aren't suicide proof?

**Remedy Requested** : For this matter to be investigated to determine exactly how I was, able to do the aforementioned damage to a suicide gown while on psych close observation level 2 security watch?

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO          **Date Received by Medical Unit :**

**Investigation Sent :**          **Investigation Sent To** :

**Grievance Amount :**

**Page 1 of 4**

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/10/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC |
| **Grievance #** : 157145 | **Grievance Date** : 04/22/2008 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Telephone | **Incident Date** : 04/10/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Upper, Tier C, Cell 11, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: It is the DCC SOP for inmates to fill out a legal telephone call request SOP, form #883 in order to be allowed to make legal telephone calls. The dilemma is that I fill out form #883 on numerous occasions, but I'm never allowed to utilize the phone to call my attorney's Michelle Nardozzi, John Sedinger or Coughry and Lindsey LLC. I am denied legal telephone calls, unlike other inmates.

**Remedy Requested** : To be provided with who is responsible for my being denied legal phone calls, why, and what I need to do to ensure that I have proper access to my attorneys via telephone.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : NO          **Date Received by Medical Unit** :

**Investigation Sent** :          **Investigation Sent To** : Hawkins, Karen D

**Grievance Amount** :

DCC  Delaware Correctional Center                          Date: 06/09/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC | |
| **Grievance #** : 160547 | **Grievance Date** : 05/21/2008 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Classification | **Incident Date** : 05/21/2008 | **Incident Time :** | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Upper, Tier C, Cell 11, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate claims:  The 13th U.S.C.A has granted my custodians the legal authority to hold me captive under Delaware Law here at DCC, without the ability to grieve my classification status, my classification to the SHU, Disciplinary reports and procedures, for which has denied me my well established liberty intrest right to rehabilatative treatment and or therapy or job training through out the course of my incarceration, for which has lead me down the path of the inevitable, i.e., habitual recedivism.

**Remedy Requested**    :  For this matter to be investigated for abuse, neglect - mistreatment in violation of my 1st, 4th, 6th, 8th and 14th usca rights as well as my rights under 11 DEL C 6502, 6504, 6517, 6525, 6536, 6524, 6535

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

GR  N

**OFFEND  C**                                          ION

**Offender Name :** LEWIS, JIMMY              S3          622        **Institution**     : DCC
**Grievance #** : 160190            Grievan  ..e  : C5.. 2008    **Category**     : Individual
**Status**      : Withdrawn                                        **Resol. Date**  :
**Grievance Type:** Medical Staff                       2008       **Incident Time :** 17:00
**IGC**         : Dutton, Matthew                        7, Upper, Tier C, Cell 11, Single
                                **OFFE.**               S

**Description of Complaint:** Inmate Claims: Se          ne in handcuffs and shackles with black box
                inside the SHU 17 b                 e Cellina's instruction to do so for 24 hours.
                This was done to inflic.             e for no medical reason. Nurse Celina even
                helped secure the rest               o. 5.551.086 made in USA.  Why was this
                done to me, said restra              e, muscles, nerves, bones, and caused me
                Edema.

**Remedy Requested**  :  For this matter to be i       t and mistreatment in violation of 11 DEL C
                6502, 6504, 6517, 6536,              8th USCA rights.

                **INDIVIDUALS INV**
    **Type**        **SBI #**

                **ADDITI.**                          CN
**Medical Grievance :** YES                      al Unit : 06/03/2008
**Investigation Sent :** 06/03/2008                  : Moore, Ronnie
**Grievance Amount :**

DCC  ␣␣␣␣␣␣␣␣␣␣␣␣␣␣ ␣nter                    **Date:** 06/12/2008

## GRI␣␣␣␣␣␣

| **OFFENDER** | | ␣TION |
| --- | --- | --- |

**Offender Name :** LEWIS, JIMMY    ␣␣␣␣    6622    **Institution**    : DCC

**Grievance #**   : 160192    ␣␣␣␣␣␣␣␣␣␣ :    ␣/2008    **Category**    : Individual

**Status**    : Withdrawn    **Resol. Date**   :

**Grievance Type:** Health Issue (Medical)    ␣/2008    **Incident Time :**

**IGC**    : Dutton, Matthew    17, Upper, Tier C, Cell 11, Single

### OFFEN␣␣␣␣    ␣S

**Description of Complaint:**  Inmate Claims:  On ␣␣␣␣ I was compelled into a state of duress after
receiving a package t␣␣␣ ␣␣nes that caused me to become light headed
and to gasp for oxygen ␣ Each gasp of oxygen I took caused my head to
throb, and my eyes to ␣␣ ␣bsequently on 5/1/08 I was admitted into the
DCC infirmary due to m␣ ␣f the toxic fumes for which saturate my brain,
my tissue my hair and b␣ ␣rs ordered a CMP order for my blood work, for
which was drawn on 5/1␣ ␣nny, but I was not provided with the results.

**Remedy Requested**    :    To be provi␣ ␣on of the CMP blood results from Bioreferene
labs, to ensure that m␣ ␣ghts aren't violated see also, CA no. 06-778,
grievance #'s 158374, ␣ ␣.R. #1041107.

### INDIVIDUALS INV␣

| **Type** | **SBI #** | |
| --- | --- | --- |

### ADDITIO␣    ␣TION

**Medical Grievance :** YES    ␣cal Unit : 06/03/2008

**Investigation Sent :** 06/03/2008    : Moore, Ronnie

**Grievance Amount :**

# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

**J. Cory Falgowski, Esq.**
Direct Phone: +1 302 778 7522
Email: jfalgowski@reedsmith.com

June 3, 2008

Jimmie Lewis
SBI#506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Civil Case Nos. 05-13 (GMS) and 06-778 (GMS)**

Dear Mr. Lewis:

Ms. Jackson and I have received your letter dated May 24, 2008. We have arranged an initial conference with you at the D.C.C. on Tuesday, June 24, 2008. If you will be unavailable to meet on that date for any reason, please let us know. In the meantime, per your request, enclosed please find updated docket sheets for the above-referenced civil actions. Also enclosed is a copy of Chief Judge Sleet's Memorandum Order denying the motion for a preliminary injunction. We will discuss these matters in detail during our initial conference. We look forward to speaking with you on June 24th.

Very truly yours,

J. Cory Falgowski

JCF:dkk
Enclosures
cc: Katharine V. Jackson, Esq.

$ 01.51⁰

I.M. _Jimmie Lewis_____
SBI# _506622____ UNIT _SHU 17, Cell_
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

_Clerk of the court (Gms)_
_United States District Court_
_844 N. King St., Lockbox 18_
_Wilmington, Delaware_
_19801_