

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

July 2, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Lewis v. Carroll, et al.*,
             <u>D. Del., C.A. No. 06-778-GMS</u>

Dear Chief Judge Sleet:

      I am in receipt of Jimmie Lewis' Motion for Preliminary Injunction filed in the above-captioned matter on July 1, 2008. (D.I. 85). In the Motion Mr. Lewis claims, *inter alia*, that the Delaware Correctional Center ("DCC") has prohibited his attorneys from meeting with him. Specifically in paragraph 18 of the Motion Mr. Lewis states that the, "defendants refuse to allow [his attorneys] to enter the DCC for our initial interview and conference."

      Please be advised that I have spoken with Mr. Lewis's attorneys – J. Cory Falgowski and Katharine V. Jackson. They have assured me that the DCC has not impeded their ability to visit with Mr. Lewis. Rather, they have had to reschedule their visit in light of scheduling conflicts.

      This letter is not intended to address Mr. Lewis's remaining allegations. In light of the appointment of counsel, the State Defendants will not respond to Mr. Lewis's *pro se* motion unless ordered to do so by the Court.

The Honorable Gregory M. Sleet
July 2, 2008
Page 2

      If the Court has any further questions or concerns please do not hesitate to contact me at (302) 577-8400.  Thank you.

                      Sincerely,

                      */s/ Erika Y. Tross*

                      Erika Y. Tross, DAG
                      Attorney for State Defendants

EYT/bja
cc:    J. Cory Falgowski, Counsel for the Plaintiff (via electronic delivery)
       Katharine V. Jackson, Counsel for the Plaintiff (via electronic delivery)
       James E. Drnec, Counsel for CMS (via electronic delivery)