IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

V.                                    ID NO. 06-778 (GMS)

THOMAS L. CARROLL, ET AL



EXHIBITS IN SUPPORT OF
PRELIMINARY INJUNCTION #3
PURSUANT TO FED R. CIV P# 65

DATE: 7/15/08

JIMMIE LEWIS
Jimmie Lewis
SBI # 506622
J.TVCC
1181 PADDOCK RD
SMYRNA, DE 19977

1.) THE DEFENDANTS TRIED TO DO TO ME WHAT THEY DID TO DEMETRIUS CALDWELL

2.) I WAS NEXT DOOR TO LOUIS CHANCE JR. INFIRMARY SEPT 2003 JUST BEFORE HE DIED.

3.) I WAS NEXT DOOR TO DEMETRIUS CALDWELL INFIRMARY D.C.C. FROM 12/14/07 THRU 1/22/08 WHEN HE WAS KILLED ON JAN 10, 08
   SEE GRIEVANCE # 163148. AND 163149.
   AND THE GRIEVANCES NOTED IN # 162824

4.) THE DEFENDANTS HAVE TAKEN ME OFF PROTECTIVE CUSTODY, WITHOUT MY WRITTEN CONSENT

5.) THE DEFENDANTS HAVE ADMINISTERED THE LETHAL PHARMACUETICAL DRUGS SODIUM THIOPENTHAL, (THE ANESTHETIC), PANCURONIUM BROMIDE, (THE PARALYZING AGENT), AND POTASSIUM CHLORIDE (THE DRUG THAT CAUSES DEATH) IN VARIOUS DIFFERENT MANNERS, IN MY FOOD, JUICE, COFFEE, SATURATING MY LEGAL DOCUMENTS AND PAPER - BLANKET AND GOWN SECURITY GOWN AND SECURITY BLANKET, SEEKING TO SHUT MY BODILY ORGANS DOWN. AND OR BY OPENING MY ASSIGNED CELL FOR AN INMATE THEY HAVE COMMISSIONED TO DO ME PHYSICAL HARM WITH A WEAPON.

6.) Defendants repeatedly open my assigned cell door, (SHU 17, CL 11), at all time of the day and or night, totalling (5) times since May 23, 08., in violation of security policy. Said drugs are also administered in order to induce me into a state of sleep, in order to allow inmates they commissioned to do me physical harm with a weapon. They were opening up SHU 17, CL 4 and CL 3 now they have commissioned CL 6 to do their dirty work.

C/O's M. Reynolds, Tilgman, Jack Evans, Brown, ~~and~~ Boromee and C/O Seaton,

For which is a continuing matter.

7.) The defendants specifically brought me back to DCC ~~unconstitutionally was~~ ~~administered~~ from D.P.C in order to treat me as a "I.S.D.P", due to my supposed to be Level (4) status, for which they purposely misinterpret my sentence in order to do me irreparable harm because I filed civil complaints.
See my sentencing judge - P.L.A Feb 20, 08 notation and Capt M. McCreanors 3/31/08 notation
Because of the defendants indifference I suffered irreparable harm of missing my mothers funeral. With my father also being terminally ill, I will again be irreparable harmed.

: RELIEF SOUGHT :

Due to my 1st, 8th, 6th, 4th and 14th U.S.CA rights being violated by the defendants, I seek an order of mandamus to compel the defendants to transfer me to my correct level of commitment. Level 3 probation.

I seek to be placed in protective custody, SHU 18, B unit.

I seek punitive damages for pain and suffering 10 million dollars

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 07/10/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : JTVCC |
| **Grievance #** : 163149 | **Grievance Date** : 07/01/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 05/01/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Upper, Tier C, Cell 11, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: The inmate death toll has Quadrupled due to Dr. Dale Rogers failure to medicate, provide therapy, allowing disease to incubate, mutate and progress until untreatable, in order to save CMS money. Dr. Dale Rogers is judge, jury and executioner who administers lethal pharmacy utical drugs to terminally ill inmates; inmates deemed medically expensive, and or are considered a judicial and or an alleged disciplinary dilemma to DOC staff and or DCC administration. Dr. Dale Rogers has a license to kill inmates, has killed inmates, and will continue to kill inmates without being held accountable, by covering up murders she and security commit by not ordering an autopsy, under the guise inmate died of aids related complications. Simultaneously covering up four play, negligence and saving CMS up to $3,000 for each autopsy, murder INC.

