IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

    VS.           CA NO. 04-1350(Gms)

DR. SYLVIA FOSTER, ET AL

RECEIVED
· 23 200?
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEADINGS AND EXHIBITS
IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION #2
PURSUANT TO FED R. CIV P #65

DATE: 4/22/08

Jimmie Lewis
SBI# 506622
D.C.C
1181 PADDOCK RD
SMYRNA, DE 19977

15.) D. CC OFFICERS ARE STOCKPILING FABRICATED SLANDEROUS INCIDENT REPORS AGAINST ~~Mmm~~ PLAINTIFF, IN ORDER TO OBTAIN AN UNFAIR TACTICAL STRATEGIC ADVANTAGE REGARDING CIVIL COMPLAINT FILED AGAINST DEFENDANTS, 1.e, DISCOVERY, AND TO HARASS PLAINTIFF SEEKING TO PLACE CRIMINAL CHARGES AGAINST HIM WITHOUT PROVIDING HIM WITH FAIR DUE PROCESS, ("IRREPARABLE HARM INEVITABLE.")

   1ST, 8TH AND 14TH U.S.CA VIOLATIONS


14.) LT PETER FORBES BLACKBOXED AKBAR HASSENEL ~~AM~~, CHRIS DOUGHRTY AND DWAYNE PORTER FOR 24 HOURS IN SHACKLES AND HANDCUFFS.

13) FOR AN ORDER TO TRANSFER PLAINTIFF TO HIS LEVEL IV COMMITMENT, FOR WHICH STARTED 12/9/07.

17) PLAINTIFFS PROCEDURAL AND SUBSTANTIVE
DUE PROCESS RIGHTS WERE VIOLATED, DUE TO
DEFENDANTS FAILING TO CONDUCT A COMPETENCY
HEARING AND OR AN OFFICIAL COURT ORDER,
PLAINTIFF HAS NOT BEEN DEEMED COMPETENT TO
BE SUBJECTED TO D.C.C ON 12/14/07, AND
VIOLATED HIS LIBERTY/INTREST TO RECEIVE TREATMENT.
        6TH, 8TH, 14TH USCA VIOLATION
        VIOLATION OF 11 DEL C § 6525, 6517


16) ON 12/14/07 AT THE D.P.C,
        CPL IKE DORRIS AND C/O JECLIFFE
        CHOCKED PLAINTIFF, AND DRAGED HIM
        30 TO 40 FEET WHILE TUGGING ON
        ~~SHAGKKAN~~ SHACKLES AND HANDCUFFS.
        WITHOUT JUST CAUSE.

        8TH USCA VIOLATION
        VIOLATION OF 11 DEL C 6535, 6536, 6525.

19) THE PLAINTIFF HEREBY REQUEST THIS
HONORABLE COURT TO 'CONSIDER' RESPONDING MOTION(S)
AS AFFIDAVITS, DISCOVERY, ADMISSIONS IN SUPPORT
OF PLAINTIFFS CONTENTION IN REGARDING HIS
MOTION FOR PRELIMINARY INJUNCTION.

18) MR. GIBBS AFTER CONVERSING WITH DR. A CANNULI
ABOUT PLAINTIFF ON 2/27/08, INSTRUCTED SECURITY
TO PLACE PLAINTIFF IN THE WHOLE (KNOWING SAID
ORDER WAS IN VIOLATION OF D.C.C 5.0 P OF
24 HRS LEVEL 1, 24 HOURS LEVEL 2, 24 HRS LEVEL 3,
24 HRS LEVEL 4, FOR WHICH COULD HAVE REMEDIED
SAID INCIDENT) SECURITY VIEWED MR GIBBS AON
INSTRUCTION AS MENTAL HEALTH TREATMENT, AND
THEREAFTER HANDCUFFED - SHACKLED WITH BLACKBOX
FOR 24 HRS.

SWOLLEN WRIST- ANKLES — SLIPED DISK IN NECK
AND LOWER BACK, THROBING PAIN UP TO DATE DAILY.

8TH USCA VIOLATION, CIVIL ASSAULT AND BATTERY
VIOLATION OF 11 DEL C 6535, 6525, 6531, 6524

20) THE DEFENDANTS PLEADINGS STATE THAT PLAINTIFF WAS MEDICALLY DIAGNOSED AS NOT HAVING ANY MEDICAL DISEASES UPON HIS BEING ADMITTED INTO THE D.C.C INFIRMARY ON 12/14/07, BUT ON 12/24/07, BIO REFERENCE LABORATORIES INDICATE THAT PLAINTIFF'S FINGER WAS INFECTED WITH HEAVY GROWTH OF BETA HEMOLYTIC STREP B. SAID DISEASE WAS CAUSED BY THE FILTHY ROOM DEFENDANTS PLACED PLAINTIFF IN, FOR WHICH WAS COVERED WITH FECES, URINE, HEMOLYTIC STREP B BACTERIA, MUCUS - PHELYM. SAID ROOM HAS NO SINK TO WASH HANDS BEFORE AND OR AFTER MEALS OR UTILIZING THE WHOLE IN THE FLOOR, AND DEFENDANTS DENIED PLAINTIFFS REQUEST TO WASH IS HANDS. ANTIBIOTIC'S, CLINDAMYCIN AND BACTRIM WERE PRESCRIBED DUE TO THE SERIOUSNESS OF THE INFECTION. THE FINGER IS DISCOLORED, SWOLLEN, CONSTANTLY THROBS WITH PAIN

8TH U.S.CA VIOLATION
VIOLATION OF 11 DEL C § 6536, 6504, 6502,

26) REQUEST FOR AN IMMEDIATE ORDER
    FOR RESTRAINING ORDER ON DEFENDANTS

25) AN IMMEDIATE ORDER FOR INTERPRISON
    INTERSTATE TRANSFER TO N.J, PA OR VA.

24.) 20 MILLION DOLLARS IN PUNITIVE,
    COMPENSATORY, EXEMPLARY DAMAGES
    FOR PAIN + SUFFERING CAUSED BY DEFENDANTS

23) FOR SAID INJUNCTION TO BE DEEMED
    SUPPLIMENTAL PLEADINGS

22) FOR AN ORDER GRANTING A W SCHEDULE
    FOR DISCOVERY, INTERROGATORIES,
    ADMISSIONS, WRITTEN DEPOSITION,

21.) FOR AN IMMEDIATE ORDER FOR TRANSFER
    TO MENTAL HEALTH FACILITY OUT OF STATE
    PENDING A HEARING FROM THIS HONORABLE COURT
    REGARDING TREATMENT AND COMMITMENTS.

29) DEFENDANTS FAILED TO MENTION ANYTHING
ABOUT THEIR NOT HAVING AN OFFICIAL
COURT ORDER TO TRANSFER PLAINTIFF
FROM DPC TO DCC ON 12/14/08,
FOR WHICH WAS DONE TO CAUSE PLAINTIFF
IRREPARABLE HARM FOR FILING CIVIL COMPLAINT
1ST, 8TH, 6TH AND 14TH USCA VIOLATION.


28) CPL IKE DORRIS AND C/O JELLIFFE
WERE CAUGHT ON VIDEO 1077 SURVEILANCE
ASSAULTING PLAINTIFF AT THE DPC
ON 12/14/08, IN ORDER TO TRANSFER HIM
BACK TO THE D.CC, OR IN ORDER TO CAUSE
HIM IRREPARABLE HARM FOR FILING
CIVIL COMPLAINT
1ST, 8TH, 6TH AND 14TH USCA VIOLATION


27.) D.CC 508 FOR PSYCH OBSERVATION
LEVEL 1, 24 HOURS.
LEVEL 2, 24 HRS.
LEVEL 3, 24 HRS.
LEVEL 4, 24 HRS, DISCHARGE.

32) LT JAMES SATTERFIELD HAS REPEATEDLY
DENIED ME LEGAL PHONE CALL AFTER
PLAINTIFF PROVIDED HIM WITH NUMEROUS
LEGAL PHONE CALL REQUEST SLIPS, FORM 883

31) PER DR. ANTHONY DONAHUE D.P.C, ORDER,
DEFENDANTS WAS DELIBERATELY DENIED PLAINTIFF
HIGH LEVEL OF PSYCH OBSERVATION DUE TO
PLAINTIFF FILING CIVIL COMPLAINT.

1ST, 8TH AND 14TH USCA VIOLATION
VIOLATION OF 11 DEL C 6535, 6525, 6524,

30) THE HOUSING UNIT OFFENDER DOCUMENT
SHOWS TRANSFERS FROM CELL 5
TO CELL 7, DATE 2/27/08,
FOR WHICH IS WHEN BLACKBOX 24 HRS
OCCURED.

35) NANETTE BORDLEY, DEFENDANT @ A NO 05-013GMS
FABRICATED CONDUCT DISORDER TO GAIN UNFAIR
STRATEGIC ADVANTAGE, AS WELL AS TO
HARASS THE PLAINTIFF.
(DENIED BY PLAINTIFF).
1·ST, AND 14TH USCA VIOLATION
VIOLATION OF 11 DEL 6536

34) IF DEFENDANTS WOULD HAVE FOLLOWED
THE D.CC SOP FOR PSYCH OBSERVATION
24 HRS ~~~~ PSYCH OBSEVERATION LEVEL 1
24 HRS LEVEL 2, 24 HRS LEVEL 3.
BEFORE PLAINTIFF IS ALLOWED TO CONTRACT SAFETY.
8TH USCA VIOLATION
VIOLATION OF 11 DEL C 6535.

33) PLAINTIFF DENIES THAT MENTAL HEALTH
STAFF WAS ABLE TO REDIRECT HIM BACK INTO
HIS ASSIGNED CELL, PLAINTIFF WAS FORCED INTO
CELL ONCE HE INFORMED MENTAL HEALTH
AND SECURITY THAT HE WAS SUICIDAL, I.E,
AN A THREAT TO HIMSELF AND OTHERS.

37) PLAINTIFF'S ACTIONS, AS STATED BY DEFENDANTS
IN THEIR RESPONDING MOTIONS, VALIDATE PLAINTIFF
SHOULD NOT BEEN RETURNED TO THE D C C
WITHOUT AN OFFICIAL N C C SUPERIOR COURT
ORDER, DUE TO DEFENDANTS DEEMING PLAINTIFF
BEHAVIOR AS INAPPROPRIATE AND A VIOLATION OF
D C C RULES AND REGULATIONS.
   SEE DISCIPLINARY HISTORY OF PLAINTIFF
   AT D'C C.
   6 TH AND 14 TH U S C A VIOLATION
   VIOLATION OF 11 DEL C 6531, 6525, 6524, 6536.


36  DEFENDANTS FAILURE TO RESPOND ONE
HUNDRED NINE MINUTES, CAUSED PLAINTIFF SITUATION
TO DETERIORATE, DUE TO THEIR DELIBERATE
INDIFFERENCE, PLAINTIFF COULD HAVE BEEN
IRREPARABLE HARMED, DUE TO PLAINTIFF FILING COMPLAINT.
  SEE DR# 1038652 AND DR# 1038667
  THE FIRST IS TIMED AT 10:11 Am AND THE
    SECOND IS TIMED AT 11:25 Am.
    1 ST, 8 TH AND 14 TH U S C A VIOLATION
    VIOLATION OF 11 DEL C 6525, 6517, 6531, 6536

41) MR GIBBS GOT HIS ORDERS DIRECTLY FROM DR ANTHONY CANNULI ON 2/27/08, THEREFORE DR. A CANNULI IS LIABLE

40) IF DEFENDANTS BELIEVED PLAINTIFF WAS MALINGERING, WHY DID DCC PSYCHIATRIST DR. KIMBERLY WATSON KEEP PLAINTIFF ON PSYCH OBSERVATION IN THE DCC INFIRMARY FOR LEVEL1 FOR 7 WEEKS.

39) DR. DEROSE 2/28/08 MEDICAL RECORDS EXHIBIT (M), STATE PLAINTIFF WAS CUFFED SINCE YESTERDAY SUPPORTS PLAINTIFF CLAIMS OF BEING BLACKBOXED FOR 24 HOUR WITH SHACKLE AND HANDCUFFS.

38) DEFENDANT LARRY SAVAGE CHANGED DISCPLINARY REPORT # 1038667 FROM APPEAL SOUGHT TO APPEAL NOT SOUGHT. BECAUSE OF CIVIL COMPLAINT PLAINT FILED AGAINST HIM
1ST AND 14TH USCA VIOLATION
VIOLATION OF 11 DEL C 6535

44) PLAINTIFF NEVER PERSONALLY MET, SEEN OR TALKED WITH DR. KAREN KOVACIC PRIOR TO 12/12/07 NOR AFTER 12/12/07

43) ON 2/27/08 AT OR ABOUT 8:00 A.M. AT THE D.C.C DR. ANTHONY CANNULI USED MR. GIBBS AS A PAWN, BY INSTRUCTING MR. GIBBS TO DENY THE PLAINTIFF ADMISSION INTO THE DCC INFIRMARY, IN HOPE PLAINTIFF WOULD SUFFER IRREPARABLE HARM DUE TO HIS DENIAL, BECAUSE PLAINTIFF FILED CIVIL COMPLAINT AGAINST HIM

1ST, 8TH AND 14TH USCA VIOLATIONS
VIOLATIONS OF 11 DEL C § 6525, 6531, 6536, 6524, 6502, 6504.

42) DEFENDANTS REMOVED MR. GIBBS FROM HIS DUTY AT THE SHU UNITS, BECAUSE THEY KNOW HIS MENTAL HEALTH INSTRUCTIONS DEFINE DELIBERATE INDIFFERENCE AND DEFENDANTS FAILURE TO TRAIN, ACT OR CORRECT, BECAUSE PLAINTIFF FILED CIVIL COMPLAINT
1ST, 8TH USCA VIOLATION
VIOLATION OF 11 DEL C 6517, 6525, 6536, 6524, 6502, 6502

45) ATYPICAL AND SIGNIFICANT HARDSHIP
    FROM 12/14/07 UP TO DATE,
      DUE TO DEFENDANTS VIOLATING PLAINTIFF
LIBERTY INTREST ESTABLISH WHEN JUDGE ABLEMAN
GRANTED DR CAVANNAUGHS 5/17/07 MOTION TO TRANSFER
PLAINTIFF TO D.P.C FROM FOR A COMPETENCY EVAL
AND TREATMENT FOR HIS VERY OWN WELL BEING, WHEN
DEFENDANTS ON 12/14/07 TRANSFERED PLAINTIFF
AGAINST HIS WILL, WITH EXCESSIVE FORCE, BACK TO D.C.C
WITHOUT FIRST CONDUCTING A COMPETENCY HEARING
AND OR OBTAINING AN OFFICAL COURT ORDER FROM
JUDGE ABLEMAN, ID NO 0305016966, NCC S.CT,
DEFENDANTS PLACED PLAINTIFF IN THE SHU WITHOUT
CONDUCTING A HEARING TO PROVIDE HIM WITH WRITTEN
NOTICE, KNOWING HE WAS EXPERIENCING SERIOUS EMOTIONAL
DISTRESS OF AGONY-GRIEF AND DISPAIR, AND WAS RECEIVING
TREATMENT FOR AT THE DPC DPC, AND PLACED PLAINTIFF
IN SHU WITHOUT PROVIDING TREATMENT HE WAS RECEIVING
AT DPC, AUDIO THERAPY, ART THERAPY, ANGER MANAGEMENT,
PSYCHTHERAPY FROM PSYCHIATRIST, SOCIAL THERAPY,
COUNSELING, PER DCC THERAPY FOR ALLEGED INAPPROPRIATE
SEXUALUALITY, DAILY OUTDOOR REC, HIGH PROTEIN VEGETARIAN
DIET, WEIGHT WEIGHT TRAINING UNLIKE IHERE AT THE D CC SHU
BECAUSE FILED CIVIL COMPLAINT.
  1ST, 6TH, 8TH +14TH USCA VIOLATIONS
   VIOLATION OF 11 DEL C 6517, 6525, 6504, 6531

#47) PLAINTIFFS CLASSIFICATION TO SNU,
SPECIAL NEEDS UNIT FOR 4 YEAR ESTA
ESTABLISHED HIS PROTECTED LIBERTY INTREST.
PRIOR TO HIS BEING TRANSFERED TO D P C
ON 6/6/07, AND DEFENDANTS SHOULD HAVE
CONDUCTED A HEARING PROVIDING PLAINTIFF WITH
WRITTEN NOTICE, ETC   PRIOR TO PLACING HIM
IN SHU. WITHOUT TREATMENT ACCESS. LIKE
OTHER INMATES. WHO APON RETURN FROM DPC
GET TREATMENT ON GENERAL POPULATION OR SNU
8TH & 14TH USCA VIOLATION

#46) DUE TO DELIBERATE INDIFFERENCE
DEFENDANTS DID NOT PETITION TO THE COURT
FOR HIGHER PSYCHIATRIC OBSERVATION OF
PLAINTIFF, DUE TO THEIR FAILURE TO STA
STABALIZE HIM AFTER 30 DAYS IN THE PSYCH ROOM,
IN D.C.C INFIRMARY, IN ACCORDANCE TO D.C.C S.O.P.
SAID FAILURE CAUSED PLAINTIFF ATYPICAL + SIGNIFICANT HARDSHIP
8TH USCA VIOLATION
VIOLATION OF 11 DEL C 6525, 6536, 6517

#48.) THE PLAINTIFF DID NOT SEEK TO BE PLACED ON PROTECTIVE CUSTODY, EXCLUSIVELY BECAUSE OF INMATES, BUT BECAUSE OF OFFICERS WHO COMMISSION INMATES TO DO IRREPARBLE HARM TO PLAINTIFF.

