IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

　　V.　　　　　　　　　　CA NO: 06-778 GMS

THOMAS L. CARROLL, ET AL.


STATEMENT OF FACT OF DELIBERATE
INDIFFERENCE THE PLAINTIFF IS BEING
SUBJECTED TO, DUE TO HIS FILING
CIVIL COMPLAINT AGAINST THE DEFENDANTS.



FILED
AUG 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: 8/12/08

　　　　　　　　　　　　　　　　　　　　Jimmie Lewis
　　　　　　　　　　　　　　　　　　　　JIMMIE LEWIS
　　　　　　　　　　　　　　　　　　　　SBI #506622
　　　　　　　　　　　　　　　　　　　J.T.V.C.C
　　　　　　　　　　　　　　　　　　　　1181 PADDOCK RD
　　　　　　　　　　　　　　　　　　　　SMYRNA, DE 19977

1.) Because I have filed civil action complaint(s) CA NO. 05-013 GMS AND CA NO. 06-778 GMS, defendant Dr. Dale Rogers conspire with J.T.V.c.c correctional officer, C/O Tilman, C/O Seaton, Sgt Jack Evan, et al, to treat me as if I am a "I.S.D.P", i.e, inmate sentenced to death penalty, due to their administering the pharmaceutical drugs: Sodium Thiopenthal (the anesthetic), Pancuronium Bromide, (the paralyzing-agent), and Potassium Chloride, (the drug that causes death), when I am not a "I.S.D.P".
1st, 8th and 14th USCA violations.
Note: Grievances filed. # 162029, 163772.

2.) Because I have filed civil action complaint(s) CA NO. 05-013 GMS AND CA NO. 06-778 GMS, defendants instructed Dr. Kimberly Watson to discharge the plaintiff from the J.T.Vcc May 22, 08, infirmary so that they could utilize excessive force upon him in order to cause him death by suffocation due to continuously spraying him with capstun, see Grievance # 163346, and or to charge the plaintiff with some sort of criminal statute violation, presumable assault, due to Dr. K. Watson informing the J.T.V.cc corr. officer that the plaintiff was unstable and defensive
1st, 8th and 14th U.S.CA violations.

3.) Because I have filed civil action complaint(s) CA.No. 05-013 GMS and CA.No. 06-778 GMS, defendant Dr. Dale Rogers conspired with J.T.V.CC correctional officers, C/O Tilman, C/O Seaton, SGT Jack Evan, et al, to administer the pharmaceutical drugs: sodium thiopenthal, (the anesthetic), pancuronium bromide, (the paralyzing agent), and potassium chloride, (the drug that causes death by way of heart attack), to me as if I was a "I.S.D.P", for which I am not, in order to have me complain of heart problems and or heart pains, in order to subject me to an "E.K.G", for which calls for a S.H.U inmate such as myself to be uncuffed and unshackled, so that they can accuse me of attempting to assault the nurse inside the area where the "E.K.G" would be conducted, and therefore give justification to kill me at that time. 1st, 8th and 14th U.S.CA violations.

NOTE: I am not hypertensive, I am not prescribed hypertensive meds, my blood pressure is normal 120/80, 8/11/08, I don't have high cholestorol, I am not overweight 6"-2 230 lbs, I deny heart pain and or any sort of heart problems.

See Grievance #162029, 163772

4.) BECAUSE I HAVE FILED CIVIL ACTION COMPLAINT(S) CA.NO 05-013 GMS AND CA.NO. 06-778 GMS, DEFENDANT THOMAS L. CARROL, HAD CORRECTIONAL OFFICERS FROM THE J.T.V.CC TO COME TRANSFER ME TO THE J.T.V.CC AKA THE D.CC FROM THE D.P.C WITHOUT AN OFFICIALLY DOCKETED COURT ORDER FROM A N.C.C SUPERIOR COURT JUDGE, AND WITHOUT FIRST HAVING ME UNDERGO A COMPETENCY HEARING PER DR. CAVANNAUGH'S MOTION, SEE CR.ID NO. 0305016966, D.I. 121-122, IN ORDER SO THAT THEY COULD SET INTO MOTION THE CONSPIRACY TO KILL ME IN THE MANNER DISCRIBED IN MY PRELIMINARY INJUNCTIONS #'S 1, 2 AND 3. SEE GRIEVANCE #150943, SEE OTHER GRIEVANCES ALSO. 1ST, 8TH AND 14TH U.S.CA VIOLATIONS.

