

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

August 18, 2008

The Honorable Gregory M. Sleet
United States District Court
for the District Court of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

  Re: *Lewis v. Carroll, et al*
    **C.A. No. 06-778 GMS**

Dear Chief Judge Sleet:

  I represent Drs. Durst, Rogers and Cannulli, as well as Mary Snider, in the above-referenced matter. I am in receipt of Plaintiff's "Statement of Fact" filed on August 14, 2008. (D.I. 90) Although Plaintiff is represented by counsel in this case (D.I. 83), he continues to file documents *pro se*. *See, e.g.,* D.I. 85, 87, 89, 90. I do not wish to prejudice my clients by failing timely to respond to any of these filings, but also do not wish to further confuse the matter by litigating against both Plaintiff and his Court-appointed attorneys. Accordingly, unless the Court orders otherwise, my clients will not respond to any *pro se* filings by the Plaintiff so long as he is represented.

  If any matter addressed herein raises any question or concern, I remain, as always, available at the call of the Court.

Respectfully,

James E. Drnec
(ID# 3789)

JD/jz
cc: Erica Y. Tross, Esquire (via CM/ECF)
   J. Cory Falgowski, Esquire (via CM/ECF)
   Katharine V. Jackson, Esquire (via CM/ECF)