**Remedy Requested** : For me to have a mandatory autopsy; due to my not being a terminally ill inmate, who openly claims deliberate indifference form CMS staff and DOC and DCC security and administrative personnel i.e., (civil action complains No 5-013 GMS 04-1350 GMS and 06 778 GMS), specifically toxicology for pharmaceutical drugs and or chemicals.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 07/10/2008 |
| **Investigation Sent** : 07/10/2008 | **Investigation Sent To** : Parker, Claudia DR |
| **Grievance Amount** : | |

Page 1 of 3

JTVCC James T. Vaughn Correctional Center  Date: 07/10/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : JTVCC |
| **Grievance #** : 163148 | **Grievance Date** : 07/01/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/01/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Upper, Tier C, Cell 11, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: During my admission in the infirmary May 1, 2008 thru May 22, 2008 someone saturated my security blanket, security to be and mattress with pharmaceutical chemical drugs; I have good reason to believe are "Sodium Thiopenthal, (The Anesthetic", Pancuronium Bromide, (The Paralyzing agent), and potassium-Chloride, (the drug that causes death), for which caused me throbbing headaches, blurry vision, blood shot red eyes, low blood oxygen, and shortness of breath, etc. During my admission in the infirmary dating Dec 14, 2007 there Jan 22, 2008, inmate Demetrius Caldwell complained to myself and medical of the identical symptoms.

**Remedy Requested :** For this matter to be investigated for violation of DOC policy and procedures, as well as violation of my USCA rights.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES   **Date Received by Medical Unit :** 07/10/2008
**Investigation Sent :** 07/10/2008   **Investigation Sent To** : Parker, Claudia DR
**Grievance Amount :**

Page 1 of 3

DCC      nter      **Date:** 06/12/2008

## G[

**OFFEND[**      'ON

| | | | | |
|---|---|---|---|---|
| **Offender Name** : LEWIS, JIMMY | S' | : | 322 | **Institution** : DCC |
| **Grievance #** : 160195 | Cr' | ( | '2008 | **Category** : Individual |
| **Status** : Withdrawn | | | | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | | | /2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | | | 17, Upper, Tier C, Cell 11, Single | |

**OFFE:**      5

**Description of Complaint:** Inmate Claims: Du          nary from 5/1/08 thru 5/22/08 I experienced
symptoms of a pers'          I eyes, blurry vision, extremely low blood
pressure, high pulse, l.          due to lack of oxygen to my brain, (for which
continues,) due to bein          .iemicals that are shutting my vital organs
down.  I requested to be          on of my blood, but my request was denied.

**Remedy Requested** : To be given a Toxico          , and to be given the results of how the toxins
and or poisons and en!          r hygiene products.

**INDIVIDUALS INV'**

| Type | SBI # | |
|---|---|---|

**ADDIT**

**Medical Grievance :** YES      .i **Unit :** 06/03/2008
**Investigation Sent** : 06/03/2008      : Moore, Ronnie
**Grievance Amount :**

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 07/08/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : JTVCC |
| **Grievance #** : 162824 | **Grievance Date** : 06/17/2008 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Grievance Process | **Incident Date** : 06/17/2008 | **Incident Time** : 19:53 |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Upper, Tier C, Cell 11, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: On 6/17/08 I recieved grievance #'s 160192, 160195, 160287, 160190, 158008 with the status deemed withdrawn? Due to my allegedly refusing to come out of my assigned cell. Denied by grievant. I have not been notified that I was having a grievance hearing.

**Remedy Requested** : For the aforementioned grievances to be investigated as stated in order to obtain an exceptable resolution.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : NO  
**Investigation Sent** :  
**Grievance Amount** :  

**Date Received by Medical Unit** :  
**Investigation Sent To** :



# Office of Treatment Services
## Security Housing Unit
Delaware Correctional Center
Smyrna, Delaware 19977

To: __**Lewis, Jimmy**__    SBI#: __**00506622**__

From: Counselor **Linda Kemp**    Date: __**6/19/08**__

Re: Quality of Life Level Review/Placement

This is to inform you that the Quality of Life Level Review Committee has reviewed your status.

☐ You have been assigned Quality of Life Level ____. This is an initial level placement.