#49.) ENOUGH EVIDENCE HAS BEEN SUBMITTED AND OR OBTAINED THUS FAR; FOR THIS HONORABLE COURT TO GRANT PLAINTIFFS AMENDED PLEADINGS FOR PRELIMINARY INJUNCTION IN ALL ASPECTS.

#50.) DEFENDANTS DURING EARLY APRIL 2008 BEGAN ASSIGNING 12 AM TO 8 AM SHIFT OFFICERS, A TEAM OF MUSCULAR OFFICERS I.e, TALL AND SHORT IN STATURE), WHO HAVE BEEN ON DUTY IN THE IMMEDIATE AREA, WHEN IRREPARABLE HARM HAS BEEN INFLICTED APON INMATES; I.e, AN INMATE THAT ALLEGEDLY HUNG HIMSELF WHEN DCC FAILED TO RELEASE HIM WHEN THEY WERE SUPPOSE TO, WITH A MYSTERIOUS GASH ON HIS HEAD, I.e; WITH THE EIGHT INCH METAL PIPE USED FOR OPENING DOOR-CELLS IN THE SHU; CIRCUMSTANTIALLY IRONIC. THIS ALONG WITH THE INMATE WHO WAS TRANSFERED TO DCC INFIRMARY. FROM SHU 18 C UNIT LOWER (5)? DIED FROM SOME MYSTERIOUS "BACTERIA" DUE TO INTERNAL BLEEDING, BUT THE INMATE NETWORK SYSTEM CONTRADICTS THE AFOREMENTIONED, STATING INMATE DIED DUE TO BLUNT FORCE TRAMA TO THE BODY AFTER HE ALLEGEDLY THREW URINE ON NURSE TONYA COLLINS. THOSE OFFICER ARE NOW ON DUTY 12 TO 8 SHU 17. SGT WILLIAMS IS USUALLY THE BUILDING SGT ON DUTY.

#51.) VIDEO SURVEILANCE IS NOT UTILIZED WHEN EXTRACTING AN ALLEGED UNRULLY INMATE FROM ASSIGNED CELL WHO ARE IN SHU 17 AND SHU 19, FOR WHICH TURNS INTO A MATTER OF CREDIBILITY WHEN CLAIMS ARE MADE.

#52.) VIDEO SURVEILANCE IS UTILIZED WHEN EXTRACTING AN ALLEGED UNRULLY INMATE FROM ASSIGNED CELL WHO ARE IN SHU 18 ON CUNIT, CLASSIFIED TO BE ON PROTECTIVE CUSTODY.

#53] THE DEFENDANTS HAVE FAILED TO PROVIDE THE PROTECTIVE CUSTODY POLICY, TO SUPPORT THEIR CLAIMS AS STATED IN THEIR RESPONSE, NEEDED TO DETERMINE IF THEY HAVE VIOLATED THE PLAINTIFF.

#54) SINCE 1/22/08, THE DEFENDANTS UTILIZING THE PLAINTIFFS DIAGNOSES OF MALINGERING FROM D.P.C PSYCHIATRIST, TO MEAN THAT THE PLAINTIFF IS NOT PSYCHOTIC AND OR SUICIDAL, SUPPORTS HIS CLAIMS HEREIN.

#55) THE DEFENDANTS HAVE NOT SUBMITTED PLEADING THAT THEY HAVE NOT DELIBERATELY KEEP FROM PLACING PLAINTIFF ON THE PROTECTIVE CUSTODY UNIT, BECAUSE IT'S EASIER TO CAUSE PLAINTIFF IRREPARABLE HARM ON OTHER SHU UNITS, 17 AND 19.

#56.) DEFENDANTS HAVE ACCESS TO PLAINTIFFS
PLEADINGS, EXHIBITS, MOTIONS, AFFIDAVITS,
VIA CM/ECF SYSTEM, AN THEY WILL NOT BE
PREJUDICED BY THIS HONORABLE COURT UTILIZING SAID
EVIDENCE IN THIS MATTER.

#57.) DEFENDANTS SHOULD BE FINED DAILY MONETARY
SANCTIONS FOR THE DELAY AND OR FAILURE TO ADHERE
TO ANY AND ALL ORDERS SUBMITTED HEREIN,
IN ACCORDANCE TO FED R. CIV P# 37.

#58.) IN SUPPORT OF PLAINTIFF'S SAFETY CONTENTION
REGARDING 'LT PETER FORBES, ON OR ABOUT APRIL 14,08
IN THE COURSE OF EXTRACTING INMATE DWAYE PORTER
SHU 17 AL 11, IN ORDER TO TRANSFER SAID INMATE
TO SOLITARY CONFINEMENT ON SHU 18 C UNIT, THE
PLAINTIFF PERSONALLY WITNESSED LT P. FORBES KICK INMATE
PORTER IN HIS FACE WITH HIS STEEL TOE BOOTS,
WHILE INMATE PORTER WAS LYING ON THE FLOOR
SHACKLED AND HANDCUFFED. SUBSEQUENTLY, INMATE
DWAYNE PORTER WAS SHACKLED AND HANDCUFFED
WITH BLACKBOX PER LT FORBES.

FURTHERMORE, LT PETER FORBES ALSO IS RESPONSIBLE
FOR SHACKLE AND HAND CUFFING AKBAR HASSENEL AND
OUR CHRIS DOURGHTY. AFTER ESCORTING THEM TO
BUILDING 18 SHU C UNIT, (~~████████████~~).

#59.) THE PLAINTIFF HAS A USCA RIGHT TO WANT AND OR RECEIVE "BETTER MEALS", EXSPECIALLY DUE TO HIS PRESENT CUSTODIANS SERVING HIM SPOILED FOOD, MILDEWED FOOD, FOOD PRESENTING WITH AND TASTING LIKE CLEANING CHEMICALS, ON TRAYS THAT ARE GRIMMY WITH SLIMMY AND OR DIRTY MATTER.

#60.) DEFENDANTS VIA CANO'S 06-778 (GMS), 04-1350 (GMS) AND 05-013 (GMS), HAVE BEEN MADE FULLY AWARE OF PLAINTIFFS MEDICAL AND MENTAL HEALTH CONTENTIONS ¢' AS WELL AS BY WAY OF WRITTEN NOTATIONS, SIC/L CALL REQUEST SLIPS, FOR WHICH DEFINE PLAINTIFF EXPLAINING ALL OF HIS MENTAL HEALTH AND OR MEDICAL CONTENTIONS AT ANY GIVEN TIME AT ONCE AS CUMBERSOME, UNREASONABLE AS WELL AS FUTILE.

#61) THE DEFENDANTS HAVE FAILED TO PROVIDE THE D.C.C, S.O.P POLICY FOR PSYCH OBSERVATION 1, 2+3, TO SUPPORT THERE CLAIMS THAT THEY ARE NOT IN VIOLATION OF THE PLAINTIFFS USCA RIGHTS AND OR UNDER COLOR OF STATE LAWS.

#69) DEFENDANTS HAVE FAILED TO GIVE PLAINTIFF A DISCIPLINARY HEARING WITHIN 3 TO 7 DAYS, ABSENT EXTRODINARY CIRCUMSTANCES, FOR WHICH VIOLATES HIS PROCEDURAL AND SUBSTANTIVE DUE PROCESS RIGHTS, AND GIVES REASON WHY ALL OF THE PLAINTIFFS SANCTION SHOULD BE RESCINDED DUE TO VIOLATIONS OF PLAINTIFFS 14TH USCA RIGHTS AND HIS RIGHTS UNDER 11 DEL C § 6535, (#'S 1038667 AND #1038652).

#70.) DEFENDANTS HAVE FAILED TO GIVE PLAINTIFF A DISCIPLINARY HEARING WITHIN 15 DAYS, ABSENT EXTRODINARY CIRCUMSTANCES, FOR WHICH VIOLATES HIS PROCEDURAL AND SUBSTANTIVE DUE PROCESS RIGHTS, AND GIVES REASON WHY ALL OF THE PLAINTIFFS SANCTION SHOULD BE RESCINDED DUE TO VIOLATIONS OF PLAINTIFFS 14TH USCA RIGHTS AN HIS RIGHTS UNDER 11 DEL C § 6535, (#'S 1038667 AND #'S 1038652).

#71.) LT KAREN HAWKINS AND LT JAMES SATTERFIELD HAVE ISSUED MEMORANDUMS DEFINING LIBEL + SLANDER, AGAINST PLAINTIFF, FOR STAFF TO DENY PLAINTIFF LEGAL PHONE CALLS AND TELEVISION, AND FOR THEM TO TREAT PLAINTIFF UNLIKE OTHER INMATES. BECAUSE HE FILED CIVIL COMPLAINTS AGAINST DEFENDANTS. 1ST AND 14TH USCA VIOLATION. VIOLATIONS OF 11 DEL C, 8504, 6502, 6517

#22.) DEFENDANTS HAVE FAILED TO ACT, CORRECT
REGARDING BRIAN ENGRAM, THE LAW LIBRARIAN.
FAILURE TO PROVIDE PLAINTIFF WITH PROPER LEGAL
ASSISTANCE, FOR WHICH CAUSED PLAINTIFF IRREPARABLE
HARM, i.e, DENIAL OF HIS FIRST POSTCONVICTION MOTION
SEE, LEWIS V. STATE, 2006 DEL LEXIS 654,
(DEL DEC 12, 2006.). BRIAN ENGRAM FAILED TO
PROVIDE PLAINTIFF WITH PHOTO COPIES AND MAILING
SUPPLIES IN AN EXPEDIATE MANNER IN REGARDS TO
NOTH PROVIDING HIM WITH SAID LEGAL MATERIAL TWO
WEEKS PRIOR TO DEADLINE AND GIVING HIM NOTICE
OF DEADLINE, AND HIS INABILITY TO OBTAIN MAILING
SUPPLIES DUE TO HIS INDIGENT STATUS. SAID FAILURE
RESULTED IN PLAINTIFFS APPEAL BEING DENIED AS
UNTIMELY, (83 CONTENTION), FOR WHICH WOULD HAVE
REVERSED PLAINTIFFS CONVICTION.
GRIEVANCES WERE FILED.
   1ST USCA RIGHT VIOLATION
   VIOLATION OF 11 DEL C § 6517, 6502, 6504

#73    INJURIES ; CAUSED BY DEFENDANTS, Viulations of
11 DEL C § 6517, 6536, 6502, 6504, 6525, 8TH USCA RIGHT VIOLATION:

1.) 38 POUND WEIGHT LOSS DUE TO ATYPICAL AND SIGNIFICANT HARDSHIP.

2.) SWELLING TO WRIST, LEGS, (SHOULDER - LEFT,),
" SLIPED DISK IN NECK AND LOWER BACK."

3.) PERSISTING HEADACHES

4.) PARANOIA, DELUSSIONS, HALLUCINATION

5.) SWOLLEN TONGUE, CAUSING SPEACH PROBLEMS, TROUBLE BREATING AND EATING.
38 POUNDS WEIGHT LOSS IN 90 DAYS.

6.) INCOMPETENCE, i.e, RECIDIVISM

7.) ANTI-SOCIAL BEHAVIOR

8.) EAR - RINGING.

9.) BLACKOUTS

10.) EMOTIONAL DISTRESS, i.e,
38 POUND WEIGHT LOSS IN 90 DAYS

11.) NERVE DAMAGE TO BRAIN

12.) HYPERTENSION

13.) MILD NUTRITION, DUE TO POSIONOUS FOOD
CAUSING VOMITTING, NAUSEA, LOSS OF APPETITE.
38 POUND WEIGHT LOSS.

14.) THICK YELLOWISH GREEN PHLEGM,
IN CHEST.

15.) HERNIA, IGUINAL

16.) DRY SKIN ON FEET, CRACKED SEVERELY

17.) SEVERE TOE NAIL FUNGUS.

18.) LACTOSE INTOLERENCE, PROTEIN DEFICIENCY.
38 POUND WEIGHT LOSS IN 90 DAYS

19.) RED MEAT VEGETARIAN, I.E. PROTEIN
DEFICIENCY, 38 POUND WEIGHT LOSS IN 90 DAYS.

20.) TISSUE EDEMA IN HANDS AND FEET,
DUE TO BLACKBOX SHACKLES AND
HANDCUFFS.

21.) ATHLETES FEET; ITCHY

22.) HIGH ANXIETY.

23.) DEPRESSION!

24.) 50 DAYS OF GOOD TIME, AND
30 DAYS OF ISOLATION.

25.) CONDEMNATION, HUMILIATION,
DEGRADATION. SEGREGATION, DISCRIMINATION
DUE TO FAILURE TO PROVIDE LESS
RESTRICTIVE CONFINEMENT SUCH AS :
WORK RELEASE, GENERAL POPULATION,
SNU, OR LEVEL IV PLUMMER CENTER

26.) FAILING VISION, DUE TO POORLY
LITE QUARTERS.

27.) IRREPARABLE HARM CAUSED BY
LAW LIBRARIAN, SEE # 72 HEREIN.

28.) THROBING PINKY FINGER, ACHES CONSTANTLY,
PRESENTS AS DISCOLORED AND DISFORMED.

#14.) DEFENDANTS SENTENCING ORDER ESTABLISH
HIS LIBERTY INTREST RIGHT TO BE PROVIDED
WITH MENTAL HEALTH THERAPY, (6TH USCA RIGHT).

#15.) WHILE THE PLAINTIFF WAS SHACKLED AND
HANDCUFFED WITH BLACKBOX, HE FELL TO
TO FLOOR "TWICE" WHEN HE TRIED TO STAND
UP, THIS IS WHEN PLAINTIFF HERT HIS NECK
AND LOWER BACK. 8TH USCA VIOLATION.
VIOLATION OF 11 DEL C § 6517, 6502, 6504, 6525, 6524, 6536

#16.) REQUEST FOR ORDER OF DAILY MONETARY FINES
FOR DEFENDANTS DELIBERATE DELAY AND OR FAILURE
TO ADHERE TO ANY AND OR ALL ORDERS SUBMITTED
HEREIN BY THIS HONORABLE COURT OF $150.00,
FOR EACH ORDER DEFENDANTS ARE IN CONTEMPT OF.

#17.) D.C.C OFFICER GREGORY PIERCE SINCE 1/22/08,
SINCE ON PLAINTIFF'S ARRIVAL TO SHU 17, A UNIT, HAS LAUNCHED
A DILEGENT CAMPAIGN AGAINST PLAINTIFF, FOR DEFENDANTS TO
CRIMINALLY CHARGE PLAINTIFF FOR D.C.C INFRACTIONS,
REGARDLESS OF D.C.C S.O.P, DUE TO PLAINTIFF FILING CIVIL
COMPLAINTS AGAINST DEFENDANTS, (SEE DISCIPLINARY REPORTS
# 1038652 AND # 1038667),
14TH, 15T AND 8TH USCA RIGHT VIOLATIONS
VIOLATIONS OF 11 DEL C § 6536, 6502, 6504, 6517, 6531, 6524.

#78.) SINCE THE PLAINTIFFS TRANSFER BACK TO D.CC FROM D.P.C ON 12/14/07, DR. ANDREW DONAHUE HAS BEEN FIRED FROM D.P.C., DUE TO THE DELIBERATE INDIFFERENCE OF ABUSE, NEGLECT, MISTREATMENT AND ASSUALT DISCRIBED IN THE 100 OR MORE GRIEVANCES FILED BY THE PLAINTIFF DURING HIS 6/6/07 THRU 12/14/07 STAY AT THE D.P.C, FOR THE PLAINTIFF FILING CIVIL COMPLAINT CA No. 04-1350 (GMS), AGAINST D.P.C STAFF MEMBERS. 1ST, 8TH U.S.CA VIOLATIONS, CIVIL ASSAULT AND BATTERY

#79) DEFENDANTS REFUSED TO MONITOR PLAINTIFF FOR PSYCH OBSERVATION IN THE D.CC INFIRMARY ON 2/27/08, BECAUSE THE D.CC INFIRMARY HAS FULLY OPERATIONAL SURVEILANCE CAMERA'S, DOORS THAT MUST BE OPENED MANUALLY, AS WELL AS MENTAL HEALTH TREATMENT THAT WOULD HAVE STABILIZED PLAINTIFF, (IN A PROTECTIVE CUSTODY TYPE OF CONFINEMENT).

#80.) FOR AN IMMEDIATE ORDER TO PLACE THE PLAINTIFF ON FEDERAL WITNESS PROTECTION STATUS.