5.) BECAUSE I HAVE FILED CIVIL ACTION COMPLAINTS CA NO. 05-013 GMS AND CA NO. 06-778 GMS, DEFENDANTS SGT G EVERETTE INSTRUCTED HER CO-WORKERS C/O TILMAN AND SEATON ON 8/7/08, AND C/O SEATON AND SGT SKI ON 8/9/08, AT SHU 17 (C) UNIT, TO OPEN MY ASSIGNED CELL DOOR SHU 17, C U 3 TO ALLOW INMATES C U 5, AND THE TIERMAN WHOM SGT G. EVERETTE HAS A ROMANTIC INTIMATE RELATIONSHIP WITH, ROYAL DOWNS SHU 17, C U 4, FOR WHOM HAVE BEEN SUPPLIED WITH KNIFE(S) IN ORDER TO DO ME PHYSICAL HARM. MY ASSIGNED CELL DOOR WAS OPEN ON THE DATES MENTIONED, BUT I WAS ABLE TO SECURE THE DOOR, BEFORE SAID INMATES COULD ENTER. 1ST, 8TH AND 14TH U.S.CA VIOLATIONS.

6.) Because I have filed civil complaint(s) CA.No 05-013 GMS AND CA.No. 06-778 GMS, Defendants have commissioned inmates to do me physical harm by providing them with shanks i.e., knifes, and opened my assigned cell door on the following dates: SHU 18 (C) unit 5/21/07, SHU 18 (C) unit 5/28/07, (See Preliminary Injunction # 1), SHU 17 (C) unit May 29, 08, June 19, 08, June 28, 08, Aug 7, 08 and Aug 9, 08.

Subsequently, I have request to be placed on protective custody status; and I was placed on protective custody status May 07, 4th; but I was not placed on the protective custody unit SHU 18 (B) unit.

The defendants have shown their deliberate indifference on June 12, 08 by taking me off of protective custody status without my written consent, for which contradicts Lt Thomas Seacords May 10, 07 affidavit paragraph # 4, for which state, I quote. Inmate Lewis, however, will remain in protective custody until he request removal by signing off on a statement that he no longer believes protective custody is necessary, unquote.

See also paragraph # 5 herein.

I hereby request protective custody and to be placed SHU 18 (B) unit 1st, 8th and 14th U.S.CA violations

Grievances Filed

7.) Because I have filed civil complaint(s) CA NO 05-013 GMS and CA NO. 06-778 GMS, defendants have instructed Lt Karen O. Hawkins to place my name on a special list that states Lt K. Hawkins staff Lt of the SHU prohibits inmate Jimmie Lewis SBI # 506622 for receiving a television like other inmates housed in the S.H.U, in violation of 11 Del C 6535.

1st, 8th and 14th U.S.C.A Violations.

8.) Because I have filed civil complaint(s) CA NO. 05-013 GMS and CA NO. 06-778 GMS, defendants CPL A Goines and C/O Zackery Rodriguez, et al, had me transferred to the N.C.C Courthouse on 8/5/08 when I was not scheduled for an official court appearance in the Court of Common Pleas. I was given sandwiches that have caused me to feel sick soon after I ate them, throbing headache, running nose, I "recieve" "menigitis", but this is a premature claim, due to the incubation period? Also, I was isolated with an inmate who was not fully secure at the waist via blackbox, for which Lett said inmates hands mobile, even though he was blackboxed with handcuffs. Note; there were at least 10 inmates going to court from the J.T V.C.C, but only me and said inmate were transported in the van? Unusal!

1st, 8th and 14th USCA Violations.

| Date | 8-12 |
|---|---|
| Location | SH17 |
| Inmate Name | Lewis, Jimmy |
| Diet Type: | Heart Healthy |
| Time Completed: | 2:00 |
| Preparer: | m |
| Diet Tags | |

CONT #8.)