☒ Your current Quality of Life Level is **PC3**. The decision of the Committee is to:

  ☐ Upgrade your Quality of Life Level to Quality of Life Level ____.
  or
  ☐ Your Quality of Life Level was remained at Quality of Life Level ____.
  or
  ☒ Your Quality of Life Level was downgraded to Quality of Life Level **2**.

The reason for the Committee's decision was based on the following reason(s):

**Period of adjustment off PC.**


Your new short-term treatment plan is listed below. You are required to successfully complete this plan before your next Quality of Life review. Failure to follow this plan could cause your Quality of Life Level to be reviewed and subsequently it could be lowered. Must successfully complete all programs checked below:

☐ Anger Management         ☐ Pre-Release Programming      ☐ Managing Your Anger
☐ Communication Skills     ☐ Sex Offender Treatment       ☒ Self Discovery
☐ Conflict Resolution      ☐ Substance Abuse Education    ☐ Individual Essay Assignments
☐ Decision Making and Stress ☐ Values Training            ☐ Other ____
☐ Journaling Exercises     ☐ Violence Reduction           ☐ MH Monitoring

Other required goals:
Accept responsibility for self; develop and maintain a positive attitude with staff and others; exhibit positive behavior; comply with all rules, orders, and directives; develop and maintain respect for self, others, and property; participate actively in the individualized treatment plan listed above.


By signing below inmate is acknowledging receipt of above information.

Signed: _____    Date: _____

Cc:    Client Book
       Inmate

Revised 10/02/2007

On June 1, 08 and June 19 08 while Sgt J. Evans and C/O Tilgman worked SHU 17, I have experienced smelling toxic fumes that caused me persisting headaches, bloodshot red eyes, blurry vision, a shortness of breath that seems to be designed to shut my vital organs down. I perceive that what ever type of chemical substance that Sgt J. Evans and C/O Tilgman are exposing me to, is designed to place me into a deep sleep so they can open my assigned cell door in order to allow a inmate whom they have commissioned to receive reduced custody status, can enter my cell in order to do me physical harm. See grievance numbers 158374, 158375, 158379, 158376, 160192; i.e., grievance filed regarding this matter 6/19/08.

cc: D.CC Warden Phelps
Judge Gregory M Sleet 06-778.
G. Cory Falgowski, Esq.
Katherine V. Jackson Esq.
Staff LT. Karen Hawkins D.CC.
Commissioner D.CC
Date: 6/19/08.

Jimmie Lewis
SBI# 506622
D.CC
1181 Paddock Rd
Smyrna, DE 19977

SUPERIOR COURT
OF THE
STATE OF DELAWARE

PEGGY L. ABLEMAN
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0660

February 20, 2008

Mr. Jimmie Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    RE:   State v. Lewis
           I.D. No. 0305016966

Dear Mr. Lewis:

    The "Petition for Order to Compel the Dept of Corr., i.e. Del. Corr Center, to Transfer Petitioner to the Next Level of his Commitment, i.e., Level (4) Plummer Center" is denied. The Court cannot direct the Department of Corrections to make a bed available if one is not. That is precisely why the Court Order specifies that defendant is to "hold at Level V until space is available at Level IV." There are other defendants in the same situation and the Court cannot single out special treatment for you simply because you have written to complain.

                              Yours very truly,

                              Peggy L. Ableman

PLA:jmd
cc:    Prothonotary



**STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road**
SMYRNA, DELAWARE 19977

## MEMORANDUM

TO:     Lewis, Jimmie #00506622 / SHU 17 AL 1

FROM:   Capt. Michael J. McCreanor
        Office of Warden Phelps

DATE:   March 31, 2008

RE:     Letter dated February 21, 2007

---

Your sentencing order states you are to be held at Level 5 until space becomes available at Level 4.

A check of the SHU Law Library reveals you have been receiving requested legal material and that there are outstanding request. As you were previously informed in grievance 151307 all request are filled in the order they are received.

CAPT. MICHAEL J. MC CREANOR

I/M: Jimmie Lewis
SBI# 506622   UNIT SHU17, C111
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$01.34
JUL 16 2008
MAILED FROM ZIP CODE 19977

Clerk of the Court (GMS)
United States District Court
844 N. King St, Suite 18
Wilmington, Delaware
19801