#81.) PLAINTIFF HEREBY REQUEST FOR THIS HONORABLE COURT TO TAKE INTO CONSIDERATION THE MORE THAN 80 U.S.CA VIOLATIONS UNCOVERED AND REPORTED BY THE FEDERAL INQUIRY CONDUCTED ON THE D.C.C, I.e, DELAWARE D.OC, 2007, IN SUPPORT HEREIN DUE TO THE MAJORITY OF PLAINTIFF'S CLAIM BEING FILED PRIOR TO THE FEDERAL INQUIRY, AND GAVE INSIGHT TO SAID INQUIRY.

#82.) APON BEING ADMITTED TO THE DCC INFIRMARY ON 12/14/07, PLAINTIFF REQUESTED A HIGH PROTEIN DIET FOR RED MEAT VEGETARIANS, ENSURE HEALTH SHAKE, PEANUT BUTTER INSTEAD OF RED MEAT, AND A ONE A DAY VITAMIN FOR THE PURPOSE TO FORFIL HIS RELIGIOUS OBLIGATION AND FOR PROPER PROTEIN SUPPLIMENTATION, DR O DURING JAN 2008 APPROVED SAID REQUEST AND WROTE A REFERRAL FOR PLAINTIFF, THAT DEFENDANTS REFUSE TO ALLOW THE DIETICIAN TO ORDED DUE TO THE CIVIL COMPLAINTS HE FILED AGAINST THEM.
 PLAINTIFF IS A HEBREW ISREALITE, (SEE 2/21/08 LETTER TO WARDEN).
1ST, 8TH + 14TH U·S C A VIOLATIONS, (38 POUND WEIGHT LOSS IN 90 DAY/S).
VIOLATIONS OF 11 DEL C § 6517, 6502, 6504, 6536, 6524, 6531

#83) FOR AN IMMEDIATE ORDER FOR A HIGH PROTEIN DIET OF 2 ENSURES DAILY, PEANUT BUTTER INSTEAD OF RED MEAT, 1 PIECE OF FRESH FRUIT EACH MEAL, AND A ONE A DAY VITAMIN DAILY, FOR RELIGIOUS AND SUPPLIMENTAL PROTIEN AND NUTRIONAL PURPOSES

#84.) FOR AN ORDER GRANTING THIS HONORABLE COURT AUTHORITY TO CONDUCT A FEDERAL INQUIRY, TO INVESTIGATE THE DEMISE OF THE PLAINTIFF. AS WELL AS TO GRANT POWER OF ATTORNEY TO PLAINTIFF'S DAUGHTERS, LATOYA JOHNSON AND JAMARA JOHNSON, FOR ALL OF HIS PENDING CIVIL COMPLAINTS, CA NO'S 04-1350 (GMS), 06-778 (GMS), 05-813 (GMS), 06-238 (GMS) AND 04-1410 (GMS).

#85.) THE PLAINTIFF FILED NUMEROUS CASE WITH THE COURTS WHILE AT THE D.C.C., FOR WHICH HE DID NOT HAVE TO PAY POSTAL FEES DUE POSTAL FEES BEING FREE AT THE TIME, VIA STATE MAIL COURIER SERVICE, BUT UPON DEFENDANTS REALIZING PLAINTIFF FILED CIVIL COMPLAINT AGAINST STATE EMPLOYEES, THEY MADE THEM THE STATE MAIL COURIER SERVICE UNAVAILABLE TO PLAINTIFF, CAUSING PLAINTIFF TO PAY POSTAL FEES WITHOUT ALLOWING PLAINTIFF TO GRIEVE SAID CHANGE IN POSTAL RULES, VIA PLRA, BUT CONTINUE TO UTILIZE SAID STATE MAIL COURIER SERVICE THEMSELVES. DEFENDANTS ACTIONS, ALONG WITH PLACING HIM IN SEGREGATION, WITHOUT PROVIDING HIM WITH A JOB, EVEN THOUGH HE WAS ELIGIBLE, HAS CAUSED PLAINTIFF TO BECOME TOTALLY INDIGENT AND AN UNABLE TO OBTAIN COMMISSARY, NEW SNEAKERS, T-SHIRTS, LIKE OTHER INMATES, AND HAS CAUSED HIM ATYPICAL AND SIGNIFICANT HARDSHIP. THIS WAS DONE TO DISCOURAGE PLAINTIFF FROM SEEKING REDRESS FROM THE COURTS. SEE ALSO #72 HEREIN; (SEE PLAINTIFF'S 2/21/08 NOTATION ATTACHED AS EXHIBIT). 1ST AND 14TH U.S.CA RIGHT VIOLATIONS.

#86.) ON FEB 2008 PLAINTIFF SUBMITTED APPLICATION FOR INTERSTATE PRISON TRANSFER TO CLASSIFICATION OFFICER LT THOMAS SEACORD AND LINDA KEMP COUNSELOR, STATING ATYPICAL AND SIGNIFICANT HARDSHIPS, I.E, NO VISITS SINCE BEING INCARCERATED AN DELAWARE 5/26/03, BEING SUBJECTED TO GENDER DISCRIMINATION, HARASSMENT, BEING SUBJECTED TO IRREPARABLE HARM BY INMATES AND OFFICERS DUE TO FILING CIVIL COMPLAINTS, NOT BEING TRANSFERED TO LEVEL IV HIS NEXT LEVEL OF COMMITMENT, BEING TREATED WITH DELIBERATE INDIFFERENCE BY MEDICAL + MENTAL HEALTH STAFF, ETC. LT SEACORD STATED, "I QUOTE THIS IS GOING TO BE DENIED," UNQUOTE. 1ST 8TH + 14TH USCA VIOLATION. VIOLATION OF 11 DEL C 6517, 6504, 6402, 6531

#87.) FOR AN ORDER TO PRODUCE LT PETER FORBES DISCIPLINARY RECORD, DUE TO LT FORBES HAVING THE TYPE OF DISCIPLINARY HISTORY, THAT SUPPORTS THE PLAINTIFF'S CLAIMS.

#88.) BECAUSE OF THE IRREPARABLE HARM CAUSED TO INMATES DURING THEIR CONFINEMENT AT THE D.C.C, DCC HAS BEEN RATED AS ONE OF THE TOP TEN WORST PRISONS IN THE UNITED STATES BY THE U.S FEDERAL BUREAU OF INVESTIGATION.

#89.) THE 2007 FEDERAL INQUIRY CONDUCTED AT THE D.C.C SUPPORTS THE FACT THAT THE DEFENDANTS HAVE NOT TAKEN PROPER ACTION TO REHABILITATE THE PLAINTIFF, DUE TO THEIR DELIBERATE INDIFFERENCE BECAUSE HE FILED CIVIL COMPLAINTS AGAINST THEM, FOR WHICH INEVITABLY WILL CAUSE PLAINTIFF IRREPARABLE HARM, DUE TO DEFENDANTS DENYING PLAINTIFF HIS REQUEST FOR JOB TRAINING, BEHAVIOR MODIFICATION FOR ALLEGED INAPPROPRIATE BEHAVIOR, HIGH LEARNING COURSE HERE OR VIA U.S POSTAL, ANGER MANAGEMENT, COUNSELING AND TREATMENT PROGRAMS, THAT THE STATE OF DELAWARE'S CONGRESSIONAL COMMITTEE HAS MADE AVAILABLE FOR HIM UNDER COLOR OF STATE LAW, AS WELL AS UNDER THE PROTECTION OF THE U.S.C, FOR WHICH THE DEFENDANTS DENIED PLAINTIFF'S REQUEST, WITHOUT A HEARING PROVIDING WRITTEN NOTICES OF WHY, FACT FINDING RATIONAL, PRESENT EVIDENCE IN HIS OWN BEHALF, CONFRONT HIS ACCUSERS OR APPEAL. DEFENDANT KNOW VERY WELL THAT SAID DENIAL, PREVENTS PLAINTIFF FROM PRESENTING AS A STABLE MINDED, LAW ABIDING, TAX PAYING, MARKETABLE CITIZEN WHEN HE IS RELEASED, AND HAS DENIED PLAINTIFF THE ABILITY TO RATIONALLY AND REALISTICLY NOT CONSIDERING RE-OFFENDING, SEE DISCIPLINARY HISTORY, CRIMINAL HISTORY, SENTENING ORDER. 1ST, 6TH, 8TH +14TH USCA VIOLATIONS, AND 11DELC6517, 6504, 6524, 6533, 6531

#90.) AN ORDER FOR A INDEPENDANT LEGAL ASSISTANCE GROUP OR FIRM, TO ASSIST PLAINTIFF AND INMATES FILE DIRECT APPEALS, POST CONVICTION APPEALS, WRITS OF MANDAMUS, HABEAS CORPUS PETITIONS AS WELL AS CONDITION OF CONFINEMENT CIVIL COMPLAINTS.

#91.) FOR AN ORDER TO ALLOW SHU AND MHU INMATES SUCH AS PLAINTIFF, TO TAKE THE GED TEST, AND TO TAKE COLLEGE COURSES HERE AND VIA U.S POSTAL.

#92.) THE 2007 FEDERAL INQUIRY SUPPORTS THE PLAINTIFFS CONTENTIONS THAT D.C.C DOES NOT MET THE STANDARD FOR AN EVOLVING SOCIETY, REGARDING TECHNOLOGY, EDUCATION, COMMISSARY INFLATION, INSTITUTION JOB SALARIES, INDIGENCY, JOB TRAING, ACEDIMEC / VOCATIONAL TRAINING, PRE RELEASE CARE, POST RELEASE CARE, MENTAL HEALTH EVALUATION AND TREATMENT, MEDICAL EVALUATION AND TREATMENT, DISCPLINARY PROCEDURES, CLASSIFICATION OF INMATES.

#93.) FOR AN ORDER FOR DEFENDANTS TO PROVIDE INCOME APON THE PLAINTIFF'S RELEASE FOR SUPERVISED CUSTODY, FOR RENT, TRANSPORTATION, CLOTHING, FOOD, MEDICAL AND OR MENTAL HEALTH TREATMENT, FOR UP TO ONE YEAR AFTER HIS RELEASE FROM SUPERVISED CUSTODY, AND OR UNTIL HE CAN PROPERLY PROVIDE FOR HIMSELF.

ESTABLISHED 143 YEARS AGO IN 1865, THE ELEMENTS OF SLAVERY AND
INVOLUNTARY SERVITUDE, PRIOR TO THE COMPLETION OF APPEAL PROCEDURE, IS WHY
#94) THE 13TH U.S.C.A HAS ALLOWED DEFENDANTS TO
THREAT HIM IN A INHUMANE MANNER, LIKE A SUBJUGATED
BEAST OF BURDEN - HANDCUFFED - SHACKLED - WITH AND WITHOUT
BLACKBOX - INDIGENT - ALIENATED, DISCRIMINATED AGAINST -
CONDEMNED, OPPRESSED AS STATED HEREIN, MAKING A
ECONOMIC PROFIT OF HIS SUBJUGATED BEAST OF BURDEN
CONDITIONS OF CONFINEMENT, ALL THE WHILE PLAINTIFF IS
COMPELED TO WAIT TO BE SUBJECTED TO RECIDIVISM BECAUSE
OF THEIR DELIBERATE INDIFFERENCE OF REFUSING TO TRAIN -
TREAT AND COUNSEL. (SEE MASLOW'S HIERARCHY OF NEEDS.)
HTTP/HONOLULU.HAWAII.EDU/INTRANET/COMMITTEES/FACDEVCOM/GUIDEBK/TEACHTIP/MASLOW.
THE 13TH U.S.C.A NEEDS TO BE AMENDED FOR ITS ROLE IN
DENYING PLAINTIFFS 8TH U.S.C.A RIGHTS.
THE 13TH U.S.C.A GIVES REASON WHY D·C·C CANT NOT AND WILL
NOT EVOLVE IN ACCORDANCE TO MODERN STANDARDS AS STATED HEREIN.

#95.) FOR THIS HONORABLE COURT TO TAKE PLAINTIFFS PRO-SE
STATUS INTO CONSIDERATION, AND TO UTILIZE THE FORUM OF
THE COURT, TO ISSUE ALL NECESSARY ORDERS THAT WILL
ALLOW THE PLAINTIFF TO MARSHALL DISCOVERY NEEDED TO
MAKE A -COMPETENT JUDICAL RULING, REGARDING ANY
AND ALL CONTENTENTS STATED HEREIN.

#96.) FOR AN ORDER TO IMMEDIATELY TRANSFER PLAINTIFF
OUT OF THE DELAWARE D.O.C AT D.C.C, IN REGARDS
TO HIS FUTURE INCARCERATION, FOR ALL THE REASONS STATED
HEREIN.

#97.) DEFENDANTS HAVE FAILED TO GIVE PLAINTIFF A DISCIPLINARY HEARING WITHIN 3 - 7 AND OR 15 DAYS, ABSENT EXTROOINARY CIRCUMSTANCES, FOR ANY DISCIPLINARY INFRACTIONS AND SANCTIONS HE RECEIVED AFTER 12/14/07, FOR WHICH VIOLATED HIS PROCEDURAL AND SUBSTANTIVE DUE PROCESS RIGHTS, AND GIVES REASON WITH ALL DISCIPLINARY REPORTS AND SANCTIONS SHOULD BE RECINDED AND EXPUNGED.
   VIOLATIONS OF 11 DEL C 6535 AND 14TH U.S.C.A.

#98.) DUE TO THE PLAINTIFF'S LACK OF PROPER ACEDEMIC/VOCATIONAL TRAINING, MENTAL HEALTH AND MEDICAL TREATMENT AND COUNSELING, RESULTED IN HIS ALLEGED CRIMINAL ACTIVITY, THAT GAVE JUDGE PEGGY L. ABLEMAN THE AUTHORITY TO COMMIT THE PLAINTIFF TO THE D.O.C VIA THE D.C.C, WITH AN N.C.C SUPERIOR COURT ORDER FOR THE D.O.C TO MAKE A PROPER ATTEMPT TO CORRECT THE ERRORS OF PLAINTIFFS WAYS, BUT THE DEFENDANTS DELIBERATE INDIFFERENCE DEFINES THAT THEY IGNORED TRYING TO PROPERLY ATTEMPT TO CORRECT THE PLAINTIFFS ERRONEOUS WAYS AND BEHAVIORS, DUE TO THEIR HOLDING HIM CAPTIVE AT LEVEL(5) ABSENT PROPER TRAINING, TREATMENT AND OR COUNSELING (AS STATED HEREIN #89), WHEN THE AFOREMENTIONED WAS IN THEIR ABILITY, DUE TO THEIR PROVIDING OTHER INMATES WITH PROPER TRAINING - TREATMENT AND OR COUNSELING. DEFENDANTS KNOW SAID DENIALS WOULD SUBJECT HIM TO RECIDIVISM UPON HIS RELEASE FROM SUPERVISED CUSTODY. DEFENDANTS DENIED PLAINTIFF DUE TO HIS FILING CIVIL COMPLAINTS.
   VIOLATIONS OF 1ST, 8TH AND 14TH U.S.C.A RIGHTS
   VIOLATIONS OF 11 DEL C $ 6533, 6517, 6502, 6504, 6525, 6524, 6531

#99.)  PLAINTIFF DOESN'T HAVE TO HAVE A PSYCHOLOGICAL DIAGNOSIS FROM THE MENTAL HEALTH STAFF, TO BE ELIGIBLE FOR THE (SPECIAL NEEDS UNIT), SNU UNIT, HE HAS A PROTECTED LIBERTY INTEREST.

#100)  FOR AN ORDER FOR DEFENDANTS TO PROVIDE THE D.CC SPECIAL NEEDS UNIT POLICY.

#101)  THE D.C.C IS A BREEDING GROUND FOR HABITUAL OFFENDERS DUE TO CONDITIONS OF CONFINEMENT STATED HEREIN IN #'s 94 ~~AND~~, 89. AND 98.

#102)  ON 4/21/08 LT THOMAS SEACORD AND SHU 17'S COUNSELOR, LINDA KEMP ABRUPTLY TOOK ME OFF PROTECTIVE CUSTODY WITHOUT THE PLAINTIFF'S WRITTEN CONSENT; ~~AND OR WITHOUT~~. AND OR WITHOUT PROVIDING HIM WITH A HEARING TO GIVE HIM WRITTEN NOTICE WHY, A NOTICE OF FACTFINDING RATIONAL, A CHANCE TO APPEAL, DUE TO THEIR BEING INSTRUCTED ~~TO~~ BY DEFENDANTS TO DO SO AGAINST PLAINTIFF'S WILL. VIOLATION OF 11 DEL.C. 6531, 6517, 6502, 6504 VIOLATION OF 14TH U.S.C.A RIGHT; (SEE MAY 11, 2007 AFFIDAVIT ATTACHED AS EXHIBIT).