IN REGARDS TO THE UNOFFICIAL N.C.C. COURTHOUSE TRANSFER, CPL ARRON GOINES AND C/O ZACKERY RODREQUEZ, AFTER GIVING ME THE TURKEY HAM AND CHEESE SANDWICHES TO EAT, MADE COMMENTS, QUOTE; DO THEY FEED YOU IN O.C.C, UNQUOTE. THAT WAS 8/5/08, ON 8/10/08 I WAS MYSTERIOUSLY PLACED ON AN HEALTHY HEART DIET, FOR WHICH I DO NOT FIT THE CRITERIA FOR, DUE TO MY NOT BEING HYPERTENSIVE, NOT BEING PRESCRIBED HYPERTENSIVE MEDS, NOT HAVING HIGH CHOLESTEROL, NOT BEING OVER WEIGHT 6"2 230 lbs MUSCULAR. I FILED A SICK CALL REQUEST SLIP IMMEDIATELY 8/10/08 AND MIRACULOUSLY DR. DEROSA SCHEDULED ME FOR A DOCTOR'S VISIT ON 8/11/08. NOTE; I HAVN'T BEEN ABLE TO CONVERSE PERSONALLY WITH THE DOCTOR SINCE I HAVE BEEN IN THE SHU, 1/22/08 WITH THE EXCEPTION FOR WHEN SAID DOCTOR WAS IN SHU 18 ON FEB 27-28, 08; SAID DOCTOR HAS PRESCRIBED ME FIBERCOM AND COLACE, ANTI FUNGAL CREAM, HEART HEALTHY DIET WITHOUT EVER CONVERSING WITH ME PERSONALLY, FOR WHICH GIVES REASON WHY THE 8/11/08 DOCTOR'S VISIT SEEMS MIRACULOUS TO ME! DR. DEROSA GAVE ME A COMPLETE CHECK UP, ALONG WITH AN CLEAN BILL OF HEALTH AND THEREFORE ORDERED SAID DIET TO BE DISCONTINUED AT MY REQUEST. THE CHECK UP WAS INSIDE THE INCUBATION PERIOD FOR "MENIGITIS". ALSO, J.T.V.CC HAS BEGUN SERVING MEALS AT 6:00 PM ON 8/11/08?, FOR WITCH ALLOWS POISONS TO INCUBATE WITHIN THE FOOD, MY FOOD, DUE TO IT BEING PREPARED AT 2:00 PM 1ST, 8TH AND 14TH U.S. CA VIOLATIONS

9.) Because I have filed civil complaint(s) CA No 05-013 GMS and CA No 06-778 GMS, the defedants conspire to kill me in the very same fashion as Demetrius Caldwell, mysteriously. See Grievance # 162029 and 163772. See attached exhibit

Note; I Jimmie Lewis was in the HRYCI infirmary Sept 03 when Louis Chance Jr came their from Webb Corr. And I was in the D.CC AKA the J.TVCC Jan 08 when Demetrius Caldwell mysteriously died.

I have on numerous occassions requested to have blood work done in order to check for toxins and or infection.
On May 10-13, 08, Dr. Dace Rogers ordered a (CMP) but when the results returned said doctor refused to provide me with a comprehensive, due to her deliberate indifference in hope that I will meet my demise via blood born infection due to the civil complaint we filed against her.

1st, 8th and 14th U.S..CA Violations

CONT 10.) PLAINTIFF WILL SUFFER IRREPARABLE HARM AS HE ALREADY HAS ON JUNE 19, 08 WHEN HIS MOTHER PASSED AWAY WITHOUT HIS BEING ALLOWED TO ATTEND HER FUNERAL SERVICES AND PAY HIS FINAL RESPECTS. DUE TO PLAINTIFF'S FATHER BEING TERMINALLY ILL WITH COLON CANCER IN ITS ADVANCED STAGE.

1ST, 8TH AND 14TH U.S.C.A. VIOLATION.

11. BECAUSE I HAVE FILED CIVIL COMPLAINT(S) CA NO. 05-013 GMS AND CA NO. 06-778 GMS, DEFENDANT LT LARRY SAVAGE IN VIOLATION OF 11 DEL C 6535 CHANGED THE DISCIPLINARY APPEAL THAT I CHOSE FOR DR # 1038667, FROM I DID WANT TO APPEAL, TO I DO NOT WANT TO APPEAL.