CERTIFICATE OF SERVICE

I, THE UNDERSIGNED PLAINTIFF ~~DATE~~ JIMMIE LEWIS DUE I HEREBY CERTIFY ON THIS 22ND DAY OF APRIL, 2008, THAT I DID MAIL ONE AND CORRECT COPY OF PLEADINGS AND EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUCTION # 2, PURSUANT TO FED R CIV P # 65, BY U·S POSTAL, TO EACH OF THE FOLLOWING :

CLERK OF THE COURT (GMS)
& U·S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILM, DE 19801

JAME E. DRNEC ESQ
BALICK + BALICK LLC
711 KING ST
WILM, DE 19801

ERIKA Y TROSS
DEPUTY ATTORNEY GENERAL
820 N FRENCH ST, 6TH FL
WILM, DE 19801

DATE: 4/22/08

Jimmie Lewis
SBI # 506622
DCC
1181 PADDOCK RD
SMYRNA, DE 18977

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| **DELAWARE PSYCHIATRIC CENTER,**<br>**a Facility of and for and on behalf of, the**<br>**Division of Substance Abuse and**<br>**Mental Health, Delaware Health and**<br>**Social Services, State of Delaware,**<br>**Petitioner** | \|<br>\|<br>\|<br>\|<br>\|<br>\|<br>\|<br>\| |
| **v.** | \| |
| **JAMES LEWIS**<br>**Respondent** | \|<br>\|<br>\| |

## AFFIDAVIT

I, <u>Ulrike Greeley, MSN, APRN</u> first duly sworn in accordance with law declare as follows:

1. I am the *Assistant Director of Nursing* at the *Delaware Psychiatric Center*, the petitioner in the above captioned matter; and

2. The facts alleged in the foregoing Complaint are true and correct to the best of my knowledge and belief.

_____
**HOSPITAL OFFICIAL**


SWORN TO AND SUBSCRIBED before me this <u>7th</u> day of *June* 2007.

_____
**NOTARY PUBLIC**

**Elizabeth Ann Hurley**
**Commission Expiration: 10/19/09**



**DEPARTMENT OF HEALTH
AND SOCIAL SERVICES**

DIVISION OF ALCOHOLISM,
DRUG ABUSE AND MENTAL HEALTH

1901 N. DuPONT HIGHWAY
NEW CASTLE, DELAWARE 19720



(Addressograph Plate) P4 464 83

---

## CERTIFICATE FOR INVOLUNTARY ADMISSION OF PATIENT TO DELAWARE PSYCHIATRIC CENTER AND/OR CERTIFIED TREATMENT FACILITY PURSUANT TO DELAWARE CODE CHAPTER 50, TITLE 16

Title 16, Section 5003, Delaware Code

### 5003. Provisional Hospitalization by Psychiatrist's Certification.

No person shall be involuntarily admitted to the Hospital as a patient except pursuant to the written certification of a psychiatrist that based upon the psychiatrist's examination of such person, such person suffers from a disease or condition which required him to be observed and treated at a mental hospital for his own welfare and which either renders such person unable to make responsible decisions with respect to his hospitalization, or poses a present threat, based upon manifest indications, that such person is likely to commit or suffer serious harm to himself or others or to property, if not given immediate hospital care and treatment. The certificate shall state with particularity the behavior and symptoms upon which the psychiatrist's opinion is based, shall include (where available) the name and address of the spouse or other nearest relative or person of close relationship to the alleged mentally ill person, and shall state that such person is not willing to accept hospital care and treatment on a voluntary basis or that he is incapable or voluntarily consenting to such care and treatment.

**PART 1. (to be completed by certifying psychiatrist)**

The undersigned certifies that he is a physician licensed to practice medicine in the State of Delaware and specializing in the field of psychiatry and he has examined:

James Lewis  (Jimmie Lewis)
_____
Name of Patient

Delaware Psy. Center  1901 N. DuPont Hwy  New Castle, De. 19720
_____
Address of Patient

Age  **30**  Date of Birth  _12-25-'66_  Religion _____

Patient's spouse, other nearest relative, or person of close relationship:

_____
**(Name)**                                    **(Relationship)**

_____
**(Address)**                                **(Telephone No.)**

As a result of my examination of the patient, I am of the opinion that the patient suffers from a disease or condition which requires him (or her) to be OBSERVED and TREATED at a MENTAL HOSPITAL for his (or her) own welfare.

1

_____ renders the patient unable to make responsible decisions with respect to his hospitalization

_____ poses a present threat, based upon manifest indication, that the patient is likely to commit or suffer serious harm:

_____ ✓ to himself (or herself) ___✓ to others _____ ✓ to property

if not given immediate hospital care and treatment.

The behavior and symptoms upon which my opinion is based are as related to me by others (state whom):

CMS (Prison) Psychiatric Staff. Pt is refusing medications and described as delusional by the Psychiatrist

as observed during my examination of the patient:

Acting as though he is hearing voices.
Acting as though he is suspicous of others
standing behind him
Pt regards paranoid beliefs he is being poisoned.

And further:

_____ the patient is not willing to accept hospital care and treatment on a voluntary basis.

_____ ✓ the patient is incapable of voluntarily consenting to hospital care and treatment.

Name of family physician or psychiatrist ___Donohue_____

Physical conditions which requires immediate or continuous attention:

Hypertension

Signed: _____ DO , M.D.
          Physician Specializing in the Field of Psychiatry

          _____Donohue_____ , M.D.
                    Name Printed

Address: __1901 N. DuPont Highway   New Castle, DE 19720__

Date: __6/6/07__   Time: __11:25__ (AM.) P.M.

2

**NOTIFICATION OF RIGHTS**

I certify that I have this day delivered to a copy of 16 Del. C., Sec. 5161, Rights of Patients in Hospitals for the Mentally Ill, and other rights set forth in Title 16, Delaware Code.

Received: _____  Name: _Bobby Benjamin_
(Patient's Signature)

OR                                  Title: _Social Worker,_

Patient refused to sign _____     Date: _June 6, 2007_

**CERTIFICATION OF MENTAL ILLNESS AND NEED FOR TREATMENT (to be completed only when provisional admission was made on the certificate of a psychiatrist not employed by DELAWARE PSYCHIATRIC CENTER)**

I have examined the Psychiatrist's Certificate for Involuntary Admission of Patient to Delaware Psychiatric Center in the case of

_____

*(Name of Patient)*

and have personally conducted a psychiatric examination of the patient; the behaviors and symptoms observed during my examination of the patient are as follows:

_____

_____

_____

_____

_____

_____

_____

_____

In my opinion, the patient:

**IS/IS NOT** a mentally ill person requiring hospital confinement.
(Strike One)

**DOES/DOES NOT** require treatment pending judicial proceedings under provisions of 16 Del. C. Ch. 50. (Strike One)

**IS/IS NOT** capable of waiving procedural right including retention of counsel, retention of psychiatrist or other qualified medical expert to testify in his behalf, and the hearing in Court.

_____        _____
*Signature of Examining Psychiatrist*              *Date*

3

Based upon financial information obtained from

*Records*

_____
Name of Informant                                    Relationship

I am of the opinion that    *Jimmy Lewis*
_____
                                          Patient's Name

_____    Can afford to retain legal counsel.

✓_____    Cannot afford to retain legal counsel.

_____    Can afford to retain a psychiatrist or other qualified medical expert.

✓_____    Cannot afford to retain a psychiatrist or other qualified medical expert.


_____     _____
Name of Guarantor (if private legal, medical or     Street
psychiatric representation is to be retained)

                                             _____
                                             City               State      Zip Code

                                             _____
                                             Telephone


Being unable to afford private representation, the patient respectfully prays the Court to appoint
and assume financial responsibility for the services of

✓_____    Legal Counsel        ✓_____    Psychiatrist or other qualified medical expert

*Mary Stannell*
_____
        Financial Resources Examiner

*6/7/07*
_____
                Date


                                        APPROVED:

                                        *Mike Greeley*
                                        _____
                                                Hospital Official

                                        *6/07/2007*
                                        _____
                                                Date



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

## Mental Health Treatment Plan

**I. Problems** (check all that apply):

- [ ] Depressive Ideation
- [ ] Suicidal ideation
- [ ] Agitation
- [x] Racing thoughts
- [x] Delusions
- [x] Hallucinations
- [x] Sleep disturbance
- [ ] Anger management
- [ ] Limited cognitive abilities
- [ ] Limited coping skills
- [ ] Substance abuse/dependence
- [ ] Lack of support
- [ ] Obsessions/compulsions
- [x] Excessive worry
- [x] Other: _Needed to know he belongs as prt of Community_

**Current Diagnosis** (include substance disorders in Axis I):

Axis I:   _Schizophrenia_
Axis II:  _Deferred_
Axis III: _HEP_
Axis IV:  _Incarcerated_
Axis V:   _65_

**II. Strengths** (check all that apply):

- [ ] Able to communicate effectively
- [ ] Strong support system
- [ ] Adequate educational background
- [ ] Adequate vocational skills
- [ ] Good insight
- [ ] Good judgment
- [ ] Willingness to participate in treatment
- [ ] Other:

**III. Long Term Goal:** Reduce or eliminate problems noted above so that they do not impair inmate's daily functioning.

**IV. Short Term Treatment Objectives:**

- [x] Participate in psycho education regarding mental illness, signs, symptoms, and treatment
- [ ] Develop coping techniques for managing:
  - [x] Depressive Ideation
  - [ ] Cognitive Limitations
  - [x] Anxiety
  - [x] Situational Stress
  - [x] Anger/Frustration
  - [x] Fluctuating Feelings

- [ ] Refer to/Participate in substance abuse treatment
- [ ] Report adequate sleeping/ eating patterns
- [x] Report the reduction/absence of AH/VH
- [ ] Participate in at least one productive activity daily
- [ ] Participate in interactive journaling/engage in journaling
- [ ] Other _____
- [ ] Participate in sex offender issues group
- [x] Take psychotropic medications as prescribed
- [x] Demonstrate organized thinking/ reality test
- [x] Participate in transition/discharge planning
- [x] Participate in bibliotherapy

**V. Treatment Modalities:**

- [ ] Individual treatment by clinician at least every thirty days
- [ ] Evaluation and treatment by psychiatrist at least every 90 days
- [ ] Medication monitoring by nursing daily
- [ ] Group treatment at least once every thirty days
- [ ] Independent interactive journaling
- [x] Other _Needed to Know he belongs in the Community_

| | | | |
|---|---|---|---|
| Clinician Signature: _Elijah Adler D MPS_ | | Date: | _3/13/07_ |
| Title: _Clinician_ | | Time: | _1515_ |
| Inmate Signature: _Jimmie Lewis_ | | Date: | _3/13/07_ |
| Inmate Number: _506622_ | | Institution: | _DCC_ |

SATURDAY, JULY 5, 2003

## NEWS BRIEFS

## Three injured in jump from burning boat

BRICK: Three people suffered minor burns and two others escaped injury when all five jumped from a boat that caught fire in the Barnegat Bay near the Metedeconk River yesterday, Brick Township police said.

The boat was about 30 yards out from an Ocean County marina about 4:30 p.m. when flames engulfed the craft, possibly the result of an explosion, said Sgt. Craig Lash.

All five boaters were rescued, the sergeant said. The boat, which was gutted, drifted to shore and beached itself.

## Public is asked to help find missing Newark man

NEWARK: Police are seeking the public's assistance in finding a city resident who suffers from schizophrenia and a bipolar disorder.

Jimmie Lewis Jr., 36, talked last with his mother by telephone on May 19, but wasn't reported missing until June 25, said Lt. Derek Glenn, a city police spokesman.



LEWIS

He said Lewis, described as manic depressive, is 6 feet 2 inches, weighs 230 pounds, has brown eyes, black hair and a dark skin.

Glenn said anyone with information should contact police at (973) 733-5172.

WILMINGTON DEPARTMENT OF POLICE *EXIBIT #*

Detainee Assessment / Property Receipt

Detainee's Name: *Lewis, Jimmie*     Case #: *30-03-*
*Last, First Middle*

Charges: *Carjacking, Theft*     Arresting Officer: *E Godwin*

Additional Officer: *J Santana*

Detainee's Physical Condition:     OK ☑     Other ☐

Explain:   (Body deformities/Bruises/Sutures) : _____

Medication:   Yes ☑     No ☐   Type: *PSCHOTTOPIC*
*Thorazine, Depakote, Vistoril, Risperdal*

Unusual Behavior:

Explain:   *Detainee stated Thoughts of suicide,*
*Transfered to M.P.C.J.F Infirmery*

Detainee's Property                     Seized as Evidence

Currency/Coin   U.S. Currency: *7.00*        U.S. Currency: _____
                U.S. Coin: *2.26*            U.S. Coin: _____
                Total: *9.26*                Total: _____
                (Have detainee initial next to totals)

Clothing: *Belt, Wallet with S.S card, Licenses (NJ).*

Jewelry: *Neckless with egyption cross, devil horns and*
*cat eye contact lenses*

Miscellaneous: *3 sets of keys (one set victims)*
*Psych Treatment Plan, Amtrack Train Ticket*

_____   *06/26/03*     ___06 21___ hours
Officer Receiving Property     Date           Time

                                              _____ hours
Transporting Officer _____ Date _____     Time

I, _____, have received the above property from the Wilmington Department of Police, which
was taken from me on the above date. _____   _____ hours.
                                       Date       Time

| Name | Phase | SNU Phase Report 8/28/06-9/3/06 |
|------|-------|--------------------------------|
| Brown, Fred | 2 | Day Rec Only, No Evening Rec |
| Bryant Waples | 2 | Day Rec Only, No Evening Rec |
| Martin, Micheal | 2 | Day Rec Only, No Evening Rec |
| Norman Banks | A | Day Rec Only, No Evening Rec |
| Dale Stevenson | 3 | |
| Stanley King | 4 | |
| Wayne Thomas | 4 | |
| Brooks, Darren | 4 | |
| Bryan Selhorst | 4 | |
| Chapman, Tremaine | 4 | |
| Darius Johnson | 4 | |
| Dennis, Chris. | 4 | |
| Dixon, Kevin | 4 | |
| **Dolan, Michael** | 4 | **Community Leader**  News |
| Drozdowski, Benard | 4 | |
| Flamer, Jerel | 4 | |
| Forrester, Chris | 4 | |
| Frank, Richard | 4 | |
| Glaze, Billy | 4 | |
| Godfrey, Clarence | 4 | |
| Hull, Robert | 4 | |
| **Jimmy Lewis** | 4 | **Activity Leader** |
| Lamar Trower | 4 | |
| Leonard Baylis | 4 | |
| Mathews, Willis | 4 | |
| Michael Chicosky | 4 | |
| Miller, Tyrone | 4 | |
| Minor, Samuel | 4 | |
| Murray, William | 4 | |
| Norris Durham | 4 | |
| Novello, William | 4 | |
| Quirico, Hector | 4 | |
| Roy Campbell | 4 | |
| Scott, Ronald | 4 | |
| Sheats, John | 4 | |
| **Ternahan, John** | 4 | **Community Leader/l** Environmental |
| Williams, Willie | 4 | |
| Wright, Floyd | 4 | |
| Zickgraf, Steven | 4 | |

| | Phase | SNU Phase Report 8/7/06-8/13/06 |
|---|---|---|
| . Selhorst | **2** | **Day Rec Only, No Evening Rec** |
| t Waples | **2** | **Day Rec Only, No Evening Rec** |
| d Crosby | **2** | **Day Rec Only, No Evening Rec** |
| artin, Micheal | **2** | **Day Rec Only, No Evening Rec** |
| Norman Banks | **2** | **Day Rec Only, No Evening Rec** |
| Lamar Trower | **3** | |
| Novello, William | **4** | |
| Sheats, John | **4** | |
| Brooks, Darren | **4** | |
| Brown, Fred | **4** | |
| Chapman, Tremaine | **4** | |
| Darius Johnson | **4** | |
| Dennis, Chris. | **4** | |
| Dixon, Kevin | **4** | |
| **Dolan, Michael** | **4** | **Community Leader  News** |
| Drozdowski, Benard | **4** | |
| Flamer, Jerel | **4** | |
| Forrester, Chris | **4** | |
| Frank, Richard | **4** | |
| Glaze, Billy | **4** | |
| Godfrey, Clarence | **4** | |
| Hull, Robert | **4** | |
| **Jimmy Lewis** | **4** | **Activity Leader** |
| Leonard Baylis | **4** | |
| Mathews, Willis | **4** | |
| Michael Chicosky | **4** | |
| Miller, Tyrone | **4** | |
| Minor, Samuel | **4** | |
| Murray, William | **4** | |
| Norris Durham | **4** | |
| Quirico, Hector | **4** | |
| Roy Campbell | **4** | |
| Scott, Ronald | **4** | |
| **Ternahan, John** | **4** | **Community Leader/l Environmental** |
| Williams, Willie | **4** | |
| Wright, Floyd | **4** | |
| Zickgraf, Steven | **4** | |