SEE DISCIPLINARY REPORT IN DEFENDANTS RESPONSE TO PLAINTIFF'S PRELIMINARY INJUNCTION # 2.

SAID VIOLATION OF 50 DAYS LOSS OF GOOD TIME, PUSHED MY DATE BACK TO 12/21/08 FROM 11/1/08.

1ST, 8TH AND 14TH U.S.C.A. VIOLATIONS

10.) Because I have filed civil complaint(s) CA No. 05-013 GMS and CA No 06-778 GMS, defendants have refused to transfer me to my next level of commitment Level 3 Probation. The Defendant is my custodian and is compelling me to serve my suspended sentence at Level 5.

I completed sentence in 03-06-0175, 12/9/07.

I am now serving in 03-06-0176,
   Theft $1000 or more, 2 years Level 5,
   For 1 year Level 4 Plummer Center,
   For which is suspended after 6 months
   Level 4 Plummer Center, 6 months
   Level 3 Probation.

Sentencing order states Hold at Level 5 until space is available at Level 4 for which is supported by plaintiffs sentencing Judge Peggy L. Ablemans Feb 20, 08 order D.I. 133, CR 10 No. 0305016966.

In an analogous situation, where defendant is directly-sentenced to Level IV and has remained at Level IV pending slot availability for a period of ninety days or one half of the Level IV sentence, (whichever is less), D.O.C may place individual at Level III and make appropriate modification

See Defoe v. State, 750 A.2d 1200.

# CERTIFICATE OF SERVICE

I Jimmie Lewis, due hereby certify on this 12TH, day of AUG 08, that I did mail by U.S Postal, one true and correct copy of the Plaintiffs statement of facts of deliberate indifference the plaintiff is being subjected to, due to his filing civil complaint against the defendants, to each of the following:

CLERK OF THE COURT GMS
UNITED STATES DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801

J. CORY FALGOWSKI ESQ
KATHARINE V. JACKSON ESQ
REED SMITH LLP
1201 MARKET ST
SUITE 1500
WILMINGTON, DE 19801

ERIKKA Y. TROSS ESQ
ATTORNEY GENERAL
820 N. FRENCH ST
6TH FL
WILMINGTON, DE 19801

DATE: 8/12/08

Jimmie Lewis
Jimmie Lewis
SBI # 506622
J.T.V.CC
1181 PADDOCK RD
SMYRNA. DE 19977

Case 1:06-cv-00778-GMS    Document 90    Filed 08/14/2008    Page 12 of 15

# 24-year-old inmate's death and treatment astound his family

*1-17-07*

### No word on what killed 'healthy boy'

By LEE WILLIAMS
The News Journal



Demetrius Caldwell was found dead in his prison cell after he spent a month in the infirmary.

Family members of the 24-year-old Dover man who was found dead in the state's newest prison infirmary last week are demanding answers about the death, and getting nothing but silence from the Department of Correction.

Demetrius Caldwell had been undergoing unspecified treatment for a month in the infirmary at the Delaware Correctional Center near Smyrna before he was found dead, laying on a mattress on the floor of his cell Jan. 10.

A medical staffer had checked on him 25 minutes before he was found.

The Department of Correction has released Caldwell's body to his family, who plan to bury him Saturday, but it has not told them what caused the young man's death.

"It's mind-blowing. They won't even tell us why he died," said uncle Lionel Dixon. "He was a healthy young man who was getting ready to get out. They had him in the infirmary for a month, and they don't know how he died? They know. They're just not saying."

## Meningitis ruled out

Dixon viewed his nephew's body at the funeral home, and was shocked by what he saw.

"They cut his head and chest all open, and they don't tell us how he died? That's brutal, man. That's cruel and brutal," he said. "They're not saying anything, and they're hoping we don't either."

Calls to Correction Commissioner Stanley W. Taylor Jr. and Chief Medical Examiner Dr. Richard T. Callery were not returned Tuesday.