| Name | Phase | 23-D - SNU Phase Report 4/9/07- 4/15/07 |
|---|---|---|
| Stevenson Dale | 3 | |
| Bridges, Travis | 3 | |
| Brophy Robert | 3 | |
| Chicosky Michael | 3 | |
| Godfrey Clarence | 3 | |
| Waples Bryan | 3 | |
| Baylis Leonard | 4 | |
| Blackburn John | 4 | |
| Brooks Darren | 4 | |
| Campbell Roy | 4 | |
| Chapman Tremayne | 4 | |
| Crosby, David | 4 | |
| Dennis Christopher | 4 | |
| **Dickerson Louis** | 4 | **Environmental Leader** |
| Dixon Kevin | 4 | |
| Dolan Michael | 4 | |
| Durham Norris | 4 | |
| Flamer Jerel | 4 | |
| Glaze Billy | 4 | |
| Johnson Darius | 4 | |
| Miller Tyrone | 4 | |
| Minear Clayton | 4 | |
| Mitchell Jesse | 4 | |
| Murray William | 4 | |
| Nieves Luis | 4 | |
| Novello William | 4 | |
| **Pierce Lyle** | 4 | **Activity Leader** |
| Scott Ronald | 4 | |
| **Williams Dana** | 4 | **Community Reporter/News** |
| Williams Willie | 4 | |
| Zickgraf Steven | 4 | |



| 23D CLEANUP SCHEDULE | | MARCH 07. Environmental Leader for MARCH John Blackburn | |
|---|---|---|---|
| DATE | UPPER | LOWER | |
| 1 | WILLIAM NOVELLO | LYLE PIERCE | |
| 2 | LEONARD BAYLIS | JESSIE MITCHELL | |
| 3 | LOUIS DICKERSON | RONALD SCOTT | |
| 4 | JEREL FLAMER | MICHAEL CHICOSKY | |
| 5 | MICHAEL DOLAN | ROY CAMPBELL | |
| 6 | CLARENCE GODFREY | DALE STEVENSON | |
| 7 | DARREN BROOKS | WILLIE WILLIAMS | |
| 8 | WILLIAM MURRAY | BILLY GLAZE | |
| 9 | DARIUS JOHNSON | TREMAYNE CHAPMAN | |
| 10 | MICHAEL DOLAN | NORRIS DURHAM | |
| 11 | WILLIAM NOVELLO | BRYANT WAPLES | |
| 12 | CLAYTON MINEAR | LUIS NIEVES | |
| 13 | JIMMY LEWIS | DANA WILLIAMS | |
| 14 | TYRONE MILLER | CHRISTOPHER DENNIS | |
| 15 | KEVIN DIXON | STEVEN ZICKGRAFT | |
| 16 | WILLIAM NOVELLO | LYLE PIERCE | |
| 17 | LEONARD BAYLIS | JESSIE MITCHELL | |
| 18 | LOUIS DICKERSON | RONALD SCOTT | |
| 19 | JEREL FLAMER | MICHAEL CHICOSKY | |
| 20 | JIMMY LEWIS | ROY CAMPBELL | |
| 21 | CLARENCE GODFREY | DALE STEVENSON | |
| 22 | DARREN BROOKS | WILLIE WILLIAMS | |
| 23 | WILLIAM MURRAY | BILLY GLAZE | |
| 24 | DARIUS JOHNSON | TREMAYNE CHAPMAN | |
| 25 | MICHAEL DOLAN | NORRIS DURHAM | |
| 26 | LOUIS DICKERSON | BRYANT WAPLES | |
| 27 | CLAYTON MINEAR | LUIS NIEVES | |
| 28 | JIMMY LEWIS | DANA WILLIAMS | |
| 29 | TYRONE MILLER | CHRISTOPHER DENNIS | |
| 30 | KEVIN DIXON | ~~STEVEN ZICKGRAFT~~ Flamer | |
| 31 | WILLIAM NOVELLO | LYLE PIERCE | |

Participating in cleanup is considered a part of the Special Needs Unit Program. Each person is a part of the community and therefore should do their part to help keep the environment clean.

*If you choose not to help when it is your turn on the schedule, you will lose points, which will most likely affect your phase level. Acceptable excuses include being out for an appointment, visit, etc., or a valid sick call slip being submitted. Security staff will be given the schedule to know who to allow out during cleanup time. Staff will inform them of any substitutions for the day.

*The Environmental Leader changes each month. They are to come out daily with those listed above to participate and lead the cleanup process.





### PUBLIC DEFENDER OF THE STATE OF DELAWARE
### 900 N. KING STREET, SECOND FLOOR
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

BRIAN J. BARTLEY
CHIEF DEPUTY

DAWN M. WILLIAMS
ASSISTANT PUBLIC DEFENDER

TELEPHONE (302) 577-6025 x 3011

March 3, 2008

The Honorable Alex J. Smalls
Chief Judge
Court of Common Pleas
New Castle County Courthouse
500 N. King Street
Wilmington, DE  19801

    **Re:  State of Delaware v. Jimmy Lewis**
        **Case No. 0801012699**

Dear Chief Judge Smalls:

    Our office represents Mr. Lewis on the above case currently pending in the Court of Common Pleas.  It was determined by Judge Welch, in agreement with myself and the State, that Mr. Lewis was in need of a psychiatric evaluation.  He is presently being held at Delaware Correctional Center and the staff at DCC concur that he has mental health issues.

    I am requesting Your Honor sign the enclosed Order for a Competency Evaluation at the Delaware Psychiatric Center for Mr. Lewis.

    I am available if Your Honor has any questions or concerns regarding this request.

                    Respectfully submitted,

                    Michelle S. Nardozzi
                    Assistant Public Defender

MSN/mcg

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE          )
                           )
          v.               )
                           )    Case No. 0801012699
                           )
JIMMY LEWIS                )
                           )
          Defendant        )

O R D E R

AND NOW, TO WIT, this _____5ᵗʰ_____ day of _____March_____ A.D.,

2008, the foregoing having been heard and considered, it is

hereby;

ORDERED that the defendant, Jimmy Lewis, be transferred

from the Delaware Correctional Center to the Delaware

Psychiatric Center for a psychiatric and competency evaluation

to determine competency and obtain treatment for his own well-

being.

_____
                    JUDGE

Date:    March 3, 2008

```
              COURT OF COMMON PLEAS CRIMINAL DOCKET        Page    1
                      ( as of  03/19/2008 )

State of Delaware v.  JIMMY LEWIS                             DOB: 12/25/1966
State's Atty: , Esq.                       AKA: EMMANUEL E ELDER
Defense Atty: DEFENDER PUBLIC , Esq.            EMMANUEL E ELDER



Assigned Judge:

Charges:
 Count    DUC#        Crim.Action#    Description      Dispo.    Dispo. Date
------------------------------------------------------------------------------
 001    0801012699    MN08013012    DISORD CONDUCT
 002    0801012699    MN08013013    ASSAULT 3RD
 003    0801012699    MN08013014    ASSAULT 3RD

      Event
No.   Date        Event                                    Judge
------------------------------------------------------------------------------
   01/14/2008
   CASE FILED ON 01/14/2008; ARREST DATE 01/11/2008
   ARRAIGNMENT SCHEDULED FOR
   SECURED BAIL-HELD                            1,500.00
       MN08013012    DE111301001A  DISORD CONDUCT
       MN08013013    DE1106110001  ASSAULT 3RD
       MN08013014    DE1106110001  ASSAULT 3RD
   01/14/2008
   ARRAIGNMENT SCHEDULED FOR 01/15/2008 AT 01:35 PM
   SECURED BAIL-HELD                            1,500.00
   01/15/2008
   DEFENDANT PLED NOT GUILTY AND DEMANDED JURY TRIAL.
   SECURED BAIL-HELD                            1,500.00
   01/15/2008
   JURY TRIAL SCHEDULED FOR 05/15/2008 AT 08:30 AM
   02/27/2008
   MOTION FOR PSYCHIATRIC EVALUATION SCHEDULED 3/14/2008
      AT 08:30 AM
   MOTION TO COMPEL DISCOVERY
   03/14/2008                                    WELCH JOHN K.
   MOTION WITHDRAWN; REQUESTED BY PUBLIC DEFENDER.
   DISCOVERY RECEIVED.

           *** END OF DOCKET LISTING AS OF  03/19/2008 ***
                 PRINTED BY: CCPKGOO
```

```
                    COURT OF COMMON PLEAS CRIMINAL DOCKET          Page    1
                            ( as of  02/27/2008 )

State of Delaware v.  JIMMY LEWIS                                  DOB: 12/25/1966
State's Atty: , Esq.                        AKA: EMMANUEL E ELDER
Defense Atty: DEFENDER PUBLIC , Esq.             EMMANUEL E ELDER



Assigned Judge:

Charges:
Count    DUC#        Crim.Action#    Description        Dispo.    Dispo. Date
---------------------------------------------------------------------------
 001    0801012699   MN08013012     DISORD CONDUCT
 002    0801012699   MN08013013     ASSAULT 3RD
 003    0801012699   MN08013014     ASSAULT 3RD

       Event
No.    Date        Event                                Judge
---------------------------------------------------------------------------
     01/14/2008
       CASE FILED ON 01/14/2008;  ARREST DATE 01/11/2008
       ARRAIGNMENT SCHEDULED FOR
       SECURED BAIL-HELD                      1,500.00
           MN08013012    DE111301001A   DISORD CONDUCT
           MN08013013    DE1106110001   ASSAULT 3RD
           MN08013014    DE1106110001   ASSAULT 3RD
     01/14/2008
       ARRAIGNMENT SCHEDULED FOR 01/15/2008 AT 01:35 PM
       SECURED BAIL-HELD                      1,500.00
     01/15/2008
       DEFENDANT PLED NOT GUILTY AND DEMANDED JURY TRIAL.
       SECURED BAIL-HELD                      1,500.00
     01/15/2008
       JURY TRIAL SCHEDULED FOR 05/15/2008 AT 08:30 AM

              *** END OF DOCKET LISTING AS OF  02/27/2008 ***
                   PRINTED BY: CCPKGOO
```

Defendant Name:

| | | |
|---|---|---|
| AKA: Lewis, Jimmy | Judge: PLA | |
| ID Number: D305616966 | DOB: ~~████~~ | |

Criminal Action Number:

Prefix I N  Number 03-06-0176  Suffix

Charge: Theft 1000 or >

## FINANCIAL

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

## IMPRISONMENT/PROBATION

☐ In Violation of Probation/Contempt    ☐ Revoked    ☐ Continued    ☐ Modified    ☐ Discharged

Effective: _____

Be imprisoned for 2 years_____ months_____ days At Level 5

Level 5 Treatment: _____

Beginning: _____

Ending: _____

Eff Date: _____

☐ Min. Mandatory Time: _____ Title/Sec: _____ | ☐ Credit for | ☐ Time Served

☐ Suspended Immediately

☒ Susp After ___1Y___ ☐ time served for 1Y at Level 4 by Plummer/Home Conf/Day Reporting

☒ Susp After ___6m___ ☐ time served for 6m at Level 3 ☐ Plummer/Home Conf/Day Reporting

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

Followed By: _____ at Level _____ Balance at Level _____

Probation for _____ at Level _____ Suspended after _____ for _____ at Level _____

☐ Consecutive to: _____ ☒ Concurrent with:

☐ Level 4 Sentence, Hold at: (circle one)    3    5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

| RESTITUTION | TO: | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

CONDITIONS    ☐ Pay costs, fines, restitution during _____    ☐ Probationary period    ☐ Previously Ordered

☐ Work Referral
☐ Pay Costs of Supervision
☐ Community Service: _____ Hours
☐ No Contact with _____

☐ No Driving for _____
☐ Subst Abuse Eval
☐ Residential Drug/Alc
☐ Outpatient Drug/Alc
☐ 4177 DUI Program
☐ Follow Original Conditions of Probation

☐ TASC Supervision/Evaluation
☐ One Time Fee    ☐ Determined by Probation

☐ Victim    ☐ Codefendant

☐ Alcohol Treatment    ☐ Mental Health
☐ Job Training    ☐ Obtain GED
☐ Fully Employed    ☐ Random Urinalysis
☐ Zero Tolerance

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)
(COMMITMENT)

RELEASE

DEFERRED COMMITMENT

☒ Nolle Prosses entered on remaining charges
☒ Nolle Prosses entered on Criminal Action Number(s):

| PR $ |
|---|
| SH $ |
| TOTAL $ |

DEF ATTY: Edinger    DAG: Robertson    CLERK: Ferry    CT. REP: Coale

Document Control No : 02-03-10-98-09-02

| AKA: | LEWIS Jimmy | | | | Judge: | PLA |

ID Number: D305D16966    DOB:

Criminal Action Number:    Charge:

Prefix IN  Number 03-06-0175  Suffix    Carjacking 2nd

**FINANCIAL**

| ❑ Pay Costs | ❑ Costs Suspended | ❑ Pay Fine $ | ❑ 15% ❑ 18% | ❑ Fine Suspended: |

**IMPRISONMENT/PROBATION**

❑ In Violation of Probation/Contempt   ❑ Revoked   ❑ Continued   ❑ Modified   ❑ Discharged

Effective:    Beginning:_____

Be imprisoned for **5** years____ months____ days  At Level **5**   Ending:_____

Level 5 Treatment:____    Eff Date: **5/26/03**

❑ Min. Mandatory Time:____  Title/Sec:____   ❑ Credit for   ❑ Time Served

❑ Suspended Immediately

❑ Susp After____ ❑ time served for____ at Level____ ❑ Plummer/Home Conf/Day Reporting

❑ Susp After____ ❑ time served for____ at Level____ ❑ Plummer/Home Conf/Day Reporting

❑ Susp After____ ❑ time served for____ at Level____ ❑ Plummer/Home Conf/Day Reporting

Followed By:____ at Level____ Balance at Level____

Probation for   at Level   Suspended after   for   at Level

❑ Consecutive to:   ☒Concurrent with:

❑ Level 4 Sentence, Hold at: (circle one)  3  5   ❑ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

| RESTITUTION | TO: | Amount: |
| ❑ Determined by Presentence Memo | Address: | |

CONDITIONS   ❑ Pay costs, fines, restitution during____ ❑ Probationary period ❑ Previously Ordered

❑ Work Referral   ❑ TASC Supervision/Evaluation
❑ Pay Costs of Supervision  ❑ One Time Fee  ❑ Determined by Probation
❑ Community Service:____ Hours
☒ No Contact with Patrick Greer ____ ❑ Victim ❑ Codefendant

❑ No Driving for____
☒ Subst Abuse Eval  ❑ Alcohol Treatment  ☒ Mental Health
❑ Residential Drug/Alc  ❑ Job Training  ❑ Obtain GED
❑ Outpatient Drug/Alc  ❑ Fully Employed  ❑ Random Urinalysis
❑ 4177 DUI Program  ❑ Zero Tolerance
❑ Follow Original Conditions of Probation ☒ Anger Management

❑ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)
**COMMITMENT**
RELEASE
DEFERRED COMMITMENT

☒ Nolle Prosses entered on remaining charges
☒ Nolle Prosses entered on Criminal Action Number(s):

PR $
SH $
TOTAL $

DEF ATTY: Edinger   DAG: Robertson   CLERK: Ferry   CT. REP: Coale

Document Control No. 02-03-10-98-09-02

Defendant Name:

AKA: **Lewis, Jimmy**

Judge: _PLA_

ID Number: **03050 16 966**

DOB: ~~_____~~

Date: _02-11-03_

| Criminal Action Number: | | | | Charge: |
|---|---|---|---|---|
| Prefix **IN** | Number **03-06-0177** | Suffix | | **Resist Arrest** |

**FINANCIAL**

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

**IMPRISONMENT/PROBATION**

☐ In Violation of Probation/Contempt     ☐ Revoked     ☐ Continued     ☐ Modified     ☐ Discharged

Effective: _____

Be imprisoned for ___**l**___ years _____ months _____ days   At Level ___**5**___

Level 5 Treatment: _____

Beginning: _____

Ending: _____

Eff Date: _____

| ☐ Min. Mandatory Time:_____   Title/Sec:_____ | ☐ Credit for          ☐ Time Served |
|---|---|

☒ Suspended Immediately

☐ Susp After_____   ☐ time served for ) **1 y** at Level **2** ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____   ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____   ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

Followed By:_____ at Level_____   Balance at Level_____

| Probation for | at Level | Suspended after | for | at Level |
|---|---|---|---|---|

| ☐ Consecutive to: | ☒ Concurrent with: |
|---|---|

| ☐ Level 4 Sentence, Hold at; (circle one)    3    5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

| RESTITUTION | TO: | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

**CONDITIONS**     ☐ Pay costs, fines, restitution during_____     ☐ Probationary period    ☐ Previously Ordered

| ☐ Work Referral              ☐ TASC Supervision/Evaluation ☐ Pay Costs of Supervision     ☐ One Time Fee          ☐ Determined by Probation ☐ Community Service:_____ Hours ☐ No Contact with_____ ☐ Victim   ☐ Codefendant ☐ No Driving for_____ ☐ Subst Abuse Eval            ☐ Alcohol Treatment     ☐ Mental Health ☐ Residential Drug/Alc        ☐ Job Training          ☐ Obtain GED ☐ Outpatient Drug/Alc        ☐ Fully Employed        ☐ Random Urinalysis ☐ 4177 DUI Program           ☐ Zero Tolerance ☐ Follow Original Conditions of Probation | ☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft. | (circle one)

COMMITMENT

RELEASE

DEFERRED COMMITMENT |
|---|---|---|

☒ Nolle Prosses entered on remaining charges
☒ Nolle Prosses entered on Criminal Action Number(s):

| PR $ |
|---|
| SH $ |
| TOTAL $ |

DEF ATTY: _Edinger_     DAG: _Robertson_     CLERK: _Ferry_     CT. REP: _Coale_

Document Control No.: 02-03-10-98-09-02

**STATE OF DELAWARE**

    **VS.**

**JIMMY LEWIS**

**Alias: No Aliases**

**DOB:** ████████████
**SBI: 00506622**

**CASE NUMBER:**
**0305016966**

          **CRIMINAL ACTION NUMBER:**
          **IN03-06-0175**
          **CARJACKING 2ND(F)**
          **IN03-06-0176**
          **THEFT $1000 OR>(F)**
          **IN03-06-0177**
          **RESIST ARREST(M)**

### SENTENCE ORDER

**NOW THIS 11TH DAY OF FEBRUARY, 2005, IT IS THE ORDER OF THE COURT THAT:**

The defendant is adjudged guilty of the offense(s) charged. The defendant is to pay the costs of prosecution and all statutory surcharges.