Prison officials ruled out meningococcal meningitis as the cause of death late last week, after naming it as a possibility. They've said doctors from the prison's medical provider, St. Louis-based Correctional Medical Services; the Department of Correction; the Division of Public Health, and the medical examiner's office are still trying to determine a cause of death.

## Word of disturbing behavior

All of Caldwell's family described him as a healthy young man with no known medical issues. Caldwell had been an inmate since Nov. 6 for violating his probation on a 2005 drug charge, to which he pleaded guilty. Nearly half of his incarceration was spent in the infirmary.

Uncle Joe Caldwell said he was contacted a week before his nephew's death by a prison staffer he has known for years.

"He said my nephew was spitting at female guards and cussing male guards in the infirmary," Joe Caldwell said. "He told me they were tired of him, and that they can hurt him."

Joe Caldwell said his nephew was not allowed visitors, phone calls or even clothes.

"His dad, my brother, is blaming himself because of that warning," Joe Caldwell said. "He feels there's more he could have done."

## 'Never notified us'

Demetrius' sister, Dominique Caldwell, said she'd been told her brother was taken to the infirmary for a psychiatric evaluation.

"But he was only seen by one psychiatrist, one time, in a month – one time in 30 days," she said. "They never notified us he was even ill."

Dominique Caldwell said the family had scheduled numerous visits, but all of them were canceled by prison officials at the last minute.

"We drove out there to see him several times, but were told we couldn't see him," she said. "People called us and said we needed to check on him. He was a healthy boy when he went into prison."

The family knew Demetrius as "Dumpy."

"He was always fond of his grandma's homemade dumplings," said aunt Juliette Caldwell. "Of all the people in our family, he was so sweet. He has a good, loving family. His parents have been together for years, and his sister cares about him."

Dominique Caldwell said her brother enjoyed video games, nice sneakers and drawing.

"I miss him already," she said. "A 24-year-old man shouldn't have died in a manner of minutes."

## Health care under review

Last month, the U.S. Justice Department found "substantial civil rights violations" in four Delaware prisons.

The federal investigation was prompted by a series of articles in The News Journal that revealed inadequate health care and questionable treatment within the prisons.

The state signed an 87-point settlement with the Justice Department, ending the investigation.