  **AS TO IN03-06-0175- : TIS**
  **CARJACKING 2ND**

**Effective May 26, 2003  the defendant is sentenced as follows:**

 - The defendant is placed in the custody of the Department of Correction for 5 year(s) at supervision level 5

 Probation is concurrent to any probation now serving.

  **AS TO IN03-06-0176- : TIS**
  **THEFT $1000 OR>**

 - The defendant is placed in the custody of the Department of Correction for 2 year(s) at supervision level 5

 - Suspended after serving 1 year(s)  at supervision level 5

**APPROVED ORDER**    1     November  9, 2007 10:11

STATE OF DELAWARE
VS.
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

- For 1 year(s)  supervision level 4 **PLUMMER** **CENTER**

- Suspended after serving 6 month(s)  at supervision level
4 **PLUMMER** **CENTER**

- For 6 month(s)  supervision level 3

- Hold at supervision level 5

- Until space is available at supervision level 4
**PLUMMER** **CENTER**

Probation is concurrent to any probation now serving.

**AS TO IN03-06-0177- : TIS**
**RESIST ARREST**

- The defendant is placed in the custody of the Department
of Correction for 1 year(s) at supervision level 5

- Suspended for 1 year(s)  at supervision  level 2

Probation is concurrent to any probation now serving.

**STATE OF DELAWARE**
       **VS.**
**JIMMY LEWIS**
**DOB: 12/25/1966**
**SBI: 00506622**

**CASE NUMBER:**
**0305016966**


The defendant shall pay any monetary assessments ordered
during the period of probation pursuant to a schedule of
payments which the probation officer will establish.


Have no contact with Patrick Geer


Defendant shall successfully complete anger management,
counseling, treatment program.


The defendant shall undergo mental health evaluation and
follow recommendation for counseling and treatment.


**NOTES**
Aggravating Circumstances - 2 or more violent felonies -
Lack of Remorse


**JUDGE PEGGY L ABLEMAN**


**\*\*APPROVED ORDER\*\***      3      November  9, 2007 10:11

STATE OF DELAWARE
      VS.
JIMMY LEWIS
DOB: 12/25/1966
SBI: 00506622

                    CASE NUMBER:
                      0305016966


AGGRAVATING
LACK OF REMORSE

**APPROVED ORDER**     5     November  9, 2007 10:11

STATE OF DELAWARE
         VS.
JIMMY LEWIS
DOB: 12/25/1966
SBI: 00506622

                         CASE NUMBER:
                          0305016966


SENTENCE CONTINUED:


TOTAL DRUG DIVERSION FEE ORDERED

TOTAL CIVIL PENALTY ORDERED

TOTAL DRUG REHAB. TREAT. ED. ORDERED

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED

FORENSIC FINE ORDERED

RESTITUTION ORDERED

SHERIFF, NCCO ORDERED

SHERIFF, KENT ORDERED

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED                    50.00

PROSECUTION FEE ORDERED                   100.00

VICTIM'S COM ORDERED

VIDEOPHONE FEE ORDERED                      3.00


---

TOTAL                                     153.00



**APPROVED ORDER**     4     November  9, 2007 10:11

**Delaware** .ychiatric    nter
**Patient Preference List**

LEWIS, JIMMY
_____, UNK M AF U
→ EDWIN PLACE NEWARK NJ 07112
MELBA JEAN LEWIS MOTH AREA 5
973-481-5028          05/21/2004

| Description | ++ | + | - | Comments | Description | ++ | + | - | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **Starch** | | | | | **Vegetables** | | | | |
| Potatoes | | ✓ | | | Beets | | ✓ | | |
| Pasta | | ✓ | | | Broccoli | | ✓ | | |
| Rice | | ✓ | | | Cabbage | | ✓ | | |
| | | | | | Carrots | | ✓ | | |
| | | | | | Cauliflower | | ✓ | | |
| **Meat/Protein** | | | | | Corn | | ✓ | | |
| Eggs | | ✓ | | | Cucumbers | | ✓ | | |
| Beef | | ✓ | | | Green Beans | | ✓ | | |
| Chicken | | ✓ | | | Lima Beans | | ✓ | | |
| Turkey | | | ✓ | | Peas | | ✓ | | |
| Pork | | | ✓ | | Salad | | ✓ | | |
| Ham | | | ✓ | | Spinach | | ✓ | | |
| Veal | | ✓ | | | Tomatoes | | ✓ | | raw |
| Fish | | ✓ | | | Zucchini | | ✓ | | |
| Seafood | | ✓ | | | Tomato products | | | ✓ | |
| Tuna | | ✓ | | | | | | | |
| Cottage cheese | | ✓ | | | | | | | |
| Cheese | | ✓ | | | | | | | |
| Peanut Butter | | ✓ | | | | | | | |
| Bacon | | | ✓ | | | | | | |
| Sausage | | | ✓ | | **Other** | | | | |
| | | | | | | | | | |
| **Breakfast** | | | | | | | | | |
| French toast | | | ✓ | | | | | | |
| Pancakes | | ✓ | | | | | | | |
| Cereal | | | | cold | | | | | |

**Key** ← ++ Favorite    + Likes    - Dislikes

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| Hot Beverage Preference | | | |
| Milk Preference | | | |
| Bread Preference | unleavened brd only | | |
| Juice Preference | apple | | |
| Cereal Preference | cold | | |

**Comments**

pt. eats cheese

Does patient have any ethnic or religious preferences?

no pork, bread.

Does patient have food allergies?

milk

Sign N. Andersen, RD        Date: 5·24·04

10/00
NA

CONFIDENTIAL INFORMATION
For professional use by authorized
persons only -- not to be duplicated
or released to others

Date: 02/22/2008

DCC **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC |
| Grievance # : 151666 | Grievance Date : 02/08/2008 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/08/2008 | Incident Time : |
| IGC : Dutton, Matthew | Housing Location : Bldg 17, Lower, Tier A, Cell H, Single | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate Claims: On Feb 1, 2008 I wrote and submitted a medical sick call request form stating that my feet and severely dry and cracked and that I also have fungus in between my toes. I requested to be checked by the doctor in order to have the ointment Eucern and to re-prescribed to me. But the sick call slip was returned to me, stating that I should purchase said item from commissary.

Remedy Requested : To be checked by the doctor in order to be prescribed the ointments I need to remedy the aforementioned condition of my feet.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 02/22/2008 |
| Investigation Sent : 02/22/2008 | Investigation Sent To : Moore, Ronnie |
| Grievance Amount : | |

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

JIMMIE LEWIS _____ A HC SHU 17
_____ Name (Print) _____ 506622 _____ 2/1/08
Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having)? THE SKIN ON THE
BOTTOM OF MY FEET ARE SEVERELY DRY + CRACKED
I'M REQUESTING TO BE PRESCRIBED UCERIN OINTMENT
AS WELL AS TOLNAFTATE ANTI - FUNGAL.

Jimmie Lewis _____ 2/1/08
_____ Inmate Signature _____ Date

**The below area is for medical use only. Please do not write any further.**

S: C/o dryness to feet

O:  Temp:_____  Pulse: _____  Resp: ___  B/P: _____  WT: _____

A: Chart √ previous orders

P:

E: Memo: Lotion must be bought from commissary
for dry skin no longer just given upon request

Tonya Collins, n _____ 2/4/08
Provider Signature & Title _____ Date & Time

3/1/99 DE01
FORM#:
MED
263

SMYRNA DE, 199.7
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : | LEWIS, JIMMY | SBI# : | 00506622 | Institution : | DCC |
| Grievance # : | 21065 | Grievance Date : | 11/21/2005 | Category : | Individual |
| Status : | Resolved | Resolution Status: | Level 3 | Inmate Status : | |
| Grievance Type: | Mall | Incident Date : | 11/21/2005 | Incident Time : | |
| IGC : | Merson, Lise M | Housing Location : | Bldg 23, Upper, Tier D, Cell 2, Bottom | | |

### INFORMAL RESOLUTION

**Investigator Name** : Smith, Tonya                    Date of Report  12/09/2005

**Investigation Report** :

**Reason for Referring:**

---

**Investigator Name** : Smith, Tonya                    Date of Report  04/28/2006

**Investigation Report** :

**Reason for Referring:** Ms. Smith,
This grievance has reached the 150 warning. Please have someone meet with the inmate for a level 1 and resolve if possible. Thank You,
Cpl. Merson

---

**Investigator Name** : Smith, Tonya                    Date of Report  08/09/2006

**Investigation Report** : The DCC Mail Room is to process outgoing legal mail within 48 hours of their receipt of such mail.

**Reason for Referring:** Ms Smith this grievance is 9  months old and there has never been an investigation done one needs to be completed ASAP in order for a hearing to be held thank you Cpl Merson

---

**Investigator Name** : Profaci, Alisa                    Date of Report  08/18/2006

**Investigation Report** :

**Reason for Referring:** Please review with Inmate.

---

**Investigator Name** : Burris, Betty                    Date of Report  10/26/2006

**Investigation Report** :

**Reason for Referring:** As per your instructions.

---

**Investigator Name** : Smith, Tonya                    Date of Report  11/30/2006

**Investigation Report** :

**Reason for Referring:** fy action.

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC |
| **Grievance #** : 21065 | **Grievance Date** : 11/21/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 03/27/2007 |
| **Grievance Type:** Mail | **Incident Date** : 11/21/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 23, Upper, Tier D, Cell 2, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** The Mail Room is holding my legal mail that I am sending to the courts for 2 weeks before it is sent out. The dilemma is that the courts often order a rapid response (within 10 days) of receiving said order to respond. The 2 week delay for my response(s) can ultimately result in my case(s) being denied or procedurally barred due to my failure to respond with said court order.

**Remedy Requested** : I want my legal mail to be sent out to their destinations within 24 hours of being delivered to the Mail Room.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Smith, Tonya |
| **Grievance Amount :** | |

Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC |
| Grievance # : 21065 | Grievance Date : 11/21/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Mail | Incident Date : 11/21/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 23, Upper, Tier D, Cell 2, Bottom | |

### APPEAL REQUEST

Appeal returned 27 March 2007.

Inmate states: As an inmate prisoner, I am allowed to utilize the pay to form #34 to cover the cost for legal mail postage; for which I must do without first knowing how much the cost of the legal mail postage will be, or exactly when the legal mail actually leaves this facility. My inmate individual account statement shows withdrawls for pay to's submitted two and three months prior, nor am I able to identify exactly who is responsible for withdrawing funds from my account. Also, I need to be able to factualy varify that I have meet deadlines imposed by the courts.

### REMEDY REQUEST

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC |
| **Grievance #** : 21065 | **Grievance Date** : 11/21/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Mail | **Incident Date** : 11/21/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 23, Upper, Tier D, Cell 2, Bottom | |

## REFERRED TO

**Due Date :**          **Referred to:**          **Name:**

**Type of Information Requested :**

## DECISION

**Date Received** : 01/05/2007

**Decision Date** : 03/16/2007          **Vote :** Deny

**Comments** : Denied. All outgoing legal mail is processed within 48 hours of the Mail Room receiving such.

        cc IGC
          Inmate

_____          _____
**WARDEN / WARDEN'S DESIGNEE SIGNATURE**          **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**          **YES:**_____          **NO:**_____

_____          _____
**GRIEVANT'S SIGNATURE**          **DATE**

_____          _____
**I.G.C. SIGNATURE**          **DATE**

Phone No. 302-653-821.

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LEWIS, JIMMY | SBI# : 00506622 | Institution : DCC |
| Grievance # : 21065 | Grievance Date : 11/21/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Mail | Incident Date : 11/21/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 23, Upper, Tier D, Cell 2, Bottom | |

## RGC

Date Received : 12/26/2006          Date of Recommendation: 01/05/2007

## GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Inmate | 00370464 | NELSON, CRAIG C | Uphold |
| Inmate | 00367132 | STEVENS, RANDY W | Uphold |
| Staff | | Schrader, Sarah | Uphold |
| Staff | | Merson, Lise M | Uphold |
| Staff | | McCreanor, Michael | Abstain |

## VOTE COUNT

| Uphold : 4 | Deny : 0 | Abstain : 1 |
|---|---|---|

## TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

## RECOMMENDATION

Hearing held 3 January 2007.
Uphold: Sent out 9-23-06. Arrived 10-5-06. Still happening. Mail addressed to Supreme court, Dover, Delaware. Court letter states appeal was 4 days late. There is no proof I/m sent letter on 9-23-06. I/m did not address grievance dated 11-2005. I/m stated 48 hrs deadline was acceptable. I/m would not sign.

Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC |
| **Grievance #** : 16149 | **Grievance Date** : 07/31/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Law Library | **Incident Date** : 07/31/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 19, Upper, Tier D, Cell 12, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims he has bee requesting legal assistance from the LL for the last two weeks but to no avail. He states none of his correspondences are acknowledged.

**Remedy Requested** : Inmate requests to be told why he is being denied LL access.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Little, Michael |
| **Grievance Amount :** | |

RECEIVED

FEB 2 1 2008

DCC Warden's Office    2/21/08

To: Warden Phelps

From: Jimmie Lewis SBI #506622
AHC SHU 17

1.) I'm writing because I have a few dilemma's that I must present to you for Solutions. First of all, as of 12/9/07 I should have been placed on the waiting list for level 4 Plummer Center. I am being forced to serve my level 4 suspended sentence at level 5; CR A NO 0306O1176. I am suppose to serve the later part of my sentence, for which is 6 month level 4 and 6 month probation. Because I am to be held at level 5 until space is available at level 4 my commitment isn't illegal until may 1, 08., ( cindy wright records D.CC ).

2.) The SHU law library Clerk Brian Engram will not provide me with the legal material I have requested on four seperate occasions since FEB 1, 08. I have also had the counselor Linda Kemp deliver my law library request, but to no avail.

3.) Before I was transfered to D.P.C I owed $589.00 for legal postage. At present I can't order the basic hygiene products like everyone else, such as deodorant, soap, lotion and toothpaste nor can I order from commissary any items such as food to suppliment the very low calory diet. I hereby request that the legal postage bill be waived and or at least fixed so I can pay 30% of the bill, for each money order I receive, for which would allow me to purchase the products I needed from commissary. Can you please contact the Support Service Dept in regards to this matter.

4.) I have grieved these issues, but Capt McCramor is doing his own thing, to the degree that he picks and chooses what grievance should be addressed even when its valid.

Please send me a return response on the issues as soon as possible.

M E M O

TO:  I/M Jimmy Lewis, #506622, 19-A-U7, SHU

FROM:  Mackinnon Young, SHU Law Library Paralegal

RE:  Request Received on September 8, 2005

Your request for photocopies of the attached Grievance Reports are denied on the basis
that they are not legal photocopies as presented.  I also refer you to Paralegal Brian
Engrem's memo, dated April 19, 2005, denying a previous photocopy request of this
nature.

Cc: File

FORM #584

## GRIEVANCE FORM

FACILITY: D. C - C                          DATE: 1/05/07

GRIEVANT'S NAME: Jimmie Lewis   SBI#: 506622

CASE#: 97908                     TIME OF INCIDENT: _____

HOUSING UNIT: MHU 23 0-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

BRIAN ENGRAM HAS REPEATEDLY DENIED
ME LAW LIBRARY AND OR LEGAL MATERIAL
ACCESS ON NUMEROUS OCCASSIONS FOR WHICH
HAS CAUSED ME NUMEROUS DILEMMAS
WITH THE SUPERIOR COURT SUPREME COURT
AS WELL AS WITH THE UNITED STATES
DISTRICT COURT. BRIAN ENGRAMS ACTIONS
DEFINE A VIOLATION OF MY 1ST UNITED STATES
CONSTITUTIONAL RIGHTS , SEE GRIEVANCE #16149
DATED 7/31/05.

ACTION REQUESTED BY GRIEVANT: FOR THIS MATTER TO BE
INVESTIGATED.