*Contact investigative reporter Lee Williams at 324-2362 or lwilliams@delawareonline.com.*

```
                    SUPERIOR COURT CRIMINAL DOCKET                  Page    15
                          ( as of  07/16/2008 )

State of Delaware v.  JIMMY LEWIS                          DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.       AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.               EMMANUEL E ELDER

        Event
No.     Date           Event                              Judge
-----------------------------------------------------------------------------
        *COMPLETE LETTER IN FILE
127   11/20/2007
        MOTION FOR SENTENCE CLEARIFICATION AND MODIFICATION OF SENTENCE FILED
        PRO-SE.
        REFERRED TO PRESENTENCE 12/03/07 FOR JUDGE ABLEMAN.
        FILE TRACKER INDICATES THAT THE JUDGE REQUESTED FILE 10/25/07.
128   12/05/2007
        MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
        SUPREME COURT CASE NO: 233, 2007
        SUBMITTED: SEPTEMBER 28, 2007
        DECIDE: NOVEMBER 15, 2007
        DEFORE BERGER, JACOBS AND RIDGELY, JUSTICES
129   12/05/2007                                       ABLEMAN PEGGY L.
        ORDER: MOTION FOR MODIFICATION OF SENTENCE AND FOR SENTENCE
        CLARIFICATION IS DENIED.
        THE MOTION WAS FILED MORE THAN 90 DAYS AFTER IMPOSITION OF THE
        SENTENCE AND IS, THEREFORE, TIME-BARRED.
        PURSUANT TO SUPERIOR COURT CRIMINAL RULE 35(B), THE COURT WILL NOT
        CONSIDER REPETITIVE REQUESTS FOR REDUCTION OR MODIFICATION OF SENTENCE
        THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
        SENTENCING.
        THE MOTION FOR CLARIFICATION IS ALSO DENIED.
130   12/18/2007
        PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
        REFERRED TO JUDGE ABLEMAN
        DATE REFERRED: 12/19/2007
        CIVIL CASE NO: 07M-12-053 PLA
131   12/20/2007                                       ABLEMAN PEGGY L.
        ORDER: WRIT OF HABEAS CORPUS PETITION 07M-12-053 PLA: DENIED
        IT IS SO ORDERED. PLA
132   02/14/2008
        MOTION TO COMPEL THE DOC. TO TRANSFER DEFENDANT TO NEXT LEVEL OF
        PROBATION.  REFERED TO JUDGE ABLEMAN.
133   02/20/2008                                       ABLEMAN PEGGY L.
        LETTER/ORDER ISSUED BY JUDGE: ABLEMAN. THE PETITION FOR ORDER TO
        COMPEL THE DEPT. OF CORR., I.E. DEL.CORR CENTER TO TRANSFER PETITIONER
        TO THE NEXT LEVEL OF HIS COMMITMENT, I.E., LEVEL (4) PLUMMER CENTER IS
        DENIED.
        THE COURT CAN NOT DIRECT THE DEPT OF CORRECTION TO MAKE A BED
        AVAILABLE IF ONE IS NOT. THAT IS PRECISELY WHY THE COURT ORDER
        SPECIFIES THAT THE DEFENDANT IS TO HOLD AT LEVEL V UNTIL SPACE IS
        AVAILABLE AT LEVEL IV. THERE ARE OTHER DEFENDANT'S IN THE SAME
```

```
                     SUPERIOR COURT CRIMINAL DOCKET                    Page    16
                          ( as of  07/16/2008 )

State of Delaware v.  JIMMY LEWIS                            DOB: 12/25/1966
State's Atty: BRIAN J ROBERTSON , Esq.        AKA: EMMANUEL E ELDER
Defense Atty: JOHN S EDINGER , Esq.                EMMANUEL E ELDER

        Event
 No.    Date           Event                                  Judge
-----------------------------------------------------------------------------
        SITUATION AND THE COURT CANNOT SINGLE OUT SPECIAL TREATMENT FOR YOU
        SIMPLY BECAUSE YOU HAVE WRITTEN TO COMPLAIN.
 134   02/21/2008                                     ABLEMAN PEGGY L.
        NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
        SENT TO DEFENDANT.
        YOU MUST USE THE ATTACHED FORM. SEE SUPER.CT.CRIM.R.61(B)(1)
        IT IS SO ORDERED
        JUDGE ABLEMAN.
 135   03/04/2008
        MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE
        REFERRED TO JUDGE ABLEMAN
 136   03/12/2008
        LETTER FROM A. HAIRSTON, PROTHONOTARY OFFICE TO BRIAN ROBERTSON, DAG
        RE: NOTICE OF FILING OF PRO SE MOTION FOR POSTCONVICTION RELIEF.
        ATTACHED: COPY OF MOTION
 137   03/17/2008
        PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
        REFERRED TO JUDGE ABLEMAN
        DATE REFERRED: 03/18/2008
        CIVIL CASE NO: 08M-03-085 PLA
 138   03/19/2008                                     ABLEMAN PEGGY L.
        ORDER: WRIT OF HABEAS CORPUS PETITION 08M-03-085 PLA: DENIED
        IT IS SO ORDERED. PLA
 139   03/19/2008                                     ABLEMAN PEGGY L.
        ORDER: UPON CONSIDERATION OF DEFENDANT'S THIRD MOTION FOR POST-
        CONVICTION RELIEF- SUMMARILY DISMISSED.
        IT IS SO ORDERED.
 140   03/26/2008
        LETTER FROM SUPREME COURT TO SHARON AGNEW, PROTHONTARY
        RE: A NOTICE OF APPEAL WAS FILED ON MARCH 20, 2008
        THE RECORD IS DUE APRIL 18, 2008.
        161, 2008
       04/11/2008
        RECORDS SENT TO SUPREME COURT.
        161, 2008
 141   04/23/2008
        RECEIPT FROM SUPREME COURT ACKNOWLEDGING RECORD.

                 *** END OF DOCKET LISTING AS OF  07/16/2008 ***
                     PRINTED BY: CSCAHAI
```



I/M Jimmie Lewis
SBI# 506622  UNIT SHU 17, CU3
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the court (GMS)
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801