_____

_____

_____

GRIEVANT'S SIGNATURE: Jimmie Lewis   DATE: 1/05/07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

### (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

JAN 17 2007

April '97 REV

Inmate Grievance Office

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _D. c. c_        DATE: _2 / 8 / 08_

GRIEVANT'S NAME: _JIMMIE LEWIS_    SBI#: _506622_

CASE#: _151307_        TIME OF INCIDENT: _2 / 8 / 08_

HOUSING UNIT: _A HC SHU 17_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_ON 2/4/08 I WROTE AND SUBMITTED_
_A REQUEST FOR PAGES 566 TO 626_
_AND 638 TO 645 OF THE_
_PRISONERS SELF HELP LITIGATION MANUEL,_
_THE TABLE OF CONTENTS FOR THE_
_FEDERAL RULES OF CIVIL PROCEDURES_
_AS WELL AS CASE LAW BUT AS OF TO_
_DATE MY LAW LIBRARY REQUEST FOR_
_SAID MATERIALS HAVE BEEN IGNORED_

ACTION REQUESTED BY GRIEVANT: _TO RECEIVE THE AFOREMENTIONED_
_MATERIAL AS SOON AS POSSIBLE, AND FOR_
_MY REQUEST FOR LAW LIBRARY ASSISTANCE_
_TO BE ADDRESSED IN A APPROPRIATE AMOUNT_
_OF TIME._

GRIEVANT'S SIGNATURE: _Jimmie Lewis_    DATE: _2/8/08_

WAS AN INFORMAL RESOLUTION ACCEPTED?      ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT



April '97 REV

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: January 27, 2006

RE: Photocopy Request

Your photocopy request for the 21 copies is denied. You have not sent a complaint that
lists all defendants. There is no reason to supply you with the same amount of cover
sheets for this complaint. You will need to supply the appropriate information to proceed
with this photocopy request.

Cc: File

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: June 8, 2005

RE: Photocopy Request

Your photocopy request is denied for photocopies. First, court cases, statutes, rules, digest keys and newspaper articles can be cited in your brief. Second, I contacted the Delaware Supreme Court regarding your case. You stated that the court rejected your brief and returned it with a citizen's guide. The court has indicated your motions have been forwarded to your lawyer John Edinger of the Public Defender's Office

Cc: File

M E M O

TO: I/M Jimmy Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: April 19, 2005

RE: Request Received on April 18, 2005

If you are requesting photocopies of the attached Grievance Reports, the request is denied. These reports are not considered legal photocopies as presented.

Cc: File

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: October 4, 2005

RE: Photocopy Request

I called the US District Court in Wilmington regarding your amended complaint. The clerk's office indicates you have to be granted permission to amend your complaint. Your request for amending the complaint was received back in July. If the court grants your amended complaint, return your photocopy request with the order granting the amended complaint.

Cc: File

M E M O

TO: I/M Jimmie Lewis #506622

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: December 6, 2005

RE: Photocopy Request

Your request is a court case sent to you from the public defender's office. The law library does not photocopy Court cases. Your request is denied. Indigent supplies are only given out by the law library when the inmate provides a documented court deadline and it is past the commissary date.

Cc: File

**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

May 11, 2007

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    ***Lewis v. Carroll, et al.,***
           **D. Del., C.A. No. 06-778-GMS**

Dear Judge Sleet:

      Please allow this letter to reflect State Defendant Thomas Carroll's response in opposition to Plaintiff's Motion for Order to Compel Defendant Thomas L. Carrol [sic] to Place Jimmie Lewis into Protective Custody (the "Motion for Preliminary Injunction") (D.I. 10).

      On April 20, 2007, Inmate Jimmie Lewis, SBI #506622, asked the officers at the Delaware Correctional Center to place him in protective custody. (Exhibit A at ¶ 2). Mr. Lewis's request for protective custody was based on his belief that two inmates were threatening him while he was housed on the Special Needs Unit. (Exhibit A at ¶ 2; Exhibit B). Mr. Lewis was placed in protective custody the same day as his request and he remained there until May 4, 2007, when he was transferred to the Infirmary. (Exhibit A at ¶ 3; Exhibit C). Mr. Lewis is, at present, still housed in the Infirmary but he will be transferred back to protective custody after the medical staff in the Infirmary discharges him. (Exhibit A at ¶ 3).

The Honorable Gregory M. Sleet
May 11, 2007
Page 2

Mr. Lewis's classification in protective custody is reviewed on a weekly basis. (Exhibit A at ¶ 4). However, Mr. Lewis will remain in protective custody until he no longer believes it necessary and signs off on a statement to that effect. (*Id.*).

Because Mr. Lewis is housed in protective custody and will remain there until he no longer believes the inmates are threatening his life, State Defendant Carroll asks that Lewis's Motion for Preliminary Injunction be denied as moot.

If the Court has any questions or concerns, or believes that a more formal response from State Defendant Carroll is required, please contact the undersigned counsel at (302) 577-8400.  Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General
Attorney for State Defendant
Thomas Carroll

cc:    Jimmie Lewis, Plaintiff
Enclosures

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 06-778-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| THOMAS L. CARROLL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

<u>**AFFIDAVIT OF THOMAS SEACORD**</u>

I, Thomas Seacord, having been duly sworn by law, do hereby depose and state as follows:

1.     I am employed by the State of Delaware Department of Correction ("DOC") as a Lieutenant in the Classification Office at the Delaware Correctional Center ("DCC"), Smyrna, Delaware. I have been employed by DCC since May 30, 1989 and have worked in the Classification Office since August 1, 2005.

2.     On April 20, 2007, Inmate Jimmie Lewis, SBI #506622, requested that he be moved to protective custody. Inmate Lewis stated that the reason he was requesting protective custody was because two inmates were threatening him while he was housed on the Special Needs Unit. Inmate Lewis was transferred to protective custody – Building 18, Tier C, Cell 12 – that same day.

3.     Approximately two weeks later, on May 4, 2007, Inmate Lewis was transferred to the Infirmary at DCC for treatment. Inmate Lewis is, at present, still

1

housed in the Infirmary.  He will be transferred back to protective custody when he is discharged from the Infirmary.

        4.     When Lewis returns to protective custody I, along with another counselor, will review his classification on a weekly basis.  Inmate Lewis, however, will remain in protective custody until he requests removal by signing off on a statement that he no longer believes protective custody is necessary.

                                                   Thomas Seacord

**SWORN AND SUBSCRIBED** before me this 10th day of May,  2007.

                                                   Notary

# Protective Custody



| 20 | ███████████ | ████ ███ | ██████ ██████ | | ██████ | ██████████████████ | ██████ |
|----|------------|----------|---------------|--|--------|--------------------|--------|
| 21 | ███████ | ████ ███ | ██████████ | ██████ | ██████ | ██████████████████ | ████ |
| 22 | █████████████ | ███████ | █████████ | ██████ | | █████████████████ | ████ |
| 23 | ███████████ | ██████ | ██████████ | ████ | | █████████████████ | ██████ |
| 24 | ██████ | ██████ | █████████ | ████████ | | █████████████████ | |
| 25 | ████████████ | ██████ ████ | █████████ | ████████ | | █████████████████ | ████ |
| 26 | █████████████ | ██████ ████ | ████████ █████ | | █████████████████████ | | ██████ |
| 27 | █████████ | ████████ | █████████ | ██████ | ██████████████████ | | ████ |
| 28 | Lewis, Jimmy | 506622 | INF | 4/20/2007 | Carjacking 2nd, Theft over $1000 | 11/1/2008 | Signed on stating that 2 inmates in SNU were threatening to beat him up. Both inmates denie claim and Lewis admits to not taking meds | ? |
| 29 | ████████ | ████████ | ██████ ████ | | ██████ | ██████████████████████ | ██████ |
| 30 | ████████ | ████ ████ | ██████ █████ | | ██████ | ██████████████████ | ██████ |

5/8/2007

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**
**IN AND FOR NEW CASTLE COUNTY**

STATE OF DELAWARE          )
                             )
     v.                       )     ID: 0305016966
                             )
Jimmie Lewis                 )

**ORDER**

This _____4 th_____ day of _____Dec._____,2007, upon consideration of defendant's motion for reduction/modification of sentence, the presentence report/prior record, and the sentence imposed upon the defendant;

     **NOW, THEREFORE, IT IS ORDERED** that defendant's motion for reduction/modification of sentence is DENIED for the following reason(s):

- ☐ The sentence in this case was imposed pursuant to a Plea Agreement between the State and the defendant and signed by the defendant. Superior Court Criminal Rule 11(e)(1)(c).

- ☒ The motion was filed more than 90 days after imposition of the sentence and is, therefore, time-barred. The Court does not find the existence of any extraordinary circumstances.

- ☒ Pursuant to Superior Court Criminal Rule 35(b), the court will not consider repetitive requests for reduction or modification of sentence.

- ☐ The sentence imposed is mandatory and cannot be reduced or suspended.

- ☐ The sentence was imposed after a violation-of-probation hearing was held, and the Court determined the defendant had violated the terms of his probation. The defendant is not amenable to probation at this time.

- ☒ The sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court which would warrant a reduction or modification of this sentence.

- ☒ Other: _The Motion for Clarification is also denied_
_____

_____

                     _Peggy L. Ableman_
                    Judge Peggy L. Ableman

oc:   **Prothonotary**
pc:   **Defendant**
       **Department of Justice**
       **Investigative Services**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** LEWIS, JIMMY | **SBI#** : 00506622 | **Institution** : DCC |
| **Grievance #** : 20618 | **Grievance Date** : 11/12/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 11/12/2005 | **Incident Time :** 10:45 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 19, Upper, Tier A, Cell 7, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was sprayed with capstun by Sgt. G. Everett while secured in Building 19, AU 7 because of my numerous request to speak to a Lieutenant. As a result I was transferred to the Infirmary for physical and psychiatric treatment. Today, Sgt. Everett approached my cell and made mention of making things worse by threatening to spray me again with capstun. She fabricated an allegation that I assaulted her.

**Remedy Requested** : An investigation by Internal Affairs to ensure that my U.S.C.A are unjustifiably violated.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Taylor, Ramon |
| **Grievance Amount :** | |

**Donahue Justine (Courts)**

| | |
|---|---|
| **From:** | Wright Cindy (DOC) |
| **Sent:** | Tuesday, March 18, 2008 10:32 AM |
| **To:** | Ableman Peggy L (Courts) |
| **Cc:** | Donahue Justine (Courts); Ruebeck Janice (Courts) |
| **Subject:** | RE: Habeas - Jimmie Lewis SBI#00506622 |

*Your honor,*

*Jimmy Lewis SBI: 506622 is currently serving the following sentences:*

*#0305016966 – CR# IN03-06-0175 - Carjacking 2nd – 5 years at level 5 – Sentenced on 2/11/05 by your honor.*

*#0305016966 – CR# IN03-06-0176 – Theft $1000 or > - 2 years suspended after serving 1 year at level 5 followed by 6 months at Plummer Center – followed by 6 mths at level 3.*

*He is serving a total of 5 years at level 5.  His effective date is 5/26/03 and his maximum expiration date is 5/24/09.  His current short time release date after deduction of 204 statutory goodtime is 11/01/08.*

*This inmate was housed at Delaware Psychiatric Center from 8/27/07 until 12/14/07.  He was then transferred to our institution due to his violence towards DPC staff.*

*Please do not hesitate to contact me for further information.*

3/18/2008

# Cindy Wright
# Records Supervisor
# Delaware Correctional Center
# Phone 302-653-9261 ext. 2169
# Fax 302-653-5023

**From:** Ruebeck Janice (Courts)
**Sent:** Tuesday, March 18, 2008 9:50 AM
**To:** Wright Cindy (DOC)
**Cc:** Ableman Peggy L (Courts); Donahue Justine (Courts); Waters Ophelia (DOJ)
**Subject:** Habeas - Jimmie Lewis SBI#00506622

This defendant has filed a Petition for Writ of Habeas Corpus. Please identify for the court all commitments on which this defendant is being held. Please provide in your response Case ID Numbers, Criminal Action Numbers, and amounts and types of bail if applicable, sentences being served, detainers, capiases and warrants, i.e. whatever is holding the defendant. If this defendant is being held awaiting Extradition, please provide the court with the time and date of the Extradition Hearing.

Please respond directly to Judge Ableman to whom this Habeas Corpus petition has been assigned, with a copy to her secretary Justine Donahue and myself. A quick response may eliminate the need to have the defendant transported to the courthouse for a hearing.

Thank you for your time and attention to this matter.

*Janice Ruebeck*
Case Processing Supervisor
NCC Prothonotary's Office
ph. 302.255.0701
fx. 302.255.2265

3/18/2008



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
OFFICE OF THE DEPUTY WARDEN
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone:  (302) 653-9261
Fax:  (302) 659-6667

## MEMORANDUM

TO:        Inmate _Jimmie Lewis_ SBI No. _00506622_ ,Housing Unit _18_

FROM:      Deputy Warden Burris _Burris_

DATE:      March 13, 2007

RE:        Inmate Letter(s)

During 2006, I did not have an opportunity to answer every inmate letter.  However, action was taken on most letters received.

If you wrote to me in 2006, and the topic about which you wrote is still an issue for you, please write back to me now. I am at a point where I am answering every inmate letter again; therefore, you will receive an answer in the near future.

NAME   Jimmie Lewis                              DATE  9/8/07

UNIT·   North 63, J.E.M   ATTENDING PSYCHIATRIST· Dr Don Arture

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

FOR THE LAST PAST (8) WEEKS, I'VE BEEN
MONITORED FOR SUICIDE VIA ONE TO ONE CLOSE
OBSERVATION, BUT INSTEAD OF THE TREATMENT TEAM
UTILIZING (THE PINK SLIP NOTING ~~SUMP~~ SUICIDAL IDEATIONS
~~THAT~~ VIA ONE TO ONE FLOW SHEET), (THE GOLD SLIP,
NOTING SERIOUS HARM TO OTHER IS BEING UTILIZED
AS THE ONE TO ONE FLOW SHEET.) THIS VALIDATES THAT
THE TREATMENT TEAM IS NEGLECTING TO TREAT ME FOR
MY SUICIDAL IDEATIONS; THIS IN CONJUNCTION WITH THE
FACT THAT I HAVE NOT RECEIVED ANY COUNSELING FROM
A BOARD CERTIFIED ~~PSYCHOLOGIST~~ PSYCHOLOGIST DEFINES
MISTREATMENT – ABUSE AND NEGLECT.

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT – ABUSE AND NEGLECT.

Patient/Family Signature  Jimmie Lewis          Date  9/8/07
Received By  Janett T. Hannegan, LPN            Date.  9/8/07

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

Patient: Jimmie Lewis Date of Grievance: 9-8-07

## Response to Patient or Patient's Representative

The name of the hospital contact person: _____Nancy D. Pearsall_____

The steps taken on behalf of the patient to investigate the grievance: Met with Mr Lewis

The results of the grievance process:  We can use the gold or the blue since we have two concerns, however, we will change to blue to signify that we are paying attention to aggression and also monitoring for suicide. Also on 9-11-07 you will start receiving one on one counseling from your Psychiatric social worker Mr Benjamin.

The date the investigation was completed: _____

Unit Director/Designee's Signature: _____ Date:_____

I, _____ ____am ____am not  satisfied with this response:
      Patient/Representative's Signature
                                                    Date: __9/10/07__

---

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
If the resolution is accepted, make a copy of this signed/dated Grievance Form for the patient or family.  Forward the original Grievance Form to the Performance Improvement Department  If the resolution is not accepted, provide a copy of the form to the patient or patient's representative, fax a copy of the Grievance Form to the Performance Improvement Dept (255-4418) and forward the original Grievance Form to the Hospital Director/Designee.

**HOSPITAL DIRECTOR/DESIGNEE'S RESPONSE:**

Hospital Director/Designee Signature/Title: _____  Date: _____

I, _____ ____am ____am not  satisfied with this response:
      Patient/Representative's Signature
                                          Date: _____

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or patient's representative.  Forward the original form to the Performance Improvement Dept

**DELAWARE PSYCHIATRIC CENTER**
Grievance Form

NAME: _JIMMIE LEWIS_     DATE: _6/22/07_

UNIT: _NORTH 63, J.E.M_     ATTENDING PSYCHIATRIST: _DR. DONAHUE_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

BECAUSE I AM IN AGONY = GRIEF AND DISPAIR, MY HOPELESSNESS ABOUT HOW I THINK AND FEEL AS A PERSON HAS CAUSED ME TO CONTINUEOUSLY CONTIMPLATE THOUGHTS OF SUICIDE. THIS GIVES REASON FOR WHY DR. DONAHUE PLACING ME ON ONE TO ONE CLOSE OBSERVATION ON 7/3/07, BUT AS OF TO DATE 8/22/07, I HAVE NOT HAD ANY TYPE OF PSYCHOTHERAPY FROM A PSYCHOLOGIST THAT WOULD HELP ME OBTAIN NORMACY AND OR AT LEAST CONTRACT FOR MY VERY OWN SAFETY.

RESOLUTION SOUGHT: TO RECEIVE PSYCHOTHERAPY FROM A PSYCHOLOGIST, AND FOR THIS MATTER TO BE INVESTIGATED FOR MISTREATMENT, ABUSE AND NEGLECT.

Patient/Family Signature: _Jimmie Lewis_     Date: _8/22/07_

Received By: _RN_     Date: _8-21-07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

8



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: JIMMIE LEWIS                    DATE: 12/5/07
UNIT: JEM NORTH 63     ATTENDING PSYCHIATRIST: DR. A. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

I've BEEN PUNISHED WITH LONG TERM
PRIVILEGE RESTRICTION SINCE 7/3/07,
FOR WHICH HAS ONLY MADE ME FEEL WORSE -
BEING PLACED ON SUCH LONG TERM RESTRICTION,
I.E, NO VISITS, NO VENDING, NO GYM, NO WEIGHT ROOM
IS CRUEL AND UNUSAL BECASE OTHER PATIENT/RESIDENTS
ARE ALLOWED SAID PRIVILEGES, AS WELL AS BECAUSE
SAID PRIVILLEGES ARE ACTUALLY DEEMED THERAPY (GYM - WEIGHT

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR ABUSE - NEGLECT AND MISTREATMENT

Patient/Family Signature: Jimie Lew          Date: 12/5/07
Received By: M Carron RN                      Date: 12/5/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: *JIMMIE LEWIS*          DATE: *10/24/07*

UNIT: *NORTH 63, J.E M*     ATTENDING PSYCHIATRIST: *DR. A. DONAHUE*

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

*IN REGARDS TO MY RAPIDLY APPROACHING DISCHARGE*
*DATE 12/9/07, I HAVE REQUESTED THAT THE*
*TREATMENT TEAM INFORM ME OF ALL NECESSARY*
*TREATMENT – THERAPY AND OR COUNSELING THAT*
*I SOULD BE SUBJECTED TO AND OR BE REFERRED TO.?*
*BUT I HAVE NOT RECEIVED AN APPROPRIATE RESPONSE.*

*RESOLUTION SOUGHT: FOR THE TREATMENT TEAM*
*TO INFORM ME OF ANY AND ALL NECESSARY TREATMENT –*
*THERAPY AND OR COUNSELING THAT I SOULD BE SUBJECTED*
*TO IN REGARDS TO THE PROCEEDING FIRST AND SECOND*
*YEAR(S) FOLLOWING MY RAPIDLY APPROACHING DISCHARGE*
*DATE OF 12/9/07, CONSIDERING THAT I AM NOT "FLATLINE"*
*BY THAT TIME.*

Patient/Family Signature: *Jimmie Lewis*          Date: *10/22/07*

Received By: _____          Date: *10/22/07*

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

# Mr. Lewis One to One Observation Guidelines.

- Specific Risk Issue line of the Flow sheet should read: **High Risk for aggression towards other with thoughts to hang himself. Patient also noted with inappropriate sexual behavior and statements.**
- Patients room and person is searched each shift patient and documented in the chart.
- Patient is not permitted personal belonging only Bible, two set of Reds, (5) sets of underwear. Cosmetic stored in the closet and given small amount as needed. Also No razors
- Patient is not permitted privacy. Gender appropriate staff when using the bathroom and during pat down searches while in camera view.
- Staff member must be within one arm length at all times direct eye sight except when in bed room he remains eye sight and staff must be positioned in the hall way with direct eye sight an only male staff on the 11-7 shift. He must move behind any unit movements i.e. last to enter dining room and last to leave. Keep buffer between him and other patients.
- If patient approaches a peer or staff member in an aggressive manner this could be verbal or physical, get your peers involved immediately and call the nurse.
- In the event that Mr. Lewis begins to threaten or intimidate you while monitoring him notify the nurse immediately so that he can be assessed for his level of aggression towards others. If he continues to threaten, intimidate, curse, posture and is unwilling to regain control after the least restrictive intervention have been attempted the nurse **must** consider the higher levels of interventions such as involuntary administration of medication, seclusion and **Four Point Restraints** if he has fails to deescalate while he is being secluded.
- The hourly summary documentation on the flow sheet must reflect and all threatening statements as well as any behavior while on the One to One observation. If you are relieved for any period the time must be reflected in the summary note.
- If Mr. Lewis is not following staffs direction while on the unit he should not be permitted off the unit for any additional activity. Notify the nurse immediately. He is currently on **Full Restriction.**
- Again notify the nurse immediately and get involved with all pre-crisis aggression such as arguing, threatening posturing etc.



DELAWARE STATE HOSPITAL
Grievance Form

NAME: _Jimmie Lewis_    DATE: _8/22/07_

UNIT: _NORTH 63 J.E.M_ ATTENDING PSYCHIATRIST: _DR. DONAHUE_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

BECAUSE I AM IN AGONY – GRIEF AND DISPAIR,
MY HOPELESSLESS ABOUT HOW I THINK AND FEEL
AS A PERSON HAS CAUSED ME TO CONTINUEOUSLY
CONTIMPLATE THOUGHTS OF SUICIDE. THIS GIVES
REASON FOR WHY DR. DONAHUE PLACEING ME
ON ONE TO ONE CLOSE OBSERVATION ON 7/3/07,
BUT AS OF TO DATE 8/22/07 I HAVE NOT
HAD ANY PSYCHOTHERAPY FROM A PSYCHOLOGIST
THAT WOULD HELP ME OBTAIN NOMALCY AND OR
TO CONTRACT FOR MY VERY OWN SAFETY.
RESOLUTION SOUGHT : TO RECEIVE ~~DAILY~~ PSYCHOTHERAPY
FROM A PSYCHOLOGIST

Patient/Family Signature: _Jimmie Lewis_    Date: _8/22/07_

Received By _Janett T. Flanagan, LPN_    Date: _8/31/07_

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family  Fax a copy of the form to the Performance
Improvement Dept  (255-4418) IMMEDIATELY, prior to the start of the investigation.

8



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: Jimmie Lewis    DATE: 8/29/07

UNIT: NORTH 63, J.E.M    ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

APON RETURNING TO THE JANE E. MITCHELL BUILDING HERE AT THE D.P.C, DIRECTOR NANCY PEARSALL, NURSE MANAGER CURTIS CORNISH AND DR. DONAHUE ON 8/27/07 PLACED ME ON 15 DAY FULL RESTRICTION, IN REGARDS TO MY BEING ASSULTED BY PATIENT/RESIDENT EARL WARREN, AND THEREFORE PUNISHED ME INSTEAD OF CALLING THE POLICE IN ORDER TO ALLOW ME TO PRESS CRIMINAL CHARGES AGAINST EARL WARREN EVEN THOUGHT THE TREATMENT TEAM FULLY KNOWS THAT ON 7/2/2007 I FILED GRIEVANCE AGAINST EARL WARREN REGARDING HIS ASSULTING ME IN THE PAST. SAID MATTER DISCRIBES A VIOLATION OF MY 8TH AND 14TH UNITED STATES CONSTITUTIONAL RIGHTS AS WELL AS MY PATIENT RIGHTS.
RESOLUTION SOUGHT : FOR THIS MATTER TO BE INVESTIGATED FOR MISTREATMENT, ABUSE AND NEGLECT

Patient/Family Signature: Jimmie Lewis    Date: 8/29/07

Received By: Garett J. Hannegan LPN    Date: 8/29/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_                    DATE: _10/7/07_

UNIT: _North 63, J.E.M_     ATTENDING PSYCHIATRIST: _DR. A Donahue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

ON 10/5/07 AT OR ABOUT 11:00 PM
N A C. OATES THREATENED ME, I REQUESTED THAT
HE CONTACT A NURSE BUT HE REFUSED TO DO SO.
THEREAFTER, C. OATES AGAIN POSTERED ON ME IN
THE HALL WAY AS IF HE WAS GOING TO STRIKE ME
WITH HIS FIST. I THINK N.A C. OATES INTENDS TO
DO ME PHYSICAL HARM

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT AND ABUSE.

Patient/Family Signature: _Jimmie Lewis_          Date: _10/7/07_

Received By: _____          Date: _10/7/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_          DATE: _10/7/07_

UNIT: _North 63 JEM_   ATTENDING PSYCHIATRIST: _Dr. A Donathue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

BECAUSE (A) OF MY GRIEF, AGONY AND DISPAIR
I AM SUICIDAL, (B) BECAUSE MY COGNATIVE AND
VOLITIONAL FUNCTIONS ARE GROSSLY UNBALANCED,
(C) ALONG WITH THE STAFF UTILIZING SEAN SISSONS
AND EARL WARREN TO SET ME UP TO ACT OUT IN
SOME SORT OF CRIMINAL MANNER, GIVES REASON
WHY I SOM SHOULD BE RECEIVING HELP SUCH AS
PSYCHOTHERAPY FROM A PSYCHOLOGIST, BUT FOR THE LAST
PAST (12) WEEK THE TREATMENT TEAM HAS DENIED ME THE
AFOREMENTIONED TREATMENT BECAUSE I HAVE PENDING
CIVIL COMPLAINT 04-1350 GMS

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR MISTREATMENT, ABUSE AND NEGLECT.

Patient/Family Signature: _Jimmie Lewis_          Date: _10/7/07_

Received By: _[signature]_          Date: _10/7/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4416) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
Grievance Form

NAME: JIMMIE LEWIS                    DATE: 8/22/07

UNIT: NORTH 63, J.E.M    ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance.  (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you.  Give the completed form to unit staff or a
member of your Treatment Team.

SUSAN WATSON ROBINSON THE DIRECTOR OF D.P.C
TOURED THE MITCHELL COMPLEX TODAY BUT FAILED
TO ADDRESS ~~THIS~~ ANY RESIDENT / PATIENTS SUCH AS MY SELF
IN ORDER TO PERSONALLY FIND OUT IF THEIR ARE ANY
DILEMMA'S HERE AT THE MITCHELL BUILDING AS IT HAS
BEEN NOTED IN THE NEWS JOURNAL REGARDING ~~ABN~~
PATIENT ~~ABUSE~~ – MISTREATMENT AND NEGLECT AS IS
ALSO NOTED IN THE 40 OR MORE GRIEVANCES IVE FILED
SINCE MY 6/6/07 ARRIVAL HERE AT THE J.E.M

RESOLUTION SOUGHT: FOR THIS MATTER TO BE INVESTIGATED
FOR NEGLECT.

Patient/Family Signature: _____    Date: 8/22/07

Received By: _____    Date: 8-27-07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance
Improvement Dept  (255-4418) IMMEDIATELY, prior to the start of the investigation

8



### DELAWARE PSYCHIATRIC CENTER
### Grievance Form

NAME: Jimmie Lewis    DATE: 8/8/07

UNIT: South 18    ATTENDING PSYCHIATRIST: Dr. Donahue

**In the space below, please write your complaint or grievance.** (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you.  Give the completed form to unit staff or a
member of your Treatment Team.

UNDER COLOR OF STATE LAW HERE AT THE D.P.C. THE TREATMENT
TEAM, NANCY PEARSALL - DR. DONAHUE - CURTIS CORNISH AND
DR. CHARLOTTE SELLS HAVE PLACED ME ON 15 DAY RESTRICTION FOR
BREAKING THE TOILET BOWL IN THE SOUTH SIDE DAY HALL WITHOUT
1.) GIVEN ME AN OPPORTUNITY TO CONFRONT MY ACCUSER
2.) WITHOUT PROVIDING ME WITH A WRITTEN NOTICE OF THE ALLEGED
DISCIPLINARY DATA INFRACTION 3.) WITHOUT PROVIDING ME WITH ANY
WRITTEN CONCLUSIVE FACT FINDING, 4.) WITHOUT ALLOWING ME TO APPEAL
THEIR DISSICION 5.) WITHOUT PROVIDING ME WITH A DISINTRESTED
PERSON, I.E, THE PATIENT ADVOCATE AT THE HEARING. THE 15 DAY
SANCTION GIVEN TO ME BY THE TREATMENT TEAM, DEFINING THAT I AM
RESTRICTED FROM OBTAINING VENDING MACHINE ITEMS, CANDY ETC, VISITS,
FRESH AIR, RECREATION, LIKE OTHER PATIENT/RESIDENTS, VIOLATES
MY PATIENT RIGHTS AS WELL AS MY 14 TH AND 8 TH UNITED STATES
CONSTITUTION RIGHTS.

RESOLUTION SOUGHT: FOR ALL THE RESTRICTION TO BE LIFTED
IMMEDIATELY, AND TO BE PROVIDED WITH THE LISTED
INFORMATION

Patient/Family Signature: Jimmie Lewis    Date: 8/8/07
Received By: Amber Kg Lewis    Date: 8/8/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family.  Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.



EXHIBIT "8"
Grievance Form

NAME: Jimmie Lewis                    DATE: 6/12/07

UNIT: North                ATTENDING PSYCHIATRIST: DR. DONAHUE

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

HALDOL – ATIVAN AND GEODON ARE PSYCHOTROPIC
MEDICATIONS THAT I AM NOT IN AGREEMENT WITH
BECAUSE OF CIVIL ACTION CLAIMING SAID PSYCHOTROPIC
MEDICATIONS HAVE CAUSED ME INJURIES,
AS IS NOTED IN C.A NO. 04-1350 (GMS).

THE RESOLUTION I SEEK IS FOR DIFFERENT MEDICATIONS
OTHER THAN HALDOL – ATIVAN AND GEODON TO
BE AVAILABLE PER PRN

Patient/Family Signature: _____    Date: 6/12/01
Received By: _____, CNA           Date: 6/12/02

DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

8



**DELAWARE PSYCHIATRIC CENTER**
Grievance Form

NAME: _JIMMIE LEWIS_                DATE: _7/21/07_

UNIT: _SOUTH 18_      ATTENDING PSYCHIATRIST: _DR. DONAHUE_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

IN REGARDS TO FORENSIC PSYCH EVAL
OF SANITY AND COMPETENCY DURING
THE DATE OF MY MAY 26, 2003 ARREST
AND MY COMPETENCY DURING MY OCT 21-23-03
CRIMINAL TRIAL. FOR WHICH WAS CONDUCTED
BY DR. SYLVIA FOSTER ON JUNE 10, 04 AND IS
TO ERRONEOUS FOR THE N.C.C SUPERIOR COURT TO
RELY ON

RESOLUTION SOUGHT: FOR A INDEPENDENT PSYCHIATRIST
AND PSYCHOLOGIST TO CONDUCT A INDEPENDANT
PSY. HEVAL PURSUANT TO 16 DEL C 5161

Patient/Family Signature: _Jimmie Lewis_        Date: _7/21/07_

Received By: ___                              Date: ___

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

8

DELAWARE PSYCHIATRIC CENTER
Grievance Form

NAME: Jimmie Lewis                                    DATE: 7/20/07
UNIT: South 18        ATTENDING PSYCHIATRIST: Dr. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

REGARDING S.I.R.S TEST BEING
CONDUCTED BY A DISINTRESTED
AN INDEPENDENT PSYCHIATRIST
NOT EMPLOYED BY THE D P.C

SEE ATTACHED STATEMENT;
AS WELL AS # 3 OF NOTIFICATION
OF PATIENT RIGHTS D.P.C ATTACHED
AS EXHIBIT.

Patient/Family Signature: Jimmie Lewis          Date: 7/20/07
Received By: Lillie M Pinkston                   Date: 7/20/07

---

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family   Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation

8



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: _Jimmie Lewis_     DATE: _12/3/07_

UNIT: _JEM North, 63_     ATTENDING PSYCHIATRIST: _DR. A. Donatue_

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

_Due to my being injected with numerous psychotropic drug dating from 5/21/04 to 6/25/04 here at the J.E.M building, I believe said drugs, i.e, Ativan – Haldol – Geodon gave me brain damage._

_Resolution sought: For this matter to be investigated via C.A.T and or MRI Scan._

Patient/Family Signature: _Jimmie Lewis_     Date: _12/03/07_

Received By: _Jemima Huffn RN_     Date: _12/03/07_

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

2



**DELAWARE PSYCHIATRIC CENTER**
**Grievance Form**

NAME: Jimmie Lewis                          DATE: 8/8/07

UNIT: South 18          ATTENDING PSYCHIATRIST: Dr. Donahue

In the space below, please write your complaint or grievance. (Use additional pages if necessary.)
If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the
Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a
member of your Treatment Team.

I AM NOT IN AGREEMENT WITH DR. DONAHUE
PRESCRIBING ME PSYCHOTROPIC MEDICATIONS, ESPECIALLY
IN REGARDS TO DR. DONAHUE NOTIFYING ME THAT
HE DOES NOT HAVE ME AS BEING DIAGNOSED WITH
ANY MENTAL ILLNESSES.


RESOLUTION SOUGHT! FOR ANY AND ALL
PSYCHOTROPIC MEDICATIONS TO BE DISCONTINUED
IMMEDIATELY, BECAUSE I NEVER WAS IN AGREEMENT
TO ANY PSYCHOTROPIC MEDICATION BEING INVOLUNTARILY
GIVEN TO ME.

Patient/Family Signature: _Jimmie Lewis_          Date: 8/8/07
Received By: _Kimberly Squire_                     Date: 8/8/07

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance
Improvement Dept. (255-4416) IMMEDIATELY, prior to the start of the investigation.

2

I/M: JIMMIE LEWIS
SBI# 506622     UNIT SHU 17, A11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



CLERK OF THE COURT (GMS)
U. S DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE
19801